**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                                                    Case No. _____

<u>Genever Holdings LLC</u>                                                       Chapter <u>11</u>
                                   Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: <u>October 6, 2020</u>        Signature: _____
                                                     Yanping Wang, Authorized Representative                    Debtor

Date: _____        Signature: _____
                                                                                                                      Joint Debtor, if any

© 2020 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Adam Leitman Bailey P.C.
1 Battery Park Plz Fl 18
New York, NY 10004-1646

Bravo Luck Limited
P.O. Box 957
Off Shore Incoropration Centre
Road Town, Tortola
British Virgin Islands

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lawall & Mitchell LLC
162 E 64th St
New York, NY 10065-7478

New York State Attorney General
120 Broadway
New York, NY 10271-0002

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Pacific Alliance Asia
Opportunity Fund LP
c/o O'Melveny & Myers
7 Times Sq
New York, NY 10036-6524

```
Qiang Guo c/o Bravo Luck Limited
P.O. Box 957
Off Shore Incropration Centre
Road Town, Tortola
British Virgin Islands

Romer Debbas LLP
275 Madison Ave Ste 801
New York, NY 10016-1153

The Sherry Netherland
781 5th Ave
New York, NY 10022-1092
```