STROOCK & STROOCK & LAVAN LLP
Curtis C. Mechling
Gabriel E. Sasson
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for The Sherry-Netherland, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that The Sherry-Netherland, Inc. hereby appears, by and through the undersigned attorneys, in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following:

>  Curtis C. Mechling
>  Gabriel E. Sasson
>  STROOCK & STROOCK & LAVAN LLP
>  180 Maiden Lane
>  New York, New York 10038
>  Telephone: (212) 806-5400
>  Facsimile:  (212) 806-6006
>  Email:    cmechling@stroock.com
>           gasson@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: October 15, 2020
       New York, New York

                                    STROOCK & STROOCK & LAVAN LLP

                                    /s/ Gabriel E. Sasson
                                    Curtis C. Mechling
                                    Gabriel E. Sasson
                                    180 Maiden Lane
                                    New York, New York  10038
                                    Telephone: (212) 806-5400
                                    Facsimile: (212) 806-6006

                                    *Counsel for The Sherry-Netherland, Inc.*