UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                            Chapter 11

Genever Holdings LLC                                               Case No.  20-12411 (JLG)

                              Debtor.
----------------------------------------------------------x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

        Genever Holdings LLC, having filed a petition for relief under chapter 11 of the Bankruptcy Code, on **October 12, 2020**, and the Court having determined that a status conference will aid in the efficient conduct of the case; it is

        ORDERED, that a status conference will be conducted by the undersigned Bankruptcy Judge in Room 601 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on **December 8, 2020 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetable and scheduling of additional case management conferences; and it is further

        ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any postpetition lender to the debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.


Dated: New York, New York
       October 26, 2020

                                              */s/ James L. Garrity Jr.*
                                         Honorable James L. Garrity Jr.
                                         United States Bankruptcy Judge