O'MELVENY & MYERS LLP
Stuart Sarnoff
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re:                                                    :     Chapter 11
                                                          :
GENEVER HOLDINGS LLC,                                     :     Case No. 20-12411-jlg
                                                          :
Debtor.                                                   :
                                                          :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Pacific Alliance Asia Opportunity Fund L.P. hereby

appears, by and through the undersigned attorneys, in the above-captioned case pursuant to 11

U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002,

3017(a), 9007 and 9010, and the Local Rules of this Court, that all notices given or required to

be given in these proceedings and all papers served or required to be served in this proceeding be

given to and served upon:

> Stuart Sarnoff (ssarnoff@omm.com)
> O'MELVENY & MYERS LLP
> 7 Times Square
> New York, NY 10036
> Telephone: (212) 326-2000
> Facsimile: (212) 326-2061

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

DATED: November 12, 2020
New York, New York

Respectfully submitted,

O'MELVENY & MYERS LLP
By: */s/ Stuart Sarnoff*
Stuart Sarnoff (ssarnoff@omm.com)
7 Times Square
New York, NY 10036
(212) 326-2000

*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*