# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 11/23/2020 |
| Case: 20−12411−jlg | Form ID: 309F1 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The Sherry−Netherland, Inc.
cr          Pacific Alliance Asia Opportunity Fund L.P.

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Genever Holdings LLC          781 Fifth Avenue          Apt. 1801          New York, NY 10022−5520
ust         United States Trustee          Office of the United States Trustee          U.S. Federal Office Building          201 Varick Street, Room 1006          New York, NY 10014
aty         Daniel Shamah          O'Melveny & Myers, LLP          7 Times Square          New York, NY 10036
aty         Edward Moss          O'Melveny & Myers LLP          7 Times Square          New York, NY 10036
aty         Gabriel Sasson          Stroock & Stroock & Lavan LLP          180 Maiden Lane          New York, NY 10038−4982
aty         J. Ted Donovan          Goldberg Weprin Finkel Goldstein LLP          1501 Broadway          22nd Floor          New York, NY 10036
aty         Kevin J. Nash          Goldberg Weprin Finkel Goldstein LLP          1501 Broadway          22nd Floor          New York, NY 10036
aty         Stuart Sarnoff          O'Melveny & Myers LLP          7 Times Square          33rd Floor          New York, NY 10036
smg         New York State Tax Commission          Bankruptcy/Special Procedures Section          P.O. Box 5300          Albany, NY 12205−0300
smg         United States Attorney's Office          Southern District of New York          Attention: Tax & Bankruptcy Unit          86 Chambers Street, Third Floor          New York, NY 10007
smg         Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg         N.Y. State Unemployment Insurance Fund          P.O. Box 551          Albany, NY 12201−0551
smg         New York City Dept. Of Finance          Office of Legal Affairs          375 Pearl Street, 30th Floor          New York, NY 10038
7772040     Adam Leitman Bailey P.C.          1 Battery Park Plz Fl 18          New York, NY 10004−1646
7772041     Bravo Luck Limited          P.O. Box 957          Off Shore Incorporation Centre          Road Town, Tortola          British Virgin Islands
7772042     Internal Revenue Service          Centralized Insolvency Operations          PO Box 7346          Philadelphia, PA 19101−7346
7772043     Lawall & Mitchell LLC          162 E 64th St          New York, NY 10065−7478
7772045     NYC Dep't of Finance          Legal Affairs          345 Adams St Fl 3          Brooklyn, NY 11201−3719
7772046     NYC Dept of Law          Attn: Bernadette Brennan, Esq.          100 Church St Rm 5−233          New York, NY 10007−2601
7772047     NYS Dep't of Taxation          Bankruptcy/Special Procedure          PO Box 5300          Albany, NY 12205−0300
7772044     New York State Attorney General          120 Broadway          New York, NY 10271−0002
7772048     Pacific Alliance Asia          Opportunity Fund LP          c/o O'Melveny & Myers          7 Times Sq          New York, NY 10036−6524
7772049     Qiang Guo          c/o Bravo Luck Limited          P.O. Box 957          Off Shore Incorporation Centre          Road Town, Tortola          British Virgin Islands
7772050     Romer Debbas LLP          275 Madison Ave Ste 801          New York, NY 10016−1153
7772051     The Sherry Netherland          781 5th Ave          New York, NY 10022−1092
7772669     The Sherry−Netherland, Inc.          c/o Stroock & Stroock & Lavan LLP          Attn Gabriel E. Sasson, Esq.          180 Maiden Lane          New York, NY 10038

TOTAL: 26