UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                              Chapter 11

Genever Holdings LLC,                                               Case No. 20-12411 (JLG)

                                    Debtor.
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the initial case conference scheduled to be heard on December 8, 2020 has been adjourned on consent of the U.S. Trustee to January 12, 2021 at 11:00 a.m., when it will be held before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, by telephone. Parties who wish to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com.

Dated: New York, NY
       December 4, 2020

                                          Goldberg Weprin Finkel Goldstein LLP
                                          Attorneys for the Debtor
                                          1501 Broadway, 22nd Floor
                                          New York, New York 10036
                                          (212) 221-5700

                                    By:   /s/ J. Ted Donovan, Esq.