# EXHIBIT 2

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 452
20-12411-jlg    Doc 14-2    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 2
Pg 2 of 2
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020



**PricewaterhouseCoopers**

羅兵咸永道會計師事務所

Shiny Times Holdings Limited,
Mr Kwok Ho Wan and
Spirit Charter Investment Limited
4th Floor, Central Tower, 28 Queen's Road Central,
Hong Kong
Attn: Mr Kwok Ho Wan
Fax number: 852-2850-6786

PricewaterhouseCoopers
33/F, Cheung Kong Center
2 Queen's Road Central
Hong Kong
Telephone +852 2289 8888
Facsimile +852 2810 9888
pwchk.com

31 December 2010

Our Ref: SX.CPFT/02067117

Dear Sir,

In connection with the examination of the financial statements of Pacific Alliance Asia Opportunity Fund Limited for the year ended 31 December 2010, we would appreciate you confirming the information below, directly to us as independent auditors by mail and by fax (852-2297-3888).

PricewaterhouseCoopers
33rd Floor, Cheung Kong Center,
Central,
Hong Kong
(Attn: MKUO-FS)

Loan Facility of US$47,625,410.96 (70% thereon = US$33,337,787.67)

| | |
|---|---|
| Borrower | Shiny Times Holdings Limited |
| Lender | Pacific Alliance Asia Opportunity Fund L.P. |
| Governing Agreements | Amended and restated facility letter dated 12 March 2008 Deed of Settlement dated 17 September 2009 Extension Letter dated 12 March 2010 |
| Loan facility | US$46,426,489.96 (70% thereon US$32,498,542.97) (at 31 December 2010) |
| Interest rate | 10% p.a. |
| Loan period | 12 September 2009 to 12 March 2010 (6 months) Further extended to 31 December 2010 in accordance with the Extension Letter dated 12 March 2010 |
| Guarantee | Kwok Ho Wan |

Please also confirm the following:
- On 28 October 2010, Shiny Times Holdings Limited was deemed to pay US$5,000,000 to PA Business Advisory Limited for the partial repayment of the loan.
- The terms and conditions as stated in the Extension Letter dated 12 March 2010 signed between Pacific Alliance Asia Opportunity Fund L.P. and you are still valid as of 31 December 2010.

Please provide the full details of any discrepancies between the above information and your records or understanding. Thank you for your co-operation.

Yours faithfully,

Vivian Kuo
Financial Services Division
Authorised for and on behalf of:

Pacific Alliance Asia Opportunity
Fund L.P.

The above information is correct except as noted below:

Authorised signature(s)
Title:
Date:

CONFIDENTIAL                                                    PAX-KWOK-073328