# EXHIBIT 11

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 2 of 38

___Beijing___ Province (District, City)__Beijing__ City (District)

County (City, District) _____Cadastral Area

_____Cadastral Sub-area

# Real Estate Register

Parcel/Parcel Hai Code: _____

[stamp:] Real Estate
Registration Affairs Center,
Chaoyang District, Beijing
Time        Year/Month Day/Hour/Minute
Total Page:
Special Seal for Archives (House 12)

[sta
Registra
Chaoyan
Time     Year/
Total Page:
Special Seal for

Registration
Authority: _____

CONFIDENTIAL

PAX-KWOK-073373

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO.: 481
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

Transcript  48

# Property Rights and Other Issues Registration Information

Property Unit No.:  110105009001GB00063F00010138

State-owned construction land use right/property ownership registration on____ Page 1

Mortgage right registration on Page _____2_____

Easement registration on Page _____

Advance notice registration on Page _____

Objection registration on Page _____

Seizure registration on Page _3_____

CONFIDENTIAL

PAX-KWOK-073374

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11
Pg 4 of 38

Transcript 48    Page 1

# Property Ownership Registration Information (single house, floor, suite, room)

Property Unit No.: 110105009001GB00063F00010138

Property Location: Room 1101, Unit 10, 10/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District

| Description / Business No. | | | | |
|---|---|---|---|---|
| Business No. | 11545882 | | | |
| Property Owner | Beijing Pangu Investment Co., Ltd. | | | |
| Certificate Type | Organization Code | | | |
| Certificate No. | 63377397-8 | | | |
| House Sharing | Solely owned | | | |
| Type of Right Holder | Company | | | |
| Registration Type | Initial Registration | | | |
| Reason for Registration | Paid acquisition of land use right | | | |
| Land Right User | Beijing Pangu Investment Co., Ltd. | | | |
| Area of Land for Exclusive Use (m²) | 0 | | | |
| Area of Shared Land (m²) | | | | |
| Land Use Period | From To | | | |
| Property Transaction Price (RMB 10k) | | | | |

CONFIDENTIAL

PAX-KWOK-073375

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11
Pg 5 of 38
RECEIVED NYSCEF: 07/24/2020

| Planned Use | Apartment | | |
|---|---|---|---|
| House Nature | | | |
| House Structure | Reinforced-concrete structure | | |
| Floor Located/Total Floor | 10/24 | | |
| Floor Area (m$^2$) | 655.67 | | |
| Proprietary Floor Area (m$^2$) | 534.41 | | |
| Shared Floor Area (m$^2$) | 121.26 | | |
| Completion Time | | | |
| Property Ownership Certificate (POC) No. | X Jing POC ChaonZi No. 1247244 | | |
| Registration Time | 05-31-2013 | | |
| Registrar | Mingyue Fan | | |
| Notes | | | |

CONFIDENTIAL
PAX-KWOK-073376

# Mortgage Right Registration Information

Property Unit No.: 110105009001GB00063F00010138

Mortgaged Property Type: ☐ Land  ☐ Land and house  ☐ Woodland and trees  ☐ Land and buildings under construction  ☐ Sea area  ☐ Sea area and structures  ■ Others

| Business No. Description | 11775869 | 12888965 | | |
|---|---|---|---|---|
| Mortgagee | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | | |
| Certificate Type | Business License | Business License | | |
| Certificate No. | 110105002548392 | 110105002548392 | | |
| Mortgagor | Beijing Pangu Investment Co., Ltd. | Beijing Pangu Investment Co., Ltd. | | |
| Mortgage Method | General mortgage | General mortgage | | |
| Registration Type | House Mortgage Right Registration | House Mortgage Right Registration | | |
| Reason for Registration | Change of registration of mortgage of construction in progress to mortgage of existing house | Changes in Mortgage Right Contents | | |
| Location of Buildings under Construction | Room 1101, Unit 10, 10/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District | | | |
| Mortgage Scope of Buildings under Construction | All | | | |
| Amount of Principal Creditor's Rights Guaranteed (Max. Amount of Creditor's Rights) (RMB 10k) | 281250.000000 (RMB 10k) | 281250.000000 (RMB 10k) | | |
| Debt Performance Period (Determined Period of Creditor's Rights) | From December 15, 2010 To December 14, 2018 | From December 15, 2010 To December 14, 2018 | | |

CONFIDENTIAL

PAX-KWOK-073377

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
RECEIVED NYSCEF: 07/24/2020

| Facts and Amount of Determined Max. Creditor's Rights | | | | |
|---|---|---|---|---|
| Property Registration Certificate No. | X JingFangTaZheng ChaoZi No. 412185 | X JingFangTaZheng ChaoZi No. 445923 | | |
| Registration Time | 08-09-2013 | 01-27-2014 | | |
| Registrar | Hong Zhang | Rui Song | | |
| Mortgage Cancellation Business No. | 12888965 | 14704056 | | |
| Reason for Mortgage Cancellation | | Paid off | | |
| Time of Cancellation | 01-27-2014 | 01-04-2015 | | |
| Registrar | Rui Song | Hua Jiang | | |
| Notes | | | | |

CONFIDENTIAL

PAX-KWOK-073378

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 8 of 38
RECEIVED NYSCEF: 07/24/2020

Transcript 48        Page 3

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010138

| Business No. / Description | 14923419 | 16356170 | 2016111718598 | 2016120716888 |
|---|---|---|---|---|
| Seizure Authority | Beijing Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | Beijing No.3 Intermediate People's Court | Dalian Municipal Public Security Bureau |
| Seizure Type | Judicial seizure | Judicial seizure | Judicial seizure | Judicial seizure |
| Seizure File | | | | |
| Seizure File No. | JingGong(Jing) FengTongZi (2015) No. 115 | (2015) SanZhongZhiZi No. 820 | (2016) Jing 03 Zhi No. 477 | DaGong(Jing) FengTongZi (2016) No. DL2242010 |
| Seizure Period | From February 2, 2015 To February 1, 2017 | From September 17, 2015 To September 16, 2018 | From November 17, 2016 To November 16, 2019 | From December 20, 2016 To December 19, 2017 |
| Seizure Scope | 196 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 14 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. were seized. Room 501 of Unit 11 and Rooms 501, 201, 202, 203, 204, 206, 207, 208, 213 and 308 of Unit 15 are on the waiting list for seizure (File [text cut off] received) | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (File 844 received) | Rooms 01 in Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District and 163 houses in Building 3, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (Room 701 of Unit 9, Room 1101 of Unit 12 were seized first) (844) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 02-03-2015 | 09-18-2015 | 11-18-2016 | 12-20-2016 |
| Registrar | Qiying Liu | Shanshan Wu | Shanshan Wu | Qiying Liu |
| Seizure Lifting Business No. | 20190227002398 | 2018091301575 | | 2017121504205 |

CONFIDENTIAL

PAX-KWOK-073379

| | | | | |
|---|---|---|---|---|
| Seizure Lifting Agency | | | | |
| Seizure Lifting File | | | | |
| Seizure Lifting File No. | Expired | | | |
| Registration Time | 02-27-2019 | 09-14-2018 | | 12-19-2017 |
| Registrar | Shuo Fan | Qiying Liu | | Lin Li |
| Notes | | | Property Owner: Beijing Pangu Investment Co., Ltd.     Property Ownership Certificate (POC) Numbers: X Jing POC ChaoZi No. 1247244, X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1288089 | |

CONFIDENTIAL                                                    PAX-KWOK-073380

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010138

| Business No. / Description | 2017121504205 | 2018091301575 | 2018110702183 | 2018121302104 |
|---|---|---|---|---|
| Seizure Authority | Dalian Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | People's Court of Pinggu District, Beijing | Dalian Municipal Public Security Bureau |
| Seizure Type | Extension of Judicial Seizure | Extension of Judicial Seizure | Judicial seizure | Extension of Judicial Seizure |
| Seizure File | | | | |
| Seizure File No. | DaGong(Jing) FengTong [2017] No. DL2242039, continued DaGong(Jing) FengTong [2016] No. DL2242012 | (2015) SanZhongZhiZi No. 820 | (2018) Jing 0117 Zhi No. 4095 | DaGong(Jing) FengTong [2018] No. ZY2242047, continued DaGong(Jing) FengTong [2017] No. DL2242042 |
| Seizure Period | From December 15, 2017 To December 14, 2018 | From September 13, 2018 To September 12, 2021 | From November 7, 2018 To November 6, 2021 | From December 13, 2018 To December 12, 2019 |
| Seizure Scope | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure (File 844 received) | Rooms 01 on the -3rd to 19th floors of Building 1, Compound 27, North 4th Ring Middle Road, Chaoyang District; Rooms 01 on the 1st to 5th floors of Building 2; 189 houses, including Room 2101, of Unit 15, 18th Floor, Building 3; Rooms 01 on the 1st-5th floors of Building 4; and 54 houses, including Room 101 on the 1st Floor of Building 5 (246 houses in total, see the schedule for details) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 12-19-2017 | 09-14-2018 | 11-07-2018 | 12-13-2018 |
| Registrar | Lin Li | Qiying Liu | Shuo Fan | Shuo Fan |
| Seizure Lifting Business No. | 2018121302104 | | | 20190227003347 |

CONFIDENTIAL

PAX-KWOK-073381

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 11 of 38

| | | | |
|---|---|---|---|
| Seizure Lifting Agency | | | |
| Seizure Lifting File | | | |
| Seizure Lifting File No. | DaGong(Jing) FengTongZi (2016) No. DL2242010 | (2015) SanZhongZhiZi No. 820 | |
| Registration Time | 12-13-2018 | | 02-27-2019 |
| Registrar | Shuo Fan | | Shuo Fan |
| Notes | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate (POC) No.: X Jing POC ChaoZi No. 1247244 | | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate Numbers.: X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1288089, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1247244 | |

CONFIDENTIAL

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 12 of 38

Transcript 48    Page 3

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010138

| Business No. / Description | 20190202002045 | 20190227003347 | | |
|---|---|---|---|---|
| Seizure Authority | People's Court of Pinggu District, Beijing | Intermediate People's Court of Dalian, Liaoning Province | | |
| Seizure Type | Registration of Judicial Seizure Creation | Extension of Judicial Seizure | | |
| Seizure File | | | | |
| Seizure File No. | (2019) Jing 0117 Zhi No. 104, 107 and 110 | (2018) Liao 02 Zhi No. 1438 | | |
| Seizure Period | From February 2, 2019 To February 1, 2022 | From February 27, 2019 To February 26, 2022 | | |
| Seizure Scope | 245 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (see the physical objects for details) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District | | |
| Registration Time | 02-02-2019 | 02-27-2019 | | |
| Registrar | Qiying Liu | Shuo Fan | | |
| Seizure Lifting Business No. | | | | |
| Seizure Lifting Agency | | | | |

CONFIDENTIAL

PAX-KWOK-073383

| | | | |
|---|---|---|---|
| Seizure Lifting File | | | |
| Seizure Lifting File No. | | | |
| Registration Time | | | |
| Registrar | | | |
| Notes | | Room 2101 of Unit 6, Rooms 801, 901, 1001, and 1101 of Unit 7, Room 1001 of Unit 8 and Room 2001 of Unit 9 in Building 3; Rooms 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 307 and 308 of Building 3; and Basement 05 of Building 3 were seized first, and the remaining [rooms] are on the waiting list for seizure. The seizure was conducted by the Intermediate People's Court of Dalian, Liaoning Province following Dalian Municipal Public Security Bureau | | |

[stamp:] [text cut off]

CONFIDENTIAL

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO: 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 14 of 38
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

___Beijing___ Province (District, City)___Beijing___City (District)

County (City, District) _____Cadastral Area

_____Cadastral Sub-area

# Real Estate Register

> [stamp:] Real Estate Registration Affairs Center, Chaoyang District, Beijing
> Time      YearMonth DayHourMinute
> Total Page:
> Special Seal for Archives (House 12)

Parcel/Parcel Hai Code_____

> [stamp:] Real Estate Registration Affairs Center, Chaoyang District
> Time      YearMonth D...
> Total Page:
> Special Seal for Archives

> [stamp:] Real Estate Registration Affairs Center, Chaoyang District
> Time      YearMonth Day
> Total Page:
> Special Seal for Archives

Registration
Authority: _____

CONFIDENTIAL                                                                PAX-KWOK-073385

Transcript  69

# Property Rights and Other Issues Registration Information

Property Unit No.:  110105009001GB00063F00010194

  State-owned construction land use right/property ownership registration on     Page 1

Mortgage right registration on Page  2

Easement registration on Page _____

Advance notice registration on Page ____

Objection registration on Page ____

Seizure registration on Page  3

CONFIDENTIAL                                                                    PAX-KWOK-073386

# Property Ownership Registration Information (single house, floor, suite, room)

Property Unit No.: 110105009001GB00063F00010194

Property Location: Room 1701, Unit 6, 14/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District

| Description / Business No. | | | | |
|---|---|---|---|---|
| Business No. | 11545882 | | | |
| Property Owner | Beijing Pangu Investment Co., Ltd. | | | |
| Certificate Type | Organization Code | | | |
| Certificate No. | 63377397-8 | | | |
| House Sharing | Solely owned | | | |
| Type of Right Holder | Company | | | |
| Registration Type | Initial Registration | | | |
| Reason for Registration | Paid acquisition of land use right | | | |
| Land Right User | Beijing Pangu Investment Co., Ltd. | | | |
| Area of Land for Exclusive Use (m$^2$) | 0 | | | |
| Area of Shared Land (m$^2$) | | | | |
| Land Use Period | From To | | | |
| Property Transaction Price (RMB 10k) | | | | |

CONFIDENTIAL

PAX-KWOK-073387

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 17 of 38

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

| | | | | |
|---|---|---|---|---|
| Planned Use | Apartment | | | |
| House Nature | | | | |
| House Structure | Reinforced-concrete structure | | | |
| Floor Located/Total Floor | 14/24 | | | |
| Floor Area (m$^2$) | 668.68 | | | |
| Proprietary Floor Area (m$^2$) | 545.02 | | | |
| Shared Floor Area (m$^2$) | 123.66 | | | |
| Completion Time | | | | |
| Property Ownership Certificate (POC) No. | X Jing POC ChaonZi No. 1247244 | | | |
| Registration Time | 05-31-2013 | | | |
| Registrar | Mingyue Fan | | | |
| Notes | | | | |

[stamp:] [text cut off]

CONFIDENTIAL

PAX-KWOK-073388

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM

NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11
Pg 18 of 38

Transcript 69      Page 2

# Mortgage Right Registration Information

| Property Unit No.: 110105009001GB00063F00010194 | Mortgaged Property Type: ☐ Land ☐ Land and house ☐ Woodland and trees ☐ Land and buildings under construction ☐ Sea area ☐ Sea area and structures ■ Others | | |
|---|---|---|---|

| Description ╲ Business No. | 11775869 | 12888965 | | |
|---|---|---|---|---|
| Mortgagee | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | | |
| Certificate Type | Business License | Business License | | |
| Certificate No. | 110105002548392 | 110105002548392 | | |
| Mortgagor | Beijing Pangu Investment Co., Ltd. | Beijing Pangu Investment Co., Ltd. | | |
| Mortgage Method | General mortgage | General mortgage | | |
| Registration Type | House Mortgage Right Registration | House Mortgage Right Registration | | |
| Reason for Registration | Change of registration of mortgage of construction in progress to mortgage of existing house | Changes in Mortgage Right Contents | | |
| Location of Buildings under Construction | Room 1701, Unit 6, 14/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District | | | |
| Mortgage Scope of Buildings under Construction | All | | | |
| Amount of Principal Creditor's Rights Guaranteed (Max. Amount of Creditor's Rights) (RMB 10k) | 281250.000000 (RMB 10k) | 281250.000000 (RMB 10k) | | |
| Debt Performance Period (Determined Period of Creditor's Rights) | From December 15, 2010 To December 14, 2018 | From December 15, 2010 To December 14, 2018 | | |

CONFIDENTIAL

PAX-KWOK-073389

20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11
Pg 19 of 38

| Facts and Amount of Determined Max. Creditor's Rights | | | | |
| --- | --- | --- | --- | --- |
| Property Registration Certificate No. | X JingFangTaZheng ChaoZi No. 412185 | X JingFangTaZheng ChaoZi No. 445923 | | |
| Registration Time | 08-09-2013 | 01-27-2014 | | |
| Registrar | Hong Zhang | Rui Song | | |
| Mortgage Cancellation Business No. | 12888965 | 14704056 | | |
| Reason for Mortgage Cancellation | | Paid off | | |
| Time of Cancellation | 01-27-2014 | 01-04-2015 | | |
| Registrar | Rui Song | Hua Jiang | | |
| Notes | | | | |

CONFIDENTIAL

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO.: 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 20 of 38
RECEIVED NYSCEF: 07/24/2020

Transcript 69        Page 3

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010194

| Description \ Business No. | 14923419 | 16356170 | 2016111718598 | 2016120716888 |
|---|---|---|---|---|
| Seizure Authority | Beijing Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | Beijing No.3 Intermediate People's Court | Dalian Municipal Public Security Bureau |
| Seizure Type | Judicial seizure | Judicial seizure | Judicial seizure | Judicial seizure |
| Seizure File | | | | |
| Seizure File No. | JingGong(Jing) FengTongZi (2015) No. 115 | (2015) SanZhongZhiZi No. 820 | (2016) Jing 03 Zhi No. 477 | DaGong(Jing) FengTongZi (2016) No. DL2242010 |
| Seizure Period | From February 2, 2015 To February 1, 2017 | From September 17, 2015 To September 16, 2018 | From November 17, 2016 To November 16, 2019 | From December 20, 2016 To December 19, 2017 |
| Seizure Scope | 196 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 14 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. were seized. Room 501 of Unit 11 and Rooms 501, 201, 202, 203, 204, 206, 207, 208, 213 and 308 of Unit 15 are on the waiting list for seizure (File [text cut off] received) | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (File 844 received) | Rooms 01 in Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District and 163 houses in Building 3, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (Room 701 of Unit 9, Room 1101 of Unit 12 were seized first) (844) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 02-03-2015 | 09-18-2015 | 11-18-2016 | 12-20-2016 |
| Registrar | Qiying Liu | Shanshan Wu | Shanshan Wu | Qiying Liu |
| Seizure Lifting Business No. | 20190227002398 | 2018091301575 | | 2017121504205 |

CONFIDENTIAL

PAX-KWOK-073391

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

| Seizure Lifting Agency | | | | |
|---|---|---|---|---|
| Seizure Lifting File | | | | |
| Seizure Lifting File No. | Expired | | | |
| Registration Time | 02-27-2019 | 09-14-2018 | | 12-19-2017 |
| Registrar | Shuo Fan | Qiying Liu | | Lin Li |
| Notes | | | Property Owner: Beijing Pangu Investment Co., Ltd.          Property Ownership Certificate (POC) Numbers: X Jing POC ChaoZi No. 1247244, X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1288089 | |

CONFIDENTIAL

PAX-KWOK-073392

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010194

| Business No. / Description | 2017121504205 | 2018091301575 | 2018110702183 | 2018121302104 |
|---|---|---|---|---|
| Seizure Authority | Dalian Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | People's Court of Pinggu District, Beijing | Dalian Municipal Public Security Bureau |
| Seizure Type | Extension of Judicial Seizure | Extension of Judicial Seizure | Judicial seizure | Extension of Judicial Seizure |
| Seizure File | | | | |
| Seizure File No. | DaGong(Jing) FengTong [2017] No. DL2242039, continued DaGong(Jing) FengTong [2016] No. DL2242012 | (2015) SanZhongZhiZi No. 820 | (2018) Jing 0117 Zhi No. 4095 | DaGong(Jing) FengTong [2018] No. ZY2242047, continued DaGong(Jing) FengTong [2017] No. DL2242042 |
| Seizure Period | From December 15, 2017 To December 14, 2018 | From September 13, 2018 To September 12, 2021 | From November 7, 2018 To November 6, 2021 | From December 13, 2018 To December 12, 2019 |
| Seizure Scope | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure (File 844 received) | Rooms 01 on the -3rd to 19th floors of Building 1, Compound 27, North 4th Ring Middle Road, Chaoyang District; Rooms 01 on the 1st to 5th floors of Building 2; 189 houses, including Room 2101, of Unit 15, 18th Floor, Building 3; Rooms 01 on the 1st-5th floors of Building 4; and 54 houses, including Room 101 on the 1st Floor of Building 5 (246 houses in total, see the schedule for details) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 12-19-2017 | 09-14-2018 | 11-07-2018 | 12-13-2018 |
| Registrar | Lin Li | Qiying Liu | Shuo Fan | Shuo Fan |
| Seizure Lifting Business No. | 2018121302104 | | | 20190227003347 |

CONFIDENTIAL

PAX-KWOK-073393

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 23 of 38

| | | | | |
|---|---|---|---|---|
| Seizure Lifting Agency | | | | |
| Seizure Lifting File | | | | |
| Seizure Lifting File No. | DaGong(Jing) FengTongZi (2016) No. DL2242010 | (2015) SanZhongZhiZi No. 820 | | |
| Registration Time | 12-13-2018 | | | 02-27-2019 |
| Registrar | Shuo Fan | | | Shuo Fan |
| Notes | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate (POC) No.: X Jing POC ChaoZi No. 1247244 | | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate Numbers.: X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1288089, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1247244 | |

CONFIDENTIAL

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM

NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11

Pg 24 of 38

Transcript 69 - Page 3

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010194

| Business No.<br><br>Description | 20190202002045 | 20190227003347 | | |
|---|---|---|---|---|
| Seizure Authority | People's Court of Pinggu District, Beijing | Intermediate People's Court of Dalian, Liaoning Province | | |
| Seizure Type | Registration of Judicial Seizure Creation | Extension of Judicial Seizure | | |
| Seizure File | | | | |
| Seizure File No. | (2019) Jing 0117 Zhi No. 104, 107 and 110 | (2018) Liao 02 Zhi No. 1438 | | |
| Seizure Period | From February 2, 2019 To February 1, 2022 | From February 27, 2019 To February 26, 2022 | | |
| Seizure Scope | 245 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (see the physical objects for details) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District | | |
| Registration Time | 02-02-2019 | 02-27-2019 | | |
| Registrar | Qiying Liu | Shuo Fan | | |
| Seizure Lifting Business No. | | | | |
| Seizure Lifting Agency | | | | |

CONFIDENTIAL

PAX-KWOK-073395

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

| | | | |
|---|---|---|---|
| Seizure Lifting File | | | |
| Seizure Lifting File No. | | | |
| Registration Time | | | |
| Registrar | | | |
| Notes | | Room 2101 of Unit 6, Rooms 801, 901, 1001, and 1101 of Unit 7, Room 1001 of Unit 8 and Room 2001 of Unit 9 in Building 3; Rooms 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 307 and 308 of Building 3; and Basement 05 of Building 3 were seized first, and the remaining [rooms] are on the waiting list for seizure. The seizure was conducted by the Intermediate People's Court of Dalian, Liaoning Province following Dalian Municipal Public Security Bureau | | |

[stamp:] [text cut off]

CONFIDENTIAL
PAX-KWOK-073396

___Beijing___ Province (District, City)___Beijing___ City (District)

County (City, District) _____Cadastral Area

_____Cadastral Sub-area

# **Real Estate Register**

Parcel/Parcel Hai Code: 



Registration Authority: _____

CONFIDENTIAL                                                              PAX-KWOK-073397

Transcript __70___

# Property Rights and Other Issues Registration Information

Property Unit No.: __110105009001GB00063F00010196___

____State-owned construction land use right/property ownership
registration on____ Page 1 ____

Mortgage right registration on Page __2___

Easement registration on Page _____

Advance notice registration on Page _____

Objection registration on Page _____

Seizure registration on Page ___3____

CONFIDENTIAL

PAX-KWOK-073398

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

20-12411-jlg   Doc 14-11   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 11
Pg 28 of 38

# Property Ownership Registration Information (single house, floor, suite, room)

**Property Unit No.:** 110105009001GB00063F00010196

**Property Location:** Room 1701, Unit 8, 14/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District

| Business No. / Description | | | | |
|---|---|---|---|---|
| Business No. | 11545882 | | | |
| Property Owner | Beijing Pangu Investment Co., Ltd. | | | |
| Certificate Type | Organization Code | | | |
| Certificate No. | 63377397-8 | | | |
| House Sharing | Solely owned | | | |
| Type of Right Holder | Company | | | |
| Registration Type | Initial Registration | | | |
| Reason for Registration | Paid acquisition of land use right | | | |
| Land Right User | Beijing Pangu Investment Co., Ltd. | | | |
| Area of Land for Exclusive Use (m$^2$) | 0 | | | |
| Area of Shared Land (m$^2$) | | | | |
| Land Use Period | From<br>To | | | |
| Property Transaction Price (RMB 10k) | | | | |

CONFIDENTIAL

PAX-KWOK-073399

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 29 of 38
RECEIVED NYSCEF: 07/24/2020

| | | | | |
|---|---|---|---|---|
| Planned Use | Apartment | | | |
| House Nature | | | | |
| House Structure | Reinforced-concrete structure | | | |
| Floor Located/Total Floor | 14/24 | | | |
| Floor Area (m$^2$) | 651.42 | | | |
| Proprietary Floor Area (m$^2$) | 530.95 | | | |
| Shared Floor Area (m$^2$) | 120.47 | | | |
| Completion Time | | | | |
| Property Ownership Certificate (POC) No. | X Jing POC ChaonZi No. 1247244 | | | |
| Registration Time | 05-31-2013 | | | |
| Registrar | Mingyue Fan | | | |
| Notes | | | | |

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 30 of 38
RECEIVED NYSCEF: 07/24/2020
Transcript 70        Page 2

# Mortgage Right Registration Information

| | Mortgaged Property Type: | ☐ Land | ☐ Land and house | ☐ Woodland and trees |
|---|---|---|---|---|
| Property Unit No.: 110105009001GB00063F00010196 | ☐ Land and buildings under construction | ☐ Sea area | ☐ Sea area and structures | ■ Others |

| Business No. Description | 11775869 | 12888965 | | |
|---|---|---|---|---|
| Mortgagee | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | Agricultural Bank of China Limited Beijing Asian Games Village Sub-branch | | |
| Certificate Type | Business License | Business License | | |
| Certificate No. | 110105002548392 | 110105002548392 | | |
| Mortgagor | Beijing Pangu Investment Co., Ltd. | Beijing Pangu Investment Co., Ltd. | | |
| Mortgage Method | General mortgage | General mortgage | | |
| Registration Type | House Mortgage Right Registration | House Mortgage Right Registration | | |
| Reason for Registration | Change of registration of mortgage of construction in progress to mortgage of existing house | Changes in Mortgage Right Contents | | |
| Location of Buildings under Construction | Room 1701, Unit 8, 14/F, Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District | | | |
| Mortgage Scope of Buildings under Construction | All | | | |
| Amount of Principal Creditor's Rights Guaranteed (Max. Amount of Creditor's Rights) (RMB 10k) | 281250.000000 (RMB 10k) | 281250.000000 (RMB 10k) | | |
| Debt Performance Period (Determined Period of Creditor's Rights) | From December 15, 2010 To December 14, 2018 | From December 15, 2010 To December 14, 2018 | | |

CONFIDENTIAL

PAX-KWOK-073401

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 31 of 38

| Facts and Amount of Determined Max. Creditor's Rights | | | | |
|---|---|---|---|---|
| Property Registration Certificate No. | X JingFangTaZheng ChaoZi No. 412185 | X JingFangTaZheng ChaoZi No. 445923 | | |
| Registration Time | 08-09-2013 | 01-27-2014 | | |
| Registrar | Hong Zhang | Rui Song | | |
| Mortgage Cancellation Business No. | 12888965 | 14704056 | | |
| Reason for Mortgage Cancellation | | Paid off | | |
| Time of Cancellation | 01-27-2014 | 01-04-2015 | | |
| Registrar | Rui Song | Hua Jiang | | |
| Notes | | | | |

CONFIDENTIAL

PAX-KWOK-073402

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 32 of 38

Transcript 70      Page 3

# Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010196

| Business No. Description | 14923419 | 16356170 | 2016111718598 | 2016120716888 |
|---|---|---|---|---|
| Seizure Authority | Beijing Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | Beijing No.3 Intermediate People's Court | Dalian Municipal Public Security Bureau |
| Seizure Type | Judicial seizure | Judicial seizure | Judicial seizure | Judicial seizure |
| Seizure File | | | | |
| Seizure File No. | JingGong(Jing) FengTongZi (2015) No. 115 | (2015) SanZhongZhiZi No. 820 | (2016) Jing 03 Zhi No. 477 | DaGong(Jing) FengTongZi (2016) No. DL2242010 |
| Seizure Period | From February 2, 2015 To February 1, 2017 | From September 17, 2015 To September 16, 2018 | From November 17, 2016 To November 16, 2019 | From December 20, 2016 To December 19, 2017 |
| Seizure Scope | 196 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 14 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. were seized. Room 501 of Unit 11 and Rooms 501, 201, 202, 203, 204, 206, 207, 208, 213 and 308 of Unit 15 are on the waiting list for seizure (File [text cut off] received) | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (File 844 received) | Rooms 01 in Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District and 163 houses in Building 3, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (Room 701 of Unit 9, Room 1101 of Unit 12 were seized first) (844) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 02-03-2015 | 09-18-2015 | 11-18-2016 | 12-20-2016 |
| Registrar | Qiying Liu | Shanshan Wu | Shanshan Wu | Qiying Liu |
| Seizure Lifting Business No. | 20190227002398 | 2018091301575 | | 2017121504205 |

CONFIDENTIAL

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
RECEIVED NYSCEF: 07/24/2020
Pg 33 of 38

| | | | | |
|---|---|---|---|---|
| Seizure Lifting Agency | | | | |
| Seizure Lifting File | | | | |
| Seizure Lifting File No. | Expired | | | |
| Registration Time | 02-27-2019 | 09-14-2018 | | 12-19-2017 |
| Registrar | Shuo Fan | Qiying Liu | | Lin Li |
| Notes | | | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate (POC) Numbers: X Jing POC ChaoZi No. 1247244, X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1288089 | |

CONFIDENTIAL
PAX-KWOK-073404

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 481
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 34 of 38

Transcript 70      Page 3

## Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010196

| Business No. Description | 2017121504205 | 2018091301575 | 2018110702183 | 2018121302104 |
|---|---|---|---|---|
| Seizure Authority | Dalian Municipal Public Security Bureau | Beijing No.3 Intermediate People's Court | People's Court of Pinggu District, Beijing | Dalian Municipal Public Security Bureau |
| Seizure Type | Extension of Judicial Seizure | Extension of Judicial Seizure | Judicial seizure | Extension of Judicial Seizure |
| Seizure File | | | | |
| Seizure File No. | DaGong(Jing) FengTong [2017] No. DL2242039, continued DaGong(Jing) FengTong [2016] No. DL2242012 | (2015) SanZhongZhiZi No. 820 | (2018) Jing 0117 Zhi No. 4095 | DaGong(Jing) FengTong [2018] No. ZY2242047, continued DaGong(Jing) FengTong [2017] No. DL2242042 |
| Seizure Period | From December 15, 2017 To December 14, 2018 | From September 13, 2018 To September 12, 2021 | From November 7, 2018 To November 6, 2021 | From December 13, 2018 To December 12, 2019 |
| Seizure Scope | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. | Houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District (see the property table in the system for house numbers) under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure (File 844 received) | Rooms 01 on the -3rd to 19th floors of Building 1, Compound 27, North 4th Ring Middle Road, Chaoyang District; Rooms 01 on the 1st to 5th floors of Building 2; 189 houses, including Room 2101, of Unit 15, 18th Floor, Building 3; Rooms 01 on the 1st-5th floors of Building 4; and 54 houses, including Room 101 on the 1st Floor of Building 5 (246 houses in total, see the schedule for details) under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. (Room 1501, Unit 11, Building 3, Compound 27, North 4th Ring Middle Road is not on the waiting list for seizure) Buildings 1, 2 and 4. |
| Registration Time | 12-19-2017 | 09-14-2018 | 11-07-2018 | 12-13-2018 |
| Registrar | Lin Li | Qiying Liu | Shuo Fan | Shuo Fan |
| Seizure Lifting Business No. | 2018121302104 | | | 20190227003347 |

CONFIDENTIAL

PAX-KWOK-073405

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 35 of 38
RECEIVED NYSCEF: 07/24/2020

| | | | | |
|---|---|---|---|---|
| Seizure Lifting Agency | | | | |
| Seizure Lifting File | | | | |
| Seizure Lifting File No. | DaGong(Jing) FengTongZi (2016) No. DL2242010 | (2015) SanZhongZhiZi No. 820 | | |
| Registration Time | 2018-12-13 | | | 2019-02-27 |
| Registrar | Shuo Fan | | | Shuo Fan |
| Notes | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate (POC) No.: X Jing POC ChaoZi No. 1247244 | | Property Owner: Beijing Pangu Investment Co., Ltd. Property Ownership Certificate Numbers.: X Jing POC ChaoZi No. 1122115, X Jing POC ChaoZi No. 1288089, X Jing POC ChaoZi No. 1249037, X Jing POC ChaoZi No. 1249029, X Jing POC ChaoZi No. 1247244 | |

CONFIDENTIAL
PAX-KWOK-073406

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM

NYSCEF DOC. NO. 481

20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11

Pg 36 of 38

INDEX NO. 652077/2017

RECEIVED NYSCEF: 07/24/2020

Transcript 70    Page 3

## Seizure Registration Information

Property Unit No.: 110105009001GB00063F00010196

| Business No. / Description | 20190202002045 | 20190227003347 | | |
|---|---|---|---|---|
| Seizure Authority | People's Court of Pinggu District, Beijing | Intermediate People's Court of Dalian, Liaoning Province | | |
| Seizure Type | Registration of Judicial Seizure Creation | Extension of Judicial Seizure | | |
| Seizure File | | | | |
| Seizure File No. | (2019) Jing 0117 Zhi No. 104, 107 and 110 | (2018) Liao 02 Zhi No. 1438 | | |
| Seizure Period | From February 2, 2019 To February 1, 2022 | From February 27, 2019 To February 26, 2022 | | |
| Seizure Scope | 245 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District under the name of Beijing Pangu Investment Co., Ltd. are on the waiting list for seizure (see the physical objects for details) | 189 houses in Building 3, Compound 27, North 4th Ring Middle Road, Chaoyang District, Beijing and 54 houses in Building 5, Compound 27, North 4th Ring Middle Road under the name of Beijing Pangu Investment Co., Ltd. will continue to be on the waiting list for seizure. Buildings 1, 2 and 4, Compound 27, North 4th Ring Middle Road, Chaoyang District | | |
| Registration Time | 02-02-2019 | 02-27-2019 | | |
| Registrar | Qiying Liu | Shuo Fan | | |
| Seizure Lifting Business No. | | | | |
| Seizure Lifting Agency | | | | |

CONFIDENTIAL

PAX-KWOK-073407

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 481
20-12411-jlg    Doc 14-11    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 11
Pg 37 of 38
RECEIVED NYSCEF: 07/24/2020

| | | | |
|---|---|---|---|
| Seizure Lifting File | | | |
| Seizure Lifting File No. | | | |
| Registration Time | | | |
| Registrar | | | |
| Notes | | Room 2101 of Unit 6, Rooms 801, 901, 1001, and 1101 of Unit 7, Room 1001 of Unit 8 and Room 2001 of Unit 9 in Building 3; Rooms 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 307 and 308 of Building 3; and Basement 05 of Building 3 were seized first, and the remaining [rooms] are on the waiting list for seizure. The seizure was conducted by the Intermediate People's Court of Dalian, Liaoning Province following Dalian Municipal Public Security Bureau | | |

[stamp:] [text cut off]

CONFIDENTIAL

City of Alhambra, State of California, County of Los Angeles

I, Samuel Chong, am a linguist hired by TransPerfect, a translation services that operates under both ISO 9001:2008 and EN 15038:2006 certification. I have been speaking Chinese for over 30 years. I am a recipient of California state court interpreter certification. I have studied Chinese translation for 10 years.

The following document is, to the best of my knowledge and belief a true and accurate translation from Chinese into English:

Beijing Land Records

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Sworn to before me this
Wednesday, February 05, 2020

_____
Samuel Chong, Translator

_____
Signature, Notary Public

LI LI
COMM. # 2153395
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. MAY 27, 2020

Stamp, Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   County of Los Angeles _____ )ss.
On 2/5/2020 before me, Li Li _____, Notary Public, personally appeared Samuel Shu Chong _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

CONFIDENTIAL