# EXHIBIT 14

*PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. VS.*
*KWOK HO WAN*

---

*DANIEL PODHASKIE*
*December 11, 2019*

---



*Original File 293035B.txt*
*Min-U-Script® with Word Index*

1   SUPREME COURT OF THE STATE OF NEW YORK

2   COUNTY OF NEW YORK
    ----------------------------------------X
3   PACIFIC ALLIANCE ASIA OPPORTUNITY
    FUND L.P.,
4
                        Plaintiff,
5
                - against -
6
    KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO
7   WEN GUI, a/k/a GUO WENGUI, a/k/a GUO
    WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a
8   MILES KWOK, a/k/a HAOYUN GUO,

9                       Defendant.

10  Index No.: 652077/2017
    ----------------------------------------X
11

12                      605 Third Avenue
                        New York, New York
13
                        December 11, 2019
14                      2:56 p.m.

15

16          VIDEOTAPED EXAMINATION BEFORE TRIAL

17  of DANIEL PODHASKIE, before Melissa Gilmore, a

18  Shorthand Reporter and Notary Public of the

19  State of New York.

20

21

22

23          ELLEN GRAUER COURT REPORTING CO., LLC
              126 East 56th Street, Fifth Floor
24               New York, New York 10022
                      212-750-6434
25                    REF: 293035B

2

```
 1   A P P E A R A N C E S:

 2

 3   O'MELVENY & MYERS LLP

 4   Attorneys for Plaintiff

 5        7 Times Square

 6        New York, New York 10036

 7   BY:  EDWARD MOSS, ESQ.

 8        STUART SARNOFF, ESQ.

 9        ELI A. GROSSMAN, ESQ.

10        PHONE 212-728-5651

11        E-MAIL emoss@omm.com

12               ssarnoff@omm.com

13               egrossman@omm.com

14

15

16   HODGSON RUSS LLP

17   Attorneys for Defendant

18        605 Third Avenue, Suite 2300

19        New York, New York 10158

20   BY:  JILLIAN MARIE SEARLES, ESQ.

21        PHONE 646-218-7591

22        E-MAIL jsearles@hodgsonruss.com

23

24

25
```

```
 1   A P P E A R A N C E S:   (Cont'd)

 2

 3   LAWALL & MITCHELL, LLC

 4   Attorneys for the Genever Entities

 5        55 Madison Avenue

 6        Morristown, New Jersey 07960

 7   BY:  AARON A. MITCHELL, ESQ.

 8        PHONE 914-760-8963

 9        E-MAIL aaron@lmesq.com

10

11

12   ALSO PRESENT:

13        YVETTE WANG, Genever

14        DAN MACOM, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

1                        PODHASKIE

2        Q.    That's Mr. Kwok's son?

3        A.    Correct.

4        Q.    Anybody else?

5        A.    Not that I'm aware of.

6        Q.    Why was Genever BVI formed?

7        A.    Initially, it was formed to own a

8    US-based company that was going to purchase

9    real estate.

10        Q.    And was the US-based company Genever

11    New York?

12        A.    Yes.

13        Q.    And was the real estate the

14    apartment at The Sherry-Netherland Hotel?

15        A.    That ultimately ended up being the

16    real estate that Genever purchased.

17        Q.    So is it your testimony that, at the

18    time, there was the thought to buy some real

19    estate in the United States, but they just

20    didn't know exactly what that real estate was

21    going to be?

22            MR. MITCHELL:  Object to the form of

23        the question.

24            You can answer.

25        A.    They wanted to invest in real estate

```
 1                        PODHASKIE
 2    in the United States, and they didn't know
 3    which asset they were going to purchase or
 4    where they were going to purchase.
 5        Q.    Was the plan at the time of
 6    formation to buy one -- you said which asset
 7    they were going to purchase.
 8            Was the plan at the time of
 9    formation to purchase one asset or several
10    assets?
11        A.    I don't know what the plan was.  I
12    know they had looked at several different
13    properties and ultimately chose The
14    Sherry-Netherland.
15        Q.    Has the purpose of Genever BVI
16    changed since the purpose at its formation?
17            MR. MITCHELL:  Object to the form of
18        the question.
19            You can answer.
20        A.    No.
21        Q.    No purposes have been added or
22    subtracted?
23            MR. MITCHELL:  Object to the form of
24        the question.
25        A.    It's not reflected from the
```

1                          PODHASKIE

2      documents and the conversations I had in

3      preparation for today.

4          Q.    What business has Genever BVI

5      conducted?

6          A.    It owns Genever New York, which owns

7      the residence at The Sherry-Netherland.

8          Q.    Any other business that Genever BVI

9      has conducted other than owning Genever New

10     York?

11              MR. MITCHELL:  Object to the form of

12          the question.

13         A.    No.

14         Q.    Has Genever BVI ever entered into

15     any contracts?

16         A.    By contract, can you specify more?

17     I think the answer is yes.

18         Q.    Okay.  Can you elaborate?

19         A.    It entered into -- sorry -- Genever

20     BVI entered into a pledge agreement with an

21     entity called Roscalitar 2, and also with an

22     entity called Blue Capital Limited.

23         Q.    Other than those two pledge

24     agreements, has Genever BVI entered into any

25     contracts?

1                    PODHASKIE

2        A.    Not from the documents and the

3   conversations I had in preparation for today.

4        Q.    Does Genever BVI have a bank

5   account?

6        A.    No.

7        Q.    Has Genever BVI ever paid any money

8   to any other person or entity?

9             MR. MITCHELL:  Object to the form of

10       the question.

11       A.    When you say "any other person or

12  entity," who are you referring to?

13       Q.    Any person or entity other than

14  Genever BVI.

15       A.    Has Genever BVI paid any money to

16  any other person or entity other than Genever

17  BVI?

18       Q.    Yeah, to anyone.  Has it ever

19  incurred a debt that it needed to pay money

20  for?  Has it ever cut a check?  Has it ever

21  spent any money on any goods or services?

22       A.    It hired a registered agent in the

23  BVI and paid them for secretarial services.

24       Q.    Other than that?

25       A.    No, not from -- I did not see that

**PODHASKIE**

1
2  from the documents and the conversations I had
3  in preparation for today.
4      Q.    Do you know where the money came
5  from to pay the registered agent for the
6  secretarial services?
7      A.    I believe it came from Bravo Luck.
8      Q.    Has Genever BVI ever received any
9  money from any person or entity?
10     A.    No, that's not apparent from the
11 documents that I've reviewed in preparation for
12 today.
13     Q.    At the time of Genever BVI's
14 formation, was Mr. Kwok its sole shareholder?
15     A.    Yes.  And by Mr. Kwok, you're
16 referring to Miles Kwok?
17     Q.    Yes.
18     A.    Yes.
19     Q.    So for purposes of clarity of the
20 record, thank you for mentioning that, when I
21 refer to Mr. Kwok, I'm going to be referring to
22 Miles Kwok.  When I'm referring to Guo Qiang, I
23 will be referring to Mr. Kwok's son.
24           Is that okay?
25     A.    That's fine.

1                          PODHASKIE

2      Genever BVI?

3                 MR. MITCHELL:  Object to the form of

4          the question.

5          A.    He is the sole shareholder of

6      Genever BVI.

7          Q.    And are you distinguishing between

8      shareholders and owners because it's a

9      corporation?  Is that why?

10         A.    Yes.

11         Q.    But there is nobody else who owns

12     Genever BVI; is that correct?

13                MR. MITCHELL:  Object to the form of

14         the question.

15         A.    Other than Mr. Kwok?

16         Q.    Yes.

17         A.    Based on the documents I reviewed

18     today, there's no other shareholder besides

19     Mr. Kwok.

20         Q.    Who is Zhang Wei?

21         A.    He is a colleague of Mr. Kwok's that

22     lives in China that ultimately lent the money

23     to purchase The Sherry-Netherland.

24         Q.    Is he a family member of Mr. Kwok?

25         A.    I would be speculating, so I don't

```
 1                    PODHASKIE
 2   know.
 3            MR. MITCHELL:  I caution the witness
 4       not to speculate.
 5       Q.   When you say Zhang Wei ultimately
 6   lent the money to purchase The
 7   Sherry-Netherland, to whom did Zhang Wei lend
 8   the money?
 9       A.   He lent the money to Bravo Luck, a
10   company that, at that time, was owned by
11   Mr. Kwok's son, Guo Qiang, and then Guo Qiang
12   ended up funding the purchase of The
13   Sherry-Netherland through Bravo Luck.
14       Q.   Does Mr. Zhang Wei have any -- own
15   any of the shares of Genever BVI?
16       A.   Based on the documents that I
17   reviewed in preparation for today, his
18   ownership is not reflected on those documents.
19       Q.   At any time during Genever BVI's
20   existence, did Mr. Zhang Wei own any shares of
21   Genever BVI?
22       A.   From the documents that I reviewed
23   in preparation for today, that is not
24   reflected.
25       Q.   Mr. Kwok was the sole director of
```

1                    PODHASKIE

2   Genever BVI at the time it was formed; is that

3   correct?

4        A.    Yes.  Again, based on what I

5   reviewed for today.

6        Q.    Has Genever BVI, during the course

7   of its existence, ever had any directors other

8   than Mr. Kwok?

9        A.    Yes.

10        Q.    Who were those other directors?

11        A.    There was a corporate secretary, a

12   registered agent in the BVI that acted as a

13   director as well.

14        Q.    Is that Elian First Director?

15        A.    Yes.

16        Q.    And was that director -- was Elian

17   First Director only a director for a day or so,

18   until it was replaced by Mr. Kwok?

19        A.    I don't know how long it was, but it

20   was a short period of time initially, yes.

21        Q.    A day or a couple of days?

22        A.    Yes.

23        Q.    Other than Elian First Director,

24   which was a director of Genever BVI for a day

25   or a couple of days, has there been any other

1                          PODHASKIE

2    director of Genever BVI besides Mr. Kwok?

3                MR. MITCHELL:  Object to the form of

4         the question.

5                You can answer.

6         A.    No.

7         Q.    Has Mr. Kwok ever stopped being a

8    director of Genever BVI?

9         A.    No.

10        Q.    He's still a director to this day?

11        A.    He is currently still a director.

12        Q.    He is currently still the only

13   director?

14        A.    He is the only director.  Guo Qiang

15   is the president.

16        Q.    Has Genever BVI ever had any

17   offices?

18                MR. MITCHELL:  Object to the form of

19        the question.

20        A.    When you say "offices," do you mean

21   like business office, corporate office,

22   something like that?

23        Q.    Yes.

24        A.    It has a mailing address in the

25   British Virgin Islands, but it does not have an

```
 1                      PODHASKIE
 2   office that is what we typically think of as an
 3   office like this.
 4        Q.    Genever BVI has never had a business
 5   or a corporate office?
 6        A.    Correct.
 7        Q.    Is the mailing address that Genever
 8   BVI has the mailing address for its registered
 9   agent for service of process?
10        A.    In the BVI?
11        Q.    Yes.
12        A.    Yes.
13        Q.    Does it have any other -- does
14   Genever hold -- strike that.
15             Does Genever BVI have any other
16   mailing address other than the mailing address
17   for its registered agent for service of process
18   in the BVI?
19        A.    Yes.
20        Q.    What other addresses does it have?
21        A.    There is another address in Hong
22   Kong where it maintains its books and records.
23        Q.    And what is that address?
24        A.    I don't know it off the top of my
25   head.  If I had the records in front of me, I
```

1                          PODHASKIE
2    would be able to find it.
3         Q.    And what is that address?  Is it the
4    office of another company?
5         A.    It's -- from what I understand, it's
6    just another mailing address or another -- just
7    an office where they keep the books and
8    records.
9         Q.    And who's in charge of maintaining
10   the books and records?
11        A.    Guo Qiang.
12        Q.    Any other addresses besides the
13   registered agent for service of process in the
14   BVI and the mailing address where the books and
15   records are kept in Hong Kong?
16        A.    No, not that I'm aware of.
17        Q.    Has Genever BVI ever had any
18   employees?
19        A.    No.
20        Q.    Does Genever BVI have a phone
21   number?
22        A.    I think there is a phone number for
23   the registered agent, but other than that, no.
24        Q.    Does Genever BVI have an e-mail
25   address?

```
 1                      PODHASKIE
 2       A.    No.
 3       Q.    Does Genever BVI have any officers?
 4       A.    Yes.
 5       Q.    You mentioned Guo Qiang.
 6       A.    Yes.
 7       Q.    What is his role at Genever BVI?
 8       A.    He is the president.
 9       Q.    When did he become the president?
10       A.    May of 2015.
11       Q.    Did Genever BVI have any officers
12   from the time it was formed in February of 2015
13   until Guo Qiang became the president in May of
14   2015?
15       A.    If you consider a director an
16   officer, then yes.
17       Q.    And that would have been Mr. Kwok?
18       A.    Correct.
19       Q.    And Elian for a day or two?
20       A.    Yes.
21       Q.    Other than directors and other
22   than -- strike that.
23             Other than directors, between
24   February of 2015, when it was formed, and May
25   of 2015, when Guo Qiang became president, did
```

1                        PODHASKIE

2    Genever BVI have any officers?

3         A.    No.

4         Q.    Who appointed or elected Guo Qiang

5    as president in May of 2015?

6         A.    Mr. Kwok.

7         Q.    Has -- strike that.

8              Has Genever BVI ever had any other

9    officers, I'm not talking about directors, just

10   officers, other than Guo Qiang, the president?

11        A.    No.

12        Q.    Is Guo Qiang still the president?

13        A.    From the documents that I reviewed

14   in preparation for today, yes.

15        Q.    Between May of 2015, when he was

16   appointed president by Mr. Kwok, and today, has

17   Guo Qiang ever -- did he ever stop being

18   president for any period of time?

19        A.    Not that I'm aware of.

20        Q.    Did Mr. Kwok ever have an officer

21   role at Genever BVI?

22        A.    Not that I'm aware of.

23        Q.    And you're not aware of any other

24   officers besides Guo Qiang?

25        A.    Yes.  Correct.

1                           PODHASKIE

2        Q.    Has Genever BVI ever had a board

3    meeting?

4               MR. MITCHELL:   Object to the form of

5         the question.

6        A.    From the documents that I reviewed,

7    it's not reflected in there.

8        Q.    So based on everything you've seen,

9    the answer to that question is no?

10              MR. MITCHELL:   Object to the form of

11        the question.

12       A.    If Genever BVI had a board meeting,

13   it was not reflected in the documents I

14   reviewed for today's preparation.

15       Q.    What documents does Genever BVI

16   maintain?

17              MR. MITCHELL:   Object to the form of

18        the question.

19       A.    The corporate documents that were

20   generated when it was formed, the share

21   certificate, the register of directors and

22   shareholders, and there was a resolution

23   appointing Guo Qiang as president as well.

24       Q.    And you know that there's an address

25   where those documents are maintained, but

```
 1                    PODHASKIE
 2   you're not sure if it's an office or a room or
 3   what it is?
 4        A.    Yes.
 5        Q.    Do you know whether or not -- do you
 6   know who owns that address, the address in Hong
 7   Kong where the records are maintained?
 8        A.    I believe it's a UBS office, but I'm
 9   speculating.
10              MR. MITCHELL:  Again, I caution the
11        witness not to speculate.
12        Q.    UBS meaning the investment bank?
13        A.    Yes.
14        Q.    Are there any individuals who are
15   authorized to act on behalf of Genever BVI?
16              MR. MITCHELL:  Object to the form of
17        the question.
18        A.    Yes.
19        Q.    Who?
20        A.    Mr. Kwok and Guo Qiang.  Me, for
21   this deposition.  And whoever either one of
22   them appoints to act for the company.
23        Q.    Has either Mr. Kwok or Guo Qiang
24   ever appointed anyone to act for Genever BVI
25   other than you in connection with this
```

```
 1                    PODHASKIE
 2  number.
 3           MR. MITCHELL:  Just so -- he's
 4      asking you about Genever BVI.
 5           THE WITNESS:  Oh, okay.
 6      A.    Oh, that might have been for Genever
 7  New York.
 8           So for Genever BVI --
 9           MR. MOSS:  Thank you for the
10      clarification.
11      Q.    Let's just go back.
12           You had an answer earlier, he was
13  involved in the formation, he was involved in
14  the purchase of The Sherry, and you had -- if
15  you want to go back and take a look at that
16  answer, that's fine, but I just want to make
17  sure the record is clear.
18           Was that answer relating to Genever
19  New York or Genever BVI?
20      A.    (Reviewing.)  So I guess, just to be
21  clear, Guo Qiang was involved in the formation
22  of Genever BVI.  After he was appointed as
23  president, I recall seeing several documents
24  that he signed for Genever BVI in his capacity
25  as president.  I don't recall what those are,
```

```
 1                    PODHASKIE
 2  as I sit here.
 3            Other than that, I can't think of
 4  anything.
 5       Q.    Genever BVI is the sole owner of
 6  Genever New York; is that correct?
 7            MR. MITCHELL:  Object to the form of
 8       the question.
 9       A.    Yes.
10       Q.    Is Genever BVI also the sole member
11  of Genever New York?
12       A.    Yes.
13       Q.    Is it correct that Genever New
14  York -- strike that.
15            Is it correct that Genever BVI
16  formed Genever New York?
17       A.    Yes.  From the documents I reviewed,
18  I believe that's accurate.
19       Q.    Can you direct your attention,
20  Mr. Podhaskie, to Exhibit 3, page KWOK193.
21  It's a document entitled "Genever Holdings
22  Corporation Written Consent of Director."  It's
23  Bates stamped KWOK193 to 194.
24            Can you identify this document?
25       A.    (Document review.)  Yes.
```

```
1                       PODHASKIE
2          Q.    Please do so.
3          A.    From the documents that I reviewed
4   in preparation for today, this appears to be a
5   copy of Genever BVI's written consent of sole
6   director, dated February 12, 2015.
7          Q.    And the signature block is Ho Wan
8   Kwok.
9                Is that Mr. Kwok?
10         A.    Yes.
11         Q.    Do you have any reason to believe
12  that this is not an accurate and authentic
13  document?
14         A.    No.
15         Q.    This document mentions Andrea Sanft,
16  S-A-N-F-T.
17               Who is she?
18         A.    She is a lawyer either with the firm
19  of Paul Weiss or Williams & Connolly.
20         Q.    And she was authorized to be an
21  authorized person on behalf of Genever BVI
22  according to this written consent; is that
23  correct?
24         A.    Yes, that's correct.
25         Q.    And she was authorized to be an
```

```
 1                    PODHASKIE
 2    authorized person to form Genever New York and
 3    to take such other acts and do such other
 4    things as are necessary to permit Genever New
 5    York to exist and obtain authority to do
 6    business in the state of New York and New York
 7    City; is that correct?
 8              MR. MITCHELL:  Object to the form of
 9         the question.
10              You can answer.
11         A.    Yes, based on this written consent
12    of the sole director, that's accurate.
13         Q.    Is Genever New York an asset of
14    Genever BVI?
15              MR. MITCHELL:  Object to the form of
16         the question.
17         A.    If you assume that a ownership of a
18    limited liability company is an asset, then
19    yes.
20         Q.    Is that your understanding, that a
21    ownership of a limited liability company is an
22    asset?
23         A.    That is my personal understanding.
24              In my capacity as a representative
25    for Genever, I don't know.
```

```
1                       PODHASKIE
2          Q.    You don't know whether or not
3     Genever BVI has an understanding as to whether
4     or not Genever New York is one of its assets?
5               MR. MITCHELL:  Object to the form of
6          the question.
7          A.    So what is the question?
8          Q.    Is Genever New York an asset of
9     Genever BVI?
10         A.    Does Genever BVI consider Genever
11    New York an asset?
12         Q.    Yes.
13         A.    Yes.
14         Q.    Genever BVI considers Genever New
15    York to be one of Genever BVI's assets?
16         A.    Correct.
17              MR. MITCHELL:  Object to the form of
18         the question, asked and answered.
19         Q.    Has Genever BVI ever held any assets
20    other than Genever New York?
21         A.    From the documents that I reviewed
22    in preparation for today, no.
23         Q.    Has Genever BVI ever acquired an
24    asset other than Genever New York?
25         A.    Again, from what I reviewed in
```

```
 1                        PODHASKIE
 2   preparation for today, no.
 3        Q.    Has Genever BVI ever sold an asset
 4   other than Genever New York?
 5             MR. MITCHELL:  Object to the form of
 6        the question.
 7        A.    Again, from what I reviewed in
 8   preparation for today, no.
 9        Q.    Are any of Genever BVI's assets
10   currently encumbered or pledged?
11             MR. MITCHELL:  Object to the form of
12        the question.
13        A.    The assets are not -- I don't think
14   I can answer because it's a little complicated.
15   The assets are not pledged.  Genever BVI's
16   assets are not pledged to anyone.
17        Q.    Let's just be clear what we're
18   talking about when we're talking about assets.
19             Does Genever BVI currently have any
20   assets other than Genever New York?
21        A.    Yes, they have their shares.
22        Q.    Whose shares?
23        A.    Genever BVI.
24        Q.    But doesn't Mr. Kwok hold those
25   shares?
```

```
 1                      PODHASKIE
 2        A.    Yes.
 3              MR. MITCHELL:  Object to the form of
 4        the question.
 5        Q.    So my question is, does Genever BVI
 6    itself hold any assets other than Genever New
 7    York?
 8        A.    No.
 9        Q.    Is Genever New York currently
10    encumbered?
11              MR. MITCHELL:  Object to the form of
12        the question.
13        A.    What do you mean by "encumbered"?
14        Q.    Is it currently pledged to anyone?
15        A.    No.
16        Q.    Does anyone currently have a lien
17    against it?
18        A.    No.
19        Q.    Has it been promised to anybody in
20    connection with any possible future
21    transaction?
22              MR. MITCHELL:  Object to the form of
23        the question.
24        A.    There's the order from Judge
25    Ostrager in the case indicating that if Genever
```

1                          PODHASKIE
2    New York has to -- enters into a contract to
3    sell The Sherry-Netherland residence, it has to
4    provide PAX with written notice.
5            Q.    Other than Justice Ostrager's order,
6    is Genever New York encumbered in any way?
7                 MR. MITCHELL:  Object to the form of
8         the question.
9            A.    No, not that I'm aware of.
10           Q.    You testified that there was a point
11   in time where the assets of Genever BVI were
12   pledged -- strike that.
13                 Has Genever BVI been assigned to
14   anyone?
15                 MR. MITCHELL:  Object to the form of
16        the question.
17           A.    No.
18           Q.    You mentioned that there was a time
19   when Genever BVI's assets were pledged to an
20   entity called Roscalitar 2; is that correct?
21                 MR. MITCHELL:  Object to the form of
22        the question.
23           A.    I believe that Genever BVI pledged
24   its shares to Roscalitar 2, but yes.
25           Q.    Pledged its shares in Genever New

1                          PODHASKIE

2    York?

3         A.    Its shares in Genever BVI.

4         Q.    Genever BVI pledged its own shares,

5    100 percent of its shares to Roscalitar 2?

6         A.    Yes, I believe that's accurate.

7         Q.    And by virtue of pledging a hundred

8    percent of its own shares, it was also pledging

9    Genever New York and the assets held by Genever

10   New York; is that correct?

11        A.    Yes.

12        Q.    Why was Genever BVI -- why were

13   Genever BVI shares pledged to Roscalitar 2?

14             MR. MITCHELL:  Object to the form of

15        the question.

16        A.    Because Zhang Wei had asked Genever

17   to pledge its shares via the loan.

18        Q.    Why did Zhang Wei want Genever to

19   pledge its shares?

20        A.    As security for the loan that he

21   gave to Genever ultimately to buy the

22   residence.

23        Q.    Who made the decision to pledge the

24   shares of Genever BVI to Roscalitar 2?

25             MR. MITCHELL:  Object to the form.

```
 1                        PODHASKIE
 2   son, wanted to purchase the apartment at The
 3   Sherry-Netherland.  They formed the
 4   corporations with the understanding that he
 5   would be the actual owner, but The
 6   Sherry-Netherland did not like the idea of Guo
 7   Qiang being the owner because they felt that he
 8   was too young.
 9        Q.    So is it your testimony that Genever
10   New York and Genever BVI were formed to hold
11   Guo Qiang's interest in The Sherry-Netherland,
12   but Mr. Kwok just ended up being the owner
13   because that's what The Sherry-Netherland
14   wanted?
15        A.    They were formed to own the real
16   estate that Guo Qiang and the family wanted to
17   invest in.  They made Mr. Kwok the sole member
18   of Genever BVI, and as the sole member of
19   Genever BVI, the owner of Genever New York
20   because The Sherry-Netherland felt that Guo
21   Qiang was too young to be the owner of this
22   particular apartment.
23        Q.    I direct your attention to page 178
24   of Exhibit 3.
25             Can you identify this document?
```

PODHASKIE

1

2     A.    (Document review.)  It is a -- looks

3  like a printout from the New York State

4  Department of State, the corporations public

5  inquiry system for Genever Holdings LLC.

6     Q.    And it shows -- and that's the

7  entity we have been referring to as Genever New

8  York, right?

9     A.    Yes.

10     Q.    And this document refers to Genever

11  New York being incorporated in New York

12  effective February 17, 2015; is that correct?

13     A.    That's what this says, yes.

14     Q.    And that's consistent with Genever's

15  understanding, right?

16     A.    Yes.

17     Q.    And so Genever New York was formed

18  about five days after Genever BVI was formed?

19     A.    I don't recall exactly, but they

20  were formed around the same time.

21     Q.    Does it refresh your recollection if

22  I told you a few minutes ago we looked at

23  documents showing that Genever BVI was formed

24  on February 12?

25     A.    No.  Which document were we looking

```
 1                        PODHASKIE
 2   at?
 3        Q.    Why don't you take a look at 145?
 4              MR. SARNOFF:  Of Exhibit 3.
 5        A.    (Document review.)  Yes, it was
 6   formed -- according to this, it was formed
 7   February 13, 2015.
 8        Q.    Genever BVI was formed on
 9   February 13, 2015, and Genever New York was
10   formed on February 17, 2015, right?
11              MR. MITCHELL:  Object to the form of
12        the question.
13        A.    Yes, based on these documents.
14        Q.    So four days apart?
15        A.    That would be correct.
16        Q.    What was Genever -- Genever New York
17   was formed to enter into the agreement with The
18   Sherry-Netherland Hotel, correct?
19              MR. MITCHELL:  Object to the form of
20        the question, asked and answered.
21        A.    Yes, that was one of the purposes.
22        Q.    Has the business purpose of Genever
23   New York changed over time?
24        A.    No.
25        Q.    Have any purposes been added or
```

1                    PODHASKIE

2    subtracted?

3         A.    No.

4         Q.    What business has Genever New York

5    conducted since it was formed in February 2015?

6         A.    It owns The Sherry-Netherland

7    apartment.

8         Q.    Any other business?

9         A.    No.

10        Q.    Has Genever New York ever entered

11   into a contract other than its contracts with

12   The Sherry-Netherland Hotel?

13        A.    I don't know.

14        Q.    Has Genever New York ever spent or

15   disbursed any money?

16        A.    Yes.

17        Q.    To whom?

18        A.    The Sherry-Netherland.

19        Q.    For maintenance fees?

20        A.    Yes.

21        Q.    Anything else?

22        A.    I think that's it.

23        Q.    Does The Sherry-Netherland -- has

24   Genever New York spent any money on anything

25   else other than to The Sherry-Netherland for

1                      PODHASKIE

2    maintenance fees?

3         A.    Not that I know of.

4         Q.    Does the -- does Genever New York

5    have a bank account?

6         A.    Yes.

7         Q.    With which bank?

8         A.    Chase.

9         Q.    When was that formed?

10        A.    2018.

11        Q.    Does the money from the -- do the

12   payments to The Sherry-Netherland come from

13   that bank account?

14        A.    Yes.

15        Q.    How is that bank account funded?

16        A.    It receives money from Golden Spring

17   New York.

18        Q.    Who owns Golden Spring New York?

19        A.    China Golden Spring Group Hong Kong

20   Limited.

21        Q.    Who owns China Golden Spring Group

22   Hong Kong Limited?

23        A.    Guo Qiang.

24        Q.    Does Mr. Kwok have any interest in

25   China Golden Spring Group Hong Kong Limited?

1                    PODHASKIE

2    terrace.

3           Does that sound familiar?

4    A.    Yes.

5    Q.    And Mr. Kwok and Genever New York

6    were represented by the same law firm --

7    A.    Yes.

8    Q.    -- in that lawsuit?

9           Who paid that law firm's legal fees?

10   A.    I don't know.

11          MR. MITCHELL:  Just for

12       clarification of the record, do you have

13       the name of the firm?  Just because it's

14       not my firm, I don't believe it was

15       Hodgson Russ, I just want to make sure --

16       when you say the same firm, you mean they

17       both had the same attorney, not that it

18       was one of either of our firms, correct?

19          MR. MOSS:  Correct.

20   Q.    So I don't know -- do you know the

21   name of the firm?

22   A.     That represented Genever and

23   Mr. Kwok in the prior lawsuit against The

24   Sherry?

25   Q.    Yes.

PODHASKIE

1

2       A.      I think it was Stone Magnanini.

3       Q.      Do you know who was paying Stone

4    Magnanini's legal fees for Genever New York?

5       A.      I don't know.

6       Q.      Do you know whether or not Stone

7    Magnanini was paid legal fees from one person

8    or entity or from two people or entities in

9    connection with that lawsuit?

10             MR. MITCHELL:  Object to the form.

11      A.      I don't know.

12      Q.      In other words, did the same person

13   or entity pay the legal fees for both Mr. Kwok

14   and Genever in The Sherry-Netherland lawsuit?

15      A.      I don't know.

16      Q.      Does the same person or entity pay

17   the legal fees for Mr. Kwok and both Genever

18   entities in this lawsuit?

19   DI          MR. MITCHELL:  I instruct my client

20        not to answer.

21             MR. MOSS:  That's a yes-or-no

22        question.

23      Q.      Does the same person or entity pay

24   the legal fees for both Mr. Kwok and Genever

25   entities in this lawsuit?

```
1                        PODHASKIE

2                MR. MITCHELL:  That one, you can

3        answer.

4        A.    I don't know.

5        Q.    Has Genever BVI been the sole

6   shareholder of Genever New York for the

7   entirety of Genever New York's existence?

8        A.    No, that's not accurate.

9        Q.    Why not?

10        A.    Genever New York is an LLC.  It has

11   members.  It doesn't have shareholders.

12        Q.    Has Genever BVI been the sole member

13   of Genever New York for the entirety of Genever

14   New York's existence?

15        A.    Yes.

16        Q.    Does Mr. Kwok control Genever BVI?

17        A.    No.

18        Q.    Who does?

19        A.    Guo Qiang.

20        Q.    Does Mr. Kwok control Genever New

21   York?

22        A.    No.

23        Q.    Who does?

24        A.    Guo Qiang.

25        Q.    Mr. Kwok does not control Genever
```

| | |
|---|---|
| 1 | PODHASKIE |
| 2 | BVI, even though he's the sole director and the |
| 3 | sole shareholder? |
| 4 | MR. MITCHELL:  Object to the form of |
| 5 | the question, asked and answered. |
| 6 | A.    Yes. |
| 7 | Q.    Does Zhang Wei have any role with |
| 8 | respect to Genever New York? |
| 9 | A.    I don't know. |
| 10 | Q.    Does Zhang Wei own any of the |
| 11 | membership interests of Genever New York? |
| 12 | A.    That's not reflected from the |
| 13 | documents I reviewed in preparation for today. |
| 14 | Q.    Does Genever New York have any |
| 15 | directors? |
| 16 | A.    No, I don't think so. |
| 17 | Q.    Has it ever had any directors?  "It" |
| 18 | being Genever New York? |
| 19 | A.    I think it has just an authorized |
| 20 | person and its sole member.  Other than that, |
| 21 | no. |
| 22 | Q.    The sole member is Genever BVI? |
| 23 | A.    Yes. |
| 24 | Q.    Who's the authorized person? |
| 25 | A.    Guo Qiang. |

```
 1                      PODHASKIE
 2        Q.    Have there ever been any other
 3   authorized persons for Genever New York other
 4   than Guo Qiang?
 5             MR. MITCHELL:  Object to the form of
 6        the question.
 7        A.    Other than the attorneys that were
 8   referenced in the resolutions in the formation
 9   in the purchase of The Sherry, no.
10        Q.    Does Genever New York have any
11   offices?
12        A.    No.
13        Q.    Has it ever had any offices?
14        A.    No.
15        Q.    Does Genever New York have any
16   employees?
17        A.    No.
18        Q.    Has Genever New York ever had any
19   employees?
20        A.    No.
21        Q.    Does Genever New York have a phone
22   number?
23        A.    I don't know.
24        Q.    Since Genever New York does not have
25   any directors, I assume it's never had a board
```

```
 1                    PODHASKIE
 2   meeting; is that right?
 3            MR. MITCHELL:  Object to the form.
 4        A.    That was not reflected from the
 5   documents that I reviewed for today's
 6   preparation.
 7        Q.    Does Genever New York have any
 8   address?
 9            MR. MITCHELL:  Object to the form of
10        the question.
11        A.    781 Fifth Avenue.
12        Q.    And what is that?
13        A.    That's The Sherry-Netherland.
14        Q.    Genever New York's -- strike that.
15            Is the 18th floor part of the
16   address?
17        A.    Yes.
18        Q.    So Genever New York's address is the
19   apartment that Mr. Kwok lives in on the 18th
20   floor of The Sherry-Netherland?
21        A.    That's the mailing address for
22   Genever New York.
23        Q.    Does it have any other addresses?
24        A.    Not that I'm aware of.  Actually,
25   there might be an address for its registered
```

```
 1                          PODHASKIE
 2   agent for service of process in Albany, but
 3   other than that, I'm not aware of any.
 4        Q.   Other than the address for a
 5   registered agent, Genever New York does not
 6   have any addresses apart from The
 7   Sherry-Netherland Hotel?
 8        A.   No, not that I'm aware of.
 9        Q.   Does Genever New York possess any
10   documents?
11             MR. MITCHELL:  Object to the form of
12        the question.
13        A.   Yes.
14        Q.   Where are they maintained?
15        A.   I believe in The Sherry-Netherland,
16   but I'm not -- I don't know for sure.
17        Q.   Are any of the Genever New York's --
18   are any of Genever New York's documents
19   maintained in -- at the British Virgin Islands
20   address where Genever BVI's documents are held?
21             MR. MITCHELL:  Object to the form of
22        the question.
23        A.   I don't know.
24        Q.   Are Genever -- are any Genever BVI
25   documents maintained at The Sherry-Netherland?
```

PODHASKIE

1

2      A.    I don't know.

3      Q.    What documents does Genever New York

4  possess?

5      A.    Its corporate formation documents,

6  its stock register, the mail it receives.

7      Q.    Are there any people who are

8  authorized to act on behalf of Genever New

9  York?

10         MR. MITCHELL:  Object to the form of

11     the question, asked and answered.

12     A.    You mean other than Mr. Kwok and his

13  son?

14     Q.    Well, so is Mr. Kwok authorized to

15  act on behalf of Genever New York?

16     A.    Mr. Kwok?  I don't know.

17     Q.    Is Guo Qiang authorized to act on

18  behalf of Genever New York?

19     A.    Yes.

20     Q.    Who authorized him to do that?

21     A.    He was authorized by Genever BVI.

22     Q.    And did Mr. Kwok, as the sole

23  director and sole shareholder of Genever BVI,

24  authorize Genever BVI to authorize Guo Qiang to

25  act on behalf of Genever New York?

1                      PODHASKIE

2              MR. MITCHELL:  Object to the form of

3        the question.

4        A.    I would assume so.  I don't know for

5    certain, but I know that, in or around

6    May 2015, Guo Qiang was made an authorized

7    person for Genever New York.

8        Q.    What assets does Genever New York

9    hold?

10       A.    It owns the shares in The

11   Sherry-Netherland Corporation and it has a bank

12   account with JPMorgan Chase.

13       Q.    And that's the bank account that's

14   funded by Golden Spring New York whose purpose

15   is to hold the money to pay the maintenance

16   fees for The Sherry-Netherland?

17       A.    The bank account's purpose, I don't

18   know if it's to hold the money, but it is --

19   the bank account is used to pay the maintenance

20   for Genever New York.

21       Q.    And you can't identify any other

22   payments that have come out of the bank

23   account, other than to pay the maintenance for

24   The Sherry-Netherland Hotel?

25       A.    I don't know.

PODHASKIE

1
2      Q.     Has Genever New York ever held any
3  other assets -- by the way, strike that.
4          What's the most money that's ever
5  been in that JPMorgan account, that Chase
6  account for Genever New York?
7          MR. MITCHELL:  Object to the form of
8      the question.
9      A.     I don't know.
10     Q.     Any sense?
11     A.     Not really, no.
12     Q.     More than $3 million?
13     A.     The monthly maintenance for The
14  Sherry is about 60,000.  So, you know, enough
15  to cover that every month.
16     Q.     Has Genever New York ever held any
17  other assets besides the Chase account and the
18  ownership in The Sherry-Netherland?
19     A.     I don't know.
20     Q.     Has Genever New York ever sold any
21  assets?
22     A.     Not that I'm aware of.
23     Q.     Are you aware of any acquisitions
24  other than the bank account and the shares of
25  The Sherry-Netherland?

PODHASKIE

1

2       A.      It's not reflected in the documents

3    I reviewed for today.

4       Q.      Other than Justice Ostrager's order,

5    are any of -- is Genever New York encumbered in

6    any way?

7               MR. MITCHELL:  Object to the form of

8         the question.

9       A.      There is a trust agreement between

10   Genever New York and Bravo Luck, Mr. Kwok and

11   Genever BVI, I believe, that involves The

12   Sherry-Netherland residence, but other than

13   that, and Justice Ostrager's order, I'm not

14   aware of any other encumbrances.

15      Q.      Are you aware of whether Genever New

16   York's assets have ever been encumbered in the

17   past other than the trust agreement and Justice

18   Ostrager's order?

19              MR. MITCHELL:  Object to the form of

20        the question.

21      A.      I would say the pledge agreements we

22   discussed earlier to Roscalitar 2 and Blue

23   Capital.  Other than that, I'm not aware of

24   any.

25              (Podhaskie Exhibit 9, Declaration of

PODHASKIE

1
2       Trust and Agreement, marked for
3       identification.)
4       Q.    Mr. Podhaskie, you have been landed
5   Exhibit 9.
6             Is this the trust agreement that you
7   have been referring to relating to Bravo Luck
8   and the Genever entities?
9       A.    (Document review.)  Yes, this
10  appears to be a copy of that trust agreement.
11      Q.    It's dated February 17, 2015.
12            Is that when it was entered into?
13      A.    Yes.
14      Q.    If you look at the bottom on the
15  left-hand side, do you know whose signature
16  that is?  I'm sorry.  The bottom of the first
17  page, 543.
18      A.    Yes.
19      Q.    Whose is it?
20      A.    Guo Qiang.
21      Q.    How about on the right-hand side,
22  whose signature is that?
23      A.    I don't know for certain, but it
24  looks like Mr. Kwok's.
25      Q.    And on page 544, is it same thing,

1                      PODHASKIE

2    Guo Qiang's signature is on the left and

3    Mr. Kwok's is on the right?

4         A.    It appears so, yes.

5         Q.    And on page 545, is Guo Qiang's the

6    first signature and Mr. Kwok's are the next

7    three?

8              MR. MITCHELL:  Object to the form of

9         the question.

10        A.    You mean the three below the other

11   three signatures besides Guo Qiang's?

12        Q.    Yes.

13        A.    Yes, it appears so.

14        Q.    Guo Qiang signed on behalf of Bravo

15   Luck Limited; is that right?

16        A.    Yes.

17        Q.    And Mr. Kwok signed on behalf of

18   Genever New York, Genever BVI and Mr. Kwok,

19   himself, right?

20        A.    Yes.

21        Q.    Do you know whether or not

22   counsel -- there was any counsel who

23   represented any of the parties in connection

24   with this agreement?

25        A.    I don't know.

PODHASKIE

1

2      Q.    Do you know where this agreement was

3   maintained?

4      A.    I don't know.

5      Q.    So I want to direct your attention

6   down in the background section.

7           Number 2 -- first of all, do you see

8   at the top, when it defines the parties, the

9   BVI company is Genever Holdings Corporation?

10     A.    Yes.

11     Q.    That's the company we have been

12   referring to as Genever BVI, right?

13     A.    Yes, I believe so.

14     Q.    And the company, Genever Holdings

15   LLC, which you and I have been referring to as

16   Genever New York, is referred to in this

17   document as the US SPV; is that right?

18     A.    Yes.

19     Q.    And SPV stands for special purpose

20   vehicle; is that right?

21     A.    I believe so, yes.

22     Q.    And if you look in the background,

23   number 2, it says, "The purpose of the BVI

24   company," which is Genever BVI, "is a special

25   purpose vehicle holding the US SPV."

```
 1              C E R T I F I C A T E

 2

 3    STATE OF NEW YORK )

 4                              :ss

 5    COUNTY OF RICHMOND)

 6

 7            I, MELISSA GILMORE, a Notary Public

 8    within and for the State of New York, do hereby

 9    certify:

10            That DANIEL PODHASKIE, the witness

11    whose deposition is hereinbefore set forth, was

12    duly sworn by me and that such deposition is a

13    true record of the testimony given by such

14    witness.

15            I further certify that I am not

16    related to any of the parties to this action by

17    blood or marriage; and that I am in no way

18    interested in the outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto

20    set my hand this 16th day of December, 2019.

21

22

23    Melissa Gilmore

24    _____

25    MELISSA GILMORE
```