# EXHIBIT 18

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS         NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000                          FACSIMILE (212) 757-3990

IRA J. GILBERT
COUNSEL

TELEPHONE (212) 373-3520
FACSIMILE (212) 492-0529
E-MAIL: gilbert@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

ORIENTAL PLAZA, TOWER E3
SUITE 1205
NO 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 8518-8828
FACSIMILE (86-10) 8518-2760/61

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

February 27, 2015

**By Hand Delivery**

President
Board of Directors of The Sherry-Netherland, Inc.
The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022

Re:   Application of Mr. Kwok Ho Wan

Dear Sir:

We act as local real estate counsel for Mr. Kwok Ho Wan, an applicant to become a shareholder/tenant at the Sherry-Netherland. Jerry Shulman of the firm of Williams & Connolly LLP has asked us to forward to you, under seal, the enclosed two documents just received from Mr. Kwok's offices in Hong Kong: First, a certification that Mr. Kwok is the owner and controlling party of China Zenith Holdings Co., Ltd. and that the company continues in existence; second, unaudited financial statements for 2014 for the company. We are advised that originals of these documents, as well as of the financial statements for the company for the year 2013, are being couriered to us for arrival in the next few days. We will forward those to you in a similar fashion upon their arrival.

Many thanks for your attention to this matter.

Sincerely,

Ira J. Gilbert

cc:      Jerry L. Shulman, Esq.

SN 0058

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 3 of 26

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018



北京政泉控股有限公司
BEIJING ZENITH HOLDINGS CO., LTD

# Beijing Zenith Holdings Co., Ltd

# Declaration of Ownership

The undersigned, as the [**Grace Liu, Vice General Manager**] of Beijing Zenith Holdings Co., Ltd (the "Company"), hereby certifies that:

A.  Mr. Kwok Ho Wan, passport number: KJ0398054, date of birth: 1968-05-10, actually owns and controls the Company; and

B.  The Company is in existence and operating in the normal course as of the date of this certification.

Signature: _____

Name: Grace Liu

Date: 2015. 2. 26

**SN 0059**

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 255
20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 4 of 26
RECEIVED NYSCEF: 11/28/2018

# Consolidated Balance Sheet
## Dec. 31st 2014

Company: Beijing Zenith Holdings Co., Ltd                                         Currency:RMB

| Item | Beginning of the year | End of the year |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 31,375,939.32 | 7,062,795.05 |
| Transaction of financial assets | 199,038.00 | |
| Notes receivable | | |
| Accounts receivable | 3,091,508.00 | 1,584,800.00 |
| Advance payment | 52,792,166.20 | 82,064,906.14 |
| Interest receivable | | |
| Dividend receivable | | |
| Other receivable | 2,348,182,976.27 | 3,285,807,763.25 |
| Inventory | 4,050,869,186.95 | 1,289,898,785.83 |
| Non-current assets maturing within one year | | |
| Other current assets | | |
| **TOTAL CURRENT ASSETS** | **6,486,510,814.74** | **4,666,419,050.27** |
| **Non current assets:** | | |
| Available-for-sale financial assets | - | - |
| Held-to-maturity investments | - | - |
| Long-term receivables | - | - |
| Long-term investments | 6,458,825,100.00 | 10,989,203,363.90 |
| Investment real estates | 3,213,810,000.00 | 7,899,820,655.00 |
| Fixed assets | 5,790,801.28 | 3,745,390.42 |
| Construction in progress | | - |
| Project materials | | - |
| Disposal of fixed assets | | - |
| Productive biological assets | | - |
| Oil and natural gas assets | | - |
| Intangible assets | 59,925.78 | 54,131.03 |
| Development costs | | - |
| Goodwill | | - |
| Long-term prepaid expenses | | 45,920,000.00 |
| Deferred income tax assets | | - |
| Other non-current assets | | - |
| **TOTAL NON-CURRENT ASSETS** | **9,678,485,827.06** | **18,938,743,540.35** |
| **TOTAL ASSETS** | **16,164,996,641.80** | **23,605,162,590.62** |

Chariman:                         Deputy General Manager:                   Financial Director:

SN 0060

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 5 of 26

## Consolidated P&L
## Dec. 31st 2014

Company: Beijing Zenith Holdings Co ., Ltd                    Currency：RMB

| Item | 2014 |
|---|---|
| 1. Operating income | 397,497,975.39 |
| Less: Costs of operations | 71,708,533.37 |
| Business taxes and surcharges | 85,931,445.49 |
| Selling expenses | 25,608,069.05 |
| Administrative expenses | 29,268,868.84 |
| Financial expenses | 566,887,307.95 |
| Assets impairment loss | - |
| Plus: Gain or loss from changes in fair values ("-"for loss) | 873,378,404.98 |
| Investment income ("-"for loss) | 4,868,649,777.75 |
| Including: Investment income from joint ventures and affiliates | - |
| 2. Operating profit ("-"for loss) | 5,360,121,933.42 |
| Plus: Non-operating income | 361,047.52 |
| Less: Non-operating expenses | 2,555,351.00 |
| Including: disposal loss on non-current assets | - |
| 3. Income before tax ("-"for loss) | 5,357,927,629.94 |
| Less: Income tax expenses | 1,339,481,907.49 |
| 4. Net income ("-"for net loss) | 4,018,445,722.46 |

Chairman:                    Deputy General Manager:                    Financial Director:

SN 0061

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255
20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 6 of 26
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JERRY L. SHULMAN
(202) 434-5510
jshulman@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 25, 2015

## PERSONAL AND CONFIDENTIAL
## TO BE OPENED BY ADDRESSEE ONLY

President
Board of Directors of The Sherry-Netherland, Inc.
The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022

      Re:    Application of Mr. Kwok Ho Wan

Dear Sir:

      We are counsel for Mr. Kwok Ho Wan (also known as Miles Kwok or Miles Guo), who is applying for acceptance as a shareholder-tenant by the Board of Directors of The Sherry-Netherland, Inc. Kathy Sloane at Brown Harris Stevens, acting as Mr. Kwok's realtor, recently has provided to the Management Company for the Sherry Mr. Kwok's Application Package. In connection with that application Mr. Kwok has been asked to provide certain highly confidential financial information about himself and one of his principal companies in China. In order to minimize the distribution of that information, Ms. Sloane has suggested that we provide it under seal for review solely by you as President of the Board of Directors. We hope that this arrangement is satisfactory to you and to the other members of the Board. If for any reason this arrangement is not satisfactory, we ask that you refrain from any further distribution of this information, whether to the Board or otherwise, and that you contact us to determine how Mr. Kwok wishes to proceed under such circumstances.

      With this understanding in mind, enclosed with this letter please find the audited financial statements for Beijing Zenith Holdings Co., Ltd for the year ending December 31, 2013. The amounts are set out in RMB, which has a current rate of exchange of approximately 6.25 to each US dollar. A similar but unaudited set of financial statements for the year ending December 31, 2014, will be delivered to us by email tonight or tomorrow morning (the audited report for 2014 will not be completed for about another month), along with a certification that (a) Mr. Kwok is the owner and controlling person of the company and (b) the company continues in existence and operation. We intend to forward that additional material to you by way of a

SN 0062

WILLIAMS & CONNOLLY LLP

President
Board of Directors of The Sherry-Netherland, Inc.
February 25, 2015
Page 2

similar sealed letter and enclosure.  Originals of all of this material will be delivered later this week by courier from Beijing or Hong Kong; these, too, will be delivered to you in a similar manner.

Both Mr. Kwok and we very much appreciate your consideration in this matter. Mr. Kwok is eager to become a resident at The Sherry but also feels keenly the need for confidentiality regarding his business and financial affairs.  We hope that this arrangement both will allow you to have the information you need for your consideration of his application and also meet his need for confidentiality to the greatest extent possible.  If you have any questions regarding these proposed arrangements or with respect to the enclosure to this letter, please feel free to contact me either by phone (202-434-5510) or email (jshulman@wc.com) at your convenience.

Very truly yours,

Jerry L. Shulman

Enclosure

SN 0063

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 8 of 26

## Consolidated Balance Sheet

Company: Beijing Zenith Holdings Co., Ltd                    Currency:RMB

| Item | Dec. 31st 2013 | Dec. 31st 2012 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 7,539,763,589.11 | 4,909,492,733.90 |
| Settlement reserves | 907,064,553.47 | 452,548,001.85 |
| Funds lent | 3,115,253,965.67 | 319,008,077.59 |
| Transaction of financial assets | 1,168,683,451.65 | 1,413,449,790.85 |
| Notes receivable | - | - |
| Accounts receivable | 37,768,183.77 | 11,759,388.33 |
| Advance payment | 53,421,548.61 | 53,704,432.15 |
| Refundable deposits | 78,890,591.21 | 116,911,390.48 |
| Reinsurance receivables | - | |
| Reinsurance contract reserve | - | |
| Interest receivable | 99,443,914.35 | 40,320,795.97 |
| Dividend receivable | - | |
| Other receivable | 2,378,576,994.68 | 1,324,068,424.03 |
| Financial assets held under resale agreement | 635,478,592.81 | - |
| Inventory | 3,878,401,343.81 | 4,363,619,125.43 |
| Non-current assets maturing within one year | - | - |
| Other current assets | 17,417,623.37 | 22,531,860.47 |
| **TOTAL CURRENT ASSETS** | **19,910,164,352.51** | **13,027,414,021.05** |
| **Non current assets:** | | |
| Issued loans and advances | - | - |
| Available-for-sale financial assets | 87,238,520.88 | 50,215,917.80 |
| Held-to-maturity investments | - | - |
| Long-term receivables | - | - |
| Long-term investments | 368,000,000.00 | |
| Investment real estates | 3,213,810,000.00 | 1,300,960,000.00 |
| Fixed assets | 132,598,252.82 | 135,776,165.03 |
| Construction in progress | 10,409,400.00 | 18,270,461.14 |
| Project materials | - | - |
| Disposal of fixed assets | - | - |
| Productive biological assets | - | - |
| Oil and natural gas assets | - | - |
| Intangible assets | 21,359,111.32 | 22,026,062.33 |
| Development costs | - | - |
| Goodwill | 519,754,209.79 | 519,754,209.79 |
| Long-term prepaid expenses | 119,545,635.04 | 14,169,186.22 |
| Deferred income tax assets | 56,148,606.29 | 30,890,384.08 |
| Other non-current assets | - | - |
| **TOTAL NON-CURRENT ASSETS** | **4,528,863,736.14** | **2,092,062,386.39** |
| **TOTAL ASSETS** | **24,439,028,088.65** | **15,119,476,407.44** |

Chariman:                Deputy General Manager:                Financial Director:

SN 0064

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
INDEX NO. 652077/2017

NYSCEF DOC. NO. 255
20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 9 of 26
RECEIVED NYSCEF: 11/28/2018

## Consolidated Balance Sheet
## Dec. 31st 2014

Company: Beijing Zenith Holdings Co., Ltd                                   Currency:RMB

| Item | Beginning of the year | End of the year |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 31,375,939.32 | 7,062,795.05 |
| Transaction of financial assets | 199,038.00 | |
| Notes receivable | | |
| Accounts receivable | 3,091,508.00 | 1,584,800.00 |
| Advance payment | 52,792,166.20 | 82,064,906.14 |
| Interest receivable | | |
| Dividend receivable | | |
| Other receivable | 2,348,182,976.27 | 3,285,807,763.25 |
| Inventory | 4,050,869,186.95 | 1,289,898,785.83 |
| Non-current assets maturing within one year | | |
| Other current assets | | |
| **TOTAL CURRENT ASSETS** | **6,486,510,814.74** | **4,666,419,050.27** |
| **Non current assets:** | | |
| Available-for-sale financial assets | - | - |
| Held-to-maturity investments | - | - |
| Long-term receivables | - | - |
| Long-term investments | 6,458,825,100.00 | 10,989,203,363.90 |
| Investment real estates | 3,213,810,000.00 | 7,899,820,655.00 |
| Fixed assets | 5,790,801.28 | 3,745,390.42 |
| Construction in progress | | - |
| Project materials | | - |
| Disposal of fixed assets | | - |
| Productive biological assets | | - |
| Oil and natural gas assets | | - |
| Intangible assets | 59,925.78 | 54,131.03 |
| Development costs | | - |
| Goodwill | | - |
| Long-term prepaid expenses | | 45,920,000.00 |
| Deferred income tax assets | | - |
| Other non-current assets | | - |
| **TOTAL NON-CURRENT ASSETS** | **9,678,485,827.06** | **18,938,743,540.35** |
| **TOTAL ASSETS** | **16,164,996,641.80** | **23,605,162,590.62** |

Chariman:                    Deputy General Manager:              Financial Director:

SN 0065

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 10 of 26

## Consolidated Balance Sheet (Continue)

## Dec. 31st 2014

Company: Beijing Zenith Holdings Co., Ltd                                        Currency: RMB

| Item | Beginning of the year | End of the year |
|---|---|---|
| **Current liabilities:** | | |
| Short-term borrowings | 1,000,000,000.00 | - |
| Financial assets held for liabilities | | - |
| Notes payable | | - |
| Accounts payable | 25,658,458.14 | 375,101,725.84 |
| Payments received in advance | 58,984,863.53 | 35,217,982.58 |
| Accrued expenses | | - |
| Taxes and surcharges payable | 686,860,376.34 | 627,422,199.14 |
| Interests payable | | - |
| Dividend payable | | - |
| Other payables | 1,460,449,122.01 | 1,380,823,350.28 |
| Non-current liabilities maturing within one year | | - |
| Other current liabilities | | - |
| **TOTAL CURRENT LIABILITIES** | **3,231,952,820.02** | **2,418,565,257.84** |
| **Non-current liabilities:** | | |
| Long-term borrowings | 6,100,000,000.00 | 5,900,000,000.00 |
| Bonds payable | | - |
| Long-term payable | | - |
| Specific item payable | - | - |
| Estimated liabilities | - | |
| Deferred income tax liabilities | 469,938,584.05 | 1,905,046,372.60 |
| Other non-current liabilities | | - |
| **TOTAL NON-CURRENT LIABILITIES** | **6,569,938,584.05** | **7,805,046,372.60** |
| **TOTAL LIAVILITIES** | **9,801,891,404.07** | **10,223,611,630.44** |
| **OWNERS' EQUITY:** | | |
| Paid-up capital | 400,000,000.00 | 3,400,000,000.00 |
| Capital reserves | 2,791,731,952.88 | 2,791,731,952.88 |
| Less:Treasury stock | | - |
| Special reserves | | - |
| Surplus reserves | 330,235,924.17 | 330,235,924.17 |
| Provision for normal risks | | - |
| Retained earning/Undistributed profits | 2,841,137,360.67 | 6,859,583,083.13 |
| **TOTAL OWNERS' EQUITY** | **6,363,105,237.73** | **13,381,550,960.18** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **16,164,996,641.80** | **23,605,162,590.62** |

SN 0066

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM

INDEX NO. 652077/2017

NYSCEF DOC. NO. 255

RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18

Pg 11 of 26

Chariman:                    Deputy General Manager:                    Financial Director:

SN 0067

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 12 of 26

## Consolidated P&L
## Dec. 31st 2014

Company：Beijing Zenith Holdings Co ., Ltd          Currency：RMB

| Item | 2014 |
|---|---|
| 1. Operating income | 397,497,975.39 |
| Less: Costs of operations | 71,708,533.37 |
| Business taxes and surcharges | 85,931,445.49 |
| Selling expenses | 25,608,069.05 |
| Administrative expenses | 29,268,868.84 |
| Financial expenses | 566,887,307.95 |
| Assets impairment loss | - |
| Plus: Gain or loss from changes in fair values ("-"for loss) | 873,378,404.98 |
| Investment income ("-"for loss) | 4,868,649,777.75 |
| Including: Investment income from joint ventures and affiliates | - |
| 2. Operating profit ("-"for loss) | 5,360,121,933.42 |
| Plus: Non-operating income | 361,047.52 |
| Less: Non-operating expenses | 2,555,351.00 |
| Including: disposal loss on non-current assets | - |
| 3. Income before tax ("-"for loss) | 5,357,927,629.94 |
| Less: Income tax expenses | 1,339,481,907.49 |
| 4. Net income ("-"for net loss) | 4,018,445,722.46 |

Chairman:          Deputy General Manager:          Financial Director:

SN 0068

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 255
20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
RECEIVED NYSCEF: 11/28/2018
Pg 13 of 26

## Consolidated Balance Sheet

Company: Beijing Zenith Holdings Co., Ltd                                    Currency:RMB

| Item | Dec. 31st 2013 | Dec. 31st 2012 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | 7,539,763,589.11 | 4,909,492,733.90 |
| Settlement reserves | 907,064,553.47 | 452,548,001.85 |
| Funds lent | 3,115,253,965.67 | 319,008,077.59 |
| Transaction of financial assets | 1,168,683,451.65 | 1,413,449,790.85 |
| Notes receivable | - | |
| Accounts receivable | 37,768,183.77 | 11,759,388.33 |
| Advance payment | 53,421,548.61 | 53,704,432.15 |
| Refundable deposits | 78,890,591.21 | 116,911,390.48 |
| Reinsurance receivables | - | - |
| Reinsurance contract reserve | - | - |
| Interest receivable | 99,443,914.35 | 40,320,795.97 |
| Dividend receivable | - | |
| Other receivable | 2,378,576,994.68 | 1,324,068,424.03 |
| Financial assets held under resale agreement | 635,478,592.81 | - |
| Inventory | 3,878,401,343.81 | 4,363,619,125.43 |
| Non-current assets maturing within one year | - | - |
| Other current assets | 17,417,623.37 | 22,531,860.47 |
| **TOTAL CURRENT ASSETS** | **19,910,164,352.51** | **13,027,414,021.05** |
| **Non current assets:** | | |
| Issued loans and advances | - | - |
| Available-for-sale financial assets | 87,238,520.88 | 50,215,917.80 |
| Held-to-maturity investments | - | |
| Long-term receivables | - | - |
| Long-term investments | 368,000,000.00 | |
| Investment real estates | 3,213,810,000.00 | 1,300,960,000.00 |
| Fixed assets | 132,598,252.82 | 135,776,165.03 |
| Construction in progress | 10,409,400.00 | 18,270,461.14 |
| Project materials | | |
| Disposal of fixed assets | - | - |
| Productive biological assets | - | |
| Oil and natural gas assets | - | |
| Intangible assets | 21,359,111.32 | 22,026,062.33 |
| Development costs | - | - |
| Goodwill | 519,754,209.79 | 519,754,209.79 |
| Long-term prepaid expenses | 119,545,635.04 | 14,169,186.22 |
| Deferred income tax assets | 56,148,606.29 | 30,890,384.08 |
| Other non-current assets | - | - |
| **TOTAL NON-CURRENT ASSETS** | **4,528,863,736.14** | **2,092,062,386.39** |
| **TOTAL ASSETS** | **24,439,028,088.65** | **15,119,476,407.44** |

Chariman:                    Deputy General Manager:                    Financial Director:

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 255
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 14 of 26

## Consolidated Balance Sheet (Continue)

Company: Beijing Zenith Holdings Co., Ltd

| Item | Dec. 31st 2013 |
|---|---|
| **Current liabilities:** | |
| Short-term borrowings | 1,000,000,000.00 |
| Subordinated bond | 1,000,000,000.00 |
| Deposits from customers and interbank | - |
| Deposit funds | 685,000,000.00 |
| Financial assets held for liabilities | - |
| Notes payable | - |
| Accounts payable | 25,658,458.14 |
| Payments received in advance | 59,655,701.53 |
| Financial assets sold under repurchase agreement | 652,450,000.00 |
| Handling charges and commissions payable | - |
| Employee benefits payable | 147,828,587.47 |
| Taxes and surcharges payable | 1,111,638,235.11 |
| Interests payable | 12,627,867.18 |
| Dividend payable | - |
| Other payables | 586,457,553.05 |
| Reinsurance payables | - |
| Provision for insurance contracts | - |
| Funds received as agent of stock exchange | 4,545,794,976.73 |
| Funds received as stock underwrite | - |
| Non-current liabilities maturing within one year | - |
| Other current liabilities | - |
| **TOTAL CURRENT LIABILITIES** | **9,827,111,379.21** |
| **Non-current liabilities:** | |
| Long-term borrowings | 6,100,000,000.00 |
| Bonds payable | - |
| Long-term payable | - |
| Specific item payable | - |
| Estimated liabilities | 80,000.00 |
| Deferred income tax liabilities | 469,938,584.05 |
| Other non-current liabilities | 1,352,996.69 |
| **TOTAL NON-CURRENT LIABILITIES** | **6,571,371,580.74** |
| **TOTAL LIAVILITIES** | **16,398,482,959.95** |
| **OWNERS' EQUITY:** | |
| Paid-up capital | 400,000,000.00 |
| Capital reserves | 2,916,474,295.08 |
| Treasury stock | |
| Special reserves | - |
| Surplus reserves | 348,592,722.26 |
| Provision for normal risks | |
| Retained earning | 3,302,203,710.49 |
| Exchange differences on translating foreign operations | |
| **Total equity attributable to the shareholders of parent comp** | **6,967,270,727.83** |
| Minority shareholders' equity | 1,073,274,400.87 |
| **TOTAL OWNERS' EQUITY** | **8,040,545,128.70** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **24,439,028,088.65** |

Chariman:                    Deputy General Manager:                    Financial Di

SN 0070

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 255
20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 15 of 26
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

Currency: RMB

| Dec. 31st 2012 |
| --- |
| - |
| - |
| 140,000,000.00 |
| - |
| - |
| 49,310,402.49 |
| 74,461,316.70 |
| 1,103,303,118.56 |
| - |
| 90,572,131.73 |
| 770,215,566.82 |
| 4,494,794.98 |
| 723,826,807.89 |
| - |
| 5,168,166,613.47 |
| - |
| - |
| - |
| 8,124,350,752.64 |
| 750,000,000.00 |
| - |
| 1,200,000,000.00 |
| - |
| 155,000.00 |
| 194,108,150.96 |
| 2,567,277.45 |
| 2,146,830,428.41 |
| 10,271,181,181.05 |
| 400,000,000.00 |
| 1,283,629,951.32 |
| - |
| 242,583,972.80 |
| - |
| 2,235,837,779.21 |
| - |
| 4,162,051,703.33 |
| 686,243,523.06 |
| 4,848,295,226.39 |
| 15,119,476,407.44 |

rector:

SN 0071

## Consolidated P&L

Company: Beijing Zenith Holdings Co ., Ltd                                    Currency: RMB

| Item | 2013 | 2012 |
|---|---|---|
| **Overall income** | **1,668,515,556.56** | **517,054,206.31** |
| Including: Operating income | 961,266,194.66 | 93,911,161.27 |
| Interests income | - | - |
| Insurance premiums earned | - | - |
| Handling charges and commissions income | 707,249,361.90 | 423,143,045 04 |
| **Overall costs** | **1,288,969,305.87** | **581,002,170.16** |
| Including: Costs of operations | 165,610,916.77 | 24,122,315.81 |
| Interests expenses | - | - |
| Handling charges and commissions expenses | - | - |
| Refund of insurance premiums | - | - |
| Net payments for insurance claims | - | - |
| Net provision for insurance contracts | - | - |
| Commissions on insurance policies | - | - |
| Reinsurance costs | - | - |
| Business taxes and surcharges | 304,574,355.09 | 44,485,472.40 |
| Selling expenses | 7,311,678.38 | 5,912,987.34 |
| Administrative expenses | 795,048,738.48 | 686,950,038.75 |
| Financial expenses | 16,359,722.47 | -72,332,479.48 |
| Assets impairment loss | 63,894.68 | -108,136,164.66 |
| Plus: Gain or loss from changes in fair values ("-"for loss) | 1,071,528,095.14 | 107,942,825.32 |
| Investment income ("-"for loss) | 176,536,763.64 | 44,617,703.94 |
| Including: Investment income from joint ventures and affiliates | - | - |
| Gain or loss on foreign exchange ("-"for loss) | | |
| Operating income | **1,627,611,109.47** | **88,612,565.41** |
| Plus: Non-operating income | 14,452,231.25 | 132,958,319.46 |
| Less: Non-operating expenses | 14,938,614.95 | 4,018,211.21 |
| Including: disposal loss on non-current assets | - | - |
| **Income before tax ("-"for loss)** | **1,627,124,725.77** | **217,552,673.66** |
| Less: Income tax expenses | 413,233,558.34 | 70,692,593.69 |
| **Net income ("-"for net loss)** | **1,213,891,167.43** | **146,860,079.97** |
| Net profit attributable to shareholders of parent company | 1,172,374,680.74 | 131,604,704.15 |
| Minority interest income | 41,516,486.69 | 15,255,375.82 |
| Earning per share (EPS) | - | - |
| Basic EPS | - | - |
| Diluted EPS | - | - |
| **Other comprehensive income** | - | - |
| **Total comprehensive income** | - | - |
| Total comprehensive income attributable to shareholders of the company | - | - |
| Total comprehensive income attributable to minority shareholders | - | - |

Chairman:                    Deputy General Manager:                    Financial Director:

SN 0072

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 17 of 26



Stevenson, Wong & Co.
史蒂文生黃律師事務所

In association with | AllBright Law Offices 鍚天城律師事务所

Partners:
Willy Y.P. Cheng◦◦        鄧炎添
Hank H.P. Lo◦             勞衍晃
Catherine K.G. Por◦◦      傅榮元
Eric C.H. Lui◦            呂志宗
Neville J.J. Watkins◦
Wendy W.S. Lam◦          林穎詩
Lai S. Lam◦              林錫麟
Cornelia W.C. Chu◦       朱雲潮
Janice L.H. Chin         陳麗卿
Heidi H.Y. Chui◦         徐凱怡
Erica Y.Y. Cheng         鄭廷茵

Senior Consultant:
Angus Forsyth◦           莊森

Consultant:
Sherlynn G. Chan         陳迪基

◦ Notary Public of Hong Kong
  香港公証律師
◦ China-Appointed Attesting Officer
  中國委托公証人
♦ Civil Celebrant of Marriages
  婚姻監禮人

Our Ref    :   EYC/HLO(P)/75450/15

Your Ref   :

Reply Fax  :

Date       :   4 March 2015


**URGENT**
**BY COURIER**

**STRICTLY PRIVATE AND CONFIDENTIAL**

Board of Directors of The Sherry-Netherland
The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022


Dear Board members of The Sherry Netherland,

**Re:    Application of Mr. Kwok Ho Wan to become a shareholder of The Sherry- Netherland, Inc,**
**Bravo Luck Limited (the "Company")**

We refer to the above matter and the application of Mr. Kwok Ho Wan (also known as Miles Kwok) to become a resident shareholder of your cooperative.

We have examined the following documents of Bravo Luck Limited:

1.   Certificate of incorporation of the Company;

2.   Register of members of the Company;

3.   Register of directors of the Company;

4.   Certificate of incumbency of the Company dated 27 January 2015;

5.   Memorandum and articles of association of the Company; and

6.   An email confirmation from UBS AG confirming the name of the authorised representatives of the account number 371236 maintained with UBS AG by the Company as of 3 March 2015.

On the basis of, and subject to, the corporate documents of the Company as listed above, the assumptions set out in the Appendix to this letter which we have taken no steps to verify

香港中環皇后大道中28號        電話 Tel: +852 2526 6311        香港 上海 北京 成都 重慶 杭州 南京 深圳 蘇州 廣州 各分所
中滙大廈4樓、5樓及1602室       傳真 Fax: +852 2845 0638        Hong Kong Shanghai Beijing Chengdu Chongqing Hangzhou
4/F, 5/F & 1602, Central Tower,    電郵 Email info@sw-hk.com       Nanjing Shenzhen Suzhou Taiyuan Guangzhou
28 Queen's Road Central, Hong Kong   www.sw-hk.com                Member of Interlaw since 1982

Page 1 of 4

SN 0073

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 18 of 26

independently, and any matters not disclosed to us, we confirm that:

A.  The Company is legally and beneficially owned as to 50% by Mr. Kwok Ho Wan and 50% by Mr. Guo Qiang respectively; and

B.  As of the date hereof, the account number 371236 maintained with UBS AG by the Company is operated by either Mr. Kwok or Mr. Guo signing solely and the fund maintained in the said account is able to be accessed by either of them signing solely.

Please note that this letter is addressed to you in connection with the application of Mr. Kwok to become a resident shareholder of your cooperative and is to be strictly construed and is strictly limited to the matters stated in it and does not apply by implication to other matters.

Should you have any query, please feel free to contact our Erica Cheng at +852 2533 2615.


Yours faithfully


**STEVENSON, WONG & CO.**

Page 2

SN 0074

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 19 of 26

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## THE APPENDIX

In rendering this letter, we have assumed (without any further enquiry, independent investigation or verification of any kind):

(a)  all documents mentioned herein (whether as originals or copies; the "**Documents**") are authentic, accurate and complete and that all signatures, duty stamps, seals and markings on them are genuine;

(b)  that no amendments (manuscript or otherwise) have been or will be made to the Documents in the form examined by us;

(c)  all formalities and requirements of the laws of any relevant jurisdiction (other than Hong Kong), and of any regulatory authority therein, applicable to the execution, performance, delivery and enforceability of the Documents have been or will be duly complied with;

(d)  there is no bad faith, or intention to use fraud, undue influence, coercion or duress on the part of any party to any of the Documents or their respective directors, employees or agents;

(e)  that the confirmation set out in this letter is confirmed in accordance with the perspectives of Hong Kong law only.   We will not and are unable to give confirmation or opinion on the law other than Hong Kong law; and

(f)  no law (other than Hong Kong law) affects any of the conclusions stated in this opinion letter.

SN 0075

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

INDEX NO. 652077/2017

RECEIVED NYSCEF: 11/28/2018

20-12411-jlg   Doc 14-18   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 18
Pg 20 of 26

 UBS

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888
Fax: +852-2971 8001

www.ubs.com

Produced on 04 March 2015

## Special report as of 03 March 2015

**Mailing address**

**Client information**

| | |
|---|---|
| Portfolio number | 371236 |
| Valuation currency | USD |

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

SN 0076

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM

NYSCEF DOC. NO. 254

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18

Pg 21 of 26

INDEX NO. 652077/2017

RECEIVED NYSCEF: 11/28/2018

# Table of contents

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

**Asset analysis**
Asset allocation ........................................................................... 1
Position overview ......................................................................... 2

**Detailed positions**
Liquidity (incl. FX Products) ......................................................... 3

**Additional information**
Important information ................................................................... 4

SN 0077

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM

NYSCEF DOC. NO. 254

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18

Pg 22 of 26

INDEX NO. 652077/2017

RECEIVED NYSCEF: 11/28/2018

## Asset allocation

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

**By asset class and currency** (beginning balance as at 28 February 2015: 491,374,131)                                                     **Valued in USD**

| Currency | Liquidity (incl. FX products) | Bonds | Equities | Alternative Investments | Real Estate | Precious Metal & Commodities | Others | Total |
|---|---|---|---|---|---|---|---|---|
| USD | 491,379,045 | - | - | - | - | - | - | 491,379,045 |
| | 100.00% | | | | | | | 100.00% |
| **Total** | **491,379,045** | - | - | - | - | - | - | **491,379,045** |
| | 100.00% | | | | | | | 100.00% |



SN 0078

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 23 of 26

## Position overview

BRAVO LUCK LIMITED
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### By investment category

| Investment Category | Market Value | Accrued interest | Total | % of gross assets |
|---|---|---|---|---|
| **Liquidity (incl. FX Products)** | **491,374,130.92** | **4,913.74** | **491,379,044.66** | **100.00** |
| Accounts and Investments on Call | 491,374,130.92 | 4,913.74 | 491,379,044.66 | 100.00 |
| Money Market and Short Term Investments | - | - | - | - |
| Foreign Exchange Derivatives | - | - | - | - |
| **Bonds** | | | | |
| Bonds and Similar Investments | - | - | - | - |
| Interest Rate Derivatives | - | - | - | - |
| **Equities** | | | | |
| Equities and Similar Investments | - | - | - | - |
| **Alternative Investments** | | | | |
| Alternative Investments | - | - | - | - |
| **Real Estate** | | | | |
| Real Estate and Similar Investments | - | - | - | - |
| **Precious Metals & Commodities** | | | | |
| Precious Metals & Commodities | - | - | - | - |
| Precious Metals & Commodities Derivatives | - | - | - | - |
| **Others** | | | | |
| Asset Allocation Funds | - | - | - | - |
| Others | - | - | - | - |
| **Total** | **491,374,130.92** | **4,913.74** | **491,379,044.66** | **100.00** |

*Valued in USD*

### Gross assets by asset class

Liquidity (incl. FX Products)    491,379,044.66    100.00%

### Gross assets by asset currency

USD    491,379,044.66    100.00%



SN 0079

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 24 of 26

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## Detailed positions

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

**By investment category**

| Currency | Amount Accrued interest | Interest rate | Market value Accrued interest in USD | % of gross assets |
|---|---|---|---|---|
| **Liquidity (incl. FX Products) - Accounts and Investments on Call** | | | | |
| **Call Deposits** | | | | |
| USD | 491,374,130.92 | 0.1200% | 491,374,130.92 | 100.00 |
| | 4,913.74 | | 4,913.74 | 0.00 |
| **Subtotal** | | | **491,374,130.92** | **100.00** |
| | | | **4,913.74** | **0.00** |
| **Total Liquidity (incl. FX Products)** | | | **491,374,130.92** | **100.00** |
| | | | **4,913.74** | **0.00** |



NS 0800

# Important information

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

## Abbreviations

ND    Non Deliverable

NDF    Non Deliverable Forward

## Asset allocation

**Liquidity (incl. FX Products):**
*Accounts and Investments on Call:* Cash - Account Balances, Call Deposits.

*Money Market and Short Term Investments:* Time Deposits, Fiduciary Deposits, Short Term Investments.

*Foreign Exchange Derivatives:* Foreign Exchange Contracts, Foreign Exchange Derivatives - Standard Currency Options and Exotic Options, Structured Products with Foreign Exchange Character, Derivatives with Foreign Exchange Character.

**Bonds:**
*Bonds and Similar Investments:* Straight Bonds, Convertible Bonds, Others, Structured Products with Bond Character (incl. all Capital Protected Instruments), Derivatives with Bond Character.

*Interest Rate Derivatives:* Interest Rate Derivatives.

**Equities:**
*Equities and Similar Investments:* Equities, Others, Structured Products with Equity Character, Derivatives with Equity Character.

**Alternative Investments:**
*Alternative Investments:* Hedge Funds, Private Equity. Structured Products with Alternative Investment Character, Derivatives with Alternative Investment Character, Others.

**Real Estate:**
*Real Estate and Similar Investments:* Real Estate Funds, Structured Products with Real Estate Character.

**Precious Metals & Commodities:**
*Precious Metals & Commodities:* Precious Metals and Commodities, Others.

**Precious Metals and Commodities Derivatives:** Bullion Contracts, Bullion Derivatives - Standard Options and Exotic Options, Structured Products with Precious Metal and Commodity Character, Derivatives with Precious Metal and Commodity Character.

**Others:**
*Asset Allocation Funds, Others:* Structured Products with Other Character, Others.

**Pro Memoria:**
*Pro Memoria:* Contingent Assets and Liabilities, Mortgaged Properties.

**Liabilities:**
*Liabilities:* Time Loans.

SN 0081

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-18    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 18
Pg 26 of 26

# Important information

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### Disclaimer

This special report is prepared for your convenience and may not fully and accurately reflect all transactions which have been carried out in your account during the relevant period. Accordingly, you should only rely on your regular statement of account and not this special report. In case of any discrepancies between this special report and your regular statement of account, your regular statement of account shall prevail.

Investments are valued using Telekurs or other available price sources and lack of a valuation indicates that no price was available at the time

this special report was prepared. Valuations, prices and rates are to be regarded as approximate and indicative only, and may not be the price at which assets are available to be bought or sold in the relevant market, nor correspond to official rates and values, nor necessarily reflect your true exposure.

Trades entered into on the last two working days of the period referred to in this Special report may not be reflected in this Special report due to different time zones and/or settlement procedures. Such trades will

be reflected in your regular statement of account for the following period. The trade dates and your obligations in respect of such trades will remain unchanged.

This is not an accounting document and should not be used for tax or auditing purposes.

Additional information

SN 0082