# EXHIBIT 22

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 486
20-12411-jlg    Doc 14-22    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 22
Pg 2 of 4
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020



# O'MELVENY & MYERS

美邁斯律師事務所

| | | |
|---|---|---|
| BEIJING | 香港特別行政區 | SAN FRANCISCO |
| BRUSSELS | 中環干諾道中 1號 | SEOUL |
| CENTURY CITY | 友邦金融中心 31樓 | SHANGHAI |
| LONDON | | SILICON VALLEY |
| LOS ANGELES | 31st Floor, AIA Central | SINGAPORE |
| NEWPORT BEACH | 1 Connaught Road Central | TOKYO |
| NEW YORK | Hong Kong | WASHINGTON, D.C. |

TELEPHONE 電話 (852) 3512-2300
FACSIMILE 傳真 (852) 2522-1760
www.omm.com

Partners
Nima Amini
Denis Brock
James Ford
David J. Johnson, Jr.
Gigi Woo
Friven K. H. Yeoh

Registered Foreign Lawyers
Partners of O'Melveny & Myers LLP
Ronald Cheng*
Andrew D. Hutton*

19 February 2016

OUR FILE NUMBER
DGHB:SAK: 0643912-00002

**BY MAIL AND BY FAX (+852 2845 0638)**

WRITER'S DIRECT DIAL
(852) 3512-2388

**Shiny Times Holdings Limited**
4th Floor, Central Tower
28 Queen's Road Central
Hong Kong

WRITER'S E-MAIL ADDRESS
dbrock@omm.com

and

PO Box 957
Offshore Incorporations Centre
Road Town
Tortola
British Virgin Islands

Attn: Mr Kwok Ho Wan

*Re: Facility Letter dated 16 March 2011*

Dear Sirs,

1. We represent Pacific Alliance Asia Opportunity Fund L.P. ("**Pacific Alliance**" or "**the Fund**").

2. We refer to the Facility Letter dated 16 March 2011 (the "**Facility Letter**") entered into between Shiny Times Holdings Limited (hereafter referred to as "**the Company**" or as "**you**") and Pacific Alliance, performance of your obligations under which was guaranteed by Kwok Ho Wan ("**Kwok**") by a Personal Guarantee dated 16 March 2011 entered into by Pacific Alliance and Kwok (the "**Guarantee**").

3. The Facility Letter confirmed that the amount then owed by the Company was US$46,426,489.00 (the "**Facility**"), which was to be repaid in full on 30 June 2012

OMM_ASIA:3376780.1

*Admitted to practice in California.
O'Melveny & Myers partners are also partners of O'Melveny & Myers LLP.

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 486
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

20-12411-jlg    Doc 14-22    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 22
Pg 3 of 4

O'MELVENY & MYERS

- Page 2

and subject to interest of 15% per annum. In breach of the Facility Letter, you failed to repay the Facility or its accrued interest under the Facility Letter on that date (such failure constituting an Event of Default under clause 13 of the Facility Letter) or at all.

4. On 19 April 2013, the Fund and you entered into a Deed of Settlement (**the "Deed of Settlement"**) with the intention of restructuring repayment of the Facility, and by which, subject to the satisfaction of certain conditions precedent, the Fund agreed to purchase or procure the purchase of three residential apartments in Beijing. The time for compliance with the conditions precedent under the Deed of Settlement was extended by four Supplemental Deeds of Settlement to 30 June 2015.

5. On 31 March 2015, the Fund and you entered into an Option Agreement (the "**Option Agreement**"), again seeking to restructure repayment of the Facility, which was subject to the satisfaction of certain conditions precedent.

6. As of 1 July 2015, the conditions in clauses 3.2(e), (g), (h) and (i) of the Deed of Settlement had not been satisfied and none of the conditions precedent under the Option Agreement had been satisfied, such that the Deed of Settlement and Option Agreement both terminated and the Facility Letter reverted to full effect and force immediately after 30 June 2015, and you became obliged to pay the total amount of the Facility then outstanding and any interest accrued thereon in accordance with the Facility Letter.

7. As at 15 December 2015, and pursuant to Clause 13 of the Facility Letter, the amounts immediately due and payable under the Facility Letter are principal of US$46,426,489.00 and interest of US$35,792,915.08. The Fund hereby demands immediate payment of the total sum of US$82,219,404.08. Please pay this sum in cleared funds into the following account:

| | |
|---|---|
| Correspondent Bank | : HSBC Bank USA, New York |
| Correspondent Bank BIC | : MRMDUS33 |
| Intermediary Bank | : HSBC Bank plc, London |
| Intermediary Bank BIC | : MIDLGB22 |
| Sort Code | : 990231 |
| Beneficiary Bank | : HSBC Bank plc, Dublin |
| Beneficiary Bank BIC | : HSBCIE2D |
| Final Beneficiary Account No. | : 411-014384-101 |
| Name of Account | : PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. |
| IBAN NO | : IE78HSBC99023135806663 |

8. If we have not received payment of the above sum by close of business within seven days of the date of this letter, we shall apply for the Company to be wound up by the Court in the British Virgin Islands.

OMM_ASIA:3376780.1

CONFIDENTIAL

PAX-KWOK-038332

FILED: NEW YORK COUNTY CLERK 07/24/2020 11:49 PM
NYSCEF DOC. NO. 486
20-12411-jlg    Doc 14-22    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 22
Pg 4 of 4
INDEX NO. 652077/2017
RECEIVED NYSCEF: 07/24/2020

O'MELVENY & MYERS

- Page 3

9. All of our rights are reserved under the Facility Letter and Guarantee including the right to claim additional losses, costs and expenses under the terms of the Facility Letter, the Guarantee or otherwise.

10. Nothing in this letter will be construed as a waiver or amendment of any provision of the Facility Letter or the Guarantee.

Yours faithfully,

**Denis Brock**
Partner

OMM_ASIA:3376780.1

CONFIDENTIAL

PAX-KWOK-038333