# EXHIBIT 26

FILED: NEW YORK COUNTY CLERK 11/15/2018 07:56 PM
NYSCEF DOC. NO. 221

20-12411-jlg    Doc 14-26    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 26
Pg 2 of 2

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/15/2018

## TERRITORY OF THE BRITISH VIRGIN ISLANDS
## BVI BUSINESS COMPANIES ACT, 2004

### CERTIFICATE OF REGISTRATION OF CHARGE
### (SECTION 163)



2D75C8E450

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES that, pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of registration of charges having been complied with, the following charge was registered in the Register of Registered Charges in respect of property of

**Genever Holdings Corporation**

BVI COMPANY NUMBER **1862840**

Charge ID:     FBAK0Y
Chargee:       ROSCALITAR 2

this 21st day of May, 2015 at 15:46 hours. Details of the charge are more particularly described in the Register of Registered Charges.



*for* **REGISTRAR OF CORPORATE AFFAIRS**
21st day of May, 2015