# EXHIBIT 27

FILED: NEW YORK COUNTY CLERK 11/15/2018 07:56 PM
NYSCEF DOC. NO. 227
20-12411-jlg   Doc 14-27   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 27
Pg 2 of 2
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/15/2018

**WALKERS**

# BVI BUSINESS COMPANIES ACT, 2004 (AS AMENDED)

## NOTICE OF SATISFACTION OR RELEASE OF REGISTERED CHARGE PURSUANT TO SECTION 165

### TO: THE REGISTRAR OF CORPORATE AFFAIRS

**NAME OF COMPANY:** GENEVER HOLDINGS CORPORATION (the "Company")

**BVI COMPANY NUMBER:** 1862840

**CHARGE ID:** FBAK0Y

**DATE CHARGE REGISTERED:** 21 MAY 2015

**DATE OF SATISFACTION OR RELEASE:** 17 MARCH 2017

Walkers of 171 Main Street, PO Box 92, Road Town, Tortola, British Virgin Islands, legal practitioners in the Virgin Islands duly authorised on behalf of Roscalitar 2 (the **"Chargee"**) hereby gives notice pursuant to section 165 of the BVI Business Companies Act, 2004 (as amended) the ("**BVI BCA**") in relation to the Pledge and Security Agreement dated 21 May 2015 between the Company and the Chargee registered on 21 May 2015 and numbered Charge ID FBAK0Y in the Company's Register of Registered Charges (the **"Charge"**) that the Charge has ceased to affect the whole of the property of the Company charged by the Charge.

*Walkers*

_____
Walkers
171 Main Street
PO Box 92
Road Town
Tortola VG1110
British Virgin Islands

As legal practitioners in the Virgin Islands duly authorised on behalf of the Chargee

7060910.2 M3040.D05049