# EXHIBIT 28

LOG IN

SIGN UP

BUY

SELL

RENT

MORTGAGE

Find REALTORS®

LOCAL

NEWS & INSIGHTS

realtor.com® NETWORK

Trends

# Fall in Love With the Most Popular Homes of September

By Erik Gunther | Oct 7, 2015



realtor.com

We counted all the clicks on realtor.com® in September to find out which homes made our users swoon.

Falling Low with the Most Popular Homes of September | realtor.com®  Page 2 of 8
20-12411-jlg    Doc 14-28    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 28
Pg 3 of 13

It wasn't exactly a shock to see megamansions take four of the top 10 spots. After all, we're all curious to pull back the curtains on the homes of the ultrawealthy.

But among the luxury properties with in-home discos, copious closet space, and gargantuan garages, there are a handful of astoundingly *normal* homes on this month's hot list. Wanna go fishing? There's a picturesque place in Indiana with its own pond. Or perhaps you'd like to dip your toes in the Gulf of Mexico? There's an affordable home along the water in sunny Florida.

## Related Articles

- Dear Bargain Hunters, We Found 10 Hot Homes Under $100K

- This Week's Most Popular Homes Are All About Affordability

- This Week's Most Popular House Is a Shack in San Francisco

Whatever your fancy, we're sure you'll find something worth clicking on. Join the crowd and take a look at what everyone else found fascinating in September.

## 10. 781 Fifth Ave., 18th Floor, New York, NY

**Price:** $85,000,000

**Why it's here:** It's the entire 18th floor of the famed Sherry-Netherland Hotel! In addition to the gorgeous views of New York City, all hotel amenities are included in the purchase price. Naturally, you could expect more than a nightly chocolate on your pillow.



New York, NY
18sherrynetherland.com

———

Falling Down With the Most Popular Homes of September | realtor.com®
Page 3 of 13

20-12411-jlg    Doc 14-28    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 28
Pg 4 of 13

## 9. 713 Sunset Cove, Madeira Beach, FL

**Price:** $299,900

**Why it's here:** For water lovers, this modest three-bedroom home is right across the street from a dock. Make your way into the Gulf of Mexico or relax by the pool out back.



Madeira Beach, FL
realtor.com

———

## 8. 5502 County Road 60, Saint Joe, IN

**Price:** $409,700

**Why it's here:** This custom-built cedar log home on 3 acres of land comes with a stocked pond, so its popularity isn't fishy at all.



Saint Joe, IN
realtor.com

———

## 7. 10250 W Sunset Blvd, Los Angeles, CA

**Price:** $85,000,000

**Why it's here:** The mansion belongs to fashion designer **Max Azria**. Known as Maison du Soleil, it has over 60(!) rooms to get lost in.

FILED: NEW YORK COUNTY CLERK 08/14/2018 01:58 PM

Falling in Love With the Most Popular Homes of September | realtor.com®

Page 5 of 28

INDEX NO. 651877/2017

NYSCEF DOC. NO. 223

20-12411-jlg    Doc 14-28    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 28

RECEIVED NYSCEF: 08/05/2018

Pg 6 of 13



Los Angeles, CA
realtor.com

———

## 6. [16430 Amethyst Pkwy, Fort Wayne, IN](#)

**Price:** $229,900

**Why it's here:** We couldn't have a proper list without representation from this Indiana city. It shows up every time we tabulate the week's most popular homes, so we weren't surprised to see this affordable four-bedroom on a large corner lot.

Falling in Love With the Most Popular Homes of September | realtor.com®
Page 6 of 13



Fort Wayne, IN
realtor.com

———

## 5. 11201 Jonas Ridge Ln, Raleigh, NC

**Price:** $2,095,000

**Why it's here:** "Every room in this home is different," says listing agent **Shawn Britt**, who also attributes the home's popularity to her aggressive social media marketing.

Falling Down With the Most Popular Homes of September | realtor.com®    Page 7 of 28
20-12411-jlg    Doc 14-28    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 28
Pg 8 of 13



Raleigh, NC
realtor.com

———

## 4. 9273 Guinea Station Rd, Woodford, VA

**Price:** $250,000

**Why it's here:** This farmhouse will go to the highest bidder. Up for auction at the end of October, this 62-acre plot of land will go to the buyer with the deepest pockets.

Falling in Love With the Most Popular Homes of September | realtor.com® Page 8 of 12

20-12411-jlg    Doc 14-28    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 28
Pg 9 of 13



Woodford, VA

realtor.com

———

## 3. 450 Brickyard Rd, Woodstock, CT

**Price:** $45,000,000

**Why it's here:** It's a castle in Connecticut. Subtlety takes a back seat in this 19,000-square-foot structure.

FILED: NEW YORK COUNTY CLERK 08/14/2018 11:58 PM
NYSCEF DOC. NO. 223

INDEX NO. 651877/2017
RECEIVED NYSCEF: 08/05/2018



Woodstock, CT
realtor.com

———

## 2. [938 Three Mile Dr, Grosse Pointe Park, MI](#)

**Price:** $775,000

**Why it's here:** The Stratton House appeals to art lovers worldwide. It's on the National Register of Historic Places and a towering example of Pewabic tile work.

FILED: NEW YORK COUNTY CLERK 08/11/2018 01:58 PM
NYSCEF DOC. NO. 223
INDEX NO. 651877/2017
RECEIVED NYSCEF: 08/05/2018



Grosse Pointe Park, MI
realtor.com

———

## 1. 9505 Lania Ln, Beverly Hills, CA

**Price:** $149,000,000

**Why it's here:** Every time we do a list based on popularity, there it is. The most expensive home in America will never *not* be fascinating.



Beverly Hills, CA
realtor.com

Erik Gunther covers celebrity and unique homes at realtor.com. ✈Follow @egnonstop

Related topics:    lists    most popular

## Editors' Picks

Trends
America's 20 Hottest Real Estate Markets for July 2017



Real Estate News
New-Homes Prices Are Down: Get One Before They Sell Out

Falling in Love With the Most Popular Homes of September | realtor.com®

Page 12 of 13



Buy
7 Things to Never, Ever Do When Buying a Home



SPONSORED CONTENT
The 5 Biggest Mistakes Veteran and Military Home Buyers Make
Powered by



Unique Homes
Can This Fishing Reel-Shaped Home Hook a Buyer for $5M?



# From Our Network

News
The Worst Places to Live, 2017: Brace Yourself for Some Surprises

http://www.realtor.com/news/trends/september-2015-most-popular-houses/                7/27/2017