# EXHIBIT 29

Advertise        Sign In / Register

Sales › Manhattan › All Upper East Side › Upper East Side › Lenox Hill › 781 Fifth Avenue #18



1 of 10

# 781 Fifth Avenue #18

## $55,000,000 FOR SALE

| 15 rooms | 7 beds | 8 baths |

Resale • Co-op in Lenox Hill

Listing by Brown Harris Stevens Residential Sales Llc, Limited Liability Broker, 445 Park Ave 11th Fl, New York NY 10022.

### CONTACT AN EXPERT ⓘ

**J Roger Erickson**
Licensed Associate Real Estate Broker
Douglas Elliman

PRO

1 recent deal

J Roger Erickson is a buyer's agent and is a participant in the StreetEasy Experts advertising program. Experts are experienced agents that are matched to buyers based on their prior experience and customer satisfaction scores. In exchange for this, StreetEasy receives a portion of their commission upon successful transactions.

| Name |
| Phone Number |
| Email |
| I am interested in 781 Fifth Avenue #18. |

**SEND MESSAGE**

By pressing Send Message, you agree that StreetEasy and real estate professionals may call/text you about your inquiry, which may involve use of automated means and prerecorded/artificial voices. You don't need to consent as a condition of buying any property, goods or services. Message/data rates may apply.

You also agree to our Terms of Use.

If you'd like, you may contact the seller's agent

| DAYS ON MARKET | LAST PRICE CHANGE | ESTIMATED PAYMENT | MONTHLY TAXES |
|---|---|---|---|
| 128 Days | No Recorded Changes | $258,163 | N/A |
| **MONTHLY MAINTENANCE** | **TAX ABATEMENT** | | |

Advertise    Sign In / Register

## About the Listing

**SELLER'S AGENT**

Kathleen M Sloane
Licensed Associate Real Estate Broker

**DESCRIPTION**

Life Atop The World's Power Corner

At the southwest corner of the Sherry Netherland sits one of the most important apartments ever created in New York City. Central Park views from five public rooms as well as dazzling views to the south from four additional

**READ MORE**

## Amenities

**HIGHLIGHTS**

Cats and Dogs Allowed                Elevator

Full-time Doorman

**CO-OP RULES**

Pied-a-Terre Allowed

**BUILDING AMENITIES**

Gym

Live-in Super

Valet Parking

**LISTING AMENITIES**

Central Air Conditioning    View: Park

Dishwasher    View: Skyline

View: City

**OUTDOOR SPACE**

Terrace

## About the Building

[Sherry Netherland 781 Fifth Avenue](#)  New York, NY 10022

Co-op in Lenox Hill

| 169 Units | 38 Stories | 1928 Built |

Sales listings: 19 active, 2 in contract and 162 previous

Rentals listings: 3 active and 26 previous

Documents and Permits: 127 documents

**MORE ABOUT THE BUILDING**

## Price History

| | | |
|---|---|---|
| 08/07/2020 | Re-listed by Brown Harris Stevens | $55,000,000 |
| 07/17/2020 | Delisted | $55,000,000 |
| 03/10/2020 | Listed by Brown Harris Stevens | $55,000,000 |
| 04/26/2019 | Douglas Elliman Listing is no longer available on StreetEasy | $67,000,000 |
| 11/13/2018 | Previously Listed by Douglas Elliman | $67,000,000 |
| 09/22/2018 | Brown Harris Stevens Listing is no longer available on StreetEasy | $68,000,000 |
| 05/17/2018 | Previously Listed by Brown Harris Stevens | $68,000,000 |
| 09/15/2017 | Brown Harris Stevens Listing is no longer available on StreetEasy | $78,000,000 |
| 06/21/2017 | Previously Listed by Brown Harris Stevens | $78,000,000 |
| 11/06/2015 | Brown Harris Stevens Listing is no longer available on StreetEasy | $86,000,000 |
| 10/22/2015 | Previously Listed by Brown Harris Stevens | $86,000,000 |
| 03/09/2015 | Sotheby's International Realty Listing is no longer available on Street… | $85,000,000 |
| 10/16/2014 | Previously Listed by Sotheby's International Realty | $85,000,000 |
| 07/03/2014 | Brown Harris Stevens Listing is no longer available on StreetEasy | $95,000,000 |
| 07/01/2014 | Douglas Elliman Listing is no longer available on StreetEasy | $95,000,000 |
| 09/24/2012 | Previously Listed by Douglas Elliman | $95,000,000 |
| 09/22/2012 | Previously Listed by Brown Harris Stevens | $95,000,000 |

**SEE LESS**

WANT TO ANALYZE THIS PROPERTY WITH OUR COMPS REPORT GENERATOR?

## Similar Sales



| SALE IN LENOX HILL | SALE IN TRIBECA | SALE IN MIDTOWN |
|---|---|---|
| 795 Fifth Avenue #30/31 | Listed at Douglas Elliman — FEATURED<br>111 Murray Street #PH2 | 53 West 53 |
| $60,000,000    $10,000,000 | $40,000,000 | $63,81... |

Advertise    Sign In / Register

Listing by Sotheby's International Realty (650 Madison Avenue, New York, NY 10022)

Listing by Douglas Elliman (575 Madison Avenue, New York, NY 10022)

Listing by Corc... NY 10065)

# Nearby

**TRANSPORTATION**

| N R W at 5th Av | under 500 feet |
| F at 57th St | 0.23 miles |
| N R 4 5 6 W at Lexington Av-59 St | 0.25 miles |
| F Q at Lexington Av | 0.31 miles |
| E M at 5th Av | 0.31 miles |

View subway lines on Google Maps ▸



Map data ©2020 Google

**SCHOOLS**

**District 02** - Schools zoned for this address:

East Side Elementary School, PS 267
(0K,01,02,03,04,05,SE)

Disclaimer: School attendance zone boundaries are not guaranteed to be accurate – they are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

VIEW ON GOOGLE



Map data ©2020 Google

**COLLEGES**

| New York Graduate School of Psychoanalysis | 0.43 miles |
| Hunter College (CUNY) | 0.48 miles |
| Sotheby's Institute of Art | 0.5 miles |
| Christie's Education | 0.58 miles |
| Mandl College of Allied Health | 0.59 miles |

**PARKS**

| Central Park | 0.03 miles |
| Grand Army Plaza | 0.06 miles |
| Tramway Plaza | 0.48 miles |
| 14 Honey Locusts Park | 0.56 miles |
| St. Catherine's Park | 0.72 miles |

**MUSEUMS**

| Dahesh Museum | 0.15 miles |
| Sony Wonder Technology Lab | 0.2 miles |
| Museum of American Illustration | 0.29 miles |
| Museum of Modern Art (MoMA) | 0.32 miles |
| American Folk Art Museum | 0.35 miles |

Latest Discussions

**BE THE FIRST TO CREATE A DISCUSSION ABOUT THIS LISTING**

## Listed By

Brown Harris Stevens Residential Sales Llc, Limited Liability Broker, 445 Park Ave 11th Fl, New York NY 10022.

**REPORT A PROBLEM**

### Lenox Hill Sales

Studios in Lenox Hill

1 Bedrooms in Lenox Hill

2 Bedrooms in Lenox Hill

3 Bedrooms in Lenox Hill

### Nearby Lenox Hill

Central Park South Real Estate for sale

Midtown East Real Estate for sale

Sutton Place Real Estate for sale

Upper East Side Real Estate for sale

### More

Condos for sale

Co-ops for sale

Houses for sale

Pet friendly for sale

BLOG
WE'RE HIRING!

SUBMIT YOUR LISTINGS
WORK WITH US
NYC RENTAL NETWORK
PRESS

BROWSE ALL HOMES

**+ SHOW NYC NEIGHBORHOODS**

Help
Terms of Use & Privacy Policy
Ad Choice

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage license in multiple states. A list of these real estate licenses can be found here.

ZILLOW · TRULIA · HOTPADS · OUT EAST

Zillow Inc. Sites © 2006-2020 Zillow

Zillow Inc. Sites © 2006-2020 Zillow · **https://streeteasy.com/** Made In NYC · Powered by Bikes, Coffee and Doughnuts.

11/4/2020 20-12411-jlg Doc 14-29 Filed 12/16/20 Entered 12/16/20 15:47:19 Exhibit 29 Pg 7 of 7
781 Fifth Avenue #18 in Lenox Hill, Manhattan | StreetEasy

Advertise     Sign In / Register

