# EXHIBIT 30

Susan Hennelly
Real Estate Sales Agent

**The Sherry-Netherland**
781 Fifth Avenue
New York, NY 10022
Direct: **(212) 231-6811**
Email: shennelly@SherryNetherland.com

www.SherryNetherland.com






Named the #1 Hotel
in the United States as voted
by TripAdvisor travelers

Visit us on **TripAdvisor.com** and **Facebook.com**.

On Jun 29, 2016, at 11:56 AM, Helen Manis <hm@rscapital.co.uk> wrote:

> The property is currently owned by an LLC that is ultimately beneficially owned by Mr Kwok. As you know, we want to undertake some restructuring in relation to the property so that the ultimate beneficial ownership will pass to his son.
>
> During the restructuring, the property will always still be owned by the LLC.
>
> 1. During the restructuring process we will go through a number of steps. Do you need to understand the detail of these steps?

2

SN 0018

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 259
20-12411-jlg    Doc 14-30    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 30
Pg 3 of 7
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

2. If the final result of the restructuring is that the LLC is owned by a trust of which the son is a beneficiary, is this acceptable to you?

If it is easier to discuss on the telephone my number is 00447766930030 or please let me know a good number to call you on?

Thank you in advance.

SN 0019

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 259
20-12411-jlg    Doc 14-30    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 30
Pg 4 of 7
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

Susan Hennelly
Real Estate Sales Agent

The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022
Direct: (212) 231-6811
Email: shennelly@SherryNetherland.com<mailto:shennelly@SherryNetherland.com>

www.SherryNetherland.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sherrynetherland.com_&d=DQMFAg&c=gAzS7Z2sPulVLgfP0R9Uzw&r=aWSBn-OSxMTKIHyM0AqVvk_jmI4own0oMVHkKfqzbA8&m=tyHAah6_Yzi5HA_ZLB7GpGM8TmdOU4cQuNAVHL8waaA&s=wtgWCkIvC1DvHy9sHm3Z7SZVYLh68vktucdX3Qh1om0&e=>

<image001.jpg><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sherrynetherland.com_&d=DQMFAg&c=gAzS7Z2sPulVLgfP0R9Uzw&r=aWSBn-OSxMTKIHyM0AqVvk_jmI4own0oMVHkKfqzbA8&m=tyHAah6_Yzi5HA_ZLB7GpGM8TmdOU4cQuNAVHL8waaA&s=wtgWCkIvC1DvHy9sHm3Z7SZVYLh68vktucdX3Qh1om0&e=><image002.jpg>
Visit us on TripAdvisor.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.tripadvisor.com_Hotel-5FReview-2Dg60763-2Dd93559-2DReviews-2DThe-5FSherry-5FNetherland-5FHotel-2DNew-5FYork-5FCity-5FNew-5FYork.html&d=DQMFAg&c=gAzS7Z2sPulVLgfP0R9Uzw&r=aWSBn-OSxMTKIHyM0AqVvk_jmI4own0oMVHkKfqzbA8&m=tyHAah6_Yzi5HA_ZLB7GpGM8TmdOU4cQuNAVHL8waaA&s=92P2I-cbFA_dp1ycHiWbt7iOGwfCCVTkaQ8yc2u0RUc&e=> and Facebook.com<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_thesherrynetherlandhotel&d=DQMFAg&c=gAzS7Z2sPulVLgfP0R9Uzw&r=aWSBn-OSxMTKIHyM0AqVvk_jmI4own0oMVHkKfqzbA8&m=tyHAah6_Yzi5HA_ZLB7GpGM8TmdOU4cQuNAVHL8waaA&s=yoXHERmKSNW6P9je6jpgh1F-UCk1Xp5TR9lSSzyqE4M&e=>.

On Jun 29, 2016, at 11:56 AM, Helen Manis <hm@rscapital.co.uk<mailto:hm@rscapital.co.uk>> wrote:

The property is currently owned by an LLC that is ultimately beneficially owned by Mr Kwok. As you know, we want to undertake some restructuring in relation to the property so that the ultimate beneficial ownership will pass to his son.

During the restructuring, the property will always still be owned by the LLC.

1. During the restructuring process we will go through a number of steps. Do you need to understand the detail of these steps?

2. If the final result of the restructuring is that the LLC is owned by a trust of which the son is a beneficiary, is this acceptable to you?

If it is easier to discuss on the telephone my number is 00447766930030 or please let me know a good number to call you on?

Thank you in advance.

2

SN 0020

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 259
20-12411-jlg    Doc 14-30    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 30
Pg 5 of 7
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## Susan Hennelly

| | |
|---|---|
| **From:** | Susan Hennelly |
| **Sent:** | Tuesday, July 5, 2016 11:32 AM |
| **To:** | Office Newyork |
| **Cc:** | Helen Manis; Michael Ullman |
| **Subject:** | RE: Introduction |

Dear Yong,

I am waiting to hear back from our attorney. I will follow up with him today.

Regards,
Susan

Susan Hennelly
Real Estate Sales Agent

**The Sherry-Netherland**
781 Fifth Avenue
New York, NY 10022
Direct: **(212) 231-6811**
Email: shennelly@SherryNetherland.com

www.SherryNetherland.com





Named the #1 Hotel
in the United States as voted
by TripAdvisor travelers

Visit us on TripAdvisor.com and **Facebook.com**.

**From:** Michael Ullman
**Sent:** Friday, July 01, 2016 8:16 PM
**To:** Office Newyork
**Cc:** Susan Hennelly; Helen Manis
**Subject:** Re: Introduction

1

SN 0021

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 259
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018
Exhibit 30
20-12411-jlg    Doc 14-30    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 30
Pg 6 of 7

Yong,
On Tuesday.
Michael Ullman

Sent from my iPhone

On Jul 1, 2016, at 6:22 PM, Office Newyork <kwokoffice.ny@gmail.com> wrote:

> Hello Micheal and Susan
>
> I understand it's big holiday. But when we can expect to get some reply from your side?
>
> Thank you!
>
> Yong
>
> 发自我的 iPhone
>
> 在 2016 年 6 月 29 日, 12:12, Michael Ullman <mjullman@SherryNetherland.com> 写道:
>
>> Dear Ms. Manis,
>> Thank you for your email outlining the restructuring request. I am passing this on to Susan Hennelly in our office, Who handles and coordinates with our law firm of Stroock, Stroock and Lavan.
>> Please let me know if you have any additional questions.
>> Sincerely,
>> Michael Ullman
>>
>> Sent from my iPhone
>>
>> On Jun 29, 2016, at 11:56 AM, Helen Manis <hm@rscapital.co.uk> wrote:
>>
>>> Dear Mr Ullman,
>>>
>>> Thank you for your email.
>>>
>>> The property is currently owned by an LLC that is ultimately beneficially owned by Mr Kwok. As you know, we want to undertake some restructuring in relation to the property so that the ultimate beneficial ownership will pass to his son.
>>>
>>> During the restructuring, the property will always still be owned by the LLC.
>>>
>>> 1. During the restructuring process we will go through a number of steps. Do you need to understand the detail of these steps?
>>>
>>> 2. If the final result of the restructuring is that the LLC is owned by a trust of which the son is a beneficiary, is this acceptable to you?
>>>
>>> If it is easier to discuss on the telephone my number is 00447766930030 or please let me know a good number to call you on?
>>>
>>> Thank you in advance.
>>>
>>> On Wed, Jun 29, 2016 at 4:16 PM, Office Newyork <kwokoffice.ny@gmail.com> wrote:

2

SN 0022

Dear Mr. Ullman,

I have forwarded your letter to our lawyer regarding to the transfer of the apartment to Mileson.
I would like to introduce our lawyer Helen Manis which I copied in the email to you. That may helpful to process the transfer.

Please kindly help to reply her questions that we can process smoothly.

Much appreciation!

Yong

SN 0023