# EXHIBIT 31

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260

20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 2 of 8

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## Kristin Beirne

| | |
|---|---|
| **From:** | Yvette Wong <yvette.yue423@gmail.com> |
| **Sent:** | Monday, June 19, 2017 10:28 PM |
| **To:** | Michael Ullman |
| **Subject:** | Re: FW: 18F Issues |

Dear Mr. Ullman,

Thank you for confirming Mileson Kwok is an authorized person on Genever Holdings LLC. Is there any way we can change Mileson to be the Official contact person?

For Contact Persons, please delect Yu Yong as she had left us to another project, and she won't be back to the Sherry anymore.

Many thanks,

Yvette

2017-06-19 12:06 GMT-04:00 Michael Ullman <mjullman@sherrynetherland.com>:

Ms. Yvette,

The Official contact person for the 18th floor apartment is Miles Kwok. He is the sole director of Genever Holdings LLC and the guarantor of the lease and he is the Occupant.

Mileson Kwok is an authorized person on the LLC.

Contact persons:

Yu Yong

Yvette Yue

Please let me know if you have any questions.

Michael J. Ullman

1

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260
20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 3 of 8
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

Executive Vice President & Chief Operating Officer

**The Sherry-Netherland**

781 Fifth Avenue

New York, NY 10022

Direct: **(212) 231-6818**

Fax: **(212) 832-4845**

Email: mjullman@SherryNetherland.com

www.SherryNetherland.com

  

Visit us on TripAdvisor.com and **Facebook.com**.

**From:** Yvette Wong [mailto:yvette.yue423@gmail.com]
**Sent:** Monday, June 19, 2017 10:50 AM
**To:** Michael Ullman <mjullman@SherryNetherland.com>
**Cc:** Michael Horvitz <mjhorvitz@horvitz.com>

**Subject:** Re: FW: 18F Issues

Morning, Mr. Ullman,

Thank you for arranging our doors removed from the 18th floor service landing.

2

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260
20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 4 of 8
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

Your attachment of proposal for the irrigation and repair the remaining terrace issues, didn't come to me. Could you please resend?

We will pick Thursday, September 14, 2017 at 4pm to do the 15 minute talk to the Board. I'll advise further if there is any change.

As for the "contact person", I was told there is a "registered" contact person officially on the Sherry's records. I'll double check the name and kindly could you please help me to clarify as well? Thank you.

Have a nice day,

Yvette

2017-06-19 10:38 GMT-04:00 Michael Ullman <mjullman@sherrynetherland.com>:

Dear Ms. Yvette,

Yes we will arrange to have your doors removed from the 18th floor service landing.

As to items 1 to 4 below:

1. Arista is confirmed for noon on June 23rd.
2. I will call Brenda, the house manager on the land line.
3. We understand the sensitivity to the occupants and we will make every effort to minimize disruption, as we do for all of our shareholders. Please note, all of the work that your Principal is required to perform is on the exterior of the apartment. All we need is access for David Acheson to inspect the exterior areas, through your apartment as we would with any other shareholder. For your convenience I am attaching the proposal for the irrigation repair and the Gustav proposal to repair the remaining terrace issues.
4. Also, please confirm the date that your Principal would like to give his 15 minute talk to the Sherry Board. Below are the dates for the upcoming meetings.

Thursday, September 14, 2017 at 4pm
Thursday, December 14, 2017 at 4pm
Monday, February 26, 2018 at 4pm

3

SN 0280

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018
20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 5 of 8

Thursday, April 26, 2018 at 4pm

5. Please let me know what you mean with regard to changing the "contact person". Currently I contact you via email as the need arises and do you want that to be someone else?

Thank you,
Michael Ullman

Michael J. Ullman
Executive Vice President & Chief Operating Officer

The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022
Direct: (212) 231-6818
Fax: (212) 832-4845

Email: mjullman@SherryNetherland.com<mailto:kbeirne@SherryNetherland.com>

www.SherryNetherland.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sherrynetherland.com_&d=DwMGaQ&c=gAzS7Z2sPulVLgfPOR9Uzw&r=j5byxTE-S3u87eUifwD6o6WsN2YkC_V5whuJnUR7n3U&m=jx0GcunuLzq5k_VY4M1lme7dd9VHgbBGim6ERH8IEcO&s=sk_k28Oh1ORXjcFpcJsZO_NsyUp8MNtrPePUGvUn6Y&e=>
>.

From: Yvette Wong [mailto:yvette.yue423@gmail.com]
Sent: Wednesday, June 14, 2017 11:13 PM
To: Michael Ullman <mjullman@SherryNetherland.com<mailto:mjullman@SherryNetherland.com>>
Cc: Michael Horvitz <mjhorvitz@horvitz.com<mailto:mjhorvitz@horvitz.com>>
Subject: Re: FW: 18F Issues

Dear Mr. Ullman,

As you requested today, could you please arrange people to remove the doors in our service lift lobby? These doors are not needed anymore.

Thank you.

Yvette


2017-06-14 23:08 GMT-04:00 Yvette Wong <yvette.yue423@gmail.com<mailto:yvette.yue423@gmail.com>>:
Dear Mr. Ullman,

Thank you for coming this morning. Please see my reply as below:

1. For Arista air conditioners work: June 23rd at 12 noon.

2. For the works of Settlement Agreement, we have no problem to complete ours and let you complete yours. Please call the landline of 18F, book time with House Manager Brenda directly. As I don't live with the Family, I do want to help but afraid not being able to.

4

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260
20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 6 of 8
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

3. As I advised in the meeting, the whole family of my Principle live on 18F, Mrs. Kwok especially has request to quite and calm environment due to her healthy situation. We MUST protect the Owner's basic living requirement for their health, and I DO believe all shareholders share this feeling at their homes.

4. Please can you advise through what procedure or meet what requirement, I can change the contact person. I should not be the only one who has this inquiry.

Thank you very much.

Yvette


2017-06-14 9:49 GMT-04:00 Michael Ullman
<mjullman@sherrynetherland.com<mailto:mjullman@sherrynetherland.com>>:

Dear Ms Yvette,

Please find below the response to your email of June 12, 2017:


1. Please see the date and times that Arista is available to come to the 18th floor and repair the non-working air conditioners and to service the other ones. Please let me know which date and time works for you.
June 16th at 1:00 p.m.
June 23rd at 12 noon
June 30th at 12 noon

2. We do appreciate that your staff cleans the area around the drains on the terraces but our engineering staff must also perform this work regularly. In the fall of each year we have a contractor that we hire to do this work professionally and we charge this back to the owner. We require all owners with terraces to have this work performed by both our in-house staff and the outside contractor. I am sure that your Principal understands.
3. The Settlement Agreement requires that both parties have their individual responsibilities that must be satisfied within 90 days of signing the agreement. The agreement was filed on April 12, 2017.

The Sherry Netherland is required to:
· Repair the hole in the wall
· Restore the damage to the hand-painted canvass over the hole
· Repair the floor molding
The Owner is required to:
· Repair the irrigation system
· Remove the underlying foam insulation from Unit 18's terraces and replace the pavers on raised legs

With regard to item #3, we do not wish to be called in by the Court/Judge or by any of our other shareholders inquiring whether the work has been completed according to the agreement. Therefore this work MUST be completed according to the timeframe of the Settlement Agreement.
Please advise when we can do our work and when your Principal will have his work completed.

5

SN 0282

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 7 of 8

4. David Acheson and I will meet with Mr. Tucker on 18F Wednesday morning, June 14, at 10 a.m.

5. Unfortunately, we cannot change your contact person to the Sherry, from your Principal to his son. Mr. Kwok is the permitted occupant and his son has no ownership. His attorney from Paul Weiss, who executed the LLC documents on behalf of the LLC would be the only other person who could be the official contact person.

6. Thank you for the list of your team. I will share this with the Sherry Staff and we await the photographs.

Michael J. Ullman
Executive Vice President & Chief Operating Officer

The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022
Direct: (212) 231-6818
Fax: (212) 832-4845

Email: mjullman@SherryNetherland.com<mailto:kbeirne@SherryNetherland.com>

www.SherryNetherland.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sherrynetherland.com_&d=DwMGaQ&c=gAzS7Z2sPulVLgfP0R9Uzw&r=j5byxTE-S3u87eUifwD6o6WsN2YkC_V5whuJnUR7n3U&m=jx0GcunuLzq5k_VY4M1lme7dd9VHgbBGim6ERH8IEc0&s=sk_k28Oh1ORXjcFpcJsZ0_NsyUp8MNtrPePUGvUn6Y&e=>

<image001.jpg><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.sherrynetherland.com_&d=DwMGaQ&c=gAzS7Z2sPulVLgfP0R9Uzw&r=j5byxTE-S3u87eUifwD6o6WsN2YkC_V5whuJnUR7n3U&m=jx0GcunuLzq5k_VY4M1lme7dd9VHgbBGim6ERH8IEc0&s=sk_k28Oh1ORXjcFpcJsZ0_NsyUp8MNtrPePUGvUn6Y&e=><image002.png>
Visit us on TripAdvisor.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.tripadvisor.com_Hotel-5FReview-2Dg60763-2Dd93559-2DReviews-2DThe-5FSherry-5FNetherland-5FHotel-2DNew-5FYork-5FCity-5FNew-5FYork.html&d=DwMGaQ&c=gAzS7Z2sPulVLgfP0R9Uzw&r=j5byxTE-S3u87eUifwD6o6WsN2YkC_V5whuJnUR7n3U&m=jx0GcunuLzq5k_VY4M1lme7dd9VHgbBGim6ERH8IEc0&s=w1diUq2ESVeNu4iFjmFT4OjHczuNNSTVWOsFASKoGkw&e=> and
Facebook.com<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_thesherrynetherlandhotel&d=DwMGaQ&c=gAzS7Z2sPulVLgfP0R9Uzw&r=j5byxTE-S3u87eUifwD6o6WsN2YkC_V5whuJnUR7n3U&m=jx0GcunuLzq5k_VY4M1lme7dd9VHgbBGim6ERH8IEc0&s=zcAwXd7TVZdrc4wbmDgPFHUY1YvKZlk3kcAAK95TgB4&e=>.

From: Michael Ullman
Sent: Monday, June 12, 2017 11:09 AM
To: Yvette Wong <yvette.yue423@gmail.com<mailto:yvette.yue423@gmail.com>>
Subject: Re: 18F Issues

Dear Ms Yvette,
I am out of the office today but I will respond to the details of your email tomorrow.
Michael Ullman

Sent from my iPhone

On Jun 12, 2017, at 3:46 AM, Yvette Wong <yvette.yue423@gmail.com<mailto:yvette.yue423@gmail.com>> wrote:
Dear Mr. Ullman,

6

SN 0283

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 260
20-12411-jlg    Doc 14-31    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 31
Pg 8 of 8
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

Thank you very much again for your time last week.

Regarding a couple of issues we discussed, kindly please see my reply as below:

1. Air Conditioning: Kindly please advise some time Arista can work, so we can arrange the access accordingly. We have no problem to change the reported parts. The unit in the sun room and the unit in the master bedroom can be included in the maintenance contract, as the Owner moved the bed in master bedroom again, nothing is blocked now.

2. Considering the whole Family of my Principle is living here now, we have a team supporting, including Chef, House Manager, Butler and Security. We constantly clean the terraces and drains for now and will arrange some appropriate time to have professional team to clean as well.

3. Regarding the work of Settlement Agreement, as we discussed in the meeting, we will find appropriate time to arrange for both sides asap, with consideration the Family as well.

4. As we discussed in the meeting, Mr. Tucker will have people to see the armed doors on 18F at 10am Wednesday June 14. Could you please kindly help to make an appointment with Sherry architect by this time as well?

5. I was told that our contact person to Sherry is my Principle himself, again for the convenience of Family, could we change this person to be my Principle's son?

6. Kindly please see the name list of our team as below for your reference, I'm collecting the photos and getting back soon:

Ms. Yvette Wong
Ms. Ian Yeung
Ms. Rachel Lam
Ms. Brenda Tsang
Mr. Eric Chen
Mr. Lam
Mr. Hank Han
Mr. Wayne Cao
Mr. Bosco Zhang
Mr. Patrick Wong
Mr. Jimmy Vargas

Once again, many thanks to your kind attention. Look forward to the reply.

Yvette


<mime-attachment>
<mime-attachment>

SN 0284