# EXHIBIT 32

FILED: NEW YORK COUNTY CLERK 11/15/2018 07:56 PM
NYSCEF DOC. NO. 231
20-12411-jlg   Doc 14-32   Filed 12/16/20   Entered 12/16/20 15:47:19   Exhibit 32
Pg 2 of 2
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/15/2018

TERRITORY OF THE BRITISH VIRGIN ISLANDS
BVI BUSINESS COMPANIES ACT, 2004

CERTIFICATE OF REGISTRATION OF CHARGE
(SECTION 163)



The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES that, pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of registration of charges having been complied with, the following charge was registered in the Register of Registered Charges in respect of property of

**Genever Holdings Corporation**

BVI COMPANY NUMBER 1862840

Charge ID:   2L47V3
Chargee:     BLUE CAPITAL LIMITED

this 14th day of February, 2018 at 13:47 hours. Details of the charge are more particularly described in the Register of Registered Charges.



for REGISTRAR OF CORPORATE AFFAIRS
14th day of February, 2018