# EXHIBIT 36

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 261

20-12411-jlg    Doc 14-36    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 36
Pg 2 of 2

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

|  |  |
|---|---|
| **From:** | Moss, Edward |
| **Sent:** | Tuesday, October 09, 2018 11:02 AM |
| **To:** | Searles, Jillian; Harmon, Mark |
| **Cc:** | Sarnoff, Stuart M. |
| **Subject:** | Document -- Follow-Up |

Jillian and Mark,

As you'll recall, Mr. Kwok testified at his deposition about a document evidencing his agreement with Zhang Wei regarding the apartment at the Sherry-Netherland. (*See* Kwok Dep. Tr. at 119-20.) We called for production of this document at the deposition (*see id.* at 129-30) and followed up on a call with Mark last week. Today in court, Jillian told Stuart and me that Mr. Kwok does not have the document and therefore you will not be producing it.

If I've stated anything inaccurately, please let me know. Thanks.

Eddie


## O'Melveny

**Edward N. Moss**
emoss@omm.com
O: +1-212-728-5671

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1