# EXHIBIT 37

*PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.*
*KWOK HO WAN, et al*

*YAN PING WANG*
*October 11, 2018*



126 East 56th Street, Fifth Floor  New York, New York 10022
P: 212-750-6434   F: 212-750-1097
www.ellengrauer.com

*Original File 248522.TXT*
*Min-U-Script® with Word Index*

```
 1  SUPREME COURT OF THE STATE OF NEW YORK

 2  COUNTY OF NEW YORK
    ------------------------------------------------x
 3  PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

 4                      Plaintiffs,

 5       -against-

 6  KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI,
    a/k/a GUO WENGUI, a/k/a GUO WEN-GUI, a/k/a WAN
 7  GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUY,

 8                      Defendants.

 9  Index No.: 652077/2017
    ------------------------------------------------x
10

11                        7 Times Square
                          New York, New York
12
                          October 11, 2018
13                        10:15 a.m.

14

15          Videotaped Deposition of YAN PING WANG,

16  before Shari Cohen, a Notary Public of the State

17  of New York.

18

19

20

21

22

23       ELLEN GRAUER COURT REPORTING CO., LLC
            126 East 56th Street, 5th Floor
24              New York, New York 10022
                     212-750-6434
25                  REF:  248522
```

```
 1   A P P E A R A N C E S:
 2
 3   O'MELVENY & MYERS LLP
 4   Attorneys for Plaintiff
 5        7 Times Square
 6        New York, New York  10036
 7   BY:  EDWARD MOSS, ESQ.
 8        STUART SANDOFF, ESQ.
 9        LUK MIRE, ESQ.
10        PHONE  212-728-5671
11        EMAIL  emoss@omm.com
12
13
14   HODGSON RUSS
15   Attorneys for Defendant
16        605 Third Avenue
17        New York, New York  10158
18   BY:  JILLIAN MARIE SEARLES, ESQ.
19        PHONE  646-218-7591
20        EMAIL  jsearles@hodgsonruss.com
21
22
23   ALSO PRESENT:
24        DAN MACOM, Videographer
25
```

```
 1         ------------------ I N D E X ------------------
 2     WITNESS                    EXAMINATION BY              PAGE
 3     YAN PING WANG              MR. MOSS                       6
 4
 5
 6         ---------------- E X H I B I T S ---------------
 7     EXHIBIT             DESCRIPTION                       FOR I.D.
 8     Exhibit 1           Subpoena                                47
 9     Exhibit 2           Affidavit                               55
10     Exhibit 3           Trademark                               58
11     Exhibit 4           E-Mail                                  63
12     Exhibit 5           Defendant's Responses and               81
13                         Objections to Plaintiff's
14                         Amended First Set of
15                         Interrogatories
16     Exhibit 6           E-Mail                                  93
17     Exhibit 7           E-Mail                                  97
18     Exhibit 8           E-Mail                                 105
19     Exhibit 9           E-Mail                                 110
20
21
22                  (EXHIBITS TO BE PRODUCED)
23
24
25
```

```
1                    WANG
2        A.    Mr. Kwok.
3        Q.    What did he tell you?
4        A.    I don't remember.  It's a long
5   time ago.
6        Q.    Who do you think of as the
7   owner of the apartment?
8        A.    I don't know because I never
9   see any paper in front of me so I don't know.
10  It's all I heard from him, but I don't know.
11       Q.    Do you think he owns it?
12       A.    I don't know.  I cannot guess.
13       Q.    Who would have knowledge of
14  information relating to the purchase of the
15  residence in 2015 by Geneva?
16       A.    I don't know.
17       Q.    Would Mr. Kwok have that
18  knowledge?
19       A.    That would be my guess.
20       Q.    Can you identify anyone else
21  who is acting on behalf of Geneva to purchase
22  the residence?
23       A.    I don't know them.
24       Q.    How about Kathy Sloane; would
25  she have knowledge about the purchase of the
```

79

```
1                    WANG
2    residence?
3         A.    I heard she was the broker.
4         Q.    Have you ever heard anything
5    about the residence at the Sherry-Netherland
6    being on the market?
7         A.    I heard that.
8         Q.    Is it still on the market?
9         A.    I don't know.  I didn't check.
10        Q.    Who told you it was on the
11   market?
12        A.    Mr. Kwok.  I don't remember.  I
13   don't remember.
14        Q.    Did you ever have any
15   discussions with anyone other than Mr. Kwok
16   about the residence being on the market?
17        A.    No.
18        Q.    Who has knowledge of
19   information relating to the potential sale of
20   the apartment?
21        A.    I don't know.
22        Q.    Mr. Kwok does, right?
23        A.    That would be my guess.
24        Q.    Anyone else you could think of?
25        A.    No, I don't know.
```

80

```
 1                     WANG
 2        Q.    We talked a little bit earlier
 3   -- I had asked you about any pledges.  You
 4   don't have any personal knowledge about any
 5   pledges of the apartment?
 6        A.    No, I don't know that.
 7        Q.    Do you know who would have that
 8   knowledge?
 9        A.    I don't know.
10        Q.    Do you know whether or not the
11   apartment has been pledged at all; you just
12   don't know?
13        A.    I don't know that.
14        Q.    Have you ever had any
15   discussions with anyone about pledging the
16   apartment?
17        A.    No.
18        Q.    Did you tell Mr. Kwok that the
19   apartment had been pledged?
20        A.    No.
21        Q.    Because you have no idea if
22   it's been pledged or not, right?
23        A.    Correct.
24        Q.    Have you ever heard anything
25   about pledges of Geneva?
```

```
 1                      WANG
 2         A.    No.
 3         Q.    You never told Mr. Kwok that
 4   Geneva was pledged?
 5         A.    No.
 6         Q.    He never told you that it was
 7   pledged?
 8         A.    No.
 9         Q.    You never had any discussion
10   with Mr. Kwok about pledges?
11         A.    No.
12         Q.    Can you identify for me anyone
13   who would have knowledge about any potential
14   pledge of the residence?
15         A.    I don't know.
16               MR. MOSS: Exhibit 5.
17               (Exhibit 5, Defendant's
18         Responses and Objections to
19         Plaintiffs' Amended First Set of
20         Interrogatories, marked
21         for Identification.)
22         Q.    You have been handed Exhibit 5
23   which is a document entitled -- you see there
24   is a bold title on the right Defendant's
25   Responses and Objections to Plaintiffs'
```

82

```
 1                    WANG
 2   Amended First Set of Interrogatories, do you
 3   see that?
 4        A.    Yes, I see this.
 5        Q.    I'll represent to you that
 6   these are questions, written questions that
 7   we sent to your lawyers that we asked for
 8   answers to, okay?
 9        A.    Okay.
10        Q.    Take a minute to look through
11   this document if you would and it's quite a
12   long document so take your time and my
13   question is just whether or not you have ever
14   seen this document before?
15        A.    Yes, I saw this before.
16        Q.    When did you see it?
17        A.    I don't remember.  This year.
18   Beginning of this year.  I don't remember.
19   This year. For sure this year.
20        Q.    In what context did you see it?
21        A.    What context, what do you mean?
22        Q.    Let me ask you a better
23   question.
24        A.    Sorry, my language.
25        Q.    No, it was a bad question. Have
```

120

```
 1                C E R T I F I C A T E
 2
 3   STATE OF NEW YORK      )
 4                          ) ss.:
 5   COUNTY OF NEW YORK     )
 6
 7          I, SHARI COHEN, a Notary Public within
 8   and for the State of New York, do hereby certify:
 9          That YAN PING WANG, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of the testimony given by such witness.
13          I further certify that I am not
14   related to any of the parties to this action by
15   blood or marriage; and that I am in no way
16   interested in the outcome of this matter.
17          IN WITNESS WHEREOF, I have hereunto
18   set my hand this 16th day of October, 2018.
19
20
21
22
23   _____
24
25   SHARI COHEN
```