# EXHIBIT 42

FILED: NEW YORK COUNTY CLERK 04/30/2019 09:16 AM
NYSCEF DOC. NO. 330
20-12411-jlg    Doc 14-42    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 42
Pg 2 of 3
INDEX NO. 652077/2017
RECEIVED NYSCEF: 04/30/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART IAS MOTION

-----------------------------------------------------------------X

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

          Plaintiff,

- v -

KWOK HO WAN, GENEVER HOLDINGS, LLC, and GENEVER HOLDINGS CORPORATION

          Defendant.

-----------------------------------------------------------------X

| | |
|---|---|
| INDEX NO. | 652077/2017 |
| MOTION DATE | 04/26/2019 |
| MOTION SEQ. NO. | 004 |

**DECISION AND ORDER**

The following e-filed documents, listed by NYSCEF document number (Motion 004) 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 279, 281

were read on this motion to/for      ORDER OF ATTACHMENT

HON. BARRY R. OSTRAGER:

On April 26, 2019, the Court commenced a hearing on Plaintiff's motion seeking an attachment of a deca-million dollar co-op apartment Defendant Kwok purportedly resides in at The Sherry-Netherland Hotel (the "Residence") in New York City. The record owner of the shares attributable to the Residence, and the signatory to the lease, is Defendant Genever Holdings, LLC. Based on the papers submitted and the proceedings of April 26, 2019, it is hereby

ORDERED that Defendant Kwok provide Plaintiff with immediate written notice of any contract to sell, assign, pledge, or transfer the Residence; and it is further

ORDERED that Defendants Genever Holdings, LLC and Genever Holdings Corporation, effective upon the Court obtaining jurisdiction over such Defendant entities, provide Plaintiff

652077/2017 PACIFIC ALLIANCE ASIA vs. HO WAN, KWOK
Motion No. 004

Page 1 of 2

1 of 2

FILED: NEW YORK COUNTY CLERK 04/30/2019 09:16 AM
NYSCEF DOC. NO. 330
INDEX NO. 652077/2017
RECEIVED NYSCEF: 04/30/2019

20-12411-jlg    Doc 14-42    Filed 12/16/20    Entered 12/16/20 15:47:19    Exhibit 42
Pg 3 of 3

with immediate written notice of any contract to sell, assign, pledge, or transfer any assets of the respective Defendant entity to any third party; and it is further

ORDERED that Plaintiff's motion for an order of attachment is denied without prejudice to renewal if Plaintiff receives notice of a sale, assignment, pledge, or transfer of the Residence and/or any assets of Genever Holdings, LLC or Genever Holdings Corporation; and it is further

ORDERED that the parties appear for a preliminary conference on June 4, 2019 at 9:30 a.m.

4/26/2019
DATE

BARRY R. OSTRAGER, J.S.C.

CHECK ONE:
- [ ] CASE DISPOSED
- [ ] GRANTED    [X] DENIED
- [ ] SETTLE ORDER
- [X] NON-FINAL DISPOSITION
- [ ] GRANTED IN PART        [ ] OTHER
- [ ] SUBMIT ORDER

APPLICATION:

CHECK IF APPROPRIATE:
- [ ] INCLUDES TRANSFER/REASSIGN
- [ ] FIDUCIARY APPOINTMENT    [ ] REFERENCE

652077/2017  PACIFIC ALLIANCE ASIA vs. HO WAN, KWOK
Motion No. 004

Page 2 of 2