# EXHIBIT 47

**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

April 19, 2019

**Edward Moss**
D: +1 212 728 5671
emoss@omm.com

**VIA E-FILING**

The Honorable Barry R. Ostrager
Supreme Court of the State of New York
Commercial Division
County of New York
60 Centre Street, Room 629
New York, New York 10007

Re:    *Pacific Alliance Asia Opportunity Fund L.P. v. Kwok, et al., 652077/2017*

Dear Justice Ostrager:

The parties write jointly under Practice Rule 28 for Part 61 and in accordance with the extension granted by Ms. Magaldi on April 5, 2019, to provide the Court with the following materials ahead of the April 26, 2019 evidentiary hearing on Plaintiff's attachment motion:

- Attached as Exhibit A is Plaintiff's Exhibit List, which notes where Defendant Kwok agrees to or disputes admissibility. Defendant Kwok does not dispute the authenticity of any of Plaintiff's exhibits. Defendant Kwok does not have any additional exhibits. The parties will deliver binders containing these exhibits in accordance with the Court's rules. The parties have agreed that documents to be used for impeachment need not be included on the Exhibit List.

- Attached as Exhibit B is a list of the parties' deposition designations, counter-designations, and objections to the October 3, 2018 deposition transcript of Defendant Miles Kwok. The parties will deliver in advance of the hearing courtesy hard copies of highlighted and annotated versions of this transcript for the Court's reference during the hearing.

- Attached as Exhibit C is a list of the parties' deposition designations, counter-designations, and objections to the April 9, 2019 deposition transcript of Michael Horvitz. The parties will deliver in advance of the hearing courtesy hard copies of highlighted and annotated versions of this transcript for the Court's reference during the hearing.

Below is a list of the fact witnesses that Plaintiff expects to call at the evidentiary hearing. Defendants do not intend to call any additional witnesses.

- Miles Kwok. Expected length of Plaintiff's cross examination is one hour and 30 minutes.

O'Melveny

- Yan Ping (Yvette) Wang.  Expected length of Plaintiff's cross examination is 30 minutes.

- Michael Ullman.  Expected length of Plaintiff's direct examination is 30 minutes.

- Michael Horvitz (by video).  Expected length of Plaintiff's direct examination is 15 minutes.

Respectfully submitted,

*/s/ Edward Moss*

Edward Moss
for O'Melveny & Myers LLP
*Attorneys for Plaintiff*

2