# EXHIBIT 55

Minutes of a Special Meeting of the Board of
Directors of The Sherry-Netherland, Inc. held on
Wednesday, March 4, 2015 at 5:30 p.m. via
teleconference, pursuant to Notice of Meeting duly
given.

PRESENT:                              ABSENT:

Mary Boies                           Marjorie Fisher
Wendy Carduner
Edward L. Gardner
Arnold Gumowitz
Michael J. Horvitz
Ira A. Lipman
Frederick M. Seegal
Paul Teirstein

constituting a quorum of the members of the Board of Directors (the "Board") of the Corporation. Also
present by invitation were Michael Ullman, Executive Vice President of the Corporation, Richard Siegler,
Secretary of the Corporation and Eva Talel, counsel to the corporation.

Mr. Horvitz acted as Chairman of the meeting and Mr. Siegler acted as Secretary.

The meeting was reconvened from yesterday's Board meeting as had been agreed upon by
Board members. Mr. Horvitz reported that since yesterday's meeting, he was in receipt from counsel for
Genever Holdings LLC, the prospective purchaser of the 18th Floor and Maid's Rooms 719 and 2219, of a
bank statement from UBS showing that the principal owner of the purchaser Miles Guo, also known as,
Kwok Ho Wan, also known as Miles Kwok, had a bank account with UBS which contained liquid assets in
an amount sufficient to give Mr. Horvitz comfort that Mr. Kwok met the Board's financial standards,
together with an opinion of Stevenson, Wan & Co., a legal firm in Hong Kong indicating that access to the
account was available to either Mr. Kwok Ho Wan or one other person. Based upon these documents, Mr.
Horvitz said that he was satisfied that the purchaser had adequate financial resources to become a
shareholder of the Corporation assuming the Board's previously discussed requirement that he place a
security deposit with the Corporation equal to five years' annual maintenance for the three units being
acquired.

Following the discussion of the purchaser's finances, Mr. Horvitz reported that since
yesterday he had the opportunity to speak with Mr. C. Y. Lee who is architect from Taiwan and acquainted
with Mr. Horvitz. Mr. Lee said that he has known Miles Kwok for twenty years. He described him as
"100% perfect." Mr Lee said that he would have no worries about Mr. Kwok as a neighbor in the apartment
building. He said that he expects Mr. Kwok will spend considerable time in the U.S. Mr. Horvitz said that
Mr. Lee had designed at least two major buildings for Mr. Kwok, one of the which is the Pangu Plaza in
Beijing, so therefore he is not entirely independent or objective, but his recommendation was very positive
and without reservations.

Other Board members were given the opportunity to comment upon the materials discussed
by Mr. Horvitz. After discussion, upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the board does hereby approve the purchase of the 18th
Floor apartment and Maid's Rooms 719 and 2219 by Genever Holdings LLC, subject
to the purchaser entering into the execution of certain documents to be prepared by

NY 75578036v4

**SN 0086**

counsel for the Corporation including a personal guaranty of Mr. Kwok, an occupancy agreement with respect to use of the apartments and a security deposit agreement equal to five years' current maintenance charges for all of the units and to be replenished periodically if drawn down; and it was further

RESOLVED, that the Board does authorize and approve the consolidation of all heretofore existing apartments on the 18th Floor into a single unit to be known as Apartment 1801; and it was further

RESOLVED, that the proper officers of the Corporation be and they hereby are authorized, directed and empowered to execute such documents and to take such acts as may be appropriate or necessary, with and upon the advice of counsel for the Corporation, to carry out the intent and purpose of the foregoing resolution.

There being no further business to come before the meeting, the meeting was adjourned at 6:00 p.m.

_____
Richard Siegler, Secretary

- 2 -

SN 0087