# EXHIBIT 57

**Case Number :BVIHCOM2020/0045**

FILED
HIGH COURT
TERRITORY OF
THE VIRGIN ISLANDS

**THE EASTERN CARIBBEAN SUPREME COURT
VIRGIN ISLANDS
IN THE HIGH COURT OF JUSTICE
COMMERCIAL DIVISION**

**Submitted Date:27/04/2020 13:57**

**Filed Date:27/04/2020 13:57**

**Fees Paid:72.59**

**Claim No BVIHC (Com) 0045 of 2020**

**BETWEEN**

### PACIFIC ALLIANCE ASIA OPPORTUNITY FUND LP

**Claimant**

**And**

### VISTRA (BVI) LIMITED

**Defendant**

_____

### ORDER

_____

**BEFORE THE HONOURABLE MR JUSTICE ADRIAN JACK**

**MADE**:        27 April 2020

**ENTERED**:     12 November
                 ___ April 2020

**UPON** reading the Application Notice dated 27 March 2020, together with the First Affidavit of Jon Robert Lewis sworn on 27 March 2020

**AND UPON** Respondent having indicated on 23 April 2020 that it would not oppose the application

**AND UPON** the Applicant undertaking to pay the Respondents their reasonable costs of complying with this Order, and to indemnify the Respondent against any liability arising from such compliance;

**AND UPON** the Applicant undertaking through Counsel that if the court later finds that this Order has caused loss or damage to the Respondent, then the Applicant will comply with any order which the court might make;

**AND UPON** considering the application on the papers and finding that a hearing would not be necessary in the circumstances

1

## IT IS ORDERED THAT:

1   The Court file be sealed until further order of the Court.

2   Paragraph 2 of the Order dated 20 April 2020 (the **Confidentiality Order**) be replaced with "*The Court file be sealed until further order of this Court*".

3   By 4pm on 8th May 2020 provide to Appleby, the Solicitors for the Applicant, true, complete, unredacted copies of the following:

   (i)     Details of the client of record for Bravo Luck Limited (the **Company**);

   (ii)    the Register of Members, the Register of Directors and the Register of Charges for the Company;

   (iii)   all applicable pre-incorporation or client application forms, together with all client identification evidence maintained under applicable "Know Your Client" and anti-money laundering legislation in respect of the Respondent's provision of services to the Company;

   (iv)    any other evidence which the Respondent holds as to the beneficial ownership of the Company, and any changes thereto, to include any correspondence or email correspondence by which the Respondent was given instructions in relation to the supply of services to Bravo Luck or its client of record or as to the beneficial ownership of Bravo Luck;

   (v)     details of any bank accounts or other assets of the Company, whether recorded in resolutions of the directors or otherwise, together with any and all documents pertaining to the opening of bank accounts or which identify any assets of the Company;

   (vi)    (to the extent that this is not already to be disclosed) any recent correspondence that the Respondent has received since the date that this application was issued.

4   The Respondent shall verify that information by affidavit within 10 days of a request that it should do so by the Applicant's Legal Practitioners.

5    The Applicant has permission to make use of the disclosure provided pursuant to this order in any civil proceedings in the British Virgin Islands or in New York, but not in any criminal proceedings or in any other jurisdiction except with the permission of the Court.

6    There be no order as to costs.

7    The Registrar shall inform the Applicant (to the extent that this information is within her knowledge) of the identity of the persons that have recently sought to search the court file, and the firm with which they are associated.

BY THE COURT

REGISTRAR (Ag. Dep)

The Court office is at Road Town, Tortola, British Virgin Islands.  Telephone number:  284-468-5001/5153.  Fax:  284-468-4951.  The Court office is open between 9am and 3.30pm on Monday to Friday except on public holidays.

3

**THE EASTERN CARIBBEAN SUPREME COURT**

**VIRGIN ISLANDS**

**IN THE HIGH COURT OF JUSTICE**

**COMMERCIAL DIVISION**

**Claim No BVIHC (Com) 0045 of 2020**

**BETWEEN**

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND LP**

**Claimant**

**and**

**VISTRA (BVI) LIMITED**

**Defendant**

---

**ORDER**

---



**APPLEBY**

**Legal Practitioners for the Claimant**

Tel:  +1 284 393 5323
Email:  awillins@applebyglobal.com

Ref:  AW.TW.432766.0003

11203442v1