# EXHIBIT 58

**Name of Company:** BRAVO LUCK LIMITED 尚運有限公司

**Company Number:** 1767862

## REGISTER OF MEMBERS

| Full Name | GUO Qiang 郭強 | | | | | | Occupation | Director | | | | Date Entered as a Member | | 22 July 2013 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | Majestic View Manor, 20 South Bay Road, Hong Kong | | | | | | | | | | | Date of Ceasing to be Member | | | |

| Date | Shares Acquired ||||| No. of Transfer Deed | Certificate Number | Shares Transferred ||||| Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Certificate Number | Distinctive Nos. || No. of Shares | Consideration Paid | | | Distinctive Nos. || No. of Shares | Consideration Paid | | | | |
| | | From | To | | | | | | From | To | | | | | |
| 22 July 2013 | 1 | -1- | - | -1- | US$1.00 | | | | | | | | -1- | | Stevensec Limited |

| Full Name | KWOK Ho Wan 郭浩云 | | | | | | Occupation | Merchant | | | | Date Entered as a Member | | 26 January 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | Majestic View Manor, 20 South Bay Road, Hong Kong | | | | | | | | | | | Date of Ceasing to be Member | | | |

| Date | Shares Acquired ||||| No. of Transfer Deed | Certificate Number | Shares Transferred ||||| Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Certificate Number | Distinctive Nos. || No. of Shares | Consideration Paid | | | Distinctive Nos. || No. of Shares | Consideration Paid | | | | |
| | | From | To | | | | | | From | To | | | | | |
| 26 Jan 2015 | 2 | -2- | - | -1- | US$1.00 | | | | | | | | | | |

| Page No. | Class of Share | Ordinary | Par Value Per Share | US$.100 |
|---|---|---|---|---|
| 1 | 1 | | | |

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.

BVI 06