# EXHIBIT 62

| | |
|---|---|
| **From:** | Rexella Hodge <rexella.hodge@vistra.com> |
| **Sent:** | Friday, May 15, 2020 2:16 PM |
| **To:** | Andrew Willins; Terence Wong; Dionne Boreland-Fearon |
| **Subject:** | RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031] |
| **Attachments:** | We sent you safe versions of your files; RE: BRAVO LUCK LIMITED - Final Resignation; RE: BRAVO LUCK LIMITED - Resign as Registered Agent; _BRAVO LUCK LIMITED DD.pdf; change of client - bravo.pdf |

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**This Message originated outside your organization.**

Dear Andrew

Our responses to your queries below are as follows:

- Until mid-2017, the client of record was Stephenson Wong & Co.. Thereafter, the portfolio was managed by Mr. William Je of Kingdom Rich Limited. A copy of email requesting the change is attached.
- Letters to the client of record regarding our resignation as Registered Agent are also attached.
- We received no direct payments from the beneficial owner, our fees have always been settled by the respective client of record; as a consequence ,our recorded invoices do not contain any banking information or assets that are directly related to the BO.
- The information contained in the due diligence form indicates that the nature of business was Investment Holding and the Source of Funds was Personal Assets of the Beneficial Owner and Borrowings/Loans.
- We have not been able to locate any document in our records which indicates the location of the original registers.
- Our records do not contain any information as to the assets of the Company.

Kind regards
Rexella
**Rexella Hodge**
Vistra BVI | Managing Director
Tel: +1 (284) 852 2550
Mobile: +1 (284) 542 1757

**From:** Andrew Willins [mailto:awillins@applebyglobal.com]
**Sent:** Thursday, 14 May 2020 6:57 pm
**To:** Dionne Boreland-Fearon ; Rexella Hodge ; Terence Wong
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

**CAUTION: This email originated from outside of the organization.**

Dionne
Have you made any progress?
I note that the attached documents (wrongly) identify the directors, but appear to have been sent by your HK office, so perhaps they could be prevailed upon to undertake a search?
If you could get to the bottom of this it would be appreciated (and is important).
Many thanks
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI)
Tel: + 1 284 393 5323

# APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Dionne Boreland-Fearon [mailto:Dionne.Boreland-Fearon@vistra.com]
**Sent:** 07 May 2020 11:04
**To:** Andrew Willins; Rexella Hodge; Terence Wong
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]
**This Message originated outside your organization.**

Hi Andrew
Yes I tried to reach you via telephone and left you a voice message.
I called to advise that we are continuing the review of our files to see if we can provide additional information, as per your request We are therefore asking for your forbearance, for a bit longer, while we carry out the additional searches.
Regards
Dionne
**Dionne Boreland-Fearon**
Vistra BVI | Associate Director, Compliance
Corporate & Private Clients
Tel: +1 (284) 852 3808
Mobile: +1 (284) 542 1759

**From:** Andrew Willins [mailto:awillins@applebyglobal.com]
**Sent:** Thursday, May 7, 2020 10:47 AM
**To:** Rexella Hodge <rexella.hodge@vistra.com>; Terence Wong <TWong@applebyglobal.com>; Dionne Boreland-Fearon <Dionne.Boreland-Fearon@vistra.com>
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

**CAUTION: This email originated from outside of the organization.**

Hi all
I have just missed a call from you – I suspect about this matter?
I am now off the other line.
340 5323
Kind regards
Andrew
**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI)
Tel: + 1 284 393 5323

# APPLEBY

applebyglobal.com



**From:** Andrew Willins
**Sent:** 05 May 2020 09:40
**To:** 'Rexella Hodge'; Terence Wong; Dionne Boreland-Fearon
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Hi Rexella,

Thank you for confirming.

You will appreciate that the file is unusually light, and the documentation you have provided seems to be incomplete. I would be grateful if you could help with the following.

1 **Correspondence.** We would ordinarily expect to see routine correspondence, correspondence relating to billing.

   (i) Could you confirm what the problem is here? Would the correspondence be saved on a hard (rather than electronic) file? Or is it that the correspondence is actually held in your HK office, rather than in the BVI. Have you checked any relevant staff inboxes, in case correspondence has not been filed?

   (ii) I understood you to have resigned as registered agent. If that is the case, there ought to be correspondence giving notice of your resignation. It seems surprising that this does not exist.

2 In the absence of correspondence relating to this, could you confirm the identity of the person that has been responsible for paying your fees? I assume that you must have electronic records showing who paid you?

3 **KYC**

   (i) I note that the client of record of William Je, but he is not a director or shareholder. Do you have anything confirming his relationship with the shareholder / director / beneficial owner?

   (ii) Do you have any record as to the purpose of the company and the source of its funds? I haven't seen anything like that within your KYC.

   (iii) You have attached email correspondence with a firm of solicitors in Hong Kong, but they do not seem to have been your client of record. Could you confirm who they were acting for / why you were corresponding with them?

4 **Registers and Resolutions:**

   (i) If you do not maintain the original registers, there should be a resolution recording where the original registers are kept. Could you confirm whether you have any record as to where the original registers are maintained?

   (ii) In the absence of a charges register, are you aware of any charges either of the assets of the company, or the shares issued by the company?

   (iii) Do you have anything which identifies the assets of the company? Whether by means of resolutions, or otherwise?

Many thanks
Andrew
**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI)
Tel: + 1 284 393 5323

**APPLEBY**

**[BERMUDA](#) | [BVI](#) | [CAYMAN](#) | [GUERNSEY](#) | [HONG KONG](#) | [ISLE OF MAN](#) | [JERSEY](#) | [MAURITIUS](#) | [SEYCHELLES](#) | [SHANGHAI](#)**

[applebyglobal.com](#)



---

**From:** Rexella Hodge [[mailto:rexella.hodge@vistra.com](#)]
**Sent:** 05 May 2020 08:54
**To:** Andrew Willins; Terence Wong; Dionne Boreland-Fearon
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

**This Message originated outside your organization.**

---

Dear Andrew
Unfortunately, I did not find many pieces of correspondence on our electronic file with the client of record.
Copies of the documents found on file are attached.
We do not maintain the original registers.
Kind regards
**Rexella Hodge**
Vistra BVI | Managing Director
Tel: +1 (284) 852 2550
Mobile: +1 (284) 542 1757

**From:** Andrew Willins [[mailto:awillins@applebyglobal.com](#)]
**Sent:** Friday, 1 May 2020 9:31 am
**To:** Rexella Hodge <[rexella.hodge@vistra.com](#)>; Terence Wong <[TWong@applebyglobal.com](#)>; Dionne Boreland-Fearon <[Dionne.Boreland-Fearon@vistra.com](#)>
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

**CAUTION: This email originated from outside of the organization.**

---

Thanks Rexella.
Presumably you have correspondence on your file - could we have that too, in accordance with the order? Do you hold the original registers?
Many thanks
Andrew
Sent with BlackBerry Work
([www.blackberry.com](#))

**From:** Rexella Hodge <[rexella.hodge@vistra.com](#)>
**Date:** Friday, 01 May 2020, 9:17 AM
**To:** Terence Wong <[TWong@applebyglobal.com](#)>, Dionne Boreland-Fearon <[Dionne.Boreland-Fearon@vistra.com](#)>
**Cc:** Andrew Willins <[awillins@applebyglobal.com](#)>
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Dear Terence

Please find attached, copies of the documents from our files.
The Client of record was
MR WILLIAM JE
KINGDOM RICH LIMITED
20 SOUTH BAY ROAD
HONG KONG
Tel: 2160 0888
Fax: 5620 9869
Email: william.je8@gmail.com
Our records indicate that we resigned from this company on 20 March 2019.
Kind regards
Rexella
**Rexella Hodge**
Vistra BVI | Managing Director
Tel: +1 (284) 852 2550
Mobile: +1 (284) 542 1757

---

**From:** Terence Wong [mailto:TWong@applebyglobal.com]
**Sent:** Monday, 27 April 2020 3:46 pm
**To:** Dionne Boreland-Fearon <Dionne.Boreland-Fearon@vistra.com>
**Cc:** Debbie Wilmot <Debbie.Wilmot@vistra.com>; Rexella Hodge <rexella.hodge@vistra.com>; Andrew
Willins <awillins@applebyglobal.com>
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited
[APPLEBY-VG_LEGAL.FID184031]

> **CAUTION: This email originated from outside of the organization.**

---

Dear Dionne,
Thank you for sending through the signed draft order so promptly this morning.
Justice Jack has approved the order in its agreed form. I attach the approved order your reference.
This email shall be regarded as valid service of the Order on VISTRA.
Do let me know if you require a formal covering letter of service and I would be happy to prepare one for your
records.
Many thanks and I trust you are all keeping well in these troubling times,
Terence
**Terence Wong**
**Associate | Dispute Resolution**
Appleby (BVI)
Tel: 393-5328

## APPLEBY

**BERMUDA** | **BVI** | **CAYMAN** | **GUERNSEY** | **HONG KONG** | **ISLE OF MAN** | **JERSEY** | **MAURITIUS** |
**SEYCHELLES** | **SHANGHAI**
applebyglobal.com



---

**From:** Dionne Boreland-Fearon [mailto:Dionne.Boreland-Fearon@vistra.com]
**Sent:** 27 April 2020 08:26
**To:** Andrew Willins; Terence Wong
**Cc:** Debbie Wilmot; Rexella Hodge

**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Dear Andrew
Please see the attached.
Best Regards
Dionne
**Dionne Boreland-Fearon**
Vistra BVI | Associate Director, Compliance
Corporate & Private Clients
Tel: +1 (284) 852 3808
Mobile: +1 (284) 542 1759

**From:** Dionne Boreland-Fearon
**Sent:** Sunday, April 26, 2020 8:28 PM
**To:** Andrew Willins <awillins@applebyglobal.com>; Terence Wong <TWong@applebyglobal.com>
**Cc:** Debbie Wilmot <Debbie.Wilmot@vistra.com>; Rexella Hodge <rexella.hodge@vistra.com>
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Thank you Andrew. I will discuss with Rexella as soon as I get into office in the morning and will provide the signed copy via email, as soon as possible thereafter.
Regards
Dionne

Powerful partnerships, built to last.

---

**Dionne Boreland-Fearon**
Associate Director, Compliance
Corporate & Private Clients

Vistra BVI
Coastal Building
Wickham's Cay II
Road Town, Tortola
British Virgin Islands
VG1110
dionne.boreland-fearon@vistra.com

Tel: +1 (284) 852 3808
Mobile: +1 (284) 542 1759

| www.vistra.com

---

**From:** Andrew Willins [awillins@applebyglobal.com]
**Sent:** Saturday, April 25, 2020 9:13 PM
**To:** Terence Wong; Dionne Boreland-Fearon
**Cc:** Debbie Wilmot; Rexella Hodge
**Subject:** RE: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]

Dionne - FYI

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

**From:** Neomi Alexander <[NeAlexander@gov.vg](NeAlexander@gov.vg)>
**Date:** Saturday, 25 Apr 2020, 9:00 PM
**To:** Terence Wong <[TWong@applebyglobal.com](TWong@applebyglobal.com)>, Andrew Willins <[awillins@applebyglobal.com](awillins@applebyglobal.com)>
**Cc:** [cspann@eccourts.org](cspann@eccourts.org) <[cspann@eccourts.org](cspann@eccourts.org)>, [debbie.wilmot@vistra.com](debbie.wilmot@vistra.com) <[debbie.wilmot@vistra.com](debbie.wilmot@vistra.com)>, [rexella.hodge@vistra.com](rexella.hodge@vistra.com) <[rexella.hodge@vistra.com](rexella.hodge@vistra.com)>
**Subject:** Fw: Re: Fw: RE: Re: Fw: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]
**This Message originated outside your organization.**

Dear Terence,
I am instructed by Justice Jack to advise you if the parties are in agreement on the order, they should sign it and he will make the order without attendance of counsel. If not, you should attend and he will determine the matter on its merits.
Kind regards
Neomie

-----Forwarded by Neomi Alexander/government/VG on 04/24/2020 05:29PM -----
To: "'Neomi Alexander'" <[NeAlexander@gov.vg](NeAlexander@gov.vg)>
From: "Terence Wong" <[TWong@applebyglobal.com](TWong@applebyglobal.com)>
Date: 04/24/2020 05:22PM
Cc: "'debbie.wilmot@vistra.com'" <[debbie.wilmot@vistra.com](debbie.wilmot@vistra.com)>, "'rexella.hodge@vistra.com'" <[rexella.hodge@vistra.com](rexella.hodge@vistra.com)>, "Andrew Willins" <[awillins@applebyglobal.com](awillins@applebyglobal.com)>
Subject: RE: Re: Fw: [EXTERNAL] Re: BVIHCOM2020/0045 - Pacific Alliance Asia -v- Vistra (BVI) Limited [APPLEBY-VG_LEGAL.FID184031]
*(See attached file: 2020-04-23 Amended Draft NP Order.DOCX)*
*(See attached file: 2020-04-24 Revised Skeleton Argument for the Applicant.pdf)*

Dear Neomie,
We write in advance of the return date before Jack J at 2PM on Monday, 27 April 2020.
We are pleased to confirm that Mr Willins received a telephone call on 23 April 2020 from in-house counsel to VISTRA, confirming that they do not object to the terms of the order subject to a minor adjustment which we have made. I understand that the timing for the disclosure was not discussed, but we have suggested that this be provided by 4PM on 8th May 2020.

On that basis, I attach the draft order and would be grateful if you could place this before the Judge and confirm whether or not attendance on Monday is required.

I also attach a revised skeleton argument for the applicant, which will be filed shortly. The revised skeleton argument is otherwise the same as the previously filed version, save for the first four paragraphs.

We are copying this email to VISTRA.

Kind regards,

Terence

**Terence Wong**

**Associate | Dispute Resolution**

Appleby (BVI)

Tel: 393-5328

**BERMUDA|BVI|CAYMAN|GUERNSEY|HONG KONG|ISLE OF MAN|JERSEY|MAURITIUS|SEYCHELLES|SHANGHAI**

applebyglobal.com

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

The term "Partner" is a title referring to a partner, employee or consultant of equivalent standing and qualifications of Appleby BVI which is an Appleby legal practice and a general partnership. A list of the partners of any Appleby partnership, or of the members, shareholders and directors of any Appleby limited company and of any other non-shareholders who are termed "Partners" of any legal practice is available for inspection upon request from your relationship partner.

This e-mail, including all attachments may contain CONFIDENTIAL information and is meant solely for the intended recipient. It contains controlled, privileged, or proprietary information that is protected under applicable law and shall not be disclosed to any unauthorized third party. If you are not the intended recipient, you are hereby notified that any unauthorized review, action, disclosure, distribution, or reproduction of any information contained in this e-mail and any attachments is strictly PROHIBITED. If you received this e-mail in error, please reply to the sender immediately, and delete all copies of this e-mail and attachments without disclosing the contents. Any views or opinions expressed are solely those of the author and do not necessarily represent the exact position of the Government of the Virgin Islands

The recipient should check this email and any attachments for the presence of viruses. The Government accepts no liability for any damage caused by any virus transmitted by this email.

# ATTACHMENT

| | |
|---|---|
| **From:** | Macau <macau@vistra.com> |
| **Sent:** | Wednesday, March 20, 2019 10:48 PM |
| **To:** | hk.company.secretary@gmail.com; gkoffice@protonmail.com; william.je8@gmail.com |
| **Cc:** | Terence Lau; Emma Law; Winnie Ko |
| **Subject:** | RE: BRAVO LUCK LIMITED - Final Resignation |
| **Attachments:** | Archived |



14 March 2019

Dear Sirs,

**RE: BRAVO LUCK LIMITED(the "Company")**

**BVI Company Number: 1767862**

We refer to our letter dated 21 November 2018 of our intention to resign as the registered agent of the Company on/after 14 March 2019.

Pursuant to Section 93(4) of the BVI Business Companies Act, 2004 we wish to advise that today we have filed for registration with the Registrar of Companies a notice of our resignation as the
Company's registered agent.

A company must at all times have a registered agent in the British Virgin Islands and it is an offence not to have such an agent.

Yours faithfully,

For and on behalf of

Vistra (BVI) Limited

---------------------------------------------------------------------------------------------------------------------------

Vistra Administration Services Limited

18th Floor, Praia Grande          Tel: +853 2870 1530

Commercial Centre,                Fax: +853 2833 0059

429 Avenida da Praia Grande,      Email: macau@vistra.com

Macau                             www.vistra.com

Vistra Administration Services Limited operates in Macao as a registered branch under the name Vistra Administration Services Limited – Macao Commercial Offshore.

# ATTACHMENT

| | |
|---|---|
| **From:** | Macau <macau@vistra.com> |
| **Sent:** | Friday, December 14, 2018 6:47 AM |
| **To:** | fionayu.101@gmail.com; hk.company.secretary@gmail.com |
| **Cc:** | Terence Lau; Emma Law; Winnie Ko |
| **Subject:** | RE: BRAVO LUCK LIMITED - Resign as Registered Agent |
| **Attachments:** | Archived |



14 December 2018

Dear Sirs,

**RE: BRAVO LUCK LIMITED(the "Company")**

**BVI Company Number: 1767862**

We regret to inform you that Vistra will resign as the registered agent of the Company due to internal policy.

Pursuant to Section 93(2)(a) of the BVI Business Companies Act 2004, we enclose Vistra's notice of intention to resign as registered agent of the Company on 14 December 2018. A copy of this notice will be filed with the BVI Registrar of Corporate Affairs.

As is required by law, we enclose a list of the names and addresses of all approved registered agents in the British Virgin Islands. Would you please therefore make arrangements to appoint another registered agent and advise us accordingly.

A company must at all times have a registered agent in the British Virgin Islands and it is an offence not to have such an agent. Please note that a company which does not have a registered agent commits an offence under the BVI law and is liable on summary conviction to a fine.

If the Company does not change its registered agent by **14 March 2019**, a notice of resignation as the Company's registered agent will be filed with the BVI Registrar of Corporate Affairs.

If you have any questions, please contact us by email to hk.compliance@vistra.com.

Yours faithfully,

For and on behalf of

Vistra (BVI) Limited

-----------------------------------------------------------------------------------------------------------------------------------------

2018 年 12 月 14 日

尊貴的客戶：

有關: **BRAVO LUCK LIMITED(該"公司")**

**英屬維爾京群島公司註冊編號: 1767862**

我們謹此通知，依照本公司內部政策，我們將辭任該公司註冊代理人一職。

根據英屬維爾京群島《2004年商業公司法》第93(2)(a)條，我們隨函附上Vistra擬辭任該公司註冊代理人的通知書，生效日期為 <2018年12月14日>，通知書將隨後送交英屬維爾京群島公司註冊事務處存檔作實。

按照法例規定，我們隨函附上英屬維爾京群島上所有認可的註冊代理人名稱和地址清單一份。因此請您安排委任其他註冊代理人，並就結果通知我們。

請注意，公司在任何時候都必須有註冊代理人在英屬維爾京群島上，沒有註冊代理人即屬違法，一經簡易程序定罪，可被罰款。

若該公司於 <2019年3月14日> 前還沒更改其他註冊代理人，我們將向英屬維爾京群島公司註冊事務處存檔註冊代理人辭任通知書。

如有任何疑問，請電郵到 hk.compliance@vistra.com.

此致

代表 Vistra (BVI) Limited

<此函以英文文本為準>

Vistra Administration Services Limited

| | |
|---|---|
| 18th Floor, Praia Grande | Tel: +853 2870 1530 |
| Commercial Centre, | Fax: +853 2833 0059 |
| 429 Avenida da Praia Grande, | Email: macau@vistra.com |
| Macau | www.vistra.com |

Vistra Administration Services Limited operates in Macao as a registered branch under the name Vistra Administration Services Limited – Macao Commercial Offshore.

14 December 2018

Dear Sirs,

**RE: BRAVO LUCK LIMITED(the "Company")**

**BVI Company Number: 1767862**

We hereby give notice, pursuant to Section 93(2)(a) of the BVI Business Companies Act, 2004, of our intention to resign as the registered agent of the Company on 14 March 2019.

As required by the law, we enclose a list of the names and addresses of all approved registered agents in the British Virgin Islands. In addition, an electronic copy of the list of all approved registered agents in the British Virgin Islands with their names and addresses can be found on the commission's Internet site bvifsc.vg. Would you please therefore make arrangements to appoint another registered agent and advise us accordingly.

Please note that a company which does not have a registered agent commits an offence under the BVI law and is liable on summary conviction to a fine.

Yours faithfully,

For and on behalf of

Vistra (BVI) Limited

--------------------------------------------------------------------------------------------------------------------------------

2018 年 12 月 14 日

尊貴的客戶：

有關: **BRAVO LUCK LIMITED(該"公司")**

**英屬維爾京群島公司註冊編號：1767862**

我們特此通知，根據英屬維爾京群島《2004 年商業公司法》第 93(2)(a)條，我們擬於<2019 年 3 月 14 日>辭去該公司註冊代理人一職。

按法例規定，我們隨函附上英屬維爾京群島上所有認可註冊代理人名稱和地址清單一份。再者，上述清單的電子版本可於委員會網址 bvifsc.vg 取得。請安排委任其他註冊代理人，並就有關結果通知我們。

請注意根據英屬維爾京群島法例，任何公司如沒有註冊代理人即屬違法，一經簡易程序定罪，可被罰款。

此致

代表 Vistra (BVI) Limited

<此函以英文本為準>

Vistra (BVI) Limited

Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Islands

# ATTACHMENT



# BRITISH VIRGIN ISLANDS

Form: DDBVI - P2

Due Diligence Verification of Identity Form for Individual Clients

The information below is required to comply with the Anti-Money Laundering Laws of the relevant jurisdiction, and to eliminate the risk that the legal operation of your company is affected in the future.

Name of Company: **BRAVO LUCK LIMITED**

Nature of Business: (please '✓' as appropriate)

(i)  ☐ Property Investment        ✓ Investment Holding        ☐ Consultancy        ☐ Import/Export

  ☐ Trading        ☐ Manufacturing        ☐ Others (please specify):_____

(ii)  Please provide a brief description of Company's business activities: __Finance Investment, Management__

Source of Funds:    ✓ Personal Assets of Beneficial Owner   ☐ Public Listing      ✓Borrowings/Loans

  ☐ Others (please specify) : _____

Beneficial Owner / Applicant for Business

| | |
|---|---|
| (a) Full Name: | GUO QIANG |
| (b) Business address: | Room 2106, Yardley Commercial Building, No 3 Connaught Road West, |
| | Sheung Wan, Hong Kong |
| (c) Permanent Residential Address: | MAJESTIC VIEW MANOR, 20 SOUTH BAY ROAD, HONG KONG |
| (d) Telephone: | 2160 0816 / 2160 0888 |
| (e) Fax: | 2160 0808 |
| (f) Email: | hk.company.secretary@gmail.com |
| (g) Date of Birth: | 1987-02-22 |
| (h) Nationality: | HONG KONG |
| (i) Occupation: | MANAGER |

**Please attach:**    (1) a *certified copy\** of Current Passport or Identity Card;

  **and**    (2) One of the following:
      - Residential address proof (e.g. *original* or *certified copy\** of utility bill / bank statement); **or**
      - Reference from bank or qualified professional (see attached sample wording)

\* Copy may be certified by Lawyer/CPA/Bank in the attached format

I / We confirm that the above information is true and accurate, and you are authorised to supply any or all of such information for due diligence purposes to the Regulators if so requested by them.  We also undertake to notify you of any future changes to the above information.

Client Signature:        Print Name: GUO QIANG

  Date:    2017-07-01

**Please return this form and attachments to:**
Compliance Department
Vistra Hong Kong
19/F, Lee Garden One, 33 Hysan Avenue, Causeway Bay, Hong Kong

© Copyright Jul 2016 / 1 of 2



**CERTIFIED TRUE COPY**

I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original

Dated _____ 1 JULY 2017 _____

YU FIONA KA WING
Barrister, Hong Kong SAR



**HSBC Premier**

Premier Credit Card Statement 卓越理財信用卡結單

Page **01/02**



MR GUO QIANG
MAJESTIC VIEW MANOR
MAJESTIC VIEW MANOR
20 SOUTH BAY ROAD
HONG KONG

**I**
00115

ABDABD47

| Account number 戶口號碼 | |
|---|---|
| 5185 4200 0058 4421 | |
| Card type 信用卡類別 | Credit limit 信用限額 |
| PREMIER CREDIT CARD | HKD40,000.00 |
| Statement date 結單日 | Statement balance 結單結欠 / 結餘 |
| 17 JUN 2017 | HKD390,000.00CR |

0200115



| Post date 記賬日期 | Trans date 交易日期 | Description of transaction 交易說明 | Amount (HKD) 金額 |
|---|---|---|---|
| | | **PREVIOUS BALANCE** 上月結欠 / 結餘 | 390,000.00CR |
| | | Note: "CR" means Credit transaction / balance 註:「CR」為入賬交易 / 結餘 | |
| | | **STATEMENT BALANCE** 結單結欠 / 結餘 | 390,000.00CR |

***** FEES AND CHARGES SUMMARY *****

| FEE/CHARGE TYPE | AMOUNT |
|---|---|
| TOTAL FEES/CHARGES(EXCLUDING FINANCE CHARGE) | 0.00 |

***** FINANCE CHARGE SUMMARY *****

| BALANCE TYPE | ANNUALISED PERCENTAGE RATE (APR) | FINANCE CHARGE |
|---|---|---|
| CASH ADVANCE | 37.75% | 0.00 |
| PURCHASE | 36.43% | 0.00 |
| TOTAL FINANCE CHARGE | | 0.00 |

CERTIFIED TRUE COPY
I, the undersigned, hereby certify that
this document is a true and complete

Note : See reverse side for important information about your account. For more information, please call our Credit Cards Customer Service Hotline on (852) 2233 3322.

注意： 請參閱背頁有關您戶口的重要資料。如有垂詢，請聯絡本行信用卡客戶服務熱線，電話：(852) 2233 3322。

| Minimum payment summary 最低付款撮要 | |
|---|---|
| Current minimum payment due 目前最低付款額 | 0.00 |
| Please pay by 須於此付款到期日或之前繳款 | |
| Overdue / overlimit due now 須立即繳交的過期款項 / 超額欠項 | 0.00 |
| Total minimum payment due 最低付款總額 | 0.00 |

of the original or a properly
true copy of the original
Dated  1 JULY 2017

YU FIONA KA WING
Barrister, Hong Kong SAR

---

**HSBC** 滙豐 **Payment Slip** 付款存根

| Account number 戶口號碼 | Card type 信用卡類別 |
|---|---|
| 5185 4200 0058 4421 | PREMIER CREDIT CARD |
| Statement date 結單日 | Statement balance 結單結欠 / 結餘 |
| 17 JUN 2017 | HKD390,000.00CR |
| Cheque number 支票號碼 | Amount enclosed 夾附金額 |

☐ Tick box for change of correspondence address or telephone number. See reverse side.
更改通訊地址或電話號碼，請在此方格加「∨」，並參閱背頁說明。

If you are paying by mail, please detach this payment slip and return it with a crossed cheque made payable to "The Hongkong and Shanghai Banking Corporation Limited" or "HSBC" at least three working days before the payment due date to our Centre, PO BOX NO. 73730, KOWLOON CENTRAL POST OFFICE HK.
Please write your account number on the back of the cheque.
如以郵寄方式付款，請撕下此付款存根，於付款到期日三個工作天前，連同以「香港上海滙豐銀行有限公司」或「滙豐」為抬頭的劃線支票，寄回 PO BOX NO. 73730, KOWLOON CENTRAL POST OFFICE HK.
信用卡中心收，請於支票背面寫上您的戶口號碼。

Thank you for choosing HSBC. 多謝選用滙豐服務。

The Hongkong and Shanghai Banking Corporation Limited 香港上海滙豐銀行有限公司

# ATTACHMENT

**Dionne Boreland-Fearon**

| | |
|---|---|
| **From:** | EricaCheng Office <EricaCheng.Office@sw-hk.com> |
| **Sent:** | Monday, June 19, 2017 4:11 AM |
| **To:** | Sunnie Fong |
| **Cc:** | Erica Cheng |
| **Subject:** | change of administrator |

Dear Sunnie

This follow our telephone conversation. The new administrator of the below 25 BVI companies are Kingdom Rich Limited with effect from 19 June 2017:



6.   Bravo Luck Limited

# ATTACHMENT



**Fiona Yu**
Director
Legal & Compliance

**ACA Capital Group Limited**
49/F, Bank of China Tower, No.1, Garden Road, Central, Hong Kong
T. +852 2185 0555    D. +852 2185 0501    M. +852 6688 2876
F. +852 2598 9288    E. fiona.yu@acacap.com
www.acacap.com

HONG KONG  •  ABU DHABI  •  BEIJING