# EXHIBIT 63

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 9, 2020

Melissa M. Carvalho
direct dial: 212.589.4289
mcarvalho@bakerlaw.com

**VIA E-MAIL (EMOSS@OMM.COM)**

Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

Re:   *Pacific Alliance Asia Opportunity Fund L.P. v. Kwok et al*, Index No. 652077/2017

Dear Mr. Moss:

We write in accordance with the Court's instruction to Defendants' counsel during the oral argument on October 15, 2020, to "provide counsel for plaintiff with information identifying the record owners of those two assets [the Sherry-Netherland and the yacht]." We believe that you have already received this information in discovery but, to be sure, please be advised that the yacht is owned 100% by HK International Funds Investments (USA) Limited, LLC, and the Sherry-Netherland apartment is owned 100% by Genever Holdings LLC.  Mr. Kwok has no ownership interest in HK International Funds Investments (USA) Limited, LLC.  Mr. Kwok does have an ownership interest in Genever Holdings Corporation, which owns 100% of Genever Holdings LLC.

Sincerely,

*/s/ Melissa M. Carvalho*


Melissa M. Carvalho