# EXHIBIT 65

12/9/2020   https://virrgin.bvifsc.vg/VIRRGIN/companyProfileSearch.do?dispatch=viewCompanyProfile&forwardTo=coProfileDetailsPrintPage&coNo=…



**BVI Financial Services Commission, Registry of Corporate Affairs**
## Register of Companies Search Report

**Date of Search :** 09/12/2020
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | BRAVO LUCK LIMITED |
| **Company Number :** | 1767862 |
| **Foreign Character Name :** | 尚運有限公司 |
| **Company Type :** | BC New Incorporation |
| **Date of Incorporation / Registration :** | 02/04/2013 |

**Current Status :**

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 07/10/2020 |
| Current Registered Agent: | HARNEYS CORPORATE SERVICES LIMITED |
| Current Registered Agent Address: | Craigmuir Chambers<br>P.O. Box 71<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | |
| Current Registered Agent Fax Number: | |
| Current Registered Office : | Craigmuir Chambers<br>P.O. Box 71<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |
| First Registered Agent: | Vistra (BVI) Limited |
| First Registered Office: | Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |

**Share/Capital Information:**

Maximum Number of Shares the company is authorized to issue:   50,000
Ability to Issue Bearer Shares:   No

12/9/2020     https://virrgin.bvifsc.vg/VIRRGIN/companyProfileSearch.do?dispatch=viewCompanyProfile&forwardTo=coProfileDetailsPrintPage&coNo=…

**Previous Names History**

| S.No | Previous Name | Foreign Character Name | Date Range or Cease Date | |
|---|---|---|---|---|
| | | | From | To |
| 1 | BRAVO LUCK LIMITED | 尚運有限公司 | 02/04/2013 | |

**Transaction History**

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 31/03/2013 | T130156731 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| | | | | | Attach affidavit confirming accurate translation of foreign character |
| 2 | 02/04/2013 | T130158979 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) |
| | | | | | Memorandum and Articles of the Company |
| 3 | 29/07/2014 | T140544924 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 4 | 22/07/2015 | T150545196 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 5 | 30/05/2016 | T160375392 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 6 | 07/10/2016 | T160808715 | Register of Members or Directors | Approved | Register of Directors |
| 7 | 13/02/2017 | T170154502 | Notice of Change of Registered Office Address | Approved | Notice Change Of Registered Office Address |
| 8 | 17/05/2017 | T170740081 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 9 | 12/04/2018 | T180235779 | Annual Fee Submission (BC) | Approved | Annual Submission |
| 10 | 14/12/2018 | T181025501 | Registered Agent intent to Resign | Approved | Registered Agent Intent To Resign |
| | | | | | Notice of intention to resign given to the company under section 93(2) |
| 11 | 20/03/2019 | T190152614 | Notice of Resignation of Registered Agent | Approved | Notice Of Resignation Of Registered Agent |
| 12 | 06/10/2020 | T200597401 | Appointment of Registered Agent | Approved | Appointment of Registered Agent |

**Certificate History**

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T130158979 | Certificate of Incorporation (Original) | 02/04/2013 |
| 2 | T200597401 | Certificate of Restoration | 06/10/2020 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.