# EXHIBIT 66



UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.          371236
Currency Account no.   0/371,236/00.12 USD

## Debit Advice

Produced on    4 March 2015

| Information & References | |
|---|---|
| Our ref. | D/063,32973,00 |
| Order date | 04 Mar 2015 |
| Value date | 04 Mar 2015 |

| Description | |
|---|---|
| In favor of | 6440332143<br>IVEY BARNUM AND O'MARA, LLC<br>TRUSTEE ACCOUNT |
| Account with | THE BANK OF NEW YORK MELLON<br>NEW YORK, NY |
| Payment detail | BUY A PROPERTY IN NEW YORK |

| Details | Amount | Currency |
|---|---|---|
| Debit Transaction | 62,990,741.85 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **62,990,791.85** | **USD** |

On value date we debit your account

*(handwritten: ïC岭  USD 62,990,741.85)*

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                    Page 1 / 1

459                           CONFIDENTIAL                            KWOK000510
19560187844



UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
www.ubs.com
Tel. +852-2971 8888
Fax. +852-2971 8001

BRAVO LUCK LIMITED

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

Portfolio no.          371236
Currency Account no.   0/371,236/00.12 USD

# Debit Advice

Produced on   5 March 2015

### Information & References
| | |
|---|---|
| Our ref. | D/064,33067.00 |
| Order date | 05 Mar 2015 |
| Value date | 05 Mar 2015 |

### Description
| | |
|---|---|
| In favor of | 389-158-828<br>GUO QIANG |
| Account with | HSBC BANK USA, N.A.<br>NEW YORK, NY |
| Payment detail | FOR OWN EXPENSE |

### Details
| | Amount | Currency |
|---|---|---|
| Debit Transaction | 6,300,000.00 | USD |
| Charges | 50.00 | USD |
| **Net Amount Due** | **6,300,050.00** | **USD** |

On value date we debit your account

If we do not hear from you to the contrary within 14 days from the date of this confirmation, it will be deemed to have been accepted by you.

Kind regards
UBS AG

Form without signature                                                                 Page 1 / 1

775                               CONFIDENTIAL                         KWOK000511

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                              FILING RECEIPT
================================================================================
ENTITY NAME: GENEVER HOLDINGS LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)           COUNTY: NEWY

================================================================================
FILED:02/17/2015 DURATION:*********  CASH#:150217000527 FILM #:150217000490
                                     DOS ID:4711112

   FILER:                                              EXIST DATE
   ------                                              ----------
   PAUL, WEISS ET AL.                                  02/17/2015
   1285 AVNEUE OF THE AMERICAS

   NEW YORK, NY 10019

   ADDRESS FOR PROCESS:
   --------------------
   CORPORATION SERVICE COMPANY
   80 STATE STREET
   ALBANY, NY 12207-2543

   REGISTERED AGENT:
   -----------------


   The limited liability company is required to file a Biennial Statement with
   the Department of State every two years pursuant to Limited Liability
   Company Law Section 301. Notification that the biennial statement is due
   will only be made via email. Please go to www.email.ebiennial.dos.ny.gov
   to provide an email address to receive an email notification when the
   Biennial Statement is due.


================================================================================
SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45         SERVICE CODE: 45 *


FEES       235.00                                     PAYMENTS       235.00
           ------                                                    ------
FILING     200.00                                     CASH             0.00
TAX          0.00                                     CHECK            0.00
CERT         0.00                                     CHARGE           0.00
COPIES      10.00                                     DRAWDOWN       235.00
HANDLING    25.00                                     OPAL             0.00
                                                      REFUND           0.00
================================CONFIDENTIAL===================KWOK000512======
502699MRP                                             DOS-1025 (04/2007)
```

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on February 18, 2015.

*Anthony Giardina*

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

CONFIDENTIAL                                    KWOK000513