O'MELVENY & MYERS LLP
Edward Moss
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

*Attorneys for Pacific Alliance Asia Opportunity Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411-jlg |

**CERTIFICATE OF SERVICE**

I, Edward Moss, an attorney admitted to practice in the State of New York and counsel with the firm of O'Melveny & Myers LLP, hereby certify under penalty of perjury that:

On December 15, 2020, I caused true and correct copies of the (1) Notice of Motion of Plaintiff Pacific Alliance Asia Opportunity Fund L.P. ("PAX") to Modify the Automatic Stay to Proceed with State Court Litigation, and Related Relief; (2) PAX's Memorandum of Law in Support of Motion to Modify the Automatic Stay to Proceed with State Court Litigation, and Related Relief; (3) Proposed Order Granting Motion to Modify the Automatic Stay to Proceed with State Court Action, and Related Relief; and (4) Declaration of Edward Moss, Esq. in Support of PAX's Motion and accompanying exhibits, to be filed with the United States Bankruptcy Court for the Southern District of New York and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

Dated:  December 16, 2020
       New York, New York

_____
Edward Moss