**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(Manhattan Division)**

| | |
|---|---|
| **In re**<br><br>**GENEVER HOLDINGS LLC,**<br><br>Debtor. | **Case No. 20-12411 (JLG)**<br>**Chapter 11** |

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **December 18, 2020 at 2:30 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

    Meeting Dial-in No:   **877-429-4160**, and

    when prompted enter the

    Participant Code: **2472913**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the

Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

**Date: December 17, 2020**

**WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
Region 2**

**By Counsel:**

*/s/Richard C. Morrissey*
**Richard C. Morrissey**
Trial Attorney
201 Varick Street, Room 1006
New York, New York 10014
Tel.: (212) 510-0500, ext. 206