# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 12/22/2020 |
| Case: 20−12411−jlg | Form ID: pdf001 | Total: 28 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The Sherry−Netherland, Inc.
cr          Pacific Alliance Asia Opportunity Fund L.P.

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
aty         Daniel Shamah        dshamah@omm.com
aty         Douglas E. Spelfogel        dspelfogel@foley.com
aty         Edward Moss        emoss@omm.com
aty         Gabriel Sasson        gsasson@stroock.com
aty         J. Ted Donovan        TDonovan@GWFGlaw.com
aty         Kevin J. Nash        KNash@gwfglaw.com
aty         Richard C. Morrissey        richard.morrissey@usdoj.gov
aty         Stuart Sarnoff        ssarnoff@omm.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Genever Holdings LLC        781 Fifth Avenue        Apt. 1801        New York, NY 10022−5520
7772040     Adam Leitman Bailey P.C.        1 Battery Park Plz Fl 18        New York, NY 10004−1646
7772041     Bravo Luck Limited        P.O. Box 957        Off Shore Incorporation Centre        Road Town, Tortola        British Virgin Islands
7793717     Foley & Lardner LLP        90 Park Avenue        New York, NY 10016
7772042     Internal Revenue Service        Centralized Insolvency Operations        PO Box 7346        Philadelphia, PA 19101−7346
7772043     Lawall & Mitchell LLC        162 E 64th St        New York, NY 10065−7478
7772045     NYC Dep't of Finance        Legal Affairs        345 Adams St Fl 3        Brooklyn, NY 11201−3719
7772046     NYC Dept of Law        Attn: Bernadette Brennan, Esq.        100 Church St Rm 5−233        New York, NY 10007−2601
7772047     NYS Dep't of Taxation        Bankruptcy/Special Procedure        PO Box 5300        Albany, NY 12205−0300
7772044     New York State Attorney General        120 Broadway        New York, NY 10271−0002
7793716     O'Melveny & Myers LLP        Daniel Shamah        7 Times Square        New York, NY 10036
7772048     Pacific Alliance Asia        Opportunity Fund LP        c/o O'Melveny & Myers        7 Times Sq        New York, NY 10036−6524
7792608     Pacifica Alliance Asia Opportunity Fund L.P        c/o D. Spelfogel, R. Bernard and A. Nann        Foley & Lardner LLP        90 Park Avenue        New York, NY 10016
7772049     Qiang Guo        c/o Bravo Luck Limited        P.O. Box 957        Off Shore Incorporation Centre        Road Town, Tortola        British Virgin Islands
7772050     Romer Debbas LLP        275 Madison Ave Ste 801        New York, NY 10016−1153
7772051     The Sherry Netherland        781 5th Ave        New York, NY 10022−1092
7772669     The Sherry−Netherland, Inc.        c/o Stroock & Stroock & Lavan LLP        Attn Gabriel E. Sasson, Esq.        180 Maiden Lane        New York, NY 10038

TOTAL: 17