**Fill in this information to identify the case:**

Debtor name: **Genever Holdings LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION**
Case number (if known): **20-12411**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Bravo Luck Limited<br>P.O. Box 957<br>Off Shore Incoprations Ce | | | | | | $67,500,000.00 |
| Golden Spring New York Ltd<br>162 E 64th St<br>New York, NY 10065-7478 | | | | | | $1,800,000.00 |
| Pacific Alliance Asia Opportunity FundLP<br>c/o O'Melveny & Myers<br>7 Times Sq<br>New York, NY 10036-6524 | | | Disputed | | | $121,000,000.00 |
| Romer Debbas LLP<br>275 Madison Ave Ste 801<br>New York, NY 10016-1153 | | | Unliquidated | | | $0.00 |
| The Sherry Netherland<br>781 5th Ave<br>New York, NY 10022-1092 | | | | $891,362.06 | $0.00 | $891,362.06 |