**Fill in this information to identify the case:**

Debtor name: **Genever Holdings LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known): **20-12411**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................................................ $ 3,402,887.68

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................................................................... $ 3,402,887.68

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... $ 891,362.06

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................. $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................ +$ 195,300,000.00

4. **Total liabilities** ..................................................................................................................
Lines 2 + 3a + 3b    $ 196,191,362.06