**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(Manhattan Division)**

| | |
|---|---|
| **In re**<br><br>**GENEVER HOLDINGS LLC,**<br><br>       **Debtor.** | **Case No. 20-12411 (JLG)**<br>**Chapter 11** |

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **December 18, 2020 at 2:30 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.**

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

   Meeting Dial-in No:  **877-429-4160**, and
   when prompted enter the
   Participant Code: **2472913**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the

  Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.  Thank you for you anticipated cooperation in this regard.

**Date: December 17, 2020**

             **WILLIAM K. HARRINGTON**
             **UNITED STATES TRUSTEE**
             **Region 2**

             **By Counsel:**

             */s/Richard C. Morrissey*
             **Richard C. Morrissey**
             Trial Attorney
             201 Varick Street, Room 1006
             New York, New York 10014
             Tel.: (212) 510-0500, ext. 206

United States Bankruptcy Court

Southern District of New York

| In re: | Case No. 20-12411-jlg |
|---|---|
| Genever Holdings LLC | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf001 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| 7772040 | | Adam Leitman Bailey P.C., 1 Battery Park Plz Fl 18, New York, NY 10004-1646 |
| 7772041 | | Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola, British Virgin Islands |
| 7793717 | + | Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7772043 | | Lawall & Mitchell LLC, 162 E 64th St, New York, NY 10065-7478 |
| 7772044 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1496 address filed with court:, New York State Attorney General, 120 Broadway, New York, NY 10271-0002 |
| 7772045 | + | NYC Dep't of Finance, Legal Affairs, 345 Adams St Fl 3, Brooklyn, NY 11201-3739 |
| 7772046 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 7792608 | + | Pacifica Alliance Asia Opportunity Fund L.P, c/o D. Spelfogel, R. Bernard and A. Nann, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7772049 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola British Virgin Islands |
| 7772050 | | Romer Debbas LLP, 275 Madison Ave Ste 801, New York, NY 10016-1153 |
| 7772051 | + | The Sherry Netherland, 781 5th Ave, New York, NY 10022-1046 |
| 7772669 | + | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7772042 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2020 19:28:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7772047 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 22 2020 19:29:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 7793716 | + | Email/Text: mkremer@omm.com | Dec 22 2020 19:28:00 | O'Melveny & Myers LLP, Daniel Shamah, 7 Times Square, New York, NY 10036-6524 |
| 7772048 | | Email/Text: mkremer@omm.com | Dec 22 2020 19:28:00 | Pacific Alliance Asia, Opportunity Fund LP, c/o O'Melveny & Myers, 7 Times Sq, New York, NY 10036-6524 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | | The Sherry-Netherland, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

20-12411-jlg    Doc 20    Filed 12/24/20    Entered 12/25/20 00:17:12    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-1 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: pdf001 | Total Noticed: 17 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Shamah | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Douglas E. Spelfogel | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dspelfogel@foley.com |
| Edward Moss | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. emoss@omm.com edward-moss-3905@ecf.pacerpro.com |
| Gabriel Sasson | on behalf of Creditor The Sherry-Netherland Inc. gsasson@stroock.com, mmagzamen@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com |
| J. Ted Donovan | on behalf of Debtor Genever Holdings LLC TDonovan@GWFGlaw.com |
| Kevin J. Nash | on behalf of Debtor Genever Holdings LLC KNash@gwfglaw.com jstrauss@gwfglaw.com |
| Stuart Sarnoff | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 8