Hearing Date and Time: February 3, 2021 at 10:00 a.m. (Eastern Time)

Stuart Sarnoff
Edward Moss
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Email: ssarnoff@omm.com
　　　　emoss@omm.com

Douglas E. Spelfogel
Alissa M. Nann
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-Mail: dspelfogel@foley.com
　　　　anann@foley.com

*Attorneys for Plaintiff Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>　　　　　　Debtor. | Chapter 11<br>Case No. 20-12411 (JLG) |

**NOTICE OF RESCHEDULED HEARING ON**
**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.'s**
**MOTION TO MODIFY THE AUTOMATIC STAY TO PROCEED**
**WITH STATE COURT ACTION, AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Pacific Alliance Asia Opportunity Fund L.P. to Modify the Automatic Stay to Proceed with State Court Action, and Related Relief* [EFC 12], originally scheduled for January 12, 2021 at 11:00 am, has been rescheduled to **February 3, 2021 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** the Hearing will not be in person and will only be conducted telephonically. Any party wishing to participate in the Hearing must make arrangements through CourtSolutions LLC, whose website is https://www.court-solutions.com/, email address is info@Court-Solutions.com, and telephone number is (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

DATED: January 6, 2021
       New York, New York

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Edward Moss*
Stuart Sarnoff (ssarnoff@omm.com)
Edward Moss (emoss@omm.com)
7 Times Square
New York, NY 10036
(212) 326-2000

-and-

FOLEY & LARDNER LLP

By: */s/ Douglas E. Spelfogel*
Douglas E. Spelfogel
(dspelfogel@foley.com)
Alissa Nann (anann@foley.com)
90 Park Avenue
New York, NY 10016
212-338-3566

*Attorneys for Plaintiff Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 20-12411 (JLG) |

## CERTIFICATE OF SERVICE

I, Edward Moss, an attorney admitted to practice in the State of New York and counsel with the firm of O'Melveny & Myers LLP, hereby certify under penalty of perjury that:

On January 6, 2021, I caused true and correct copies of the *Notice of Rescheduled Hearing on Pacific Alliance Asia Opportunity Fund L.P.'s Motion to Modify the Automatic Stay to Proceed with State Court Action, and Related Relief*, to be filed with the United States Bankruptcy Court for the Southern District of New York and (i) served electronically via the Court's PACER system upon those parties entitled to receive electronic notice; and (ii) by electronic mail to:

| | |
|---|---|
| J. Ted Donovan<br>Kevin Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway, 22nd Floor<br>New York, NY 10036<br>Telephone: (212)-221-5700<br>Fax : 212-422-6836<br>Email: TDonovan@GWFGlaw.com<br>　　　　KNash@gwfglaw.com<br>*Debtor's Counsel* | Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Telephone: (212) 510-0500<br>Fax : (212) 668-2255<br>Email: richard.morrissey@usdoj.gov |
| TROUTMAN PEPPER<br>HAMILTON SANDERS LLP<br>Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799<br>Telephone: (215) 981-4000<br>Facsimile:  (215) 981-4750<br>francis.lawall@troutman.com<br>*Counsel for Bravo Luck Limited* | |

Dated: January 6, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward Moss*
　　　　　　　　　　　　　　　　　　　　　　　Edward Moss