UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Genever Holdings LLC**  
**Debtor**

Case No. **20-12411-JLG**  
Reporting Period: **10/12/20-10/31/20**

Federal Tax I.D. # **47-3338202**

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Authorized Individual*  

Yanping Wang  
Printed Name of Authorized Individual:

1/7/2021  
Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (RE)  
2/2008  
PAGE 1 OF 3