Hearing Date and Time: **February 3, 2021 at 10:00 a.m.** (prevailing Eastern Time)
Objection Deadline: **January 27, 2021 at 4:00 p.m.** (prevailing Eastern Time)

O'MELVENY & MYERS LLP
Edward Moss
Stuart Sarnoff
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2224

-and-

FOLEY & LARDNER LLP
Douglas E. Spelfogel
Alissa Nann
90 Park Avenue
New York, NY 10016
Telephone:  (212) 682-7474
Facsimile: (212) 687-2329

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> GENEVER HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-12411 (JLG) |

**NOTICE OF MOTION OF PACIFIC ALLIANCE ASIA**
**OPPORTUNITY FUND L.P. FOR AN ORDER UNDER 11 U.S.C. § 1112(b)**
**CONVERTING THE DEBTOR'S CASE TO A CASE UNDER CHAPTER 7 OR, IN THE**
**ALTERNATIVE, FOR AN ORDER UNDER 11 U.S.C. § 1104(a) APPOINTING A**
<u>**TRUSTEE TO ADMINISTER THE DEBTOR'S ESTATE**</u>

PLEASE TAKE NOTICE that a hearing will be held on **February 3, 2021, at 10:00 a.m.**

before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, in the United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601,

New York, New York 10004, to consider the Motion of Pacific Alliance Asia Opportunity Fund

L.P. for an Order under 11 U.S.C. § 1112(b) Converting the Debtor's Case to a Case Under Chapter 7, or in the Alternative, for an Order under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtor's Estate (the "Motion"), a copy of which is attached to this notice.

     PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted telephonically. Any parties wishing to participate must do so by making arrangements through Court Solutions via the following: online at https://www.court-solutions.com/, by email at info@Court-Solutions.com, or by telephone at (917) 746-7476.

     PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Motion shall be in writing, state with particularity the basis for the objection, and be filed with the Bankruptcy Court in accordance with the Local Rules of the Bankruptcy Court of the Southern District of New York (the "Local Rules") by users of the Bankruptcy Court's case filing system, and by all other parties, and served in accordance with the Local Rules and upon the undersigned via electronic mail so as to be received no later than 7 days as required under the Local Rule 9006-1.  Any such objection shall state with specificity the reason or reasons why the relief sought in the Motion should not be granted.

     PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served the Court may enter the proposed order for the relief requested in the Motion, attached as an Exhibit to the Motion, without further notice or hearing.

     PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned from time to time without further notice.

| | |
|---|---|
| Dated:  January 8, 2020<br>          New York, New York | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By: */s/ Edward Moss*<br>Edward Moss<br>Stuart Sarnoff<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2224<br>E-Mail: (emoss@omm.com)<br>         (ssarnoff@omm.com)<br><br>-and-<br><br>FOLEY & LARDNER LLP<br>*/s/ Douglas E. Spelfogel*<br>Douglas E. Spelfogel<br>Alissa Nann<br>90 Park Avenue<br>New York, NY 10016<br>Telephone:  (212) 682-7474<br>Facsimile: (212) 687-2329<br>E-Mail: (dspelfogel@foley.com)<br>         (anann@foley.com)<br><br>*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.* |

3