UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
:
In re:                                                          :    Chapter 11
:
GENEVER HOLDINGS LLC,                            :    Case No. 20-12411 (JLG)
:
Debtor.                                                   :
:
---------------------------------------------------------------------------X

**[PROPOSED] ORDER GRANTING MOTION OF
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. UNDER 11 U.S.C.
§ 1112(b) TO CONVERT DEBTOR'S CASE TO A CASE UNDER
CHAPTER 7 OR, IN THE ALTERNATIVE APPOINT A TRUSTEE TO
ADMINISTER THE DEBTOR'S ESTATE UNDER 11 U.S.C. § 1104(a)**

This matter comes before the Court on the Motion of Pacific Alliance Asia Opportunity Fund L.P. ("PAX") for an Order under 11 U.S.C. § 1112(b) Converting the Debtor's Case to a Case Under Chapter 7 or, in the Alternative, for an Order under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtor's Estate (the "Motion") [ECF __]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and the objections to the Motion having been overruled; and cause having been shown for the relief requested in the Motion:

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. [The case shall be and is converted pursuant to 11 U.S.C. § 1112(b) to one under Chapter 7 OR A chapter 11 trustee (the "Trustee") shall be appointed to administer the Debtor's estate pursuant to 11 U.S.C. § 1104(a).]

3.  [The United States Trustee is directed to appoint a Trustee in this chapter 11 case, pursuant to 11 U.S.C. § 1104(d).]

4.  [ORDERED that the Trustee and any professionals retained by the Trustee pursuant to any order of this Court shall be compensated and reimbursed for their expenses, which shall be determined pursuant to 11 U.S.C. § 330, and compensation and reimbursement of the Trustee's professionals shall be determined pursuant to standards equivalent to those set forth in 11 U.S.C. § 330.]

5.  [ORDERED that the Debtor and any other individual or entity in possession of the Debtor's records and property shall cooperate with the Trustee and promptly turn over to the Trustee all records and property of the estates in their possession or control as directed by the Trustee.]

6.  This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2021
New York, New York

_____
HONORABLE JAMES L. GARRITY JR.
UNITED STATES BANKRUPTCY JUDGE