# EXHIBIT E

FILED: NEW YORK COUNTY CLERK 01/04/2021 01:36 PM
NYSCEF DOC. NO. 694
INDEX NO. 652077/2017
RECEIVED NYSCEF: 01/04/2021

20-12411-jlg    Doc 37-5    Filed 01/12/21    Entered 01/12/21 16:46:48    Exhibit E
Pg 2 of 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

                               Plaintiff,

        vs.

KWOK HO WAN, et al.,

                               Defendants.

Index No. 652077/2017

**STIPULATION (Mot. Seq. No. 12)**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff and Defendant Kwok Ho Wan ("Defendant Kwok") that:

1. The date by which Plaintiff's Motion for Order of Contempt against Defendant Kwok ("Contempt Motion") (Motion Seq. No. 12) is returnable is hereby extended from January 19, 2021 to **January 26, 2021**.

2. Defendant Kwok's opposition to Plaintiff's Contempt Motion is due on or before **January 19, 2021**.

3. This Stipulation may be executed in counterparts. Original signatures are not required as copies or facsimile of executed counterparts of this Stipulation are deemed sufficient and binding.

4. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
January 4, 2021

FILED: NEW YORK COUNTY CLERK 01/04/2021 01:36 PM
NYSCEF DOC. NO. 694
INDEX NO. 652077/2017
RECEIVED NYSCEF: 01/04/2021

20-12411-jlg    Doc 37-5    Filed 01/12/21    Entered 01/12/21 16:46:48    Exhibit E
Pg 3 of 3

| | |
|---|---|
| **O'MELVENY & MYERS** | **BAKER & HOSTETLER LLP** |
| By: _/s/ Edward Moss_____ | By: _/s/ Melissa Carvalho_____ |
| Stuart Sarnoff (ssarnoff@omm.com) | John Siegal (jsiegal@bakerlaw.com) |
| Edward Moss (emoss@omm.com) | Melissa Carvalho (mcarvalho@bakerlaw.com) |
| 7 Times Square | 45 Rockefeller Plaza |
| New York, NY 10036 | New York, NY 10001 |
| (212) 326-2000 | (212) 589-4200 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Kwok* |