O'MELVENY & MYERS LLP
Edward Moss
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: emoss@omm.com

*Attorneys for Pacific Alliance Asia Opportunity Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411-jlg |

**CERTIFICATE OF SERVICE**

I, Edward Moss, an attorney admitted to practice in the State of New York and counsel with the firm of O'Melveny & Myers LLP, hereby certify under penalty of perjury that:

On January 8, 2021, I caused true and correct copies of the (1) Notice of Motion of Pacific Alliance Asia Opportunity Fund L.P. ("PAX") for an Order Under 11 U.S.C. § 1112(b) Converting the Debtor's Case to a Case Under Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtor's Estate; (2) Motion of PAX for an Order Under 11 U.S.C. § 1112(b) Converting the Debtor's Case to a Case Under Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(a) Appointing a Trustee to Administer the Debtor's Estate; (3) Proposed Order Granting Motion of PAX to Convert the Debtor's Case to a Case Under Chapter 7 or, in the Alternative, Appoint a Trustee to Administer the Debtor's Estate, and (4) Declaration of Edward Moss, Esq. in Support of PAX's Motion and accompanying exhibits, to be filed with the United States Bankruptcy Court for the Southern District of New York and served (i) electronically via the Court's PACER system upon those

parties entitled to receive electronic notice and (ii) upon the parties listed below by electronic transmission.

| | |
|---|---|
| J. Ted Donovan<br>Kevin Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway, 22nd Floor<br>New York, NY 10036<br>Telephone: (212) 221-5700<br>Fax: (212) 422-6836<br>Email: TDonovan@GWFGlaw.com<br>KNash@gwfglaw.com<br><br>*Counsel for the Debtor* | Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Telephone: (212) 510-0500<br>Fax: (212) 668-2255<br>Email: richard.morrissey@usdoj.gov |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>*Counsel for Bravo Luck Limited* | STROOCK & STROOCK & LAVAN LLP<br>Curtis C. Mechling<br>Gabriel E. Sasson<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Fax: (212) 806-6006<br>Email:cmechling@stroock.com<br>gsasson@stroock.com<br><br>*Counsel for The Sherry-Netherland, Inc.* |

Dated: January 8, 2021
      New York, New York

                                                Edward Moss