UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

Genever Holdings LLC,                                  Case No. 20-12411-JLG

                          Debtor.
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF THE RETENTION OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS BANKRUPTCY COUNSEL

**TO THE HONORABLE JAMES L. GARRITY, JR.,
UNITED STATES BANKRUPTCY JUDGE:**

The application of Genever Holdings LLC, the Debtor herein, in support of the proposed retention of Goldberg Weprin Finkel Goldstein LLP ("GWFG") as its bankruptcy counsel, represents as follows:

1. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on October 12, 2020, and thereafter has continued in possession and management of its property as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

2. The Debtor owns the entire 18th Floor Apartment and auxiliary units in the Sherry Netherland Hotel located at 781 Fifth Avenue, New York, NY 10022 (the "Units"). The Units are subject to competing claims relating to ownership and the Chapter 11 is designed to maximize the value of the Units under a court supervised sale process while the competing claims and interests are sorted out.

3. The Debtor hereby seeks to retain GWFG as counsel to the Debtor to provide legal services on behalf of the Debtor's estate, including:

    a.    To provide the Debtor with all necessary representation in connection with this Chapter 11 case, as well as the Debtor's responsibilities as a debtor-in-possession.

      b.    To represent the Debtor in all proceedings before the U.S. Bankruptcy Court and the Office of the U.S. Trustee.

      c.    To prepare and file all necessary legal papers, applications, motions, objections, adversary proceedings, and reports on the Debtor's behalf.

      d.    To render all other legal services required by the Debtor in connection with the administration of the Chapter 11 case with the ultimate goal of obtaining approval of a plan of reorganization.

4.    The Debtor believes that GWFG is qualified to represent the Debtor herein and is sufficiently disinterested to serve as counsel within the meaning of the Bankruptcy Code.

5.    GWFG is not a creditor or equity holder of the Debtor, and does not hold an interest adverse to the Debtor or the Debtor's estate.

WHEREFORE, the Debtor requests entry of the pre-fixed order authorizing the retention of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel.

Dated: New York, New York
        January ___, 2021

Genever Holdings Ltd.
By: _____
    Yvette Wang