UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                                  Chapter 11

Genever Holdings LLC,                                    Case No. 20-12411-JLG

                                  Debtor.
--------------------------------------------------------x

## DECLARATION OF DISINTERESTEDNESS IN SUPPORT OF THE RETENTION OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP AS ATTORNEY TO THE DEBTOR

        Kevin J. Nash declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

        1.     I am a member of the firm of Goldberg Weprin Finkel Goldstein LLP ("GWFG", or the "Firm"), which maintains offices at 1501 Broadway, New York, New York 10036.

        2.     I respectfully submit this Declaration in support of my Firm's proposed retention as attorneys for the debtor, Genever Holdings LLC (the "Debtor"). I am admitted to practice before this Court and believe that my firm is qualified to represent the Debtor herein. The undersigned, along with J. Ted Donovan, are the attorneys who will bear the primary responsibility for the representation of the Debtor.

        3.     Neither the Firm nor any member of the Firm holds an interest that would disqualify GWFG from representing the Debtor in connection with the Chapter 11 case.

        4.     I have reviewed the schedules of creditors filed by the Debtor herein, and my Firm does not and has never represented any of the creditors listed in the schedules or any other party in interest involved in this case. As such, I believe my firm is sufficiently disinterested to serve as counsel within the meaning of the Bankruptcy Code.

5. I will bear primary responsibility for this Chapter 11 case. I have considerable experience in bankruptcy matters, having appeared in the Bankruptcy Courts for the Eastern and Southern Districts of New York on a consistent basis since 1984. My firm will perform the services delineated in the Debtor's supporting application.

6. Prior to the commencement of the Chapter 11 case, my Firm received a retainer payment of $25,000 plus $2,000 for the filing fee and noticing. The retainer was contributed to the Debtor as capital by Miles Kwok. GWFG shall apply the unused portion of the retainer of $10,000 to the fees and expenses awarded herein.

7. As is customary, the Firm shall maintain time records to identify the particular services rendered on the Debtor's behalf, listing the attorney involved, and the task performed. The Firm's current billing rates for bankruptcy matters are $575.00 per hour for partner time, and between $275.00 to $425.00 for associate time. In the event there are changes in the Firm's billing rates, notice will be provided in writing to the Debtor, the Court and the U.S. Trustee.

Dated: New York, New York
         January 7, 2021

/s/ Kevin J. Nash, Esq.