UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                             Chapter 11

Genever Holdings LLC,                                Case No. 20-12411-JLG

                            Debtor.
----------------------------------------------------------x

### "LAR-DAN" DECXLARATION OF KWOK HO WAN A/K/A MILES KWOK IN CONNECTION WITH RETENTION OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, AS COUNSEL FOR THE DEBTOR

Kwok Ho Wan a/k/a Miles Kwok declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the sole member of Genever Holdings Corp. which is the sole member of the Debtor Genever Holdings LLC (the "Debtor").

2. I submit this Declaration in connection with Debtor's application to retain Goldberg Weprin Finkel Goldstein LLP ("GWFG") as attorneys in this matter.

3. As disclosed in the Declaration of Kevin J. Nash filed in support of the proposed retention, GWFG received a payment in the sum of $25,000 plus $2,000 for the filing fee of $1,717 and noticing expenses. I funded this payment to the Debtor as capital and not as a loan. I nevertheless waive any possible right to seek reimbursement from the Debtor relating to the payment. I borrowed the monies to fund the payment from an unrelated third party not involved in this case.

4. I have separate counsel and I have been advised, and hereby acknowledge, that GWFG is to be engaged in this Chapter 11 case solely to represent the interests of the Debtor and shall not represent me or the Debtor's equity holder in connection with any possible matter. I further expressly acknowledge that GWFG owes a duty of undivided loyalty to the Debtor only.

Dated: New York, New York

January __, 2021

_____
Kwok Ho Wan a/k/a Miles Kwok

2