# EXHIBIT 68

## Andrew Willins

| | |
|---|---|
| **From:** | Gumbs, Lynelle <Lynelle.Gumbs@harneys.com> |
| **Sent:** | 16 November 2020 07:34 |
| **To:** | Andrew Willins; Mellor, Anjali |
| **Cc:** | Toi King |
| **Subject:** | [EXTERNAL] RE: Invoice Attached – Docs for Bravo Luck   [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL] |

**This Message originated outside your organization.**

CONFIDENTIAL

Good Morning Andrew

Receipt of your email is hereby acknowledged.

We also confirm receipt of the cheque and apologise that I did not come back on it.

Please note that HCSL will follow the direction of the court.

Kind regards

**Lynelle Gumbs**
**Corporate Services Assistant Manager** | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

harneysfiduciary.com | harneys.com



British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Miami | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Andrew Willins
**Sent:** 14 November 2020 17:06
**To:** Gumbs, Lynelle ; Mellor, Anjali
**Cc:** Toi King
**Subject:** RE: Invoice Attached - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

EMM 53

## EXTERNAL EMAIL

Lynelle and Anjali,

I hope you received the cheque safely.

There is an interim return date in these proceedings on 19 November, and I anticipate asking the Court for permission to use this disclosure in proceedings in New York. We already have such a permission in relation to disclosures provided by the previous agent of Bravo Luck, and it seems to us appropriate that the materials before that court are complete.

Could I ask you to confirm whether HCSL would have any objection to such an order?

Many thanks,
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

## APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 04 November 2020 13:21
**To:** Andrew Willins
**Cc:** Toi King
**Subject:** [EXTERNAL] RE: Invoice Attached - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

**This Message originated outside your organization.**

CONFIDENTIAL

Great – thanks Andrew!

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

EMM 54

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands.
This email is confidential and may be subject to legal professional privilege. **Read more**

---

**From:** Andrew Willins
**Sent:** 04 November 2020 14:12
**To:** Gumbs, Lynelle
**Cc:** Toi King
**Subject:** RE: Invoice Attached - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Lynelle

Copying Toi, who will be sending a cheque your way by messenger shortly.

Kind regards
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

# APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



---

**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 03 November 2020 13:55
**To:** Andrew Willins
**Subject:** [EXTERNAL] RE: Invoice Attached - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

**This Message originated outside your organization.**

---

CONFIDENTIAL

Thanks Andrew.

I am here if you need anything else.

Have a good afternoon!

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

3

**EMM 55**

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. Read more

**From:** Andrew Willins
**Sent:** 03 November 2020 14:53
**To:** Gumbs, Lynelle
**Subject:** RE: Invoice Attached - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Thanks. I've sent it off for payment already – hopefully should follow soon.

Kind regards
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

# APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 03 November 2020 13:47
**To:** Andrew Willins
**Subject:** [EXTERNAL] RE: Invoice Attached - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**This Message originated outside your organization.**

CONFIDENTIAL

Here you go Andrew.

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**EMM 56**

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands.
This email is confidential and may be subject to legal professional privilege. Read more

**From:** Andrew Willins <awillins@applebyglobal.com>
**Sent:** 03 November 2020 14:24
**To:** Gumbs, Lynelle <Lynelle.Gumbs@harneys.com>
**Subject:** RE: Invoice Attached - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Thanks, Lynelle.

Do you think you could address this to Appleby, otherwise it won't get past our finance team!

Kind regards
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

## APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 03 November 2020 12:22
**To:** Andrew Willins
**Subject:** [EXTERNAL] Invoice Attached - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**This Message originated outside your organization.**

CONFIDENTIAL

Hi Andrew

See our invoice as requested for settlement.

EMM 57

If I can help with anything else, please let me know.

Kind regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

---

**From:** Gumbs, Lynelle
**Sent:** 03 November 2020 09:20
**To:** 'Andrew Willins' <awillins@applebyglobal.com>
**Cc:** Munro, Ross <ross.munro@harneys.com>; Mellor, Anjali <anjali.mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Final Emails & Attachments - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

CONFIDENTIAL

Good Morning Andrew

Had a second look but unfortunately there is no evidence of any instruments of transfer on files.

I will provide our invoice in a short while.

Kind regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

---

**From:** Gumbs, Lynelle
**Sent:** 02 November 2020 19:13
**To:** 'Andrew Willins' <awillins@applebyglobal.com>
**Cc:** Munro, Ross <ross.munro@harneys.com>; Mellor, Anjali <anjali.mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Final Emails & Attachments - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

Hi Andrew

**EMM 58**

I don't recall seeing any transfer instruments but let me have another go at our file in the morning.

I will come back tomorrow.

Regards

**Lynelle Gumbs**
**Corporate Services Assistant Manager** | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands.
This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Andrew Willins <awillins@applebyglobal.com>
**Sent:** 02 November 2020 4:22 PM
**To:** Gumbs, Lynelle <Lynelle.Gumbs@harneys.com>
**Cc:** Munro, Ross <Ross.Munro@harneys.com>; Mellor, Anjali <Anjali.Mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Final Emails & Attachments - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Lynelle

This is much appreciated, thank you.

Don't forget to send me a note of your charges.  It would also be helpful if you could confirm whether you have any Instruments of Transfer on file (if you still have access to that data room, was anything of that description uploaded there, or did you download everything that was on it)?

Many thanks

Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

**APPLEBY**

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com

EMM 59



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 02 November 2020 16:47
**To:** Andrew Willins
**Cc:** Munro, Ross; Mellor, Anjali; Payne, Macia
**Subject:** [EXTERNAL] Final Emails & Attachments - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

**This Message originated outside your organization.**

CONFIDENTIAL

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

Appleby (BVI) Limited (the Legal Practice) is a company limited by shares incorporated in the British Virgin Islands. The term "Partner" is a title referring to a director, shareholder or an employee of the Legal Practice. Legal services are supplied by Legal Practitioners admitted to the Roll and authorised to practice in the British Virgin Islands.

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

Appleby (BVI) Limited (the Legal Practice) is a company limited by shares incorporated in the British Virgin Islands. The term "Partner" is a title referring to a director, shareholder or an employee of the Legal Practice. Legal services are supplied by Legal Practitioners admitted to the Roll and authorised to practice in the British Virgin Islands.

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

Appleby (BVI) Limited (the Legal Practice) is a company limited by shares incorporated in the British Virgin Islands. The term "Partner" is a title referring to a director, shareholder or an employee of the Legal Practice. Legal services are supplied by Legal Practitioners admitted to the Roll and authorised to practice in the British Virgin Islands.

**EMM 60**

**Name of Company**       BRAVO LUCK LIMITED 尚運有限公司

**Company Number**      1767862

**REGISTER OF DIRECTORS**
**(For Individual Director)**

| Date of Appointment | Full Name | Former Name or Alias ( f any) | Date and Place of Birth | Nationality and ID/PPT No. | Address for the service of documents | Usual residential address (if different from the address for the service of documents) | Occupation | Date of Cessation | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|
| 22 July 2013 | GUO Qiang 郭強 | Nil | 22 Feb 1987 and China | Chinese HKID | Majestic View Manor, 20 South Bay Road, Hong Kong | | Merchant | | Stevensec Limited |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Page No. | | PLEASE NOTE |
|---|---|---|

(1) THE FIRST REGISTERED AGENT OF THE COMPANY SHALL, WITHIN 6 MONTHS FROM THE DATE OF INCORPORATION OF THE COMPANY, APPOINT ONE OR MORE PERSONS AS THE FIRST DIRECTORS OF THE COMPANY; THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.

(2) THE INITIAL COPY OF THE REGISTER OF DIRECTORS SHALL BE FILED FOR REGISTRATION BY THE REGISTRAR WITHIN 21 DAYS OF THE APPOINTMENT OF FIRST DIRECTORS, ANY SUBSEQUENT CHANGES IN THE REGISTER WILL ALSO NEED TO BE FILED WITHIN 30 DAYS OF ANY CHANGES OCCURRING.

BVI 2016

**EMM 110**

**Name of Company**    BRAVO LUCK LIMITED 尚運有限公司

**Company Number**    1767862

**REGISTER OF MEMBERS**

| Full Name | GUO Qiang 郭強 | | | | Occupation | Director | | | | | Date Entered as a Member | | 22 July 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | Majestic View Manor, 20 South Bay Road, Hong Kong | | | | | | | | | | Date of Ceasing to be Member | | |
| Date | Shares Acquired | | | | | No. of Transfer Deed | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
| | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | | |
| | | From | To | | | | | From | To | | | | | |
| 22 July 2013 | 1 | -1- | - | -1- | US$1.00 | | | | | | | -1- | | Stevensec Limited |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Full Name | KWOK Ho Wan 郭浩云 | | | | Occupation | Merchant | | | | | Date Entered as a Member | | 26 January 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | Majestic View Manor, 20 South Bay Road, Hong Kong | | | | | | | | | | Date of Ceasing to be Member | | |
| Date | Shares Acquired | | | | | No. of Transfer Deed | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
| | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | | |
| | | From | To | | | | | From | To | | | | | |
| 26 Jan 2015 | 2 | -2- | - | -1- | US$1.00 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| Page No. | 1 | Class of Share | Ordinary | Par Value Per Share | US$.100 |
|---|---|---|---|---|---|

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL.

BVI 06

EMM 111



# BRITISH VIRGIN ISLANDS

Form: DDBVI - P2

Due Diligence Verification of Identity Form for Individual Clients

The information below is required to comply with the Anti-Money Laundering Laws of the relevant jurisdiction, and to eliminate the risk that the legal operation of your company is affected in the future.

Name of Company: **BRAVO LUCK LIMITED**

Nature of Business: (please '✓' as appropriate)

(i) ☐ Property Investment     ✓ Investment Holding     ☐ Consultancy     ☐ Import/Export

☐ Trading     ☐ Manufacturing     ☐ Others (please specify):_____

(ii) Please provide a brief description of Company's business activities: **Finance Investment, Management**

Source of Funds:     ✓ Personal Assets of Beneficial Owner  ☐ Public Listing     ✓Borrowings/Loans

☐ Others (please specify) : _____

### Beneficial Owner / Applicant for Business

| | |
|---|---|
| (a) Full Name: | GUO QIANG |
| (b) Business address: | Room 2106, Yardley Commercial Building, No 3 Connaught Road West, |
| | Sheung Wan, Hong Kong |
| (c) Permanent Residential Address: | MAJESTIC VIEW MANOR, 20 SOUTH BAY ROAD, HONG KONG |
| (d) Telephone: | 2160 0816 / 2160 0888 |
| (e) Fax: | 2160 0808 |
| (f) Email: | hk.company.secretary@gmail.com |
| (g) Date of Birth: | 1987-02-22 |
| (h) Nationality: | HONG KONG |
| (i) Occupation: | MANAGER |

**Please attach:**     (1) a *certified copy** of Current Passport **or** Identity Card;

**and**     (2) One of the following:
- Residential address proof (e.g. *original* or *certified copy** of utility bill / bank statement); **or**
- Reference from bank or qualified professional (see attached sample wording)

* Copy may be certified by Lawyer/CPA/Bank in the attached format

I / We confirm that the above information is true and accurate, and you are authorised to supply any or all of such information for due diligence purposes to the Regulators if so requested by them.  We also undertake to notify you of any future changes to the above information.

Client Signature:     Print Name: GUO QIANG

Date:     2017-07-01

Please return this form and attachments to:
Compliance Department
Vistra Hong Kong
19/F, Lee Garden One, 33 Hysan Avenue, Causeway Bay, Hong Kong

© Copyright Jul 2016 / 1 of 2

**EMM 112**



**CERTIFIED TRUE COPY**

I, the undersigned, hereby certify that this document is a true and complete copy of the original or a properly certified true copy of the original

Dated    1 JULY 2017

YU FIONA KA WING
Barrister, Hong Kong SAR

EMM 113



**HSBC Premier**

Premier Credit Card Statement 卓越理財信用卡結單

Page 01/02



MR GUO QIANG
MAJESTIC VIEW MANOR
MAJESTIC VIEW MANOR
20 SOUTH BAY ROAD
HONG KONG

I
00115

ABDABD47

| | Account number 戶口號碼 | |
|---|---|---|
| Card type 信用卡類別 **PREMIER CREDIT CARD** | Credit limit 信用限額 **HKD40,000.00** |
| Statement date 結單日 **17 JUN 2017** | Statement balance 結單結欠 / 結餘 **HKD390,000.00CR** |

0060115



| Post date 記賬日期 | Trans date 交易日期 | Description of transaction 交易說明 | Amount (HKD) 金額 |
|---|---|---|---|
| | | **PREVIOUS BALANCE** 上月結欠 / 結餘 | 390,000.00CR |
| | | Note: "CR" means Credit transaction / balance 註: 「CR」為入賬交易 / 結餘 | |
| | | **STATEMENT BALANCE** 結單結欠 / 結餘 | 390,000.00CR |
| | | ***** FEES AND CHARGES SUMMARY ***** | |
| | | FEE/CHARGE TYPE | AMOUNT |
| | | TOTAL FEES/CHARGES(EXCLUDING FINANCE CHARGE) | 0.00 |
| | | ***** FINANCE CHARGE SUMMARY ***** | |
| | | BALANCE TYPE   ANNUALISED PERCENTAGE RATE (APR) | FINANCE CHARGE |
| | | CASH ADVANCE          37.75% | 0.00 |
| | | PURCHASE              36.43% | 0.00 |
| | | TOTAL FINANCE CHARGE | 0.00 |

CERTIFIED TRUE COPY
I, the undersigned, hereby certify that
this document is a true and complete

Note : See reverse side for important information about your
account. For more information, please call our Credit
Cards Customer Service Hotline on (852) 2233 3322.

注意: 請參閱背頁有關您戶口的重要資料。如有查詢，請聯絡本行
信用卡客戶服務熱線，電話:(852) 2233 3322 ·

| Minimum payment summary 最低付款撮要 | of the original or a property |
|---|---|
| Current minimum payment due 目前最低付款額 | 0.00 |
| Please pay by 須於此付款到期日或以前繳交 true copy of the original | |
| Overdua / overlimit due now 逾立即繳交的過期欠款 / 超額欠款 | Dated 1 JULY 2017 0.00 |
| Total minimum payment due 最低付款總額 | 0.00 |

*(signature)*

YU FIONA KA WING
Barrister, Hong Kong SAR

---

**HSBC** 滙豐 **Payment Slip** 付款存根

| Account number 戶口號碼 | Card type 信用卡類別 **PREMIER CREDIT CARD** |
|---|---|
| Statement date 結單日 **17 JUN 2017** | Statement balance 結單結欠 / 結餘 **HKD390,000.00CR** |
| Cheque number 支票號碼 | Amount enclosed 夾附金額 |

☐ Tick box for change of correspondence address or telephone number.
See reverse side.
更改通訊地址或電話號碼，請在此方格加 " ∨ "，並參閱背頁說明。

If you are paying by mail, please detach this payment slip and
return it with a crossed cheque made payable to "The Hongkong
and Shanghai Banking Corporation Limited" or "HSBC" at least
three working days before the payment due date to our Centre,
PO BOX NO. 73730, KOWLOON CENTRAL POST OFFICE HK.
Please write your account number on the back of the cheque.
如欲以郵寄方式付款，請劃下此付款存根，於付款到期日三個工作天前，
連同以「香港上海滙豐銀行有限公司」或「滙豐」為抬頭的劃線支票，寄回
PO BOX NO. 73730, KOWLOON CENTRAL POST OFFICE HK.
信用卡中心收，請於支票背面寫上您的戶口號碼，

Thank you for choosing HSBC. 多謝選用滙豐服務。

The Hongkong and Shanghai Banking Corporation Limited 香港上海滙豐銀行有限公司

**EMM 114**

**Fiona Yu**
Director
Legal & Compliance



**ACA Capital Group Limited**
49/F, Bank of China Tower, No.1, Garden Road, Central, Hong Kong
T. +852 2185 0555    D. +852 2185 0501    M. +852 6688 2876
F. +852 2598 9288    E. fiona.yu@acacap.com
www.acacap.com

HONG KONG  •  ABU DHABI  •  BEIJING



EMM 116





FOR A PERSON OF THE
AGE OF 18 OR OVER

EMM 117

**Dionne Boreland-Fearon**

| | |
|---|---|
| **From:** | EricaCheng Office <EricaCheng.Office@sw-hk.com> |
| **Sent:** | Monday, June 19, 2017 4:11 AM |
| **To:** | Sunnie Fong |
| **Cc:** | Erica Cheng |
| **Subject:** | change of administrator |

Dear Sunnie

This follow our telephone conversation. The new administrator of the below 25 BVI companies are Kingdom Rich Limited with effect from 19 June 2017:



6. Bravo Luck Limited

## Andrew Willins

| | |
|---|---|
| **From:** | Shaheba Levons <shaheba.levons@ffp.vg> |
| **Sent:** | 05 November 2020 14:59 |
| **To:** | Shaheba Levons |
| **Subject:** | FW: Conflicts checking: New opportunity |

**From:** Hadley Chilton
**Sent:** Tuesday, 26 February 2019 6:27 pm
**To:** Michael Pearson ; Andrew Childe ; Richard Lewis ; Chris Rowland ; Stephen Briscoe
**Subject:** Conflicts checking: New opportunity

https://www.google.co.uk/amp/s/www.bloomberg.com/amp/news/articles/2018-08-16/chinese-tycoon-s-daughter-challenges-hong-kong-over-asset-freeze

Please could you let me know if we have any conflicts in acting in respect of:

Alfonso Global Limited

Alfa Global Ventures Limited

Best

Hadley J Chilton

FFP

www.FFP.vg

+1284 542 6076

**From:** Lauren Williamson <lauren.williamson@walkersglobal.com>

**Sent:** Tuesday, February 26, 2019 6:19 pm

**To:** Hadley Chilton

**Cc:** Oliver Clifton; Matthew Cowman; Stephen Briscoe; Trecia Vanterpool-Durrant

**Subject:** RE: EXTERNAL New opportunity

**External Email. Exercise Caution.**

Many thanks Hadley

**EMM 119**

We look forward to hearing from you.


Kind regards


Lauren


**Lauren Williamson**
**Associate**

**WALKERS**

**T**+1 284 852 2273 |**M** +1 284 542 2273 | **E** lauren.williamson@walkersglobal.com

Bermuda* |**British Virgin Islands** | Cayman Islands | Dubai | Guernsey | Hong Kong | Ireland | Jersey | London | Singapore

---

**From:** Hadley Chilton [mailto:Hadley.Chilton@ffp.vg]

**Sent:** 26 February 2019 6:12 PM

**To:** Lauren Williamson <Lauren.Williamson@walkersglobal.com>

**Cc:** Oliver Clifton <Oliver.Clifton@walkersglobal.com>; Matthew Cowman <Matthew.Cowman@walkersglobal.com>; Stephen Briscoe <stephen.briscoe@ffp.vg>; Trecia Vanterpool-Durrant <trecia.vanterpool-durrant@ffp.vg>

**Subject:** Re: EXTERNAL New opportunity


Thank you Lauren. We will run through our client acceptance and revert very soon.


Best regards

Hadley J Chilton

FFP


www.FFP.vg

+1284 542 6076

---

**From:** Lauren Williamson <lauren.williamson@walkersglobal.com>

**Sent:** Tuesday, February 26, 2019 5:47 pm

**To:** Hadley Chilton

**Cc:** Oliver Clifton; Matthew Cowman

**Subject:** EXTERNAL New opportunity

**EMM 120**

**External Email. Exercise Caution.**

---

Hi Hadley

Thank you for your time on the phone just now. As discussed, we have a new opportunity which we think will be of interest to FFP.

Walkers acts as Cayman counsel (and registered office) to ACA Investment Fund L.P. (the "**Fund**") - essentially a US$12bn (equity, debt and assets) joint venture between Miles Kwok (via various holding companies) and Mubadala (Abu Dhabi's sovereign wealth fund – Walkers' client of record).  The GP / manager of the Fund is ACA Investment Management Limited (the**Manager**) to which Walkers also provides registered office services.

The structure includes BVI holding companies which are LPs of the Fund, shareholders of the Manager or related entities / subsidiaries in the structure.

Vistra currently acts as BVI registered agent for the following BVI holding companies in the structure:

 Alfonso Global Limited

Alfa Global Ventures Limited

Vistra served notice of their intention to resign as each company's registered agent on 14 December 2018 and their resignation will be effective on 14 March 2019.

We were wondering if FFP would be interested in acting as the registered agent of the companies listed above. FFP's appointment would need to take place on or before 14 March 2019.

We attach the following:

- recent BVI Court and company searches for each of the BVI holding companies (which includes the certificates of incorporation and memorandum and articles of association);
- the current registers of directors and shareholders of the BVI holding companies; and
- KYC we hold on file for the current directors/ shareholder of the BVI holding companies, being:

    o  Karin Maistrello

**EMM 121**

o   Max Krasner

World-check (and related searches) have been run on the shareholders / directors of the BVI holding companies and we have had no WC hits on:

- Karin Maistrello
- Max Krasner

Your client of record would be: ACA Capital Group Limited

Do let us know if you have any questions.

Many thanks and kind regards

Lauren

**Lauren Williamson**
**Associate**

**WALKERS**

**T** +1 284 852 2273 | **F** +1 284 494 5535 | **M** +1 284 542 2273 | **E** lauren.williamson@walkersglobal.com | vCard |
Biography
171 Main Street, PO Box 92, Road Town, Tortola, British Virgin Islands VG1110
www.walkersglobal.com

**Secretary**
Wandamae Malone | **T** +1 284 852 2218 | **E** wandamae.malone@walkersglobal.com

Bermuda* | **British Virgin Islands** | Cayman Islands | Dubai | Guernsey | Hong Kong | Ireland | Jersey | London | Singapore

---

All services are supplied on the basis of the firm's standard Terms of Engagement which can be found here. We take the protection of personal data very seriously. Full details of how we will process your personal data can be found in our Privacy Statement.

WALKERS' DISCLAIMER: The information in this email may be confidential, legally privileged and exempt from disclosure

**EMM 122**

**Andrew Willins**

| | |
|---|---|
| **From:** | Gumbs, Lynelle <Lynelle.Gumbs@harneys.com> |
| **Sent:** | 02 November 2020 16:34 |
| **To:** | Andrew Willins |
| **Cc:** | Munro, Ross; Payne, Macia; Mellor, Anjali |
| **Subject:** | [EXTERNAL] Email #4 - Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL] |

**This Message originated outside your organization.**

CONFIDENTIAL

See below

**Lynelle Gumbs**

**Corporate Services Assistant Manager | British Virgin Islands**

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Tom Keya
**Sent:** 23 September 2020 14:20
**To:** Ward-Lewis, Indira
**Cc:** Andreas Hadjipavlis ; Graham, Ester
**Subject:** Re: Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]


**EXTERNAL EMAIL**

Bravo Luck - London.

Qiang - we have placed his address as director. We do not think this should be an issue but are happy to change it to the proof of address if need be. We can amend the form manually or give you consent to do so.

The individual is an entrepreneur - he is not employed. He is looking for opportunities with this business hence why it is essential we close it ASAP.

I will get the form to you shortly - however - we need this company restored by tomorrow as the client is engaged in discussions for a potential project.

Can I please ask that this is given the most urgent attention?

**EMM 132**

On 23 Sep 2020, at 18:35, Ward-Lewis, Indira wrote:


Dear Andreas
Compliance has requested as follows:
**Bravo Luck Limited**
- Please specify where in Europe the activities will take place.

**Qiang Guo**
- Please provide a completed Self Declaration Form (attached).
- The residential address provided on the compliance questionnaire and utility bill are different. Please clarify.
- The occupation for the individual states "Director". Please confirm where the individual is employed.

We look forward to your response.
Regards

## Indira Ward-Lewis

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311
**M** +1 284 340 0371

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**.

**From:** Ward-Lewis, Indira
**Sent:** 23 September 2020 09:44
**To:** 'Andreas Hadjipavlis' ; Tom Keya
**Cc:** Graham, Ester
**Subject:** RE: Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]
Dear Andreas
Please note that the matter is still under review by Compliance. A follow-up email will be sent to Compliance to ascertain the status.
Regards

## Indira Ward-Lewis

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311
**M** +1 284 340 0371

**EMM 133**

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**.

**From:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
**Sent:** 23 September 2020 05:13
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>; Tom Keya <TomKeya@berkeleyrowe.com>
**Cc:** Graham, Ester <Ester.Graham@harneys.com>
**Subject:** RE: Bravo Luck Limited **-** Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]

**EXTERNAL EMAIL**

Dear Indira,
I hope this email finds you well.
Please could you advise us if your Compliance team has reviewed our application, as this is a matter of urgency.
Many thanks and I look forward to hearing from you.
Kind regards,
Andreas
**ANDREAS HADJIPAVLIS**
Paralegal
Email: andreashadjipavlis@berkeleyrowe.com
Office: +44 203 7868965
Park House, 116 Park Street, W1K 6SS
**Important – Payments to Berkeley Rowe Ltd**
Due to the risk of fraud it is essential that before sending money to us using bank details provided by us in an e mail or e mail attachment you must telephone us to verify the details are correct. We do not accept liability for monies transferred to an incorrect account.
**CONFIDENTIALITY:** This email and its attachments are confidential and are intended solely for the above named recipient. If you have received this email in error, please telephone us immediately upon receipt. You are prohibited from using, copying or distributing this email or any information contained in it. Internet email is not a secure communication medium so please observe this lack of security when emailing us. We cannot accept liability for any loss or damage caused by software viruses and would advise that you carry out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with registered number 11122123 whose registered office is at Park House, 116 Park Street, London, W1K 6SS and which is authorised and regulated by The Solicitors Regulation Authority. A full list of directors is available for inspection at the firm's registered office.

**From:** Ward-Lewis, Indira [mailto:indira.ward-lewis@harneys.com]
**Sent:** 22 September 2020 15:16
**To:** Tom Keya <TomKeya@berkeleyrowe.com>
**Cc:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>; Graham, Ester <Ester.Graham@harneys.com>

**EMM 134**

**Subject:** RE: Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]

Dear Tom

I confirm that the application has been submitted to Compliance for their consideration. We will revert once the review process is completed.

Regards

## Indira Ward-Lewis

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311

**M** +1 284 340 0371

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**.

**From:** Tom Keya <TomKeya@berkeleyrowe.com>
**Sent:** 22 September 2020 08:42
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
**Subject:** FW: Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]

**EXTERNAL EMAIL**

Dear Indra
We have taken instructions from our client. This company holds no assets. It is purely a paper company for contractual negotiations.
It operates in Europe and USA.
I hope this helps.
Tom

Begin forwarded message:

> **From:** "Ward-Lewis, Indira" <indira.ward-lewis@harneys.com>
> **Date:** 21 September 2020 at 19:18:58 BST
> **To:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
> **Cc:** "Graham, Ester" <Ester.Graham@harneys.com>
> **Subject: Bravo Luck Limited - Company Register [HARNEYS-BVI.HCS.BRAVOLUCKL]**
>
>
> Dear Andreas
> Thank you for your email.

**EMM 135**

Can you please elaborate on the nature of business listed in the transfer pack. In addition, can you please provide specific countries in Europe and Asia where the company will be conducting business. In addition, please provide us with the names of the companies and jurisdictions for which the above company is holding shares.

We look forward to your response.

Regards

## Indira Ward-Lewis

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311
**M** +1 284 340 0371

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Montevid
São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This
is confidential and may be subject to legal professional privilege. **Read more**.

**From:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
**Sent:** 18 September 2020 12:31
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Subject:** RE: Bravo Luck Limited - Company Register [HARNEYS-BVI.FID270563]

**EXTERNAL EMAIL**

Dear Indira,
I hope this email finds you well.
Further to my previous email earlier today, please find the following documents stored on One Drive at this link: https://berkeleyrowe-my.sharepoint.com/:f:/p/andreashadjipavlis/EgSVxlhnCrhKiZA7kD4pPMUBOxdHD41cHVQRyp5p8kNLsA?e=iIechT

1. Certificate of Incorporation;
2. Memorandum and Articles of Incorporation;
3. Register of Members;
4. Register of Directors;
5. Qiang Guo Share Certificate;
6. Company Certificate of Guarantee of Quality;
7. Due Diligence Documentation on Qiang Guo;
8. Individual Compliance Form - Qiang Guo;
9. Company Compliance Form – Bravo Luck Limited; and
10. Completed/executed Transfer Pack.

I have attempted to send you a zip folder but there seems to be an issue with Harneys' email server. Please could you acknowledge receipt of these documents by responding to this email.

**EMM 136**

Many thanks and please let me know, as a matter of urgency, if you require any further documentation/information.

Kind regards,

Andreas

**ANDREAS HADJIPAVLIS**

Paralegal

Email: andreashadjipavlis@berkeleyrowe.com

Office: +44 203 7868965

Park House, 116 Park Street, W1K 6SS

**Important – Payments to Berkeley Rowe Ltd**

Due to the risk of fraud it is essential that before sending money to us using bank details provided by us in an e mail or e mail attachment you must telephone us to verify the details are correct. We do not accept liability for monies transferred to an incorrect account.

**CONFIDENTIALITY:** This email and its attachments are confidential and are intended solely for the above named recipient. If you have received this email in error, please telephone us immediately upon receipt. You are prohibited from using, copying or distributing this email or any information contained in it. Internet email is not a secure communication medium so please observe this lack of security when emailing us. We cannot accept liability for any loss or damage caused by software viruses and would advise that you carry out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with registered number 11122123 whose registered office is at Park House, 116 Park Street, London, W1K 6SS and which is authorised and regulated by The Solicitors Regulation Authority. A full list of directors is available for inspection at the firm's registered office.

**From:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Sent:** 18 September 2020 16:54
**To:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
**Cc:** Tom Keya <TomKeya@berkeleyrowe.com>; Akbar Ali <akbarali@berkeleyrowe.com>; Dawson, Sabrina <Sabrina.Dawson@harneys.com>; Graham, Ester <Ester.Graham@harneys.com>
**Subject:** RE: Bravo Luck Limited - Company Register [HARNEYS-BVI.FID270563]

Dear Andreas

I am well and I trust the same for you.

A copy of the invoice is attached for your settlement.

Regards

## Indira Ward-Lewis

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311
**M** +1 284 340 0371

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | Montevid

São Paulo | Shanghai | Singapore | Vancouver

**EMM 137**

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This
is confidential and may be subject to legal professional privilege. **Read more**.

**From:** Andreas Hadjipavlis <andreashadjipavlis@berkeleyrowe.com>
**Sent:** 18 September 2020 10:59 AM
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Tom Keya <TomKeya@berkeleyrowe.com>; Akbar Ali
<akbarali@berkeleyrowe.com>; Dawson, Sabrina
<Sabrina.Dawson@harneys.com>; Graham, Ester
<Ester.Graham@harneys.com>
**Subject:** RE: Bravo Luck Limited - Company Register [HARNEYS-
BVI.FID270563]

**EXTERNAL EMAIL**

Dear Indira,
I hope this email finds you well.
Further to my previous email, please could you kindly provide me with an
invoice for your fees. We are keen to pay and this is a matter of urgency for us as
we need to secure the company Bravo Luck Limited and begin the process for the
company to be restored back onto the company register.
Many thanks and I look forward to hearing from you.
Kind regards,
Andreas
**ANDREAS HADJIPAVLIS**
Paralegal
Email: andreashadjipavlis@berkeleyrowe.com
Office: +44 203 7868965
Park House, 116 Park Street, W1K 6SS
**Important – Payments to Berkeley Rowe Ltd**
Due to the risk of fraud it is essential that before sending money to us using bank details provided
by us in an e mail or e mail attachment you must telephone us to verify the details are correct. We
do not accept liability for monies transferred to an incorrect account.
**CONFIDENTIALITY:** This email and its attachments are confidential and are intended
solely for the above named recipient. If you have received this email in error, please telephone us
immediately upon receipt. You are prohibited from using, copying or distributing this email or
any information contained in it. Internet email is not a secure communication medium so please
observe this lack of security when emailing us. We cannot accept liability for any loss or damage
caused by software viruses and would advise that you carry out your own virus checks on this
email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with registered number
11122123 whose registered office is at Park House, 116 Park Street, London, W1K 6SS and
which is authorised and regulated by The Solicitors Regulation Authority. A full list of directors
is available for inspection at the firm's registered office.

**From:** Andreas Hadjipavlis
**Sent:** 17 September 2020 11:55
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Tom Keya <TomKeya@berkeleyrowe.com>; Akbar Ali
<akbarali@berkeleyrowe.com>; Dawson, Sabrina
<Sabrina.Dawson@harneys.com>; Graham, Ester
<Ester.Graham@harneys.com>

**EMM 138**

**Subject:** Re: Bravo Luck Limited - Company Register [HARNEYS-BVI.FID270563]

Dear Indira,

Thank you for your email and the below information.

Please take this email as acceptance of the fee of $130.00 and please kindly provide me with an invoice for this.

I will follow up with the requested documents shortly.

Many thanks for your time.

Kind regards,

Andreas

On 16 Sep 2020, at 20:50, Ward-Lewis, Indira <indira.ward-lewis@harneys.com> wrote:

Dear Andreas

It appears that the above company was struck off the register of companies as the registered agent resigned. In order to obtain the fees due, we will have to conduct a company search at a cost of $130.00. Please confirm your acceptance of this fee and I will provide you with our invoice for settlement.

In order for Harneys Corporate Services to provide Registered Office/Agent services for the company, we must obtain compliance approval. Therefore, please provide us with the following to begin the compliance review.

- Completed/executed Transfer Pack (attached)
    - Due diligence documentation on each director, shareholder (holding 10% or more) and beneficial owner (holding 10% or more)
    - Certificate of Incorporation
    - Memorandum and Articles of Association (including any amendments)
    - Register of Members
    - Register of Directors
    - Register of Officers (if any)
    - Latest stamped Register of Directors
    - Copy of the seal imprint

I trust that the foregoing proves helpful and if you have any questions please do not hesitate to contact us.

Regards

**Indira Ward-Lewis**

Corporate Services Assistant Manager

indira.ward-lewis@harneys.com

**D** +1 284 852 4311

8

**EMM 139**

**M** +1 284 340 0371

**British Virgin Islands**

harneys.com | harneysfiduciary.com

Anguilla | Bermuda | British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Luxembourg | N
São Paulo | Shanghai | Singapore | Vancouver

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Isla
is confidential and may be subject to legal professional privilege. **Read more.**

**From:** Andreas Hadjipavlis
<andreashadjipavlis@berkeleyrowe.com>
**Sent:** 16 September 2020 10:37 AM
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Tom Keya <TomKeya@berkeleyrowe.com>; Akbar Ali
<akbarali@berkeleyrowe.com>
**Subject:** RE: Re: Bravo Luck Limited - Company Register

**EXTERNAL EMAIL**

Dear Indira,
I hope this email finds you well.
I wanted to follow up on my below email as a matter of urgency.
I would really appreciate your assistance on this and look forward
to hearing from you.
Kind regards,

Andreas
**ANDREAS HADJIPAVLIS**
Paralegal
Email: andreashadjipavlis@berkeleyrowe.com
Office: +44 203 7868965
Park House, 116 Park Street, W1K 6SS
**Important – Payments to Berkeley Rowe Ltd**
Due to the risk of fraud it is essential that before sending money to us using
bank details provided by us in an e mail or e mail attachment you must
telephone us to verify the details are correct. We do not accept liability for
monies transferred to an incorrect account.
**CONFIDENTIALITY:** This email and its attachments are confidential
and are intended solely for the above named recipient. If you have received this
email in error, please telephone us immediately upon receipt. You are
prohibited from using, copying or distributing this email or any information
contained in it. Internet email is not a secure communication medium so please
observe this lack of security when emailing us. We cannot accept liability for
any loss or damage caused by software viruses and would advise that you carry
out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with
registered number 11122123 whose registered office is at Park House, 116 Park
Street, London, W1K 6SS and which is authorised and regulated by The
Solicitors Regulation Authority. A full list of directors is available for
inspection at the firm's registered office.

**EMM 140**

**From:** Andreas Hadjipavlis
**Sent:** 16 September 2020 11:21
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Tom Keya <TomKeya@berkeleyrowe.com>; Akbar Ali
<akbarali@berkeleyrowe.com>
**Subject:** Re: Bravo Luck Limited - Company Register
**Importance:** High

Dear Indira,

I hope this email finds you well.

I am writing to you in relation to the company, Bravo Luck
Limited. To confirm, the director and shareholder of this company
is Qiang Guo.

Please could you kindly confirm if the company continues to be on
the company register and, in the event that it has been struck off
the register, please could it be reinstated as a matter of urgency.

Many thanks and I look forward to hearing from you.

Kind regards,

Andreas

**ANDREAS HADJIPAVLIS**
Paralegal
Email: andreashadjipavlis@berkeleyrowe.com
Office: +44 203 7868965
Park House, 116 Park Street, W1K 6SS

**Important – Payments to Berkeley Rowe Ltd**
Due to the risk of fraud it is essential that before sending money to us using
bank details provided by us in an e mail or e mail attachment you must
telephone us to verify the details are correct. We do not accept liability for
monies transferred to an incorrect account.

**CONFIDENTIALITY:** This email and its attachments are confidential
and are intended solely for the above named recipient. If you have received this
email in error, please telephone us immediately upon receipt. You are
prohibited from using, copying or distributing this email or any information
contained in it. Internet email is not a secure communication medium so please
observe this lack of security when emailing us. We cannot accept liability for
any loss or damage caused by software viruses and would advise that you carry
out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with
registered number 11122123 whose registered office is at Park House, 116 Park
Street, London, W1K 6SS and which is authorised and regulated by The
Solicitors Regulation Authority. A full list of directors is available for
inspection at the firm's registered office.

**EMM 141**

## Andrew Willins

| | |
|---|---|
| **From:** | Gumbs, Lynelle <Lynelle.Gumbs@harneys.com> |
| **Sent:** | 02 November 2020 16:43 |
| **To:** | Andrew Willins |
| **Cc:** | Munro, Ross; Payne, Macia; Mellor, Anjali |
| **Subject:** | [EXTERNAL] Email#12 - Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL] |

**This Message originated outside your organization.**

CONFIDENTIAL

See below

**Lynelle Gumbs**
**Corporate Services Assistant Manager | British Virgin Islands**

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Albana Kuteli
**Sent:** 13 October 2020 04:19
**To:** Ward-Lewis, Indira
**Cc:** Graham, Ester ; Tom Keya ; Lydia Cheng
**Subject:** RE: Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]

## EXTERNAL EMAIL

Hi Indira
Please see below responses in red:
• Residential Address: Flat 6, 5 Princes Gate; London SW7 1QJ, United Kingdom. Correct. Please confirm this will not be a matter of public record.
• Duration of residence at his residential address: 5 years.
• Job: An entrepreneur - he is not employed
• Any business connection to China and any address in China: None
Many thanks.
Kind regards,
**ALBANA KUTELI**
Associate
Email: albanakuteli@berkeleyrowe.com
Office: +44 203 7868965
Park House, 116 Park Street, W1K 6SS

1

**EMM 142**



**Important – Payments to Berkeley Rowe Ltd**

Due to the risk of fraud it is essential that before sending money to us using bank details provided by us in an e mail or e mail attachment you must telephone us to verify the details are correct. We do not accept liability for monies transferred to an incorrect account.

**CONFIDENTIALITY:** This email and its attachments are confidential and are intended solely for the above named recipient. If you have received this email in error, please telephone us immediately upon receipt. You are prohibited from using, copying or distributing this email or any information contained in it. Internet email is not a secure communication medium so please observe this lack of security when emailing us. We cannot accept liability for any loss or damage caused by software viruses and would advise that you carry out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with registered number 11122123 whose registered office is at Park House, 116 Park Street, London, W1K 6SS and which is authorised and regulated by The Solicitors Regulation Authority. A full list of directors is available for inspection at the firm's registered office.

**From:** Ward-Lewis, Indira [mailto:indira.ward-lewis@harneys.com]
**Sent:** 12 October 2020 16:25
**To:** Albana Kuteli
**Cc:** Graham, Ester ; Tom Keya
**Subject:** RE: Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]
Thanks Albana. I look forward to your response shortly.
Regards
**Indira Ward-Lewis**
Corporate Services Assistant Manager | British Virgin Islands


**D** +1 284 852 4311 | **M** +1 284 340 0371 | **E** indira.ward-lewis@harneys.com

harneysfiduciary.com | harneys.com


British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Miami | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

---

**Celebrating 60 years** of Harneys. Read more


Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. Read more

**From:** Albana Kuteli <AlbanaKuteli@berkeleyrowe.com>
**Sent:** 12 October 2020 11:22
**To:** Ward-Lewis, Indira <indira.ward-lewis@harneys.com>
**Cc:** Graham, Ester <Ester.Graham@harneys.com>; Tom Keya <TomKeya@berkeleyrowe.com>
**Subject:** RE: Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]

**EXTERNAL EMAIL**

EMM 143

Hi Indira

We are awaiting confirmation from the client and will revert as soon as we can.

Kind regards,

**ALBANA KUTELI**

Associate

Email: albanakuteli@berkeleyrowe.com

Office: +44 203 7868965

Park House, 116 Park Street, W1K 6SS



**Important – Payments to Berkeley Rowe Ltd**

Due to the risk of fraud it is essential that before sending money to us using bank details provided by us in an e mail or e mail attachment you must telephone us to verify the details are correct. We do not accept liability for monies transferred to an incorrect account.

**CONFIDENTIALITY:** This email and its attachments are confidential and are intended solely for the above named recipient. If you have received this email in error, please telephone us immediately upon receipt. You are prohibited from using, copying or distributing this email or any information contained in it. Internet email is not a secure communication medium so please observe this lack of security when emailing us. We cannot accept liability for any loss or damage caused by software viruses and would advise that you carry out your own virus checks on this email and any attachments contained therein.

Berkeley Rowe Ltd is a limited liability company registered in England with registered number 11122123 whose registered office is at Park House, 116 Park Street, London, W1K 6SS and which is authorised and regulated by The Solicitors Regulation Authority. A full list of directors is available for inspection at the firm's registered office.

**From:** Ward-Lewis, Indira [mailto:indira.ward-lewis@harneys.com]
**Sent:** 12 October 2020 16:19
**To:** Tom Keya <TomKeya@berkeleyrowe.com>; Albana Kuteli <AlbanaKuteli@berkeleyrowe.com>
**Cc:** Graham, Ester <Ester.Graham@harneys.com>
**Subject:** RE: Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]
**Importance:** High

Dear Tom/Albana

Can I please have a response to my email dated 7 October; which is highlighted below.

Regards

**Indira Ward-Lewis**

Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4311 | **M** +1 284 340 0371 | **E** indira.ward-lewis@harneys.com

harneysfiduciary.com | harneys.com

British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Miami | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

Celebrating 60 years of Harneys. Read more

EMM 144

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Ward-Lewis, Indira
**Sent:** 08 October 2020 15:43
**To:** 'Tom Keya' <TomKeya@berkeleyrowe.com>; 'Albana Kuteli' <AlbanaKuteli@berkeleyrowe.com>
**Cc:** Graham, Ester <ester.graham@harneys.com>
**Subject:** RE: Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]

Dear All
A gentle reminder to my email of 7 October (see below).
Regards

**Indira Ward-Lewis**

Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4311 | **M** +1 284 340 0371 | **E** indira.ward-lewis@harneys.com

harneysfiduciary.com | harneys.com

British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Miami | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

**Celebrating 60 years** of Harneys. Read more

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Ward-Lewis, Indira
**Sent:** 07 October 2020 3:33 PM
**To:** 'Tom Keya' <TomKeya@berkeleyrowe.com>; Albana Kuteli <AlbanaKuteli@berkeleyrowe.com>
**Cc:** Graham, Ester <ester.graham@harneys.com>
**Subject:** Qiang Guo - Bravo Luck Limited [HARNEYS-BVI.HCS.BRAVOLUCKL]

Dear Tom/Albana
Can you please provide us with the following information/confirmation with respect to Mr Guo:

- Residential Address: **Flat 6, 5 Princes Gate; London SW7 1QJ, United Kingdom**
- Duration of residence at his residential address:
- Job: A**n entrepreneur - he is not employed**
- Any business connection to China and any address in China:

We look forward to your response shortly.
Regards

**Indira Ward-Lewis**

Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4311 | **M** +1 284 340 0371 | **E** indira.ward-lewis@harneys.com

harneysfiduciary.com | harneys.com

**EMM 145**

British Virgin Islands | Cayman Islands | Cyprus | Hong Kong | London | Miami | Montevideo | São Paulo | Shanghai | Singapore | Vancouver

**Celebrating 60 years** of Harneys. Read more

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**EMM 146**

**Andrew Willins**

| | |
|---|---|
| **From:** | Gumbs, Lynelle <Lynelle.Gumbs@harneys.com> |
| **Sent:** | 03 November 2020 08:20 |
| **To:** | Andrew Willins |
| **Cc:** | Munro, Ross; Mellor, Anjali; Payne, Macia |
| **Subject:** | [EXTERNAL] RE: Final Emails & Attachments - Docs for Bravo Luck  [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL] |

**This Message originated outside your organization.**

CONFIDENTIAL

Good Morning Andrew

Had a second look but unfortunately there is no evidence of any instruments of transfer on files.

I will provide our invoice in a short while.

Kind regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Gumbs, Lynelle
**Sent:** 02 November 2020 19:13
**To:** 'Andrew Willins'
**Cc:** Munro, Ross ; Mellor, Anjali ; Payne, Macia
**Subject:** RE: Final Emails & Attachments - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

Hi Andrew

I don't recall seeing any transfer instruments but let me have another go at our file in the morning.

I will come back tomorrow.

Regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

EMM 147

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands.
This email is confidential and may be subject to legal professional privilege. Read more

**From:** Andrew Willins <awillins@applebyglobal.com>
**Sent:** 02 November 2020 4:22 PM
**To:** Gumbs, Lynelle <Lynelle.Gumbs@harneys.com>
**Cc:** Munro, Ross <Ross.Munro@harneys.com>; Mellor, Anjali <Anjali.Mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Final Emails & Attachments - Docs for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Lynelle

This is much appreciated, thank you.

Don't forget to send me a note of your charges.  It would also be helpful if you could confirm whether you have any Instruments of Transfer on file (if you still have access to that data room, was anything of that description uploaded there, or did you download everything that was on it)?

Many thanks

Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

# APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 02 November 2020 16:47
**To:** Andrew Willins
**Cc:** Munro, Ross; Mellor, Anjali; Payne, Macia
**Subject:** [EXTERNAL] Final Emails & Attachments - Docs for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

**EMM 148**

**This Message originated outside your organization.**

CONFIDENTIAL

Hi Andrew

To the best of my knowledge, I believe that I have sent you what we have on file for this entity.

If you have any queries please do let me know and I am happy to look for whatever else you may be in need of, should we have it in our possession.

Have a good evening!

Kind regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Gumbs, Lynelle
**Sent:** 02 November 2020 17:25
**To:** 'Andrew Willins' <awillins@applebyglobal.com>
**Cc:** Munro, Ross <ross.munro@harneys.com>; Mellor, Anjali <anjali.mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Part 1 x 9 - CDD for Bravo Luck [APPLEBY-VG_LEGAL.FID184031] [HARNEYS-BVI.HCS.BRAVOLUCKL]

CONFIDENTIAL

Hi Andrew

Unfortunately that is exactly how it was received by our Onboarding team.

You will note that it appears as though the date is missing and you may look at the upper right hand that shows the date.

Let me know if this helps.

Regards

**Lynelle Gumbs**
Corporate Services Assistant Manager | British Virgin Islands

**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

**EMM 149**

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

**From:** Andrew Willins <awillins@applebyglobal.com>
**Sent:** 02 November 2020 17:22
**To:** Gumbs, Lynelle <Lynelle.Gumbs@harneys.com>
**Cc:** Munro, Ross <Ross.Munro@harneys.com>; Mellor, Anjali <Anjali.Mellor@harneys.com>; Payne, Macia <macia.payne@harneys.com>
**Subject:** RE: Part 1 x 9 - CDD for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL] [APPLEBY-VG_LEGAL.FID184031]

## EXTERNAL EMAIL

Hi Lynelle

Part 1 received, with many thanks.

Sorry to start being a pest before the others come in, but I note that the Register of Members and Directors seem to be cut off on the left hand side of the page - it looks like landscape has been photocopied the wrong way round. Do you have a better copy?

If it's with the other 8 emails (not yet received) ignore me and I will wait until I have them.

Best wishes
Andrew

**Andrew Willins**
**Partner, Practice Group Head | Dispute Resolution**
Appleby (BVI) Limited
Tel: + 1 284 393 5323

## APPLEBY

BERMUDA | BVI | CAYMAN | GUERNSEY | HONG KONG | ISLE OF MAN | JERSEY | MAURITIUS | SEYCHELLES | SHANGHAI
applebyglobal.com



**From:** Gumbs, Lynelle [mailto:Lynelle.Gumbs@harneys.com]
**Sent:** 02 November 2020 15:55
**To:** Andrew Willins
**Cc:** Munro, Ross; Mellor, Anjali; Payne, Macia
**Subject:** Part 1 x 9 - CDD for Bravo Luck [HARNEYS-BVI.HCS.BRAVOLUCKL]

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

**EMM 150**

CONFIDENTIAL

Part 1 - included:

- ➤ Compliance Questionnaire – Companies)
- ➤ BVI Transfer in Pack
- ➤ Certificate of Incorporation
- ➤ Memorandum & Articles of Association
- ➤ Register of Directors
- ➤ Register of Members
- ➤ Qiang Guo -  Passport
- ➤ Revolut GBP Statement
- ➤ Qiang Guo - Self Declaration Letter

Kind regards


**Lynelle Gumbs**
**Corporate Services Assistant Manager** | British Virgin Islands


**D** +1 284 852 4344 | **E** lynelle.gumbs@harneys.com

Harneys Corporate Services Limited, Craigmuir Chambers, PO Box 71, Road Town, Tortola VG1110, British Virgin Islands. This email is confidential and may be subject to legal professional privilege. **Read more**

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

Appleby (BVI) Limited (the Legal Practice) is a company limited by shares incorporated in the British Virgin Islands. The term "Partner" is a title referring to a director, shareholder or an employee of the Legal Practice. Legal services are supplied by Legal Practitioners admitted to the Roll and authorised to practice in the British Virgin Islands.

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access by any other person to this e-mail is not authorised. If you are not the intended recipient, please delete this e-mail. Any disclosure of this e-mail or of the parties to it, any copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited, and may be unlawful.

Appleby (BVI) Limited (the Legal Practice) is a company limited by shares incorporated in the British Virgin Islands. The term "Partner" is a title referring to a director, shareholder or an employee of the Legal Practice. Legal services are supplied by Legal Practitioners admitted to the Roll and authorised to practice in the British Virgin Islands.

**EMM 151**

**BRAVO LUCK LIMITED**

(a BVI Business Company with BC Number **1767862**)
(the "*Company*")

WRITTEN RESOLUTION OF THE ~~DIRECTORS/SHAREHOLDERS~~ OF THE COMPANY PURSUANT TO THE
ARTICLES OF ASSOCIATION OF THE COMPANY

We, the undersigned, being all the directors of the Company DO HEREBY ADOPT the following resolutions:

## NOTICE OF APPOINTMENT OF REGISTERED AGENT AND REGISTERED OFFICE

IT WAS NOTED that:

1.   the Company does not have a Registered Agent or Registered Office; and

2.   further to Section 91A of the Act, if at any time a company does not have a registered agent it
     shall forthwith, by resolution of members or directors, appoint a registered agent.

IT WAS RESOLVED that:

1.   Harneys Corporate Services Limited of Craigmuir Chambers, P.O. Box 71, Road Town, Tortola,
     British Virgin Islands, be appointed as the Registered Agent of the Company;

2.   Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands, be appointed as the
     Registered Office of the Company; and

3.   a notice in the approved form of the appointment of registered agent and registered office of
     the Company be filed with the BVI Registry of Corporate Affairs.

FURTHER RESOLVED that the Company's directors or officers, Harneys Corporate Services Limited and/or any
person who is a legal practitioner employed by or a partner of Harney Westwood & Riegels, be and are
hereby authorised to execute any forms or documents, submit any such forms or documents for filing at the
BVI Registry of Corporate Affairs and take any and all actions necessary or desirable so as to give full effect to
the appointment of registered agent and registered office.

Dated this   6   day of October, 2020.

[   ]
Director

**EMM 152**

**of Company**    **BRAVO LUCK LIMITED** 尚運有限公司

**ny Number**    **1767862**

**REGISTER OF MEMBERS**

| me | GUO Qiang 郭強 | | | | Occupation | Director | | | | | Date Entered as a Member | | 22 July 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s | Majestic View Manor, 20 South Bay Road, Hong Kong | | | | | | | | | | Date of Ceasing to be Member | | |

| | Shares Acquired | | | | | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | |
| | | From | To | | | | | From | To | | | | |
| 2013 | 1 | -1- | - | -1- | US$1.00 | | | | | | -1- | | Stevensec Limited |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| me | | | | | Occupation | | | | | | Date Entered as a Member | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| s | | | | | | | | | | | Date of Ceasing to be Member | | |

| | Shares Acquired | | | | | Shares Transferred | | | | | Total Shares Held | Remarks | Entry Made By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | No. of Transfer Deed | Certificate Number | Distinctive Nos. | | No. of Shares | Consideration Paid | | |
| | | From | To | | | | | From | To | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| I | Class of Share | Ordinary | Par Value Per Share | US$.100 | PLEASE NOTE:  THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE OFFICE OF THE COMPANY'S REGISTERED AGENT. IF A COPY THEN PLEASE NOTIFY THE REGISTERED AGENT IN WRITING OF THE PHYSICAL ADDRESS OF THE ORIGINAL. | BVI 06 |
|---|---|---|---|---|---|---|

EMM-153

# BRAVO LUCK LIMITED 尚運有限公司

| CERTIFICATE NUMBER | | PAR VALUE PER SHARE |
|---|---|---|
| 1 | | US$1.00 |

| NAME AND ADDRESS OF SHAREHOLDER | DISTINCTIVE NUMBERS | | | |
|---|---|---|---|---|
| | FROM | TO | NO. OF SHARES | CONSIDERATION PAID |
| GUO Qiang 郭強 | -1- | -1- | -1- | US$1.00 |

DATE OF ISSUE

## SHARE CERTIFICATE

OF

## BRAVO LUCK LIMITED
尚運有限公司

INCORPORATED IN THE BRITISH VIRGIN ISLANDS

Authorised to issue a maximum of 50,000 Shares of a single class each with a par value of US$1.00

THIS IS TO CERTIFY THAT THE UNDERMENTIONED PERSON IS THE REGISTERED HOLDER OF THE SHARES SPECIFIED HEREUNDER SUBJECT TO THE RULES AND LAWS GOVERNING THE ADMINISTRATION OF THE COMPANY

| SHAREHOLDER | NO. OF SHARES | DISTINCTIVE NUMBERS | | CERTIFICATE NUMBER | DATE OF ISSUE |
|---|---|---|---|---|---|
| | | FROM | TO | | |
| GUO Qiang 郭強 | -1- | -1- | -1- | 1 | |

GIVEN UNDER THE COMMON SEAL OF THE COMPANY ON THE DATE STATED ABOVE AND IN THE PRESENCE OF

_____
DIRECTOR/OFFICER/AUTHORISED PERSON

NO TRANSFER OF ANY OF THE ABOVE SHARES CAN BE REGISTERED UNLESS ACCOMPANIED BY THIS CERTIFICATE

BVIPTEHC 2006-03-40(PV)

**EMM 154**

**e of Company**   **BRAVO LUCK LIMITED 尚運有限公司**

**pany Number**   **1767862**

# REGISTER OF DIRECTORS

| of Appointment | Full Name (Any Former Names or Alias) | Nationality and ID/PPT No. | Residential Address (or Registered Office Address) | Business Occupation or Other Directorship | Date of Ceasing to Act | Entry Made By |
|---|---|---|---|---|---|---|
| 22 July 2013 | GUO Qiang 郭強 | Chinese HKID ▮▮▮ | Majestic View Manor, 20 South Bay Road, Hong Kong | Director | | Stevensec Limited |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

EMM 155

No. |   PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE REGISTERED OFFICE.

BVI 06

*Transfer-In Pack – BVI Business Company*



## PART A - COMPANY

| | |
|---|---|
| **Name of the Company**<br>*(Note: Type the name underline exactly as listed on the Certificate of Incorporation/Registration)* | Bravo Luck Limited |
| **Former Name(s) (if applicable)** | N/A |
| **Company Type** | Company Limited by Shares |
| **Current Registered Agent** | N/A |
| **Contact Details** | N/A |
| **Method of Change of registered office and agent** | ☐ I will arrange for the outgoing agent to file the transfer<br>☑ I would like to arrange a 'forced transfer' by Harneys legal team |
| **Reason for change of registered office and agent** | Previous registered agent resigned. |
| **Director's Resolution** | Please click here for a template resolution to change the Company's registered agent. |
| **Is the Company operating a non-profit/charity within the British Virgin Islands?** | ☐ Yes ☑ No |
| **Is the Company regulated by or registered with the Financial Services Commission?** | ☐ Yes ☑ No |
| **Purpose of Company**<br>*(Note: Please be specific "holding Company" or "investment fund" is insufficient)* | |

Holding company that conducts investments in different businesses.

| Intended nature of Company's business | |
|---|---|

Does the Company:

| | | |
|---|---|---|
| 1. | receive more than 20% of its revenue in the form of cash or equivalents? | ☐ Yes ☑ No |

Is the company involved in:

| | | |
|---|---|---|
| 2. | the arms, defence, military or nuclear industries? | ☐ Yes ☑ No |
| 3. | trading oil and gas, precious metals, gems, jewels, fine art, real estate or other collectors' items? | ☐ Yes ☑ No |
| 4. | the use or provision of block chain technology, the creation and issuance of cryptocurrency and/or electronic tokens? | ☐ Yes ☑ No |
| 5. | the production or trading of substances or products? | ☐ Yes ☑ No |
| 6. | gambling or the adult entertainment industry? | ☐ Yes ☑ No |

*Transfer-In Pack – BVI Business Company*



| 7. | activities that may have a major environmental impact (e.g. forestry, oil and gas, deep sea mining, quarrying or power generation)? | ☐ Yes ☑ No |

If you have answered **YES** to any of the questions above, please provide details.

N/A

If the intended nature of the Company's business is not identified above, please provide details.

N/A

**Country(ies) of intended business activities**
*(Note: Please include location of customers, distributors and bank accounts.)*

British Virgin Islands, Europe and Asia

**Source of funds**
*(Note: Please provide details of the source of funding for the initial activities of the Company. You may be asked to provide supporting documentation.)*

Business activities and private funds.

**PART B - ECONOMIC SUBSTANCE**

The Company may be required to have adequate substance' in the BVI.

*Please click here to review Harneys guidance on economic substance requirements. If you have any queries please liaise with your usual Harneys contact.*

**Economic Substance Financial Reporting Period**

Default reporting periods depend on the date of incorporation. If you have elected to use an economic substance reporting period end that is not your default date please tick here, and confirm the date of your reporting period end:

| ☐ | We have formally notified the ITA of a change to our economic substance reporting period, our current reporting period end is: | (dd/mm/yyyy to dd/mm/yyyy) |
| ☐ | We would like to apply to make a change to our default reporting period. Harneys is able to arrange this notification – we will contact you to discuss what is possible to achieve and provide a quote. | |

If no box is ticked, the default reporting period will apply.

**Does Company conduct:**

| 1. | banking business? | ☐ Yes ☐ No |
| 2. | distribution and service centre business? | ☐ Yes ☐ No |
| 3. | financing and leasing business? | ☐ Yes ☐ No |
| 4. | fund management business? | ☐ Yes ☐ No |
| 5. | headquarters business? | ☐ Yes ☐ No |
| 6. | holding company business? | ☑ Yes ☐ No |
| | Please specify the types of asset(s) that the Company is intending to hold. | Shares in companies. |

*Transfer-In Pack – BVI Business Company*



| | Please provide details of any other legal entities in which the Company will hold interests (e.g. shares, partnership interests, etc.) | Companies limited by shares. | |
|---|---|---|---|
| 7. | insurance business? | | ☐ Yes ☑ No |
| 8. | intellectual property business? | | ☐ Yes ☑ No |
| 9. | shipping business? | | ☐ Yes ☑ No |

If you have answered **YES** to any of the questions above, please provide details.

*(Note: The activities above may be 'relevant activities' for economic substance purposes. Please include as much detail as possible on the exact scope of any relevant activity.)*

Investments in companies limited by shares.

| Please confirm the entity's country(ies) of tax residence. | British Virgin Islands |
|---|---|

### PART C - SHAREHOLDERS

*(Note: Details of additional shareholders can be entered in Part I.)*

| Name of Shareholder | Qiang Guo | |
|---|---|---|
| Contact Details | 00447889700337 | mqgny123@gmail.com |

| Name of Shareholder | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

| Name of Shareholder | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

| Name of Shareholder | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

### PART D - BENEFICIAL OWNER(S)

*Note: Under the Beneficial Ownership Secure Search System Act, 2017 (**BOSS Act**), unless the Company is exempt, it is required to identify its beneficial owners and registrable legal entities and to notify its registered agent of the prescribed particulars of such persons. **The registered agent is then obliged to establish and maintain a database with such particulars which may be made available for searching by the International Tax Authority**. A beneficial owner under the BOSS Act is a natural person who: (i) ultimately owns or controls 25% or more of the shares or voting rights of the Company; or (ii) otherwise exercises control over the management of the Company. Any such person is referred to below as a "BOSS Act Beneficial Owner".*

Please provide:

(i)     details of all beneficial owners of the Company who are interested in 10% or more of the Company (indicating which, if any, hold 25% or more or otherwise qualify as a BOSS Act Beneficial Owner); and

(ii)    details of all registrable legal entities of the Company.

4315095
Effective October 2019
**EMM 158**

*Transfer-In Pack – BVI Business Company*



## Beneficial Owner Particulars - Natural Persons

*Note: A beneficial owner under the Anti-Money Laundering Terrorist Financing Code of Practice, 2008 (AML Code) is a natural person who ultimately owns or controls 10% or more of the shares or voting rights of the Company.*

| First Name | Middle Name | Surname | Residential Address | |
|---|---|---|---|---|
| Qiang | | Guo | Majestic View Manor | |
| **Nationality** | **Date of Birth (DD/MM/YYYY)** | | 20 South Bay Road | |
| Chinese | 22/02/1987 | | City | State |
| **BOSS Act Beneficial Owner** | ☑ Yes    ☐ No | | Hong Kong | Post/Zip Code |

| First Name | Middle Name | Surname | Residential Address | |
|---|---|---|---|---|
| | | | Address 1 | |
| **Nationality** | **Date of Birth (DD/MM/YYYY)** | | Address 2 | |
| | | | City | State |
| **BOSS Act Beneficial Owner** | ☐ Yes    ☐ No | | Country | Post/Zip Code |

| First Name | Middle Name | Surname | Residential Address | |
|---|---|---|---|---|
| | | | Address 1 | |
| **Nationality** | **Date of Birth (DD/MM/YYYY)** | | Address 2 | |
| | | | City | State |
| **BOSS Act Beneficial Owner** | ☐ Yes    ☐ No | | Country | Post/Zip Code |

| First Name | Middle Name | Surname | Residential Address | |
|---|---|---|---|---|
| | | | Address 1 | |
| **Nationality** | **Date of Birth (DD/MM/YYYY)** | | Address 2 | |
| | | | City | State |
| **BOSS Act Beneficial Owner** | ☐ Yes    ☐ No | | Country | Post/Zip Code |

## Beneficial Owner Particulars - Registrable Legal Entities

*Note: A registrable legal entity is a legal entity which would be a beneficial owner if it were a natural person and falls into one of*

## Transfer-In Pack – BVI Business Company



*the following categories: (a) its securities are listed on a recognised stock exchange or a subsidiary of an entity the securities of which are so listed; (b) it is a BVI regulated investment fund or a subsidiary of such a fund; (c) it is a BVI regulated person or a foreign regulated person; or (d) it is a sovereign state or a wholly owned subsidiary of a sovereign state. Additional information may be requested.*

| Full Legal Name | Registered Address | |
|---|---|---|
| | Address 1 | |
| **Alternative Name(s)** *(if applicable)* | Address 2 | |
| | City | City |
| | Country | Country |
| **Country of Registration** | | |
| **Registration Number** | | |
| **Date of incorporation** | (DD/MM/YYYY) | |
| **Name of Stock Exchange** *(if applicable)* | | |
| **Name of Regulator** *(if applicable)* | | |
| **Location of Beneficial Ownership Database** | Address | |
| **Beneficial Ownership Database** | Address 1 | |
| | Address 2 | |
| | City | City |
| | Country | Country |
| **Contact Details** | Telephone Number | Email Address |

**Beneficial Owner - Exemption**

| Will the company be an exempt person under the BOSS Act? | ☐ Yes ☐ No |
|---|---|

If **YES**, on what basis?

---

### PART E - DIRECTOR(S)

Each director must sign and complete the relevant section in our Compliance Pack (Individuals or Companies or Others) together with a Consent to Act Form signed at their original date of appointment – if you need to reproduce this document please use this template (Individual Directors or Non-Individual Directors).

*Please refer to our Additional Services section for more information about our director services.*

*(Note: Details of additional directors can be entered in Part I.)*

| Name of Director | Qiang Guo | |
|---|---|---|
| **Contact Details** | 00447889700337 | mqgny123@gmail.com |

4315095
Effective October 2019
**EMM 160**

*Transfer-In Pack – BVI Business Company*



| Name of Director | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

| Name of Director | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

## PART F - OFFICER(S)

*(Note: Details of additional officers can be entered in Part I.)*

| Name of Officer | Qiang Guo | |
|---|---|---|
| Contact Details | 00447889700337 | mqgny123@gmail.com |

| Name of Officer | Name | |
|---|---|---|
| Contact Details | Telephone Number | Email Address |

## PART G - COMPLIANCE QUESTIONNAIRE

Any natural person or corporate entity which is listed in one of the following sections must complete a Compliance Questionnaire:

☑ Shareholders in Part C

☑ Beneficial Owners in Part D

☐ Registrable legal entities listed in Part D

☑ Directors listed in Part E

Please refer to our Compliance Pack (Individuals or Companies or Others).

## PART H - LOCATION OF ORIGINAL CORPORATE RECORDS

*Note: It is a mandatory requirement for the Company to keep either: (i) the original; or (ii) a copy of the corporate records listed below at the office of its registered agent. The company must inform the registered agent if original corporate documents will be kept at an alternative address and update the registered agent within 14 days of any change in location of the original records.*

| Corporate Record | Harneys | Alternative Address | |
|---|---|---|---|
| Register of Members | ☑ | Address 1 | |
| | | Address 2 | |
| | | City | State |
| | | Country | Post/Zip Code |
| Contact Details | 00447889700337 | | mqgny123@gmail.com |

6

**Transfer-In Pack – BVI Business Company**



| Corporate Record | Harneys | Alternative Address | |
|---|---|---|---|
| **Register of Directors** | ☑ | Address 1 | |
| | | Address 2 | |
| | | City | State |
| | | Country | Post/Zip Code |
| **Contact Details** | 00447889700337 | | mqgny123@gmail.com |

| Corporate Record | Harneys | Alternative Address | |
|---|---|---|---|
| **Minutes and Resolutions of Directors and Members** | ☑ | Address 1 | |
| | | Address 2 | |
| | | City | State |
| | | Country | Post/Zip Code |
| **Contact Details** | 00447889700337 | | mqgny123@gmail.com |

| Corporate Record | Harneys | Alternative Address | |
|---|---|---|---|
| **Register of Charges** | ☑ | Address 1 | |
| | | Address 2 | |
| | | City | State |
| | | Country | Post/Zip Code |
| **Contact Details** | 00447889700337 | | mqgny123@gmail.com |

*Note: Additional fees will be incurred annually by the Company which must be paid in advance if Harneys are required to maintain the original financial records.*

| Corporate Record | Harneys | Alternative Address | |
|---|---|---|---|
| **Financial records and underlying documentation** | ☐ | Majestic View Manor | |
| | | 20 South Bay Road | |
| | | City | State |
| | | Hong Kong | Post/Zip Code |
| **Contact Details** | 00447889700337 | | mqgny123@gmail.com |

| Harneys can also provide specialised Bookkeeping and Financial Statement preparation services. Would you like us to contact you with more information? | ☐ Yes  ☑ No |
|---|---|

**PART I - ADDITIONAL INFORMATION**

*Transfer-In Pack – BVI Business Company*



Note: Please use this space to provide us with any special instructions or additional information. Any work which is not within the scope of our services may be referred to our affiliate law firm, Harneys Westwood & Riegels LP, who will contact you directly.

N/A

## PART J - PAYMENT INSTRUCTIONS AND BILLING

If you have not received a quote in relation to our services please contact our New Business Team.

**Method of payment:** We accept payments via wire transfer and credit card. Please click here for our payment instructions and use the reference 'New Business' and the proposed name of the Company provided in Part A.

| Instructing Agent/Client | Berkeley Rowe Limited | |
|---|---|---|
| Please indicate your method of payment | ☐ Credit Card   ☑ Wire | |
| Billing Address | Marble Arch Park House | |
| | 116 Park Street, Mayfair | |
| | London | City |
| | United Kingdom | W1K 6SS |
| Billing Email (Note: We only send invoices by email.) | tomkeya@berkeleyrowe.com | |

## PART K - DECLARATION AND UNDERTAKING

I declare that I have read the **Terms and Conditions** and request that Harneys Fiduciary proceed with the Transfer-In of the Company according to the details provided in this Pack and I am authorised by each data subject to provide their personal data to Harneys Fiduciary. I certify that the information provided in this Pack is true and correct to the best of my knowledge, and I undertake to inform Harneys Fiduciary promptly should any of the provided details change. I further confirm that no situation has occurred where I have reason to believe that there may be legal or tax issues in connection with this structure and the laws and institutions of any jurisdiction.

| Full Name | Qiang Guo |
|---|---|
| Name of corporate entity (if applicable) | Bravo Luck Limited |
| Position with corporate entity (if applicable) | Shareholder |
| Signature | |
| Date | 17/09/2020 |

4315095
Effective October 2019
**EMM 163**

*Transfer-In Pack – BVI Business Company*



## ADDITIONAL SERVICES

### Company Secretarial Services

Our company administration teams provide secretarial and administrative support including acting as company secretary throughout the life of a business or project. This includes maintenance of company records.

### Nominee Shareholder Services & Trust Services

We provide nominee shareholder services. For clients interested in succession planning involving their BVI business company shares we would invite you to consider the use of our trust services. Our experienced team of private wealth practitioners can advise you on this process. One of the key benefits of succession planning through trusts is avoiding the time, cost and publicity associated with a BVI probate application.

### Director Services

Harneys Fiduciary offers both corporate directors and qualified professionals who may be appointed to serve as directors of a BVI Company. Provision of director services is considered on a case by case basis, however, taking into consideration the type of company and its activities.

### Bank Accounts

We work closely with numerous financial institutions in the BVI and internationally and can help you open a bank account for your new company quickly and efficiently. We can provide authorised signatories for bank accounts and maintain and keep your financial records.

### Accounting Services

Harneys Fiduciary has its own in-house accounting team specialising in the provision of bookkeeping and accounting services to meet the needs of companies, limited partnerships and trusts.

Our accounting services include maintenance of financial records, preparation of monthly, quarterly, or annual management accounts, preparation of annual financial statements and liaising with external auditors and advisors as required.

We can also provide access to auditors and other specialists outside our firm if this is necessary to meet your particular needs. Our connections both locally in the BVI and internationally are numerous and well established.

### Other Services

Harneys Fiduciary also provides other services including liquidation services, authorised representative services, safe custody, escrow and a wide range of corporate secretarial services provided on an ad-hoc basis.

If you have any questions or would like more information on any of the above services please contact us.

4315095
Effective October 2019
**EMM 164**

## *Compliance Questionnaire - Companies*



### DUE DILIGENCE REQUIREMENTS - COMPANIES

In accordance with British Virgin Islands anti-money laundering legislation and regulations, Harneys is required to conduct due diligence. A simplified procedure may apply for legal entities that are regulated in a recognised jurisdiction or listed on a recognised stock exchange and/or entities where Harneys may already have the required information. If you think the company may be eligible for simplified due diligence, please contact us at Harneys. The form is interactive which means that you can complete it on-screen and click on links, but it can also be printed and completed by hand. Harneys reserves the right to make appropriate and reasonable requests for additional information as required.

### ✓    CORPORATE DUE DILIGENCE

You will need to  provide Harneys with copies of the following documentation:

a.      Certificate of Formation/Incorporation;
b.      Memorandum & Articles of Association (or equivalent governing institution)

### ✓    REGISTERED OWNERSHIP AND CONTROL

Harneys will need to verify identity for directors, shareholders and ultimate beneficial owners. Please provide the following documentation:

a.      Register of Directors and Register of Shareholders (or equivalent, eg a Certificate of Incumbency)

Click here for access to the individual compliance questionnaire:
http://assets.harneys.com/docs/compliance_forms/Compliance_Requirements-Individuals.pdf

### ✓    ULTIMATE BENEFICIAL OWNERSHIP

If the registered shares are held on behalf of a beneficial owner by a nominee, Harneys will also need to verify identity for such individual beneficial owners. Companies with several corporate layers of ownership and/or control will be asked to provide a certified structure chart, which enables us to understand who the individuals are behind the structures.

### ✓    QUESTIONNAIRE

Please complete the compliance questionnaire for individuals; print, sign and scan a copy to your Harneys contact. The form is interactive which means that you can complete it on-screen and click on links, but it can also be printed and completed by hand. Your Harneys representative will be able to provide any assistance or guidance you may need. You must return this to Harneys along with the required documentation, such as proof of address and identity and any other information Harneys requested.

### ✓    INFORMATION

To help ensure that your documents will meet the requirements, you may find our document certification cover letter useful. The template is easy to use and you can find it by clicking here:
http://assets.harneys.com/docs/Compliance_Forms/Document_Certification.pdf.

A certifier needs to be good standing and subject to enforced standards of professional conduct (such as a lawyer

4112984_1

EMM 165

## Compliance Questionnaire - Companies



or an accountant). If you would like to know more about our due diligence procedures, please contact us at Harneys who will be happy to help.

Harneys reserves the right to make reasonable requests for additional documentation from time to time ensure compliance with regulatory obligations.

**EMM 166**

## Compliance Questionnaire - Companies



| COMPLIANCE INFORMATION | | |
|---|---|---|
| Full legal name | Bravo Luck Limited | |
| Former name(s) | N/A | |
| Trading name(s) or aliases | Bravo Luck Limited | |
| Date of formation | *(DD/MM/YYYY)* | |
| Country of formation | British Virgin Islands | |
| Current country of registration *(if different from above)* | N/A | |
| Current registration number | 1767862 | |
| Country of tax residence | British Virgin Islands | |
| Place(s) of business/trading activity | British Virgin Islands | |
| Telephone number(s) *(please include country prefix)* | N/A | |
| Website and contact e-mail address(es) | N/A | |
| Registered Office address | Bravo Luck Limited | |
| | Road Town | |
| | Tortola | County/State |
| | British Virgin Islands | Post/Zip code |
| Address for service of documents | P.O. Box 957, Offshore Incorporations Centre | |
| | Road Town | |
| | N/A | County/State |
| | British Virgin Islands | Post/Zip code |
| Mailing address *(if different from either address above)* | Address 1 | |
| | Address 2 | |
| | City | County/State |
| | Country | Post/Zip code |

4112984_1

EMM 167

## Compliance Questionnaire - Companies

**HARNEYS**

| | |
|---|---|
| If the company offers public securities please indicate ticker symbol and name of stock exchange. | N/A |
| If the company is a licensed, authorised or regulated financial services firm, please indicate name of regulator and jurisdiction. | **Company Limited by Shares** |
| If the company is a professional practitioner (like an accountancy or legal firm) and subject to AML regulations, please indicate regulator and jurisdiction. | N/A |

**Director's statement as to the nature of the company's business**

Please provide the purpose of the company and a detailed description of its main activity(ies).

Holding company that conducts investments in different businesses.

**Source of Funds**

Please provide a detailed description of the source of funding for the company.

N/A

**Ultimate Beneficial ownership**

Please list the names of all Beneficial Owner(s) who own and/or control this entity

N/A

4112984_1

**EMM 168**

## Compliance Questionnaire - Companies



### DECLARATION

I/We declare (as director(s) of the company) that the information provided in this form is, to the best of my/our knowledge and belief, accurate and complete. I/We undertake to advise Harneys promptly of any change in circumstances, which may cause any of the above provided particulars to be inaccurate or incomplete.

| | |
|---|---|
| Signing on behalf of | Qiang Guo |
| Directors' quorum of the company | Quorom Present |
| Signature | |
| Name | Qiang Guo |
| Position/Capacity | Shareholder and Director |
| Date | 17/09/2020 |

4112984_1

EMM 169

OBSERVATIONS



We hereby certify this to be
a true copy of the original.

在本證件有效期內
香港特別行政區的持有人

The bearer has ... to
return to ...
Special Adminis...
during the vali...
document.

**Berkeley Rowe Solicitors**
116 Park St, London W1K 6SS

18.09.2020



## BERKELEY
### ROWE

Berkeley Rowe Solicitors
116 Park St, London W1K 6SS
www.berkeleyrowe.com
020 3786 8965

---

中 華 人 民 共 和 國 香 港 特 別 行 政 區
**HONG KONG SPECIAL ADMINISTRATIVE REGION, PEOPLE'S REPUBLIC OF CHINA**

簽證身份書 / 類別 / TYPE    簽發國代碼 / CODE OF ISSUING STATE    證件號碼 DOCUMENT NO
DOCUMENT OF IDENTITY    PH    CHN

姓 / SURNAME
郭 / GUO

名 / GIVEN NAMES
強 / QIANG

國籍 / NATIONALITY
CHINESE

性別 / SEX
M

簽發日期 / DATE OF ISSUE

出生日期 / DATE OF BIRTH
22 FEB 87

出生地點 / PLACE OF BIRTH
SHANDONG

有效期至 / DATE OF EXPIRY
03 NOV 21

簽發機關 / AUTHORITY
香港特別行政區 入境事務處
IMMIGRATION DEPARTMENT, HONG KONG SPECIAL ADMINISTRATIVE REGION

PHCHNGUO<<QIANG<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

# Revolut

**GBP Statement**

Date: 1 Sep 2020 to 18 Sep 2020

**Qiang Guo**

Flat 6
5 Princes Gate
London
SW71QJ
United Kingdom

**Report Lost or Stolen Card:**

+44 20 3322 8352

**Account Number:**
**Sort Code:**

## Account Summary

| | |
|---|---|
| Total Balance as of 18 September | £1,090.19 |
| Card Payments | £95.27 |
| Money Sent | £0.00 |
| Money Received | £0.00 |
| Top Up | £0.00 |
| ATM Withdrawals | £0.00 |
| Exchange In | £0.00 |
| Exchange Out | £0.00 |
| Revolut Fees | £12.99 |

We hereby certify this to be
a true copy of the original.

Berkeley Rowe Solicitors
116 Park St. London W1K 6SS

**BERKELEY
ROWE**

Berkeley Rowe Solicitors
116 Park St. London W1K 6SS
www.berkeleyrowe.com
020 3786 8965

Akbar Ali
18/09/2020

**EMM 171**

**Transactions**

| Completed Date | Description | Paid Out | Paid In | Balance |
|---|---|---|---|---|
| 16 Sep | Uber *trip | £ 60.80 | | £1,090.19 |
| 16 Sep | Uber | £ 34.47 | | £1,150.99 |
| 14 Sep | Metal plan fee | £ 12.99 | | £1,185.46 |

© 2020 Revolut Ltd Revolut Ltd (Company No. 08804411) is authorised by the Financial Conduct Authority under the Electronic Money Regulations 2011 (Firm Reference 900562). Registered address: 9th Floor 107 Cheapside, London, EC2V 6DN, United Kingdom. Revolut Ltd is an Appointed Representative of Lending Works Ltd (for the activity of "operating an electronic system for lending" only) and Revolut Travel Ltd (for the purposes of designated investment business only). Transaction information is available through the Revolut app for six years after you close your account. If you need to keep a copy of the information after then, you will need to download it. You can download information from the app at any time.