# EXHIBIT 69

**THE EASTERN CARIBBEAN SUPREME COURT**
**BRITISH VIRGIN ISLANDS**
**IN THE HIGH COURT OF JUSTICE**
**COMMERCIAL DIVISION**

**Claim No 0137 of 2020**

**BETWEEN**

**PACIFIC ALLIANCE ASIA OPPORTUNITY FUND LP**

<b>Claimant</b>

and

**GENEVER HOLDINGS CORP**
**BRAVO LUCK LIMITED**
**KWOK HO WAN (also known as MILES KWOK, HO WAN KWOK and GUO WEN GUI)**
**QIANG GUO (also known as QUO QIANG and MILESON KWOK)**

<b>Defendants</b>

---

### ORDER

---

### APPLEBY

**Legal Practitioners for the Claimant**

Appleby (BVI) Limited
Tel:  +1 284 393 5323
Email:  awillins@applebyglobal.com

Ref:  AW.432766.0003

35478231v1


approved
aj

21st January 2021

**THE EASTERN CARIBBEAN SUPREME COURT**
**BRITISH VIRGIN ISLANDS**
**IN THE HIGH COURT OF JUSTICE**
**COMMERCIAL DIVISION**

**Claim No 0137 of 2020**

**BETWEEN**

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND LP

**Claimants**

And

(1) GENEVER HOLDINGS CORP
(2) BRAVO LUCK LIMITED
(3) KWOK HO WAN (also known as MILES KWOK, HO WAN KWOK and GUO WEN GUI)
(4) QIANG GUO (also known as QUO QIANG and MILESON KWOK)

**Defendants**

and

(1) HARNEYS CORPORATE SERVICES LIMITED
(2) FFP (BVI) LIMITED
(3) TRIDENT TRUST COMPANY (BVI) LIMITED
(4) COMMERCE OVERSEAS LIMITED

**Disclosure Respondents**

---

**ORDER**

---

**BEFORE**:    The Honourable Mr Justice Adrian Jack [AG]

35478231v1                                                                                              1

**MADE**:     11 January 2021

**ENTERED**:  __ January 2021

**UPON** the application filed by the Second Defendant (**Bravo Luck**) on 1 December 2020 to recall the order made on 19 November 2020 releasing the Claimant from its undertaking as to the use of documents disclosed pursuant to the order dated 30 October 2020

**AND UPON HEARING** Mr Dan Wise of O'Neal Webster on behalf of Bravo Luck, and Mr Andrew Willins of Appleby (BVI) Limited on behalf of the Claimant

**IT IS ORDERED** that:

1   Bravo Luck's application dated 1 December 2020 be dismissed;

2   The Order dated 19 November 2020 shall be sealed by the Registrar;

3   Bravo Luck shall pay the Claimant's costs of this application, to be assessed if not agreed.

BY THE COURT

_____

for the REGISTRAR