TROUTMAN PEPPER
HAMILTON SANDERS LLP
Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
francis.lawall@troutman.com

*Counsel for Bravo Luck Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | **RE:  ECF No. 35, 36, 37** |

## CERTIFICATE OF SERVICE

I, Francis J. Lawall, hereby certify that on January 27, 2021, I caused to be served the foregoing *Objection of Bravo Luck Limited to Motion of Pacific Alliance Asia Opportunity Fund L.P. for an Order Under 11 U.S.C. § 1112(b) Converting The Debtor's Case to a Case Under Chapter 7 or, in the Alternative, for an Order Under 11 U.S.C. § 1104(A) Appointing a Trustee to Administer the Debtor's Estate* via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) email upon the parties listed on the attached service list.

Dated: January 27, 2021
       Philadelphia, PA

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Francis J. Lawall*
Francis J. Lawall (PA Bar No. 43932)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: francis.lawall@troutman.com
*Counsel for Bravo Luck Limited*

#112994493 v1

| | |
|---|---|
| J. Ted Donovan<br>Kevin J. Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036<br>TDonovan@GWFGlaw.com<br>KNash@gwfglaw.com<br>*Counsel for Debtor* | Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>richard.morrissey@usdoj.gov |
| Edward Moss<br>Stuart Sarnoff<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>emoss@omm.com<br>ssarnoff@omm.com<br>*Counsel for Pacific Alliance Asia Opportunity Fund L.P.* | Douglas E. Spelfogel<br>Alissa Nann<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>dspelfogel@foley.com<br>anann@foley.com<br>*Counsel for Pacific Alliance Asia Opportunity Fund L.P.* |
| Gabriel Sasson<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>gsasson@stroock.com<br>*Counsel for The Sherry-Netherland, Inc.* | |