UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                          Chapter 11

Genever Holdings LLC,                           Case No. 20-12411-JLG

                        Debtor.

------------------------------------------------------------x

## DECLARATION OF SERVICE

I, J. Ted Donovan, declare the following under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On February 3, 2021, I caused to be served Notice of Deadline Requiring Filing of Proofs of Claim, together with a Proof of Claim form on those creditors and parties set forth in the attached Schedule õAö, by regular mail, by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Dated: New York, New York
        February 4, 2021

                                    /s/ J. Ted Donovan

## SERVICE LIST

Adam Leitman Bailey P.C.
1 Battery Park Plz Fl 18
New York, NY 10004-1646

Lawall & Mitchell LLC
162 E 64th St
New York, NY 10065-7478

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

Qiang Guo
c/o Bravo Luck Limited
P.O. Box 957
Off Shore Incorporation Centre
Road Town, Tortola

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Bravo Luck Lim0000ited
P.O. Box 957
Off Shore Incorporation Centre
Road Town, Tortola
British Virgin Islands

New York State Attorney General
120 Broadway
New York, NY 10271-0002

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Romer Debbas LLP
275 Madison Ave Ste 801
New York, NY 10016-1153

Pacific Alliance Asia Opportunity Fund
c/o Stuart Sarnoff, Esq.
O'Melveny & Myers
7 Times Sq
New York, NY 10036-6524

Pacific Alliance Asia Opportunity Fund
c/o Douglas Spelfogel, Esq.
Foley & Lardner LLP
50 Park Avenue
New York, NY 10016-1314

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

Pacific Alliance Asia Opportunity Fund
c/o Daniel Shamah, Esq.
O'Melveny & Myers
7 Times Sq
New York, NY 10036-6524

The Sherry Netherland
c/o Gabriel Sasson, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Pacific Alliance Asia Opportunity Fund
c/o Edward Moss, Esq.
O'Melveny & Myers
7 Times Sq
New York, NY 10036-6524

2