# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Date: **February 3, 2021**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411-JLG |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Kevin Nash, Esq., Counsel to the Debtor |
| | Francis Lawall, Esq., Counsel to Bravo Luck |
| | Gabriel Sasson, Esq., Counsel to Sherry-Netherland |
| | Douglas Spelfogel, Esq., Counsel to Pacific Alliance Asia Opportunity Fund, L.P. |
| | Richard Morrissey, Esq., Counsel to the United States Trustee |
| Proceedings: | Case Conference; Motion for Relief from Stay; Motion to Convert |
| Order: | The above referenced proceedings are hereby adjourned to **February 11, 2021, at 3:00 p.m. (ET)**. |
| | On or before **February 10, 2021, at 12:00 p.m. (ET)**, the Debtor's Counsel shall file a status letter with the Court (and mail two single-sided courtesy copies to Chambers). |

BY THE COURT.

February 7, 2021
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge