UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                                    Chapter 11

Genever Holdings LLC,                                                    Case No. 20-12411-JLG

                      Debtor.
---------------------------------------------------------x

## ORDER AUTHORIZING RETENTION
## OF GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
## AS BANKRUPTCY COUNSEL FOR THE DEBTOR

Upon the application (the "Application") of Genever Holdings LLC (the "Debtor"), together with the Declaration of Disinterestedness of Kevin J. Nash, Esq. and the Declaration of Kwok Ho Wan a/k/a Miles Kwok; and good cause having been shown; and no adverse interest being represented; it is hereby

**ORDERED**, that the Debtor is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as their bankruptcy counsel, pursuant to 11 U.S.C. § 327(a) as of the Petition Date; and it is further

**ORDERED**, that all compensation to be paid to Goldberg Weprin Finkel Goldstein LLP shall be subject to written application and notice and a hearing, pursuant to the provisions of 11 U.S.C. §§ 330 and 331 and applicable Bankruptcy Rules; and it is further

**ORDERED**, that ten business days prior to any increases in Goldberg Weprin Finkel Goldstein LLP rates, Goldberg Weprin Finkel Goldstein LLP shall file a supplemental affidavit with the Court (the "Supplemental Affidavit"). The Supplemental Affidavit shall explain the basis for the requested rate increase in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. All parties, including the United States Trustee, retain all rights to object to or

otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

**ORDERED**, that ten business days prior to any increases in Goldberg Weprin Finkel Goldstein LLP rates, Goldberg Weprin Finkel Goldstein LLP shall file a supplemental affidavit with the Court (the "Supplemental Affidavit"). The Supplemental Affidavit shall explain the basis for the requested rate increase in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. All parties, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard provided for in Section 330 of the Bankruptcy Code.

Dated: New York, NY
      February 8, 2021

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.

No Objection
Office of the U.S. Trustee

By:    /s/ Richard C. Morrissey
      Richard C. Morrissey
      Trial Attorney
      January 8, 2021