| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>March 4, 2021 at 10:00 a.m. |

---------------------------------------------------------------x

In re:                                                                    Chapter 11

Genever Holdings LLC,                                  Case No. 20-12411 (JLG)

                                    Debtor.

---------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTOR'S MOTION TO THE EXTEND EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)**

**PLEASE TAKE NOTICE** that upon the annexed motion of Genever Holdings LLC (the "Debtor"), a hearing will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York, via Court Solutions on March 4, 2021 at 10:00 a.m. to consider the Debtor's motion pursuant to 11 U.S.C. Section 1121(d)(1) for an order extending the Debtor's exclusive period to file a plan of reorganization for sixty (60) days from February 9, 2021 until April 12, 2021, and the concomitant period in which to solicit acceptances for sixty (60) days, or from April 12, 2021 to June 11, 2021, pursuant to 11 U.S.C. §1121(d)(1).

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com, in accordance with General Order M-543.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, shall be filed in writing through the Clerk's ECF system, with two copies delivered to the Hon. James L. Garrity Jr. at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004, and a copy served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, knash@gwfglaw.com, all so as to be received no later than February 25, 2021.

Dated: New York, NY
       February 9, 2021

                                        Goldberg Weprin Finkel Goldstein LLP
                                        Attorneys for the Debtor
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        (212) 221-5700

                                        By:    /s/ J. Ted Donovan, Esq.