# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*▲†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE MCLEOD*
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

Kevin J. Nash, Esq.
Direct (212) 301-6944
Facsimile (212) 221-6532
KNash@GWFGLaw.com

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
º ALSO ADMITTED IN CALIFORNIA
♦ MEMBER OF FLORIDA & DC & NY

February 10, 2021

*Via ECF and Email*
Hon. James L. Garrity
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   Genever Holdings LLC
      Case No. 20-12411-JLG
      Status Letter

Dear Judge Garrity:

I apologize for being late in providing this updated status letter to Your Honor, but I just received authorization from Mr. Spelfogel to circulate the final version of the proposed settlement agreement (as agreed by the Debtor, PAX and Bravo Luck) to the U.S. Trustee and counsel for the Sherry Netherland for their review. The proposed settlement is being emailed to Mr. Morrissey and Mr. Sasson simultaneously herewith. I am not yet filing a copy on the ECF docket or forwarding it to the Court, as I believe Mr. Morrissey and Mr. Sasson are certainly entitled to review the document first.

I imagine we will update the Court further as to next steps at the hearing tomorrow, although I am heartened that there is agreement between the Debtor, PAX and Bravo Luck at this point.

Respectfully yours,

/s/ Kevin J. Nash, Esq.

cc:    Francis Lawall, Esq. (via ECF and Email)
       Douglas Spelfogel, Esq. (via ECF and Email)
       Richard Morrissey, Esq. (via ECF and Email)
       Gabriel Sasson, Esq. (via ECF and Email)