# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▴†
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ

J. TED DONOVAN
DORAN I. GOLUBTCHIK
MICHELLE McLEOD*
ARTHUR A. HIRSCHLER
GERALD BUKARY
ELI RAIDER
SERGIO J. TUERO*
JAY SIMENS
STEWART WOLF*
CHRISTOPHER R. CLARKE
ERIC ZARATIN
PREET S. BAGGA
RAQUEL GOLDSTEIN
NEIL I. ALBSTEIN*
MICHAEL B. PODOLSKY*
JACQUELYN F. SCHWALB
EVAN LAZEROWITZ*
SARAH BENJI*

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▴ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◦ ALSO ADMITTED IN CALIFORNIA
≈ MEMBER OF FLORIDA & DC & NY

Kevin J. Nash, Esq.
Direct (212) 301-6944
Facsimile (212) 221-6532
KNash@GWFGLaw.com

February 17, 2021

*Via ECF and Email*
Hon. James L. Garrity
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   Genever Holdings LLC  Case No. 20-12411-JLG
      Status Letter

Dear Judge Garrity:

Please accept this updated status letter in the above matter. The settlement document is now in full circulation. We fielded comments from the attorneys for the Sherry Netherland and the parties are exchanging and circulating revised drafts to incorporate comments by Mr. Sasson and the responses thereto. We also provided Mr. Morrissey with statutory authority for the retention of the Sales Officer, and I understand that the matter is still under review by his office.

On a personal note, I am scheduled for my vaccine tomorrow in Far Rockaway, Queens. Accordingly, I am requesting that the Court adjourn the conference to a date convenient to Your Honor early next week. I have consent from Mr. Spelfogel, Mr. Morrissey, Mr. Sasson and Mr. Lawall to this requested adjournment. By that time, I am reasonably confident that we will have a final document for the Court's review.

Thank you for your consideration of my request.

Respectfully yours,

Kevin J. Nash, Esq.

cc:    Francis Lawall, Esq. (via ECF and Email)
       Douglas Spelfogel, Esq. (via ECF and Email)
       Richard Morrissey, Esq. (via ECF and Email)
       Gabriel Sasson, Esq. (via ECF and Email)