**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Genever Holdings LLC    CASE NO.: 20–12411–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
47–3338202

---

## NOTICE TO ALL INTERESTED PARTIES

Please be advised that all matters scheduled for 2/18/2021 have been adjourned to 3/9/2021 at 11:00 a.m.

Dated: February 17, 2021                                Vito Genna
                                                        Clerk of the Court