# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 2/17/2021 |
| Case: 20−12411−jlg | Form ID: 143 | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr       The Sherry−Netherland, Inc.
cr       Pacific Alliance Asia Opportunity Fund L.P.
intp     Bravo Luck Limited

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
aty     Daniel Shamah     dshamah@omm.com
aty     Douglas E. Spelfogel     dspelfogel@foley.com
aty     Edward Moss     emoss@omm.com
aty     Francis J. Lawall     francis.lawall@troutman.com
aty     Gabriel Sasson     gsasson@stroock.com
aty     J. Ted Donovan     TDonovan@GWFGlaw.com
aty     Kevin J. Nash     KNash@gwfglaw.com
aty     Richard C. Morrissey     richard.morrissey@usdoj.gov
aty     Stuart Sarnoff     ssarnoff@omm.com

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Genever Holdings LLC     781 Fifth Avenue     Apt. 1801     New York, NY 10022−5520
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551
smg     New York City Dept. Of Finance     Office of Legal Affairs     375 Pearl Street, 30th Floor     New York, NY 10038
smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
7772040     Adam Leitman Bailey P.C.     1 Battery Park Plz Fl 18     New York, NY 10004−1646
7772041     Bravo Luck Limited     P.O. Box 957     Off Shore Incorporation Centre     Road Town, Tortola     British Virgin Islands
7793717     Foley & Lardner LLP     90 Park Avenue     New York, NY 10016
7772042     Internal Revenue Service     Centralized Insolvency Operations     PO Box 7346     Philadelphia, PA 19101−7346
7772043     Lawall & Mitchell LLC     162 E 64th St     New York, NY 10065−7478
7772045     NYC Dep't of Finance     Legal Affairs     345 Adams St Fl 3     Brooklyn, NY 11201−3719
7772046     NYC Dept of Law     Attn: Bernadette Brennan, Esq.     100 Church St Rm 5−233     New York, NY 10007−2601
7772047     NYS Dep't of Taxation     Bankruptcy/Special Procedure     PO Box 5300     Albany, NY 12205−0300
7772044     New York State Attorney General     120 Broadway     New York, NY 10271−0002
7793716     O'Melveny & Myers LLP     Daniel Shamah     7 Times Square     New York, NY 10036
7772048     Pacific Alliance Asia     Opportunity Fund LP     c/o O'Melveny & Myers     7 Times Sq     New York, NY 10036−6524
7792608     Pacifica Alliance Asia Opportunity Fund L.P.     c/o D. Spelfogel, R. Bernard and A. Nann     Foley & Lardner LLP     90 Park Avenue     New York, NY 10016
7772049     Qiang Guo     c/o Bravo Luck Limited     P.O. Box 957     Off Shore Incorporation Centre     Road Town, Tortola     British Virgin Islands
7772050     Romer Debbas LLP     275 Madison Ave Ste 801     New York, NY 10016−1153
7772051     The Sherry Netherland     781 5th Ave     New York, NY 10022−1092
7772669     The Sherry−Netherland, Inc.     c/o Stroock & Stroock & Lavan LLP     Attn Gabriel E. Sasson, Esq.     180 Maiden Lane     New York, NY 10038

TOTAL: 22