UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                    Chapter 11

Genever Holdings LLC,                                       Case No. 20-12411 (JLG)

                                  Debtor.
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that all matters scheduled to be heard on March 4, 2021 have been adjourned to March 9, 2021 at 11:00 a.m., when they will be heard before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, by telephone. Parties who wish to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com.

Dated: New York, NY
        March 3, 2021

                                                      Goldberg Weprin Finkel Goldstein LLP
                                                      Attorneys for the Debtor
                                                      1501 Broadway, 22nd Floor
                                                      New York, New York 10036
                                                      (212) 221-5700

                                                      By:    /s/ J. Ted Donovan, Esq.