## GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

1501 BROADWAY
22ND FLOOR
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KNash@GWFGLaw.com

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◦   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

March 5, 2021

*Via ECF and Email*
Hon. James L. Garrity
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:  Genever Holdings LLC  Case No. 20-12411-JLG
     Status Letter

Dear Judge Garrity:

Please accept this updated status letter in the above matter. The parties have finalized the settlement, and we have filed a motion for its approval. If it is satisfactory with the Court, we would like to discuss scheduling a hearing to consider the settlement at the status conference on Tuesday, March 9, 2021.

Respectfully yours,

/s/ Kevin J. Nash, Esq.

cc:  Francis Lawall, Esq. (via ECF and Email)
     Douglas Spelfogel, Esq. (via ECF and Email)
     Richard Morrissey, Esq. (via ECF and Email)
     Gabriel Sasson, Esq. (via ECF and Email)