| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date:  April 27, 2021<br>Hearing Time: 10:00 a.m. |

---------------------------------------------------------x

In re

GENEVER HOLDINGS, LLC,

          Debtor.

---------------------------------------------------------x

Case No. 20-12411 (JLG)

<u>Chapter 11</u>

### AMENDED NOTICE OF UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO SECTION 1104 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, upon the within motion and the concurrently filed memorandum of law, William K. Harrington, the United States Trustee for Region 2, in furtherance of the duties and responsibilities set forth in 28 U.S.C. § 586(a)(3) and (a)(5), will move this Court before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **April 27, 2021, at 10:00 a.m.** (the "**Hearing Date**")**,** or as soon thereafter as counsel can be heard, for an order directing the appointment of a Chapter 11 trustee pursuant to section 1104 of the Bankruptcy Code, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Court's General Order M-543, dated March 20, 2020 ("General Order M-543"), **the Hearing will be conducted telephonically**. Parties wishing to participate in the Hearing should reference General Order M-543 for further instructions on how to make a telephonic appearance.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed

with the Court, with a copy to Chambers, provided, however, that pursuant to *general order* No. M-399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov, and personally served on the United States Trustee, at 201 Varick Street, Room 1006, New York, New York 10014, to the attention of Richard C. Morrissey, Esq., by no later than seven (7) days prior to the Hearing Date. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
      March 23, 2021

                            WILLIAM K. HARRINGTON
                            UNITED STATES TRUSTEE
                            Region 2

          By:    */s/ Richard C. Morrissey*
                  Richard C. Morrissey
                  Trial Attorney
                  U.S. Federal Bldg.
                  201 Varick Street, Room 1006
                  New York, New York 10004
                  Tel. No. (212) 510-0500
                  Fax No. (212) 668-2255