UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

GENEVER HOLDINGS, LLC,

         Debtor.

-----------------------------------------------------------x

Case No. 20-12411 (JLG)

<u>Chapter 11</u>

## CERTIFICATE OF SERVICE

       I, Richard C. Morrissey, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

       On March 23, 2021, I caused service by regular mail to be made of copies of the motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 trustee pursuant to section 1104 of the Bankruptcy Code (ECF Doc. No. 64) upon the parties listed on the attached Creditor Matrix.

       In addition, on March 22, 2021, I served the Motions on Kevin J. Nash, Esq. of Goldberg Weprin Finkel Goldstein LLP, counsel to debtor; Douglas E. Spelfogel of Foley & Lardner LLP, counsel to Pacific Alliance Asia Opportunity Fund, L.P.; Francis J. Lawall, Esq., Troutman Pepper Hamilton Sanders LLP, counsel to Bravo Luck Limited; and Gabriel E. Sasson, Esq., counsel to The Sherry-Netherland, Inc.; by electronic mail.

Dated: New York, New York
       March 25, 2021

                                                 */s/ Richard C. Morrissey*
                                                 Richard C. Morrissey