| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 20-12411-jlg<br>Southern District of New York<br>Manhattan<br>Tue Mar 23 13:13:31 EDT 2021 | Genever Holdings LLC<br>781 Fifth Avenue<br>Apt. 1801<br>New York, NY 10022-5520 | Pacific Alliance Asia Opportunity Fund L.P. |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | Adam Leitman Bailey P.C.<br>1 Battery Park Plz Fl 18<br>New York, NY 10004-1646 | Bravo Luck Limited<br>P.O. Box 957<br>Off Shore Incorporation Centre<br>Road Town, Tortola<br>British Virgin Islands |
| Bravo Luck Limited<br>c/o Troutman Pepper<br>3000 Two Logan Square, 18th and Arch Sts<br>Philadelphia, PA 19103 | Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016-1301 | Golden Spring New York Ltd<br>c/o Berkeley Rowe<br>Marble Arch Park House, 116 Park St<br>Mayfair, London   UK   W1K 6SS |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lawall & Mitchell LLC<br>162 E 64th St<br>New York, NY 10065-7478 | NYC Dep't of Finance<br>Legal Affairs<br>345 Adams St Fl 3<br>Brooklyn, NY 11201-3739 |
| NYC Dept of Law<br>Attn: Bernadette Brennan, Esq.<br>100 Church St Rm 5-233<br>New York, NY 10007-2601 | NYS Dep't of Taxation<br>Bankruptcy/Special Procedure<br>PO Box 5300<br>Albany, NY 12205-0300 | (p)NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NY NY 10005-1496 |
| O'Melveny & Myers LLP<br>Daniel Shamah<br>7 Times Square<br>New York, NY 10036-6524 | Pacific Alliance Asia<br>Opportunity Fund LP<br>c/o O'Melveny & Myers<br>7 Times Sq<br>New York, NY 10036-6524 | Pacific Alliance Asia Opportunity Fund L.P.<br>c/o Foley & Lardner LLP, Attn: Douglas S<br>90 Park Avenue<br>New York, NY 10016-1301 |
| Pacifica Alliance Asia Opportunity Fund L.P<br>c/o D. Spelfogel, R. Bernard and A. Nann<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016-1301 | Qiang Guo<br>c/o Berkeley Rowe<br>Marble Arch Park House, 116 Park St<br>Mayfair, London  UK  W1K 6SS | Qiang Guo<br>c/o Bravo Luck Limited<br>P.O. Box 957<br>Off Shore Incorporation Centre<br>Road Town, Tortola<br>British Virgin Islands |
| Romer Debbas LLP<br>275 Madison Ave Ste 801<br>New York, NY 10016-1153 | The Sherry Netherland<br>781 5th Ave<br>New York, NY 10022-1046 | The Sherry-Netherland, Inc.<br>c/o Stroock & Stroock & Lavan LLP<br>Attn Gabriel E. Sasson, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-7016 | J. Ted Donovan<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 | Kevin J. Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>1501 Broadway<br>22nd Floor<br>New York, NY 10036-5600 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

New York State Attorney General
120 Broadway
New York, NY 10271-0002


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bravo Luck Limited

(u)The Sherry-Netherland, Inc.

(d)The Sherry-Netherland, Inc.
c/o Stroock & Stroock & Lavan LLP
Attn: Gabriel E. Sasson, Esq.
180 Maiden Lane
New York, NY 10038-4982


End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29