# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Date: **March 9, 2021**
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411-JLG |
| Debtor. | |

------------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Kevin Nash, Esq., Counsel to the Debtor<br>Francis Lawall, Esq., Counsel to Bravo Luck<br>Gabriel Sasson, Esq., Counsel to Sherry-Netherland<br>Douglas Spelfogel, Esq., Counsel to Pacific Alliance Asia Opportunity Fund, L.P.<br>Richard Morrissey, Esq., Counsel to the United States Trustee |
| Proceedings: | Case Conference; Motion for Relief from Stay; Motion to Convert |
| Order: | The above referenced proceedings are hereby adjourned to **April 27, 2021, at 10:00 p.m. (ET)**. |

BY THE COURT.

March 25, 2021
New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge