UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    Chapter 11

Genever Holdings LLC,                                     Case No. 20-12411 (JLG)

                                    Debtor.
---------------------------------------------------------x

## ORDER GRANTING DEBTOR'S
## MOTION TO EXTEND EXCLUSIVE PERIODS

Upon the motion (the "Motion") of Genever Holdings LLC, (the "Debtor"); and good and proper service of the Motion having been made; and no opposition having been filed or asserted in connection with the Motion; and following a hearing held before the undersigned on March 9, 2021, the record of which is incorporated by reference; it is hereby

ORDERED, that pursuant to Section 1121(d)(1) of the Bankruptcy Code and local Bankruptcy Rule 9006-2, (i) the exclusive period during which only the Debtor may file a plan of reorganization is hereby extended for sixty (60) days from February 9, 2021 until April 12, 2021, and the concomitant exclusive period during which only the Debtor may solicit acceptances or rejections to such plan of reorganization as may be filed is likewise extended for sixty (60) days, or from April 12, 2021 to June 11, 2021.

Dated: New York, New York
       March 25, 2021

                                                                             /s/ *James L. Garrity, Jr.*
                                                                             Hon. James L. Garrity, Jr.