UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Genever Holdings LLC**  
**Debtor**

Case No. **20-12411-JLG**  
Reporting Period: **2/1/21-2/28/21**

Federal Tax I.D. # **47-3338202**

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | x | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Yanping Wang

Signature of Authorized Individual*

Yanping Wang  
Printed Name of Authorized Individual:

3/31/2021  
Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Genever Holdings LLC  
Debtor

Case No. 20-12411-JGL  
Reporting Period: 2/1/21-2/28/21

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the fhree bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | |
|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER |  | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $0.00 |  | $0.00 |
| **RECEIPTS** | | | |
| RENT RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | |
| LOANS AND ADVANCES | | | |
| SALE OF ASSETS | | | |
| OTHER *(ATTACH LIST)* | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | |
| TOTAL RECEIPTS | $0.00 |  | $0.00 |
| **DISBURSEMENTS** | | | |
| NET PAYROLL | | | |
| PAYROLL TAXES | | | |
| SALES, USE, & OTHER TAXES | | | |
| INVENTORY PURCHASES | | | |
| SECURED/ RENTAL/ LEASES | | | |
| INSURANCE | | | |
| ADMINISTRATIVE | | | |
| RETURN OF LOAN | | | |
| OTHER *(ATTACH LIST)* | | | |
| OWNER DRAW * | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | |
| COURT COSTS | | | |
| **TOTAL DISBURSEMENTS** | $0.00 |  | $0.00 |
|  |  |  |  |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | $0.00 |  | $0.00 |
|  |  |  |  |
| CASH – END OF MONTH | $0.00 |  | $0.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | $0.00 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $0.00 |

**In re** Genever Holdings LLC  
    **Debtor**

**Case No.** 20-12411-JLG  
**Reporting Period:** 2/1/2021-2/28/2021

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | \multicolumn{5}{c}{Number of Days Past Due} | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | $81,773.77 | 81773.77 | 81773.77 | 81773.77 | | $327,095.08 |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $327,095.08 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
The Sherry Netherland Hotel is holding a $3 million security deposit

In re  Genever Holdings LLC                           Case No. 20-12411-JLG
       Debtor                                         Reporting Period: 2/1/21-2/28/21

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | X | |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |