| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>April 27, 2021 at 10:00 a.m. |

------------------------------------------------------------x

In re:                                                              Chapter 11

Genever Holdings LLC,                              Case No. 20-12411 (JLG)

                                          Debtor.

------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTOR'S MOTION TO ENGAGE AND RETAIN MELANIE L. CYGANOWSKI, ESQ. TO ACT AS THE DULY APPOINTED SALES OFFICER FOR THE DEBTOR'S BANKRUPTCY ESTATE

**PLEASE TAKE NOTICE** that upon the annexed motion of Genever Holdings LLC (the "Debtor"), a hearing will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York, via Court Solutions on April 27, 2021 at 10:00 a.m. to consider the Debtor's motion to engage and retain Melanie L. Cyganowski, Esq. to act as the duly appointed sales officer for the Debtor's bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com, in accordance with General Order M-543.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, shall be filed in writing through the Clerk's ECF system, with two copies delivered to the Hon. James L. Garrity Jr. at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004, and a copy served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, knash@gwfglaw.com, all so as to be received no later than April 20, 2021.

Dated: New York, NY
       April 9, 2021

                                                        Goldberg Weprin Finkel Goldstein LLP
                                                        Attorneys for the Debtor
                                                        1501 Broadway, 22nd Floor
                                                        New York, New York 10036
                                                        (212) 221-5700

                                         By:    /s/J. Ted Donovan, Esq.
                                                     J. Ted Donovan, Esq.
                                                     Kevin J. Nash, Esq.