**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20–12411–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–3338202 | CHAPTER: 11 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for 4/27/2021 have been adjourned to 5/11/2021 at 11:00 a.m.

Dated: April 19, 2021                                        Vito Genna
                                                             Clerk of the Court