# Notice Recipients

District/Off: 0208−1          User:                    Date Created: 4/19/2021

Case: 20−12411−jlg          Form ID: 143             Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | The Sherry−Netherland, Inc. | |
| cr | Pacific Alliance Asia Opportunity Fund L.P. | |
| intp | Bravo Luck Limited | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Douglas E. Spelfogel | dspelfogel@foley.com |
| aty | Edward Moss | emoss@omm.com |
| aty | Francis J. Lawall | francis.lawall@troutman.com |
| aty | Gabriel Sasson | gsasson@stroock.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Kevin J. Nash | KNash@gwfglaw.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Stuart Sarnoff | ssarnoff@omm.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Genever Holdings LLC          781 Fifth Avenue          Apt. 1801          New York, NY 10022−5520 | | |
| smg | Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346 | | |
| smg | N.Y. State Unemployment Insurance Fund          P.O. Box 551          Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance          Office of Legal Affairs          375 Pearl Street, 30th Floor          New York, NY 10038 | | |
| smg | New York State Tax Commission          Bankruptcy/Special Procedures Section          P.O. Box 5300          Albany, NY 12205−0300 | | |
| smg | United States Attorney's Office          Southern District of New York          Attention: Tax & Bankruptcy Unit          86 Chambers Street, Third Floor          New York, NY 10007 | | |
| 7772040 | Adam Leitman Bailey P.C.          1 Battery Park Plz Fl 18          New York, NY 10004−1646 | | |
| 7772041 | Bravo Luck Limited          P.O. Box 957          Off Shore Incorporation Centre          Road Town, Tortola          British Virgin Islands | | |
| 7820545 | Bravo Luck Limited          c/o Troutman Pepper          3000 Two Logan Square, 18th and Arch Sts          Philadelphia, PA 19103 | | |
| 7793717 | Foley & Lardner LLP          90 Park Avenue          New York, NY 10016 | | |
| 7820543 | Golden Spring New York Ltd          c/o Berkeley Rowe          Marble Arch Park House, 116 Park St          Mayfair, London UK W1K 6SS | | |
| 7772042 | Internal Revenue Service          Centralized Insolvency Operations          PO Box 7346          Philadelphia, PA 19101−7346 | | |
| 7772043 | Lawall & Mitchell LLC          162 E 64th St          New York, NY 10065−7478 | | |
| 7772045 | NYC Dep't of Finance          Legal Affairs          345 Adams St Fl 3          Brooklyn, NY 11201−3719 | | |
| 7772046 | NYC Dept of Law          Attn: Bernadette Brennan, Esq.          100 Church St Rm 5−233          New York, NY 10007−2601 | | |
| 7772047 | NYS Dep't of Taxation          Bankruptcy/Special Procedure          PO Box 5300          Albany, NY 12205−0300 | | |
| 7772044 | New York State Attorney General          120 Broadway          New York, NY 10271−0002 | | |
| 7793716 | O'Melveny & Myers LLP          Daniel Shamah          7 Times Square          New York, NY 10036 | | |
| 7772048 | Pacific Alliance Asia          Opportunity Fund LP          c/o O'Melveny & Myers          7 Times Sq          New York, NY 10036−6524 | | |
| 7820973 | Pacific Alliance Asia Opportunity Fund L.P.          c/o Foley & Lardner LLP, Attn: Douglas S          90 Park Avenue          New York, NY 10016 | | |
| 7792608 | Pacifica Alliance Asia Opportunity Fund L.P          c/o D. Spelfogel, R. Bernard and A. Nann          Foley & Lardner LLP          90 Park Avenue          New York, NY 10016 | | |
| 7820544 | Qiang Guo          c/o Berkeley Rowe          Marble Arch Park House, 116 Park St          Mayfair, London UK W1K 6SS | | |
| 7772049 | Qiang Guo          c/o Bravo Luck Limited          P.O. Box 957          Off Shore Incorporation Centre          Road Town, Tortola          British Virgin Islands | | |
| 7772050 | Romer Debbas LLP          275 Madison Ave Ste 801          New York, NY 10016−1153 | | |
| 7772051 | The Sherry Netherland          781 5th Ave          New York, NY 10022−1092 | | |
| 7772669 | The Sherry−Netherland, Inc.          c/o Stroock & Stroock & Lavan LLP          Attn Gabriel E. Sasson, Esq.          180 Maiden Lane          New York, NY 10038 | | |
| 7819280 | The Sherry−Netherland, Inc.          c/o Stroock & Stroock & Lavan LLP          Attn: Gabriel E. Sasson, Esq.          180 Maiden Lane          New York, NY 10038−4982 | | |

TOTAL: 27