UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, depose and say that I am employed by Omni Agent Solutions.

On April 12, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Motion for an Order Further Extending the Debtor's Exclusive Periods to File of Reorganization and to Solicit Acceptances thereto Pursuant to 11 U.S.C. § 1121(d)(1) [Docket No. 74].**

- **Notice of Hearing on Debtor's Motion to the Further Extended the Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances thereto Pursuant to 11 U.S.C. § 1121(d)(1) [Docket No. 74-1].**

Dated: April 19, 2021

/s/ Jorge Rodriguez
Jorge Rodriguez
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 19th day of April, 2021, by Jorge Rodriguez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

Pg 2 of 3

## **EXHIBIT A**

ADAM LEITMAN BAILEY P.C.
1 BATTERY PARK PLZ FL 18
NEW YORK, NY 10004-1646

BRAVO LUCK LIM0000ITED
P.O. BOX 957
OFF SHORE INCORPORATION CENTRE
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

ERIK WEINICK, ESQ.
OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169

HON. JAMES. L. GARRITY JR.
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LAWALL & MITCHELL LLC
162 E 64TH ST
NEW YORK, NY 10065-7478

MELANIE CYGANOWSKI, ESQ.
OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY 10169

NEW YORK STATE ATTORNEY GENERAL
120 BROADWAY
NEW YORK, NY 10271-0002

NYC DEP'T OF FINANCE
LEGAL AFFAIRS
345 ADAMS ST FL 3
BROOKLYN, NY 11201-3719

NYC DEPT OF LAW
ATTN: BERNADETTE BRENNAN, ESQ.
100 CHURCH ST RM 5-233
NEW YORK, NY 10007-2601

NYS DEP'T OF TAXATION
BANKRUPTCY/SPECIAL PROCEDURE
PO BOX 5300
ALBANY, NY 12205-0300

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND
C/O DANIEL SHAMAH, ESQ.
O'MELVENY & MYERS
7 TIMES SQ
NEW YORK, NY 10036-6524

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND
C/O DOUGLAS SPELFOGEL, ESQ.
FOLEY & LARDNER LLP
50 PARK AVENUE
NEW YORK, NY 10016-1314

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND
C/O EDWARD MOSS, ESQ.
O'MELVENY & MYERS
7 TIMES SQ
NEW YORK, NY 10036-6524

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND
C/O STUART SARNOFF, ESQ.
O'MELVENY & MYERS
7 TIMES SQ
NEW YORK, NY 10036-6524

QIANG GUO
C/O BRAVO LUCK LIMITED
P.O. BOX 957
OFF SHORE INCORPORATION CENTRE
ROAD TOWN, TORTOLA

ROMER DEBBAS LLP
275 MADISON AVE STE 801
NEW YORK, NY 10016-1153

THE SHERRY NETHERLAND
C/O GABRIEL SASSON, ESQ.
STROOCK & STROOCK & LAVAN
180 MAIDEN LANE
NEW YORK, NY 10038-4982

Parties Served: 19