**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG) |

## CERTIFICATE OF SERVICE

I, Douglas Spelfogel, an attorney duly admitted to practice in the State of New York and counsel with the firm of Foley & Lardner LLP, hereby certify under penalty of perjury that:

On May 4, 2021, I caused true and correct copy of the *Pacific Alliance Asia Opportunity Fund L.P.'s Opposition to the United States Trustee's Motion for an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code* [ECF 81], to be filed with the United States Bankruptcy Court for the Southern District of New York and served (i) electronically via the Court's PACER system upon those parties entitled to receive electronic notice and (ii) upon the parties listed below by electronic transmission.

| | |
|---|---|
| J. Ted Donovan<br>Kevin Nash<br>Goldberg Weprin Finkel Goldstein LLP 1501 Broadway, 22nd Floor<br>New York, NY 10036<br>Telephone: (212) 221-5700<br>Fax: (212) 422-6836<br>Email: TDonovan@GWFGlaw.com<br>　　　　KNash@gwfglaw.com<br><br>*Counsel for the Debtor* | Richard C. Morrissey<br>Office of the U.S. Trustee<br>201 Varick Street<br>Room 1006<br>New York, NY 10014<br>Telephone: (212) 510-0500<br>Fax: (212) 668-2255<br>Email: richard.morrissey@usdoj.gov |

| | |
|---|---|
| Troutman Pepper Hamilton Sanders LLP<br>Francis J. Lawall<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799<br>Telephone: (215) 981-4000<br>Fax:  (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>*Counsel for Bravo Luck Limited* | Stroock & Stroock & Lavan LLP<br>Curtis C. Mechling<br>Gabriel E. Sasson<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400<br>Fax: (212) 806-6006<br>Email:cmechling@stroock.com<br>          gsasson@stroock.com<br><br>*Counsel for The Sherry-Netherland, Inc.* |

Dated: May 4, 2021

                                    */s/ Douglas Spelfogel*
                                    Douglas Spelfogel