| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>In re:<br><br>Genever Holdings LLC,<br><br>                           Debtor.<br>-------------------------------------------------------------x | Hearing Date and Time:<br>May 11, 2021 at 11:00 a.m.<br><br>Chapter 11<br><br>Case No. 20-12411 (JLG) |

## DEBTOR'S STATEMENT IN OPPOSITION TO THE MOTION OF PACIFIC ALLIANCE ASIA OPPORTUNITY FUND TO CONVERT THE CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, FOR THE APPOINTMENT OF A CHAPTER 11 OPERATING TRUSTEE

**TO:**    **THE HONORABLE JAMES L. GARRITY JR.**
           **UNITED STATES BANKRUPTCY JUDGE**

Genever Holdings LLC (the "<u>Debtor</u>"), as and for its Opposition to the motion of Pacific Alliance Asia Opportunity Fund ("<u>PAX</u>") seeking to convert this Chapter 11 case to Chapter 7, or, in the alternative, the appointment of an Operating Trustee pursuant to 11 U.S.C. §1104(a) (the "<u>Motion</u>"), respectfully states and alleges as follows:

1. The Debtor opposes the Motion for all of the reasons set forth in (i) the Debtor's opposition (#ECF 22) to PAX's motion for relief from the automatic stay (ECF #12), and (ii) the Debtor's opposition (ECF #83) to the motion of the United States Trustee seeking the appointment of a Chapter 11 Operating Trustee (ECF #64). The Debtor also adopts the objection to the Motion filed by Bravo Luck Limited (ECF #44).

1

WHEREFORE, the Debtor respectfully requests the entry of an Order denying the Motion filed by PAX.

Dated:   New York, New York
         May 11, 2021

        Goldberg Weprin Finkel Goldstein LLP
        *Attorneys for the Debtor*
        1501 Broadway, 22nd Floor
        New York, NY 10036
        (212) 221-5700

        By: /s/ J. Ted Donovan