# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
## ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH„
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KNash@GWFGLaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
☆ ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
„ ALSO MEMBER OF CONNECTICUT BAR
♦ ADMITTED IN OHIO AND PENNSYLVANIA ONLY

May 12, 2021

<u>Via ECF and Email</u>

Hon. James L. Garrity
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

    Re:    <u>Genever Holdings LLC - Case No. 20-12411-JLG</u>

Dear Judge Garrity:

    The parties are circulating the attached Amended and Restated Settlement Agreement in an effort to address the UST concerns. Attached is a redlined copy of the document showing changes from the original version. The revised agreement is being sent to Mr. Morrissey under cover of this letter. I spoke to him this morning and he is expecting the document by 3:00 p.m. We will pursue follow-up discussions before tomorrow's adjourned hearing date in an endeavor to reach an agreement.

                                                 Respectfully yours,

                                                 Kevin J. Nash

Attachment

cc:    Richard Morrissey, Esq.
       Douglas Spelfogel, Esq.
       Francis Lawall, Esq.
       Hon. Melanie Cyganowski (Ret.)