TROUTMAN PEPPER
HAMILTON SANDERS LLP
Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
francis.lawall@troutman.com

*Counsel for Bravo Luck Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Francis J. Lawall, hereby certify that on May 14, 2021, I caused to be served the *Objection of Bravo Luck Limited to Proposed Order Granting Motion of Pacific Alliance Asia Opportunity Fund L.P. to Modify the Automatic Stay to Proceed with State Court Action, and Related Relief* [Docket No. 91] via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the parties listed on the attached service list in the manner indicated.

Dated: May 17, 2021
      Philadelphia, PA

                              TROUTMAN PEPPER HAMILTON SANDERS LLP

                              By: */s/ Francis J. Lawall*
                              Francis J. Lawall (PA Bar No. 43932)
                              3000 Two Logan Square
                              Eighteenth and Arch Streets
                              Philadelphia, PA 19103-2799
                              Telephone: (215) 981-4000
                              Facsimile: (215) 981-4750
                              E-mail: francis.lawall@troutman.com
                              *Counsel for Bravo Luck Limited*

#116016213 v1

*Email*
J. Ted Donovan
Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
TDonovan@GWFGlaw.com
KNash@gwfglaw.com
*Counsel for Debtor*

*First Class Mail and Email*
Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
richard.morrissey@usdoj.gov

*Email*
Edward Moss
Stuart Sarnoff
Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
emoss@omm.com
ssarnoff@omm.com
dshamah@omm.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*
Douglas E. Spelfogel
Alissa Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
dspelfogel@foley.com
anann@foley.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*
Gabriel Sasson
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
gsasson@stroock.com
*Counsel for The Sherry-Netherland, Inc.*

#116016213 v1