UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

Genever Holdings LLC,                                           Case No. 20-12411-JLG

                              Debtor.
-------------------------------------------------------------x

## DEBTOR'S APPENDIX OF DOCUMENTS
## RELATIVE TO THE SETTLEMENT AGREEMENT

The Debtor submits the following Appendix of relevant documents relating to the Settlement Agreement, including the updated and final version of the Amended and Restated Settlement Agreement and corresponding proposed orders.

    A.    Final version of the Amended and Restated Settlement Agreement
    B.    Operating Agreement
    C.    Corresponding Company Resolution (being translated and signed, executed copy to be filed)
    D.    Proposed Order Approving Amended and Restated Settlement Agreement
    E.    Proposed Order Authorizing Appointment of Judge Cyganowski as Sales Officer

Dated: New York, New York
        May 24, 2021

                      Goldberg Weprin Finkel Goldstein LLP
                      *Attorneys for the Debtor*
                      1501 Broadway, 22nd Floor
                      New York, NY 10036
                      (212) 221-5700

                      By:    /s/ Kevin J. Nash, Esq.