TROUTMAN PEPPER
HAMILTON SANDERS LLP
Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
francis.lawall@troutman.com

*Counsel for Bravo Luck Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Francis J. Lawall, hereby certify that on May 24, 2021, I caused to be served the [*Amended*] *Brief of Bravo Luck Limited In Support of Debtor's Amended Motion to Approve Attached Stipulation of Settlement with Bravo Luck and PAX* via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the parties listed on the attached service list in the manner indicated.

Dated: May 24, 2021
       Philadelphia, PA

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Francis J. Lawall*
Francis J. Lawall (PA Bar No. 43932)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: francis.lawall@troutman.com
*Counsel for Bravo Luck Limited*

#116316469 v1

*Email*

J. Ted Donovan
Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
TDonovan@GWFGlaw.com
KNash@gwfglaw.com
*Counsel for Debtor*

*First Class Mail and Email*

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
richard.morrissey@usdoj.gov

*Email*

Edward Moss
Stuart Sarnoff
Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
emoss@omm.com
ssarnoff@omm.com
dshamah@omm.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*

Douglas E. Spelfogel
Alissa Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
dspelfogel@foley.com
anann@foley.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*

Gabriel Sasson
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
gsasson@stroock.com
*Counsel for The Sherry-Netherland, Inc.*

#116316469 v1