UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re

GENEVER HOLDINGS, LLC,

                Debtor.

---------------------------------------------------------x

Case No. 20-12411 (JLG)

<u>Chapter 11</u>

### CERTIFICATE OF SERVICE

        I, Richard C. Morrissey, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

        On May 24, 2021, I caused service by email to be made of copies of the Objection of the United States Trustee to Debtor's Application to Employ a Sales Officer, and Reply in Further Support of Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code (ECF Doc. No. 94) upon the following:

        Kevin J. Nash, Esq. and J. Ted Donovan
        Goldberg Weprin Finkel Goldstein LLP
        KNash@GWFGlaw.com
        TDonovan@GWFGlaw.com
        Counsel to the Debtor

        Douglas E. Spelfogel, Esq. and Alissa Nann, Esq.
        Foley & Lardner LLP
        dspelfogel@foley.com
        anann@foley.com
        Counsel to Pacific Alliance Asia Opportunity Fund L.P.

        Francis J. Lawall, Esq.
        Troutman Pepper Hamilton Sanders LLP
        francis.lawall@troutman.com
        Counsel to Bravo Luck Limited

Gabriel Sasson, Esq.
Stroock & Stroock & Lavan LLP
gasson@stroock.com
Counsel for The Sherry-Netherland, Inc.

On May 25, 2021, I caused service by regular mail to be made of copies of the Objection of the United States Trustee to Debtor's Application to Employ a Sales Officer, and Reply in Further Support of Motion of the United States Trustee for the Appointment of a Chapter 11 Trustee Pursuant to Section 1104 of the Bankruptcy Code (ECF Doc. No. 94) upon the parties listed on the attached Creditor Matrix.

Dated: New York, New York
       May 26, 2021

                                                */s/ Richard C. Morrissey*
                                                Richard C. Morrissey