Via Federal Express Mail

Honorable James L. Garrity, Jr.
US Bankruptcy Court
Southern District of New York
One Bowling Green, CourtRoom 723
New York, NY 10004-1408

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Via United States Postal Service:

Genever Holdings LLC
781 Fifth Avenue, Apt. 1801
New York, NY 10022-5520

J. Ted Donovan & Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036
Counsel for Debtor

Edward Moss/ Stuart Sarnoff/ Daniel Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Counsel for Pacific Alliance Asia Opportunity Fund L.P.

Adam Leitman Bailey P.C.
1 Battery Park Plz Fl 18
New York, NY 10004-1646

Gabriel Sasson
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Counsel for The Sherry-Netherland, Inc.

Bravo Luck Limited
c/o Troutman Pepper
3000 Two Logan Square, 18th and Arch Sts
Philadelphia, PA 19103

Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1301

Douglas E. Spelfogel/ Alissa Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Counsel for Pacific Alliance Asia Opportunity Fund L.P.

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lawall & Mitchell LLC
162 E 64th St
New York, NY 10065-7478

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3 Brooklyn, NY 11201-3739

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

NEW YORK STATE ATTORNEY GENERAL
28 LIBERTY STREET
NY NY 10005-1496

O'Melveny & Myers LLP
Daniel Shamah
7 Times Square
New York, NY 10036-6524

Pacific Alliance Asia
Opportunity Fund LP
c/o O'Melveny & Myers
7 Times Sq
New York, NY 10036-6524

Pacific Alliance Asia Opportunity Fund L.P.
c/o Foley & Lardner LLP, Attn: Douglas S
90 Park Avenue
New York, NY 10016-1301

Pacifica Alliance Asia Opportunity Fund L.P
c/o D. Spelfogel, R. Bernard and A. Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1301

New York State Attorney General
120 Broadway
New York, NY 10271-0002

The Sherry-Netherland, Inc.
c/o Stroock & Stroock & Lavan LLP
Attn Gabriel E. Sasson, Esq.
180 Maiden Lane
New York, NY 10038-4982

Romer Debbas LLP
275 Madison Ave Ste 801
New York, NY 10016-1153

The Sherry Netherland
781 5th Ave
New York, NY 10022-1046

The Sherry-Netherland, Inc.
c/o Stroock & Stroock & Lavan LLP
Attn: Gabriel E. Sasson, Esq.
180 Maiden Lane
New York, NY 10038-4982

Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036-5600

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, NY 10036-5600

Bravo Luck Limited
P.O. Box 957
Off Shore Incorporation Centre Road Town, Tortola
British Virgin Islands

Golden Spring New York Ltd
c/o Berkeley Rowe
Marble Arch Park House, 116 Park St
Mayfair, LondonUK    W1K 6SS

Qiang Guo
c/o Berkeley Rowe
Marble Arch Park House, 116 Park St
Mayfair, London UK W1K 6SS

Qiang Guo
c/o Bravo Luck Limited
P.O. Box 957
Off Shore Incorporation Centre Road Town, Tortola
British Virgin Islands