UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re

GENEVER HOLDINGS, LLC,

        Debtor.

---------------------------------------------------------x

Case No. 20-12411 (JLG)

Chapter 11

## CERTIFICATE OF SERVICE

        I, Richard C. Morrissey, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that:

        On May 28, 2021, I caused service by regular mail to be made of copies of the Reply of the United States Trustee Regarding Debtor's Application to Employ a Sales Officer, and Motion of the United States Trustee for the Appointment of a Chapter 11 trustee Pursuant to Section 1104 of the Bankruptcy Code (ECF Doc. No. 103) upon the parties listed on the attached Creditor Matrix.

        In addition, on May 28, 2021, I served the Motions on Kevin J. Nash, Esq. of Goldberg Weprin Finkel Goldstein LLP, counsel to debtor; Douglas E. Spelfogel of Foley & Lardner LLP, counsel to Pacific Alliance Asia Opportunity Fund, L.P.;  Francis J. Lawall, Esq., Troutman Pepper Hamilton Sanders LLP, counsel to Bravo Luck Limited; and Gabriel E. Sasson, Esq., counsel to The Sherry-Netherland, Inc.; by electronic mail.

Dated: New York, New York
       June 7, 2021

                                                */s/ Richard C. Morrissey*
                                                Richard C. Morrissey