```
Label Matrix for local noticing        Genever Holdings LLC                   Pacific Alliance Asia Opportunity Fund L.P.
0208-1                                 781 Fifth Avenue
Case 20-12411-jlg                      Apt. 1801
Southern District of New York          New York, NY 10022-5520
Manhattan
Tue Mar 23 13:13:31 EDT 2021

Manhattan Division                     Adam Leitman Bailey P.C.              Bravo Luck Limited
One Bowling Green                      1 Battery Park Plz Fl 18              P.O. Box 957
New York, NY 10004-1415                New York, NY 10004-1646               Off Shore Incorporation Centre
                                                                             Road Town, Tortola
                                                                             British Virgin Islands

Bravo Luck Limited                     Foley & Lardner LLP                   Golden Spring New York Ltd
c/o Troutman Pepper                    90 Park Avenue                        c/o Berkeley Rowe
3000 Two Logan Square, 18th and Arch Sts  New York, NY 10016-1301            Marble Arch Park House, 116 Park St
Philadelphia, PA 19103                                                       Mayfair, London   UK   W1K 6SS

Internal Revenue Service               Lawall & Mitchell LLC                 NYC Dep't of Finance
Centralized Insolvency Operations      162 E 64th St                         Legal Affairs
PO Box 7346                            New York, NY 10065-7478               345 Adams St Fl 3
Philadelphia, PA 19101-7346                                                  Brooklyn, NY 11201-3739

NYC Dept of Law                        NYS Dep't of Taxation                 (p)NEW YORK STATE ATTORNEY GENERAL
Attn: Bernadette Brennan, Esq.         Bankruptcy/Special Procedure          28 LIBERTY STREET
100 Church St Rm 5-233                 PO Box 5300                           NY NY 10005-1496
New York, NY 10007-2601                Albany, NY 12205-0300

O'Melveny & Myers LLP                  Pacific Alliance Asia                 Pacific Alliance Asia Opportunity Fund L.P.
Daniel Shamah                          Opportunity Fund LP                   c/o Foley & Lardner LLP, Attn: Douglas S
7 Times Square                         c/o O'Melveny & Myers                 90 Park Avenue
New York, NY 10036-6524                7 Times Sq                            New York, NY 10016-1301
                                       New York, NY 10036-6524

Pacifica Alliance Asia Opportunity Fund L.P  Qiang Guo                       Qiang Guo
c/o D. Spelfogel, R. Bernard and A. Nann    c/o Berkeley Rowe                c/o Bravo Luck Limited
Foley & Lardner LLP                    Marble Arch Park House, 116 Park St   P.O. Box 957
90 Park Avenue                         Mayfair, London  UK  W1K 6SS          Off Shore Incorporation Centre
New York, NY 10016-1301                                                      Road Town, Tortola
                                                                             British Virgin Islands

Romer Debbas LLP                       The Sherry Netherland                 The Sherry-Netherland, Inc.
275 Madison Ave Ste 801                781 5th Ave                           c/o Stroock & Stroock & Lavan LLP
New York, NY 10016-1153                New York, NY 10022-1046               Attn Gabriel E. Sasson, Esq.
                                                                             180 Maiden Lane
                                                                             New York, NY 10038-4982

United States Trustee                  J. Ted Donovan                        Kevin J. Nash
Office of the United States Trustee    Goldberg Weprin Finkel Goldstein LLP  Goldberg Weprin Finkel Goldstein LLP
U.S. Federal Office Building           1501 Broadway                         1501 Broadway
201 Varick Street, Room 1006           22nd Floor                            22nd Floor
New York, NY 10014-7016                New York, NY 10036-5600               New York, NY 10036-5600
```

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

New York State Attorney General
120 Broadway
New York, NY 10271-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bravo Luck Limited

(u)The Sherry-Netherland, Inc.

(d)The Sherry-Netherland, Inc.
c/o Stroock & Stroock & Lavan LLP
Attn: Gabriel E. Sasson, Esq.
180 Maiden Lane
New York, NY 10038-4982

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29