## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions.

On July 12, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Hearing on Debtor's Motion to the Further Extend the Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C. §1121(d)(1) [Docket No. 111].**

- **Motion for an Order Further Extending the Debtor's Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C. §1121(d)(1) [Docket No. 111-1]**

Dated: July 13, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 13th day of July, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# EXHIBIT A

| | | |
|---|---|---|
| ADAM LEITMAN BAILEY P.C.<br>1 BATTERY PARK PLZ FL 18<br>NEW YORK, NY 10004-1646 | BRAVO LUCK LIM0000ITED<br>P.O. BOX 957<br>OFF SHORE INCORPORATION CENTRE<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS | ERIK WEINICK, ESQ.<br>OTTERBOURG P.C.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| HON. JAMES. L. GARRITY JR.<br>U.S. BANKRUPTCY COURT<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LAWALL & MITCHELL LLC<br>162 E 64TH ST<br>NEW YORK, NY 10065-7478 |
| MELANIE CYGANOWSKI, ESQ.<br>OTTERBOURG P.C.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 | NYC DEP'T OF FINANCE<br>LEGAL AFFAIRS<br>345 ADAMS ST FL 3<br>BROOKLYN, NY 11201-3719 |
| NYC DEPT OF LAW<br>ATTN: BERNADETTE BRENNAN, ESQ.<br>100 CHURCH ST RM 5-233<br>NEW YORK, NY 10007-2601 | NYS DEP'T OF TAXATION<br>BANKRUPTCY/SPECIAL PROCEDURE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O DANIEL SHAMAH, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 | PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O DOUGLAS SPELFOGEL, ESQ.<br>FOLEY & LARDNER LLP<br>50 PARK AVENUE<br>NEW YORK, NY 10016-1314 | PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O EDWARD MOSS, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O STUART SARNOFF, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 | QIANG GUO<br>C/O BRAVO LUCK LIMITED<br>P.O. BOX 957<br>OFF SHORE INCORPORATION CENTRE<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS | ROMER DEBBAS LLP<br>275 MADISON AVE STE 801<br>NEW YORK, NY 10016-1153 |
| THE SHERRY NETHERLAND<br>C/O GABRIEL SASSON, ESQ.<br>STROOCK & STROOCK & LAVAN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982 | | |

Parties Served: 19