Douglas E. Spelfogel
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2151
Facsimile: (212) 506-1910

*Co-counsel for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No  20-12411 ( JLG) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Douglas E. Spelfogel, Esq., co-counsel for Pacific Alliance Asia Opportunity Fund L.P., in the above-captioned bankruptcy case, hereby advises the Court of his change in firm affiliation, and provides the Court with the following updated contact information:

        Douglas E. Spelfogel
        MAYER BROWN LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 506-2151
        Facsimile: (212) 506-1910
        E-mail: dspelfogel@mayerbrown.com

742582085

Dated: July 19, 2021
      New York, New York

Respectfully submitted,

By:   */s/ Douglas E. Spelfogel*
    Douglas E. Spelfogel
    MAYER BROWN LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Telephone: (212) 506-2151
    Facsimile: (212) 262-1910

*Co-counsel to Pacific Alliance Asia Opportunity Fund L.P.*