Derek L. Wright
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7393
Facsimile: (312) 701-7711
E-Mail: dwright@mayerbrown.com

*Co-counsel for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>                    Debtors. | Chapter 11<br><br>Case No  20-12411 ( JLG) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Mayer Brown LLP, by the undersigned, files this Notice of Appearance as co-counsel for Pacific Alliance Asia Opportunity Fund L.P. ("Pacific Alliance"), pursuant to 11 U.S.C. § 1109(b), and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure. The undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity

742559147

security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> Derek L. Wright
> MAYER BROWN LLP
> 71 South Wacker Drive
> Chicago, IL 60606
> Telephone:  (312) 701-7393
> Facsimile:  (312) 701-7711
> E-mail:  dwright@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Pacific Alliance's: (i) right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Pacific Alliance is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

742559147

PLEASE TAKE FURTHER NOTICE that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: July 20, 2021
New York, New York

Respectfully submitted,

By:   */s/ Derek L. Wright*
Derek L. Wright
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7393
Facsimile: (312) 701-7711
E-Mail: dwright@mayerbrown.com

*Co-counsel to Pacific Alliance Asia Opportunity Fund L.P.*