**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20–12411–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–3338202 | CHAPTER: 11 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for Friday August 27, 2021 have been adjourned to Tuesday August 31, 2021 at 3:00 p.m. (ET)

Dated: August 26, 2021                                      Vito Genna
                                                            Clerk of the Court