# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: Admin | Date Created: 8/26/2021 |
| Case: 20−12411−jlg | Form ID: 143 | Total: 43 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | The Sherry−Netherland, Inc. |
| cr | Pacific Alliance Asia Opportunity Fund L.P. |
| intp | Bravo Luck Limited |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Derek L. Wright | dwright@mayerbrown.com |
| aty | Douglas E. Spelfogel | dspelfogel@mayerbrown.com |
| aty | Edward Moss | emoss@omm.com |
| aty | Francis J. Lawall | francis.lawall@troutman.com |
| aty | Gabriel Sasson | gsasson@stroock.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Kevin J. Nash | KNash@gwfglaw.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Stuart Sarnoff | ssarnoff@omm.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Genever Holdings LLC | 781 Fifth Avenue | Apt. 1801 | New York, NY 10022−5520 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor | New York, NY 10038 | |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| 7772040 | Adam Leitman Bailey P.C. | 1 Battery Park Plz Fl 18 | New York, NY 10004−1646 | | |
| 7772041 | Bravo Luck Limited | P.O. Box 957 | Off Shore Incorporation Centre | Road Town, Tortola | British Virgin Islands |
| 7820545 | Bravo Luck Limited | c/o Troutman Pepper | 3000 Two Logan Square, 18th and Arch Sts | Philadelphia, PA 19103 | |
| 7858423 | Derek L. Wright | MAYER BROWN LLP | 71 South Wacker Drive | Chicago, IL 60606 | |
| 7858421 | Douglas E. Spelfogel | MAYER BROWN LLP | 1221 Avenue of the Americas | New York, New York 10020 | |
| 7793717 | Foley & Lardner LLP | 90 Park Avenue | New York, NY 10016 | | |
| 7820543 | Golden Spring New York Ltd | c/o Berkeley Rowe | Marble Arch Park House, 116 Park St | Mayfair, London UK W1K 6SS | |
| 7772042 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 7772043 | Lawall & Mitchell LLC | 162 E 64th St | New York, NY 10065−7478 | | |
| 7772045 | NYC Dep't of Finance | Legal Affairs | 345 Adams St Fl 3 | Brooklyn, NY 11201−3719 | |
| 7772046 | NYC Dept of Law | Attn: Bernadette Brennan, Esq. | 100 Church St Rm 5−233 | New York, NY 10007−2601 | |
| 7772047 | NYS Dep't of Taxation | Bankruptcy/Special Procedure | PO Box 5300 | Albany, NY 12205−0300 | |
| 7772044 | New York State Attorney General | 120 Broadway | New York, NY 10271−0002 | | |
| 7793716 | O'Melveny & Myers LLP | Daniel Shamah | 7 Times Square | New York, NY 10036 | |
| 7772048 | Pacific Alliance Asia | Opportunity Fund LP | c/o O'Melveny & Myers | 7 Times Sq | New York, NY 10036−6524 |
| 7820973 | Pacific Alliance Asia Opportunity Fund L.P. | c/o Foley & Lardner LLP, Attn: Douglas S | 90 Park Avenue | New York, NY 10016 | |
| 7792608 | Pacifica Alliance Asia Opportunity Fund L.P | c/o D. Spelfogel, R. Bernard and A. Nann | Foley & Lardner LLP | 90 Park Avenue | New York, NY 10016 |
| 7820544 | Qiang Guo | c/o Berkeley Rowe | Marble Arch Park House, 116 Park St | Mayfair, London UK W1K 6SS | |
| 7772049 | Qiang Guo | c/o Bravo Luck Limited | P.O. Box 957 | Off Shore Incorporation Centre | Road Town, Tortola    British Virgin Islands |
| 7772050 | Romer Debbas LLP | 275 Madison Ave Ste 801 | New York, NY 10016−1153 | | |
| 7772051 | The Sherry Netherland | 781 5th Ave | New York, NY 10022−1092 | | |
| 7772669 | The Sherry−Netherland, Inc. | c/o Stroock & Stroock & Lavan LLP | Attn Gabriel E. Sasson, Esq. | 180 Maiden Lane | New York, NY 10038 |
| 7819280 | The Sherry−Netherland, Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Gabriel E. Sasson, Esq. | 180 Maiden Lane | New York, NY 10038−4982 |

TOTAL: 29