# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20−12411−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47−3338202 | CHAPTER: 11 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for Friday August 27, 2021 have been adjourned to Tuesday August 31, 2021 at 3:00 p.m. (ET)

Dated: August 26, 2021                                              Vito Genna
                                                                    Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-12411-jlg |
| Genever Holdings LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: Admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: 143 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7772040 | | Adam Leitman Bailey P.C., 1 Battery Park Plz Fl 18, New York, NY 10004-1646 |
| 7820545 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th and Arch Sts, Philadelphia, PA 19103 |
| 7772041 | | Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola, British Virgin Islands |
| 7858423 | + | Derek L. Wright, MAYER BROWN LLP, 71 South Wacker Drive, Chicago, IL 60606-4668 |
| 7858421 | + | Douglas E. Spelfogel, MAYER BROWN LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7793717 | + | Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7820543 | | Golden Spring New York Ltd, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772043 | | Lawall & Mitchell LLC, 162 E 64th St, New York, NY 10065-7478 |
| 7772044 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1496 address filed with court:, New York State Attorney General, 120 Broadway, New York, NY 10271-0002 |
| 7772045 | + | NYC Dep't of Finance, Legal Affairs, 345 Adams St Fl 3, Brooklyn, NY 11201-3739 |
| 7772046 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 7820973 | + | Pacific Alliance Asia Opportunity Fund L.P., c/o Foley & Lardner LLP, Attn: Douglas S, 90 Park Avenue, New York, NY 10016-1301 |
| 7792608 | + | Pacifica Alliance Asia Opportunity Fund L.P, c/o D. Spelfogel, R. Bernard and A. Nann, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7772049 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola British Virgin Islands |
| 7820544 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772050 | | Romer Debbas LLP, 275 Madison Ave Ste 801, New York, NY 10016-1153 |
| 7772051 | + | The Sherry Netherland, 781 5th Ave, New York, NY 10022-1046 |
| 7772669 | + | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 26 2021 19:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 26 2021 19:07:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7772047 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 26 2021 19:07:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 7793716 | + | Email/Text: mkremer@omm.com | Aug 26 2021 19:07:00 | O'Melveny & Myers LLP, Daniel Shamah, 7 Times Square, New York, NY 10036-6524 |
| 7772048 | | Email/Text: mkremer@omm.com | Aug 26 2021 19:07:00 | Pacific Alliance Asia, Opportunity Fund LP, c/o O'Melveny & Myers, 7 Times Sq, New York, NY 10036-6524 |

TOTAL: 5

20-12411-jlg    Doc 120    Filed 08/28/21    Entered 08/29/21 04:10:42    Imaged
Certificate of Notice    Pg 3 of 3

| District/off: 0208-1 | User: Admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2021 | Form ID: 143 | Total Noticed: 27 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bravo Luck Limited |
| cr | | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | | The Sherry-Netherland, Inc. |
| 7772042 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7819280 | * | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn: Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021                         Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Shamah | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dshamah@omm.com  daniel-shamah-9039@ecf.pacerpro.com |
| Derek L. Wright | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dwright@mayerbrown.com jmarsala@mayerbrown.com;3663606420@filings.docketbird.com |
| Douglas E. Spelfogel | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dspelfogel@mayerbrown.com jmarsala@mayerbrown.com;9237725420@filings.docketbird.com |
| Edward Moss | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. emoss@omm.com  edward-moss-3905@ecf.pacerpro.com |
| Francis J. Lawall | on behalf of Interested Party Bravo Luck Limited francis.lawall@troutman.com henrys@pepperlaw.com;mclaughlinm@pepperlaw.com |
| Gabriel Sasson | on behalf of Creditor The Sherry-Netherland  Inc. gsasson@stroock.com, mmagzamen@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com |
| J. Ted Donovan | on behalf of Debtor Genever Holdings LLC TDonovan@GWFGlaw.com |
| Kevin J. Nash | on behalf of Debtor Genever Holdings LLC KNash@gwfglaw.com  jstrauss@gwfglaw.com |
| Stuart Sarnoff | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com  stuart-sarnoff-1059@ecf.pacerpro.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 10