**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20–12411–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–3338202 | CHAPTER: 11 |

# NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for Tuesday 8/31/2021 have been adjourned to Wednesday 9/1/2021 at 2:00 p.m.

Dated: August 30, 2021     Vito Genna
                           Clerk of the Court