# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: Admin | Date Created: 8/30/2021 |
| Case: 20−12411−jlg | Form ID: 143 | Total: 43 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        The Sherry−Netherland, Inc.
cr        Pacific Alliance Asia Opportunity Fund L.P.
intp      Bravo Luck Limited

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
aty       Daniel Shamah        dshamah@omm.com
aty       Derek L. Wright        dwright@mayerbrown.com
aty       Douglas E. Spelfogel        dspelfogel@mayerbrown.com
aty       Edward Moss        emoss@omm.com
aty       Francis J. Lawall        francis.lawall@troutman.com
aty       Gabriel Sasson        gsasson@stroock.com
aty       J. Ted Donovan        TDonovan@GWFGlaw.com
aty       Kevin J. Nash        KNash@gwfglaw.com
aty       Richard C. Morrissey        richard.morrissey@usdoj.gov
aty       Stuart Sarnoff        ssarnoff@omm.com

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Genever Holdings LLC        781 Fifth Avenue        Apt. 1801        New York, NY 10022−5520
smg       Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201−0551
smg       New York City Dept. Of Finance        Office of Legal Affairs        375 Pearl Street, 30th Floor        New York, NY 10038
smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg       United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
7772040   Adam Leitman Bailey P.C.        1 Battery Park Plz Fl 18        New York, NY 10004−1646
7772041   Bravo Luck Limited        P.O. Box 957        Off Shore Incorporation Centre        Road Town, Tortola        British Virgin Islands
7820545   Bravo Luck Limited        c/o Troutman Pepper        3000 Two Logan Square, 18th and Arch Sts        Philadelphia, PA 19103
7858423   Derek L. Wright        MAYER BROWN LLP        71 South Wacker Drive        Chicago, IL 60606
7858421   Douglas E. Spelfogel        MAYER BROWN LLP        1221 Avenue of the Americas        New York, New York 10020
7793717   Foley & Lardner LLP        90 Park Avenue        New York, NY 10016
7820543   Golden Spring New York Ltd        c/o Berkeley Rowe        Marble Arch Park House, 116 Park St        Mayfair, London UK W1K 6SS
7772042   Internal Revenue Service        Centralized Insolvency Operations        PO Box 7346        Philadelphia, PA 19101−7346
7772043   Lawall & Mitchell LLC        162 E 64th St        New York, NY 10065−7478
7772045   NYC Dep't of Finance        Legal Affairs        345 Adams St Fl 3        Brooklyn, NY 11201−3719
7772046   NYC Dept of Law        Attn: Bernadette Brennan, Esq.        100 Church St Rm 5−233        New York, NY 10007−2601
7772047   NYS Dep't of Taxation        Bankruptcy/Special Procedure        PO Box 5300        Albany, NY 12205−0300
7772044   New York State Attorney General        120 Broadway        New York, NY 10271−0002
7793716   O'Melveny & Myers LLP        Daniel Shamah        7 Times Square        New York, NY 10036
7772048   Pacific Alliance Asia        Opportunity Fund LP        c/o O'Melveny & Myers        7 Times Sq        New York, NY 10036−6524
7820973   Pacific Alliance Asia Opportunity Fund L.P.        c/o Foley & Lardner LLP, Attn: Douglas S        90 Park Avenue        New York, NY 10016
7792608   Pacifica Alliance Asia Opportunity Fund L.P        c/o D. Spelfogel, R. Bernard and A. Nann        Foley & Lardner LLP        90 Park Avenue        New York, NY 10016
7820544   Qiang Guo        c/o Berkeley Rowe        Marble Arch Park House, 116 Park St        Mayfair, London UK W1K 6SS
7772049   Qiang Guo        c/o Bravo Luck Limited        P.O. Box 957        Off Shore Incorporation Centre        Road Town, Tortola        British Virgin Islands
7772050   Romer Debbas LLP        275 Madison Ave Ste 801        New York, NY 10016−1153
7772051   The Sherry Netherland        781 5th Ave        New York, NY 10022−1092
7772669   The Sherry−Netherland, Inc.        c/o Stroock & Stroock & Lavan LLP        Attn Gabriel E. Sasson, Esq.        180 Maiden Lane        New York, NY 10038
7819280   The Sherry−Netherland, Inc.        c/o Stroock & Stroock & Lavan LLP        Attn: Gabriel E. Sasson, Esq.        180 Maiden Lane        New York, NY 10038−4982

TOTAL: 29