**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20–12411–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–3338202 | CHAPTER: 11 |

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for Wednesday 9/1/2021 have been adjourned to Thursday 9/2/2021 at 10:00 a.m. (ET).

Dated: August 31, 2021                                  Vito Genna
                                                        Clerk of the Court