# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: Admin | Date Created: 8/31/2021 |
| Case: 20−12411−jlg | Form ID: 143 | Total: 43 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | The Sherry−Netherland, Inc. | |
| cr | Pacific Alliance Asia Opportunity Fund L.P. | |
| intp | Bravo Luck Limited | |

                                                                                                                  TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Daniel Shamah | dshamah@omm.com |
| aty | Derek L. Wright | dwright@mayerbrown.com |
| aty | Douglas E. Spelfogel | dspelfogel@mayerbrown.com |
| aty | Edward Moss | emoss@omm.com |
| aty | Francis J. Lawall | francis.lawall@troutman.com |
| aty | Gabriel Sasson | gsasson@stroock.com |
| aty | J. Ted Donovan | TDonovan@GWFGlaw.com |
| aty | Kevin J. Nash | KNash@gwfglaw.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Stuart Sarnoff | ssarnoff@omm.com |

                                                                                                                  TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Genever Holdings LLC | 781 Fifth Avenue    Apt. 1801    New York, NY 10022−5520 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7772040 | Adam Leitman Bailey P.C. | 1 Battery Park Plz Fl 18    New York, NY 10004−1646 |
| 7772041 | Bravo Luck Limited | P.O. Box 957    Off Shore Incorporation Centre    Road Town, Tortola    British Virgin Islands |
| 7820545 | Bravo Luck Limited | c/o Troutman Pepper    3000 Two Logan Square, 18th and Arch Sts    Philadelphia, PA 19103 |
| 7858423 | Derek L. Wright | MAYER BROWN LLP    71 South Wacker Drive    Chicago, IL 60606 |
| 7858421 | Douglas E. Spelfogel | MAYER BROWN LLP    1221 Avenue of the Americas    New York, New York 10020 |
| 7793717 | Foley & Lardner LLP | 90 Park Avenue    New York, NY 10016 |
| 7820543 | Golden Spring New York Ltd | c/o Berkeley Rowe    Marble Arch Park House, 116 Park St    Mayfair, London UK W1K 6SS |
| 7772042 | Internal Revenue Service | Centralized Insolvency Operations    PO Box 7346    Philadelphia, PA 19101−7346 |
| 7772043 | Lawall & Mitchell LLC | 162 E 64th St    New York, NY 10065−7478 |
| 7772045 | NYC Dep't of Finance | Legal Affairs    345 Adams St Fl 3    Brooklyn, NY 11201−3719 |
| 7772046 | NYC Dept of Law | Attn: Bernadette Brennan, Esq.    100 Church St Rm 5−233    New York, NY 10007−2601 |
| 7772047 | NYS Dep't of Taxation | Bankruptcy/Special Procedure    PO Box 5300    Albany, NY 12205−0300 |
| 7772044 | New York State Attorney General | 120 Broadway    New York, NY 10271−0002 |
| 7793716 | O'Melveny & Myers LLP | Daniel Shamah    7 Times Square    New York, NY 10036 |
| 7772048 | Pacific Alliance Asia | Opportunity Fund LP    c/o O'Melveny & Myers    7 Times Sq    New York, NY 10036−6524 |
| 7820973 | Pacific Alliance Asia Opportunity Fund L.P. | c/o Foley & Lardner LLP, Attn: Douglas S    90 Park Avenue    New York, NY 10016 |
| 7792608 | Pacifica Alliance Asia Opportunity Fund L.P | c/o D. Spelfogel, R. Bernard and A. Nann    Foley & Lardner LLP    90 Park Avenue    New York, NY 10016 |
| 7820544 | Qiang Guo | c/o Berkeley Rowe    Marble Arch Park House, 116 Park St    Mayfair, London UK W1K 6SS |
| 7772049 | Qiang Guo | c/o Bravo Luck Limited    P.O. Box 957    Off Shore Incorporation Centre    Road Town, Tortola    British Virgin Islands |
| 7772050 | Romer Debbas LLP | 275 Madison Ave Ste 801    New York, NY 10016−1153 |
| 7772051 | The Sherry Netherland | 781 5th Ave    New York, NY 10022−1092 |
| 7772669 | The Sherry−Netherland, Inc. | c/o Stroock & Stroock & Lavan LLP    Attn Gabriel E. Sasson, Esq.    180 Maiden Lane    New York, NY 10038 |
| 7819280 | The Sherry−Netherland, Inc. | c/o Stroock & Stroock & Lavan LLP    Attn: Gabriel E. Sasson, Esq.    180 Maiden Lane    New York, NY 10038−4982 |

TOTAL: 29