# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Genever Holdings LLC                              CASE NO.: 20−12411−jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
47−3338202

---

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Please be advised that all matters scheduled for Wednesday 9/1/2021 have been adjourned to Thursday 9/2/2021 at 10:00 a.m. (ET).

Dated: August 31, 2021                    Vito Genna
                                          Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                              Case No. 20-12411-jlg

Genever Holdings LLC                                                                   Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                                    User: Admin                                               Page 1 of 2

Date Rcvd: Aug 31, 2021                            Form ID: 143                                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7772040 | | Adam Leitman Bailey P.C., 1 Battery Park Plz Fl 18, New York, NY 10004-1646 |
| 7820545 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th and Arch Sts, Philadelphia, PA 19103 |
| 7772041 | | Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola, British Virgin Islands |
| 7858423 | + | Derek L. Wright, MAYER BROWN LLP, 71 South Wacker Drive, Chicago, IL 60606-4668 |
| 7858421 | + | Douglas E. Spelfogel, MAYER BROWN LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7793717 | + | Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7820543 | | Golden Spring New York Ltd, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772043 | | Lawall & Mitchell LLC, 162 E 64th St, New York, NY 10065-7478 |
| 7772044 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1496 address filed with court:, New York State Attorney General, 120 Broadway, New York, NY 10271-0002 |
| 7772045 | + | NYC Dep't of Finance, Legal Affairs, 345 Adams St Fl 3, Brooklyn, NY 11201-3739 |
| 7772046 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 7820973 | + | Pacific Alliance Asia Opportunity Fund L.P., c/o Foley & Lardner LLP, Attn: Douglas S, 90 Park Avenue, New York, NY 10016-1301 |
| 7792608 | + | Pacifica Alliance Asia Opportunity Fund L.P, c/o D. Spelfogel, R. Bernard and A. Nann, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7772049 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola British Virgin Islands |
| 7820544 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772050 | | Romer Debbas LLP, 275 Madison Ave Ste 801, New York, NY 10016-1153 |
| 7772051 | + | The Sherry Netherland, 781 5th Ave, New York, NY 10022-1046 |
| 7772669 | + | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2021 18:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 31 2021 18:59:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7772047 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 31 2021 18:59:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 7793716 | + | Email/Text: mkremer@omm.com | Aug 31 2021 18:59:00 | O'Melveny & Myers LLP, Daniel Shamah, 7 Times Square, New York, NY 10036-6524 |
| 7772048 | | Email/Text: mkremer@omm.com | Aug 31 2021 18:59:00 | Pacific Alliance Asia, Opportunity Fund LP, c/o O'Melveny & Myers, 7 Times Sq, New York, NY 10036-6524 |

TOTAL: 5

| District/off: 0208-1 | User: Admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 143 | Total Noticed: 27 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bravo Luck Limited |
| cr | | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | | The Sherry-Netherland, Inc. |
| 7772042 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7819280 | * | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn: Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Shamah | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Derek L. Wright | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dwright@mayerbrown.com jmarsala@mayerbrown.com;3663606420@filings.docketbird.com |
| Douglas E. Spelfogel | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dspelfogel@mayerbrown.com jmarsala@mayerbrown.com;9237725420@filings.docketbird.com |
| Edward Moss | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. emoss@omm.com edward-moss-3905@ecf.pacerpro.com |
| Francis J. Lawall | on behalf of Interested Party Bravo Luck Limited francis.lawall@troutman.com henrys@pepperlaw.com;mclaughlinm@pepperlaw.com |
| Gabriel Sasson | on behalf of Creditor The Sherry-Netherland  Inc. gsasson@stroock.com, mmagzamen@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com |
| J. Ted Donovan | on behalf of Debtor Genever Holdings LLC TDonovan@GWFGlaw.com |
| Kevin J. Nash | on behalf of Debtor Genever Holdings LLC KNash@gwfglaw.com jstrauss@gwfglaw.com |
| Stuart Sarnoff | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 10