UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:	Chapter 11

Genever Holdings LLC,	Case No. 20-12411 (JLG)

                                      Debtor.
-------------------------------------------------------------x

## ORDER GRANTING DEBTOR'S MOTION TO THE FURTHER EXTEND THE EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)

Upon the annexed motion of Genever Holdings LLC (the "Debtor") pursuant to 11 U.S.C. Section 1121(d)(1) for an order further extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto; and good and sufficient notice having been given; and a hearing having been held on September 2, 2021, the record of which is incorporated herein; it is

ORDERED that the Debtor's exclusive period to file a plan of reorganization is extended for an additional sixty (60) days from July 12, 2021 until September 10, 2021, and the concomitant period in which to solicit acceptances is likewise extended for sixty (60) days to November 9, 2021, pursuant to 11 U.S.C. §1121(d)(1).

Dated: New York, NY
       September 13, 2021

                                                          /s/ *James L. Garrity, Jr.*
                                                          Hon. James L. Garrity, Jr.