UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              Chapter 11

Genever Holdings LLC,                                    Case No. 20-12411 (JLG)

                                    Debtor.
------------------------------------------------------------X

## BRIDGE ORDER CONTINUING EXCLUSIVITY
## THROUGH SEPTEMBER 22, 2021 HEARING

Upon the motion (ECF # 126) filed by the debtor, Genever Holdings LLC (the Debtor"), seeking a final extension of exclusivity until October 9, 2021 pursuant to 11 U.S.C. §1121(d), together with a corresponding extension of the exclusive period during which only the Debtor may solicit acceptances or rejections to plan(s) of reorganization for an additional sixty (60) days thereafter (the "Exclusive Filing Periods"); and in furtherance of the prior status conference held before the undersigned on September 2, 2021 at which time a further conference was scheduled for September 22, 2021 (i) to provide the parties with an opportunity to revise the Debtor's proposed settlement with Pacific Alliance Asia Opportunity Fund L.P. and Bravo Luck Ltd. and modify the proposed retention of Melanie L. Cyganowski, as Sale Officer; and (ii) to consider a further request for an extension of exclusivity; and sufficient cause existing for entry of a "Bridge Order" extending exclusivity at least until the date of the next conference on September 22, 2021; it is hereby

ORDERED, that pursuant to 11 U.S.C. §1121(d), the Exclusive Filing Periods be and the same are hereby extended through and including September 22, 2021.

Dated: New York, New York
           September 13, 2021

                                                                        /s/ *James L. Garrity, Jr.*
                                                                        Hon. James L. Garrity, Jr.