| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>In re:<br><br>Genever Holdings LLC,<br>　　　　　　　　　　　　Debtor.<br>-----------------------------------------------------------x | Presentment Date and Time:<br>October 4, 2021, at 12:00 noon<br><br>Chapter 11<br><br>Case No. 20-12411 (JLG) |

## NOTICE OF PRESENTMENT OF ORDER GRANTING DEBTOR'S SECOND RENEWED MOTION TO APPROVE THE DEBTOR'S REVISED SETTLEMENT AGREEMENT WITH PAX AND BRAVO LUCK

**PLEASE TAKE NOTICE** that, attached hereto are the following: the Omnibus Second Renewed Motion to Approve the Revised Settlement Agreement filed by Genever Holdings LLC (the "Debtor"), together with a proposed Order Approving the Revised Settlement Agreement, which will be presented by the Debtor for settlement to the Honorable James L. Garrity, Jr. in his chambers at the U.S. Bankruptcy Court, One Bowling Green, New York, NY 10004 on October 4, 2021 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Order must be filed in accordance with the Court's ECF system on or before October 4, 2021 at 12:00 noon, with two courtesy copies delivered to the chambers of the Hon. James L. Garrity, Jr., and served by email upon the undersigned counsel for the Debtor at knash@gwfglaw.com.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing will be held before Hon. James L. Garrity, Jr. at a date and time to be scheduled by the Court.

Dated:  New York, New York
　　　　September 27, 2021

　　　　　　　　　　　　　　　　　　**GOLDBERG WEPRIN**
　　　　　　　　　　　　　　　　　　**FINKEL GOLDSTEIN LLP**
　　　　　　　　　　　　　　　　　　Attorneys for the Debtor
　　　　　　　　　　　　　　　　　　1501 Broadway – 22nd Floor
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　(212) 221-5700


　　　　　　　　　　　　　　　　　　By:　__J. Ted Donovan, Esq.__