**In re** Genever Holdings LLC  
    **Debtor**

**Case No.** 20-12411-JLG  
**Reporting Period:** 6/1/2021-6/30/2021

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | \multicolumn{6}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
The Sherry Netherland Hotel was holding a $3 million security deposit. In June, it was applied against post-petition rent and assessments totaling $654,190.16 (8 months at $81,773.77 per month), per Court order.
In the future, monthly rent of $81,773.77 will continue to be paid from the security deposit.