
**BANK**

PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date  6/30/21            Page    1
Primary Account        ████9910

**8658282**

GENEVER HOLDINGS LLC
DEBTOR IN POSSESSION
CASE# 20-12411-jlg
781 5TH AVENUE APT 1801
NEW YORK NY 10022

Account Title:        GENEVER HOLDINGS LLC
                      DEBTOR IN POSSESSION
                      CASE# 20-12411-jlg

| | | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | ████9910 | Statement Dates  6/01/21 thru 6/30/21 | |
| Previous Balance | 90,037.48 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 90,037.48 |
| Checks/Debits | .00 | Avg Daily Collected | 90,037.48 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 90,037.48 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 6/01 | 90,037.48 |

*** END OF STATEMENT ***