**GENEVER HOLDINGS LLC**
Receivables

**Proprietary Rents & Assessments:**

|  | 1801 Rent | 719 Rent | 2219 Rent | 1801 Corridor | Assessment | Totals | Security Deposit Withdrawals | |
|---|---|---|---|---|---|---|---|---|
| 1-Jan-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 |  | 73,762.50 |  |  |
| 1-Feb-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 |  | 73,762.50 |  |  |
| 1-Mar-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 |  | 73,762.50 |  |  |
| 1-Apr-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 |  | 73,762.50 |  |  |
| 1-May-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 |  | 73,762.50 |  |  |
| 1-Jun-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 20-Jul-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Aug-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
|  |  |  |  | (2,003.80) |  | (2,003.80) |  |  |
| 1-Sep-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Oct-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Nov-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Dec-20 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Jan-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Feb-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Mar-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Apr-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-May-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 |  |  |
| 1-Jun-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 | 654,190.16 | 3-Jun-21 |
| 1-Jul-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 | 81,773.77 | 6-Jul-21 |
| 1-Aug-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 | 81,773.77 | 10-Aug-21 |
| 1-Sep-21 | 69,079.17 | 1,170.83 | 1,170.83 | 2,341.67 | 8,011.27 | 81,773.77 | 81,773.77 | 2-Sep-21 |
|  | $1,450,662.57 | $24,587.43 | $24,587.43 | $47,171.27 | $128,180.32 | $1,675,189.02 | $899,511.47 |  |