UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                    Chapter 11

Genever Holdings LLC,                                                      Case No. 20-12411 (JLG)

                                                    Debtor.
---------------------------------------------------------------x

### ORDER GRANTING DEBTOR'S MOTION TO FURTHER EXTEND THE EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)

The Court having considered the motion (the "Motion") of Genever Holdings LLC (the "Debtor") (ECF No. 126) pursuant to 11 U.S.C. Section 1121(d)(1) for an order further extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto until October 6, 2021 and December 6, 2021, respectively, in furtherance of the Bridge Order entered on September 13, 2021 (ECF No. 129) extending the Debtor's exclusivity period through at least September 22, 2021; and good and sufficient notice of the Motion having been given to creditors; and a hearing having been held before the undersigned on September 22, 2021, and no objection having been filed or raised concerning the requested extension; it is hereby

ORDERED that the Debtor's exclusive period to file a plan of reorganization is further extended up to and including October 6, 2021, and the concomitant period for the Debtor to solicit acceptances thereto is likewise extended for an additional period of sixty (60) days to December 6, 2021, pursuant to 11 U.S.C. §1121(d)(1).

Dated: New York, NY
         October 8, 2021

                                                                /s/ *James L. Garrity, Jr.*
                                                                 Hon. James L. Garrity, Jr.