UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                  Chapter 11

Genever Holdings LLC,                                         Case No. 20-12411 (JLG)

                                   Debtor.
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that all matters scheduled to be heard on October 20, 2021 have been adjourned on consent to November 9, 2021 at 11:00 a.m., when they will be heard before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, by telephone. Parties who wish to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com.

Dated: New York, NY
       October 18, 2021

                                                        Goldberg Weprin Finkel Goldstein LLP
                                                        Attorneys for the Debtor
                                                        1501 Broadway, 22nd Floor
                                                        New York, New York 10036
                                                        (212) 221-5700

                                                        By:   /s/ J. Ted Donovan, Esq.