UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re: | Chapter 11 |
|---|---|
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

---------------------------------------------------------------x

**ORDER FURTHER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)**

The Court having previously granted the motion (the "Motion") of Genever Holdings LLC (the "Debtor") (ECF No. 126) pursuant to 11 U.S.C. Section 1121(d)(1) for an order further extending the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto until October 6, 2021 and December 6, 2021, respectively, in furtherance of the Bridge Order entered on September 13, 2021 (ECF No. 129) extending the Debtor's exclusivity period through at least September 22, 2021; and the Debtor thereafter having obtained consent from PAX, Bravo Luck, the Sale Officer and the U.S. Trustee to a further extension of the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto until October 13, 2021 and December 13, 2021, respectively, as approved by Order of this Court dated October 8, 2021 (ECF No. 143); and the Debtor have drafted and circulated a plan for review and comment, and upon the consent of PAX, Bravo Luck, the Sale Officer and the U.S. Trustee to a further extension of the Debtor's exclusive periods to file a plan of reorganization and solicit acceptances thereto until October 20, 2021 and December 20, 2021, respectively, while the parties review the terms of the draft plan; it is hereby

ORDERED that the Debtor's exclusive period to file a plan of reorganization is further extended up to **and** including **October 25, 2021**, and the concomitant period for the Debtor to solicit acceptances thereto is likewise extended for an additional period of sixty (60) days to December 20, 2021, pursuant to 11 U.S.C. §1121(d)(1). **[JLG]**

Dated: New York, NY
October 20, 2021

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
United States Bankruptcy Judge