UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

---------------------------------------------------------------x

**BRIDGE ORDER FURTHER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)**

The Court having previously entered a bridge order extending the exclusive periods in which Genever Holdings LLC (the "Debtor") may file a plan of reorganization until October 25, 2021 pursuant to 11 U.S.C. Section 1121(d)(1) **(ECF No. 145) [JLG]** ~~for an order further~~; and the Debtor having moved for a further extension of exclusivity until November 9, 2021, which motion is returnable on November 9, 2021 **(ECF No. 146) [JLG]**, and the said motion having been filed prior to the end of the current exclusivity deadline; and the Debtor having previously circulated a draft plan for comment, and the Debtor having been advised that Pacific Alliance Asian Opportunity Fund is still reviewing the draft plan; it is hereby

ORDERED that the Debtor's exclusive period to file a plan of reorganization is further extended up to and including November 9, 2021, and the concomitant period for the Debtor to solicit acceptances thereto is likewise extended for an additional period of sixty (60) days thereafter, pursuant to 11 U.S.C. §1121(d)(1).

Dated: New York, NY
November 1, 2021

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
United States Bankruptcy Judge