| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>November 9, 2021 at 11:00 a.m. |

---------------------------------------------------------------x

In re:                                                                    Chapter 11

Genever Holdings LLC,                                      Case No. 20-12411 (JLG)

                              Debtor.

---------------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION FOR TO EXTEND THE EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)**

The undersigned counsel for Genever Holdings LLC (the "Debtor") hereby certifies pursuant to Local Rule 9075-2 that the Debtor moved (ECF #146) for an Order further extending the Debtor's exclusive period to file a plan of reorganization from October 25, 2021 to November 9, 2021, and the concomitant period in which to solicit acceptances for sixty (60) days thereafter, pursuant to 11 U.S.C. §1121(d)(1). The motion papers were served in October 25, 2021, with objections due on November 2, 2021 and a hearing scheduled for November 9, 2021 at 11:00 a.m. More than 48 hours have passed since the deadline expired and no objections were timely filed.

Dated: New York, NY
              November 8, 2021

                                                            Goldberg Weprin Finkel Goldstein LLP
                                                            Attorneys for the Debtor
                                                            1501 Broadway, 22nd Floor
                                                            New York, New York 10036
                                                            (212) 221-5700

                                                            By:    /s/ J. Ted Donovan, Esq.