UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions.

On October 25, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Hearing on Debtor's Motion for to Extend the Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C. §1121(d)(1) [Docket No. 146]**

Dated: October 26, 2021

_____
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 26th day of October, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# EXHIBIT A

EXHIBIT A

**Genever Holdings LLC - U.S. Mail**                                                                                     Served 10/25/2021

| | | |
|---|---|---|
| ADAM LEITMAN BAILEY P.C.<br>1 BATTERY PARK PLZ FL 18<br>NEW YORK, NY 10004-1646 | BRAVO LUCK LIMITED<br>P.O. BOX 957<br>OFF SHORE INCORPORATION CENTRE<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS | HON. JAMES. L. GARRITY JR.<br>U.S. BANKRUPTCY COURT<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LAWALL & MITCHELL LLC<br>162 E 64TH ST<br>NEW YORK, NY 10065-7478 | MARK PANTZER, ESQ.<br>OTTERBOURG P.C.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| MELANIE CYGANOWSKI, ESQ.<br>OTTERBOURG P.C.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY STREET<br>NEW YORK, NY 10005 | NYC DEP'T OF FINANCE<br>LEGAL AFFAIRS<br>345 ADAMS ST FL 3<br>BROOKLYN, NY 11201-3719 |
| NYC DEPT OF LAW<br>ATTN: BERNADETTE BRENNAN, ESQ.<br>100 CHURCH ST RM 5-233<br>NEW YORK, NY 10007-2601 | NYS DEP'T OF TAXATION<br>BANKRUPTCY/SPECIAL PROCEDURE<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O DANIEL SHAMAH, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 | PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O DOUGLAS SPELFOGEL, ESQ.<br>MAYER BROWN LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1001 | PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O EDWARD MOSS, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 |
| PACIFIC ALLIANCE ASIA OPPORTUNITY FUND<br>C/O STUART SARNOFF, ESQ.<br>O'MELVENY & MYERS<br>7 TIMES SQ<br>NEW YORK, NY 10036-6524 | QIANG GUO<br>C/O BRAVO LUCK LIMITED<br>P.O. BOX 957<br>OFF SHORE INCORPORATION CENTRE<br>ROAD TOWN, TORTOLA | ROMER DEBBAS LLP<br>275 MADISON AVE STE 801<br>NEW YORK, NY 10016-1153 |
| THE SHERRY NETHERLAND<br>C/O GABRIEL SASSON, ESQ.<br>STROOCK & STROOCK & LAVAN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038-4982 | | |

Parties Served: 19