# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Date: **November 9, 2021**
---------------------------------------------------------------x

In re:                                                           Chapter 11

    Genever Holdings LLC,
                                                                 Case No. 20-12411-JLG
Debtor.

---------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Kevin Nash, Esq., Counsel to the Debtor<br>Francis Lawall, Esq., Counsel to Bravo Luck<br>Gabriel Sasson, Esq., Counsel to The Sherry-Netherland<br>Douglas Spelfogel, Esq., Counsel to Pacific Alliance Asia Opportunity Fund, L.P. |
| Proceedings: | Case Conference |
| Order: | The Case Conference is hereby adjourned to **January 11, 2022**, at **11:00 a.m. (ET)**.<br><br>The Debtor shall file a status letter with the Court (and deliver two single-sided copies to Chambers) on or before **January 4, 2022** at **12:00 p.m. (ET)**. |

BY THE COURT:

November 16, 2021
New York, New York

                                                /s/ *James L. Garrity, Jr.*
                                                Honorable James L. Garrity, Jr.
                                                United States Bankruptcy Judge