UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                Chapter 11

Genever Holdings LLC,                                    Case No. 20-12411 (JLG)

                                    Debtor.
------------------------------------------------------------x

**CONSENT ORDER FURTHER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES THERETO PURSUANT TO 11 U.S.C. §1121(d)(1)**

Genever Holdings LLC (the "Debtor") having moved (ECF No. 146) for a further extension of exclusivity through and including November 9, 2021; and this Court having previously entered a Bridge Order extending the exclusive periods through November 9, 2021 (ECF No. 148); and the parties having appeared at a status conference held on November 9, 2021, and Bravo Luck Limited, Pacific Alliance Asian Opportunity Fund and The Sherry Netherland having all consented to the requested further extension of exclusivity for a period of sixty (60) days; and the Court having approved said extension on the Record of the said hearing, which is incorporated herein by reference, and further directed (i) that a status conference be rescheduled for January 11, 2022 at 11:00 a.m., and (ii) the filing of a status report by January 4, 2022 in the expectation that a plan of reorganization will be filed by that time; it is hereby

ORDERED that the Debtor's exclusive period ~~for the Debtor~~ to file a plan of reorganization is further extended from November 9, 2021 for a period of ~~sixty~~ **fifty-nine** ~~(60)~~ (59) days up to and including January 7, 2022, and the concomitant period for the Debtor to solicit acceptances thereto is likewise extended for an additional period of sixty (60) days thereafter, pursuant to 11 U.S.C. §1121(d)(1). **[JLG]**

Dated: New York, NY
November 18, 2021

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
United States Bankruptcy Judge