In re Genever Holdings LLC  
**Debtor**

Case No. 20-12411-JLG  
Reporting Period: 6/1/2021-6/30/2021

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | \multicolumn{6}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage |  |  |  |  |  |  |
| Rent |  | $81,773.77 | $81,773.77 | $81,773.77 | $245,323.00 | $572,418.08 |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Real Estate Taxes |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  | $572,418.08 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
The Sherry Netherland Hotel is holding a $3 million security deposit

FORM MOR-4 (RE)  
2/2008  
PAGE 1 OF 1