

**BANK**

PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date 10/29/21          Page      1
Primary Account          9910

**9241714**

GENEVER HOLDINGS LLC
DEBTOR IN POSSESSION
CASE# 20-12411-jlg
781 5TH AVENUE APT 1801
NEW YORK NY 10022

Account Title:          GENEVER HOLDINGS LLC
                        DEBTOR IN POSSESSION
                        CASE# 20-12411-jlg

**Basic Business Checking**          Number of Enclosures          0
Account Number              9910     Statement Dates  10/01/21 thru 10/31/21
Previous Balance      90,037.48      Days in the statement period      31
    Deposits/Credits       .00       Avg Daily Ledger          90,037.48
    Checks/Debits          .00       Avg Daily Collected       90,037.48
Maintenance Fee            .00
Interest Paid              .00
Ending Balance        90,037.48

## DAILY BALANCE INFORMATION

| Date | Balance |
|------|---------|
| 10/01 | 90,037.48 |

## *** END OF STATEMENT ***