**EXHIBIT B**

Adam Leitman Bailey P.C.
1 Battery Park Plz Fl 18
New York, NY 10004-1646

Bravo Luck Limited
P.O. Box 957
Off Shore Incorporation Centre
Road Town, Tortola
British Virgin Islands

Bravo Luck Limited
c/o Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Aaron Mitchell
Lawall & Mitchell LLC
162 E 64th St
New York, NY 10065-7478

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Pacific Alliance Asia Opportunity Fund
c/o Douglas Spelfogel
Mayer Brown LLP
1221 Avenue of the Americas

6778728.1

New York, NY 10020-1001

NY State Attorney General
28 Liberty St
New York, NY 10005-1400

Qiang Guo
c/o Bravo Luck Limited
P.O. Box 957
Off Shore Incorporation Centre
Road Town, Tortola

British Virgin Islands
Romer Debbas LLP
275 Madison Ave Ste 801
New York, NY 10016-1153

The Sherry Netherland
781 5th Ave
New York, NY 10022-1092

Richard Morrissey
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Kevin Nash, Esq.
J. Ted Donovan, Esq.
Goldberg Weprin Finkel Goldstein
1501 Broadway, 22nd Floor
New York, NY 10036

Melanie Cyganowski
Michael Pantzer
Otterbourg P.C.
230 Park Avenue
New York, NY 10169

Gabriel Sasson, Esq.
Stroock
180 Maiden Lane
New York, NY 10038

Yanping Wang

6778728.1

Kwok Ho Wan, a/k/a Kwok Ho, a/k/a Gwo Wen Gui, a/k/a Guo Wengui, a/k/a Guo Wen Gui, a/k/a Wan Gue Haoyun, a/k/a Haoyun Guo, a/k/a Miles Kwok

Mei Guo

Qiang Guo a/k/a Mileson Kwok

Yue Qingzhi a/k/a Hing Chi Ngok

Hon. James L. Garrity Jr.
U.S. Bankruptcy Court
1 Bowling Green
New York, NY 10004

6778728.1