| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date and Time:<br>February 15, 2022 at 10:00 a.m. |

-------------------------------------------------------------x

In re:                                               Chapter 11

Genever Holdings LLC,                                Case No. 20-12411 (JLG)

                              Debtor.

-------------------------------------------------------------x

## NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE THE DISCLOSURE STATEMENT AND, THEREAFTER, ENTRY OF AN ORDER SCHEDULING A CONFIRMATION HEARING AND APPROVING NOTICE PROCEDURES RELATING TO CONFIRMATION

**PLEASE TAKE NOTICE** that upon the annexed motion of Genever Holdings LLC (the "Debtor"), a hearing will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York, via Court Solutions on February 15, 2022 at 10:00 a.m. to consider the Debtor's motion for entry of an order approving the Debtor's Disclosure Statement (ECF No. 165) pursuant to 11 U.S.C. §1125 as containing adequate information regarding such disclosure provided therein for solicitation purposes; and thereafter (b) scheduling a hearing on confirmation of the Debtor's Liquidating Plan of Reorganization (ECF No. 164); and approving notice procedures relating thereto.

**PLEASE TAKE FURTHER NOTICE THAT** any party wishing to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com, in accordance with General Order M-543.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, shall be filed in writing through the Clerk's ECF system, with two one-sided copies delivered to the Hon. James L. Garrity Jr. at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004, and a copy served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, knash@gwfglaw.com, all so as to be received no later than February 8, 2022.

Dated: New York, NY
         January 10, 2022

                                                     Goldberg Weprin Finkel Goldstein LLP
                                                     Attorneys for the Debtor
                                                     1501 Broadway, 22nd Floor
                                                     New York, New York 10036
                                                     (212) 221-5700

                                                     By:    /s/ J. Ted Donovan, Esq.