

|  |  |
|---|---|
|  | Mayer Brown LLP |
|  | 1221 Avenue of the Americas |
|  | New York, NY 10020-1001 |
|  | United States of America |
|  |  |
|  | T: +1 212 506 2500 |
|  | F: +1 212 262 1910 |
|  |  |
|  | mayerbrown.com |

January 18, 2022

**Douglas E. Spelfogel**
Partner
T: +1 212 506 2151
DSpelfogel@mayerbrown.com

<u>BY ECF & EMAIL</u>

Judge James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-5632

Re: <u>In re Genever Holdings LLC</u>
<u>Case No. 20-12411 (JLG)</u>

Dear Judge Garrity:

We are counsel for Pacific Alliance Asia Opportunity Fund L.P., the largest creditor in the pending case for Genever Holdings LLC. We are writing to respectfully request a short adjournment of the scheduled hearings, a status conference and hearing to approve the disclosure statement, set for February 15, 2022, based upon a scheduling conflict. I am actually engaged on trial on February 15, 2022 on a contested confirmation evidentiary hearing before Judge Drain, in connection with the bankruptcy for the Williamsburg Hotel [*In re 96 Wythe Acquisition LLC*, Case No. 21-22108 (RDD)]. While we have reached out to the Debtor's counsel to confirm an agreed date to reschedule the hearings, to date we have been unable to confirm such.

Thank you for your courtesies,

Respectfully submitted,

*Douglas Spelfogel*

Douglas E. Spelfogel

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).
745780637.4