

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date 11/30/21  
Primary Account 9910  
Page 1

9425696

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

| | | |
|---|---|---|
| Account Title: | GENEVER HOLDINGS LLC | |
| | DEBTOR IN POSSESSION | |
| | CASE# 20-12411-jlg | |

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 9910 | Statement Dates 11/01/21 thru 11/30/21 | |
| Previous Balance | 90,037.48 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 90,037.48 |
| Checks/Debits | .00 | Avg Daily Collected | 90,037.48 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 90,037.48 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 11/01 | 90,037.48 |

\*\*\* END OF STATEMENT \*\*\*

MEMBER FDIC      NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                        1