

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date 12/31/21          Page    1  
Primary Account        9910

9799314

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

```
Account Title:          GENEVER HOLDINGS LLC
                        DEBTOR IN POSSESSION
                        CASE# 20-12411-jlg

Commercial Checking                       Number of Enclosures               0
Account Number                   9910     Statement Dates   12/01/21 thru 12/31/21
Previous Balance            90,037.48     Days in the statement period      31
    Deposits/Credits              .00     Avg Daily Ledger          90,037.48
    Checks/Debits                 .00     Avg Daily Collected       90,037.48
Maintenance Fee                   .00
Interest Paid                     .00
Ending Balance              90,037.48
```

## DAILY BALANCE INFORMATION

```
Date        Balance
12/01       90,037.48
```

*** END OF STATEMENT ***

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    1