| In re | Genever Holdings LLC | Case No. | 20-12411-JLG |
|---|---|---|---|
| | Debtor | Reporting Period: | Jan-22 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $90,037.48 | $90,037.48 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets *(attach schedule)* | | |
| TOTAL CURRENT ASSETS | $90,037.48 | $90,037.48 |
| **PROPERTY & EQUIPMENT** | | |
| Real Property and Improvements | $72,000,000.00 | $72,000,000.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| TOTAL PROPERTY & EQUIPMENT | $72,000,000.00 | $72,000,000.00 |
| **OTHER ASSETS** | | |
| Security Deposit with Landlord (The Sherry Netherland) | $2,238,167.00 | $2,319,941.00 |
| Other Assets *(attach schedule)* | | |
| TOTAL OTHER ASSETS | | |
| TOTAL ASSETS | $74,328,204.00 | $74,409,978.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable *(refer to FORM MOR-4)* | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Post-petition Liabilities *(attach schedule)* | | |
| TOTAL POST-PETITION LIABILITIES | $0.00 | $0.00 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $775,678.00 | $775,678.00 |
| Priority Debt | | |
| Unsecured Debt | $195,300,000.00 | $195,300,000.00 |
| TOTAL PRE-PETITION LIABILITIES | | |
| TOTAL LIABILITIES | $196,075,678.00 | $196,075,678.00 |
| **OWNERS' EQUITY** | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Post-petition | | |
| Adjustments to Owner Equity *(attach schedule)* | | |
| Post-petition Contributions *(attach schedule)* | | |
| NET OWNERS' EQUITY | -$121,747,474.00 | -$121,665,700.00 |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $74,328,204.00 | $74,409,978.00 |