

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date  1/31/22         Page      1  
Primary Account          9910

**9988027**

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

Account Title:        GENEVER HOLDINGS LLC  
                      DEBTOR IN POSSESSION  
                      CASE# 20-12411-jlg

| | | |
|---|---|---|
| Commercial Checking | | Number of Enclosures          0 |
| Account Number | 9910 | Statement Dates   1/01/22 thru 1/31/22 |
| Previous Balance | 90,037.48 | Days in the statement period     31 |
| Deposits/Credits | .00 | Avg Daily Ledger      90,037.48 |
| Checks/Debits | .00 | Avg Daily Collected   90,037.48 |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 90,037.48 | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 1/01 | 90,037.48 |

*** END OF STATEMENT ***

MEMBER FDIC        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    1