O'MELVENY & MYERS LLP
Peter Friedman
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
:
In re:                                                               :    Chapter 11
:
GENEVER HOLDINGS LLC,                                                :    Case No. 20-12411-jlg
:
Debtor.                                                              :
:
---------------------------------------------------------------------X

**MOTION FOR ADMISSION OF PETER FRIEDMAN TO PRACTICE, *PRO HAC VICE***

TO: THE HONORABLE JAMES L. GARRITY, JR.
    UNITED STATES BANKRUPTCY JUDGE

I, Peter Friedman, request admission in accordance with Local Bankruptcy Rule 2090-1(b), *pro hac vice*, before the Honorable James L. Garrity, Jr., to represent in the above-captioned case Pacific Alliance Asia Opportunity Fund L.P., as its counsel.

I certify that I am a member in good standing of the Bar of Washington, D.C., and admitted to practice before the United States Supreme Court, the United States Court of Appeals for the First Circuit, Third Circuit, Seventh Circuit, and Tenth Circuit and the United States District Court for the District of Columbia.

My address is O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, D.C., 20006; my email address is pfriedman@omm.com and my telephone number is (202) 383-5302.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: March 14, 2022

By: */s/ Peter Friedman*
Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for Plaintiff Pacific Alliance Asia Opportunity Fund L.P.*