# EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | 781 Fifth Avenue #18 in Lenox Hill, Manhattan \| StreetEasy |
| Capture URL: | https://streeteasy.com/building/sherry-netherland/18fl |
| Page loaded at (UTC): | Mon, 14 Mar 2022 19:56:53 GMT |
| Capture timestamp (UTC): | Mon, 14 Mar 2022 20:00:24 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | bac5e7f9-18c3-4f15-a8bc-799079ff1086 |
| User: | omm-jlu |

PDF REFERENCE #:    jBKE896fpVhF2jyv1g1SQj

# StreetEasy

RENT | BUY | SELL | BUILDINGS | RESOURCES | BLOG

Advertise | Sign In / Register

Sales › Manhattan › All Upper East Side › Upper East Side › Lenox Hill › 781 Fifth Avenue #18



1 of 18

FLOOR PLAN

| DAYS ON MARKET | LAST PRICE CHANGE | ESTIMATED PAYMENT |
|---|---|---|
| 27 Days | No Recorded Changes | $252,760 |
| MONTHLY TAXES | MONTHLY MAINTENANCE | TAX ABATEMENT |
| N/A | $71,421 | No Data Available |

## About the Listing

**SELLER'S AGENT**

Serena Boardman
Licensed Associate Real Estate Broker

**DESCRIPTION**

Perched high atop the prestigious Sherry Netherland Hotel, this extraordinary and palatial residence boasts 100 linear feet overlooking Central Park and offers stunning 360-degree views of the Manhattan skyline and other celebrated landmarks such as Grand Army Plaza and the historic facade of the Plaza Hotel.

The truly grand 15-room residence comprises the entire 18th Floor of the building, offering the ultimate in privacy and luxury. Sun pours into this high floor simplex throughout the day while three large planted terraces enjoy sunny open exposures to the west, south, and north. In the evening, the skyline unfolds against a dramatic backdrop of city lights.

The extremely versatile layout is vast and comprised of five principal Entertaining Rooms, all overlooking Central Park, including a breathtaking corner Living Room, stylish Library with wet bar, a large square Dining Room, and corner Den with access to both of the larger terraces. Additionally, there are a multitude of Bedrooms and Dressing Rooms which could be configured to suit anyone's particular needs, eight Baths, and a Den/Media Room. The flexible floor plan of this enormous apartment is perfectly suited for grand entertaining and a big lifestyle filled with family and guests.

This spectacular abode offers the rare opportunity to own a stylish and special residence in one of New York's finest Pre-War cooperatives. Services and amenities offered by The Sherry Netherland include full concierge services, 24-hour doormen and elevator attendants, daily housekeeping, evening turndown services, valet parking, room service provided by the renowned Harry Cipriani, a fitness center, barber shop, and beauty salon.

There is a monthly assessment for the 18th Floor and maids rooms of $8,011.27 (Through

## 781 Fifth Avenue #18

**$45,000,000** FOR SALE

15 rooms | 6 beds | 7+ baths

Resale • Co-op in Lenox Hill

SAVE | SHARE

This sale has been saved by 20 users.

+ ADD NOTES TO THIS LISTING

Listing by Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

SCHEDULE A SHOWING

ASK A QUESTION

Hide listing from search results | Report Listing

SPONSORED



Make yourself at home.

Find fresh ideas for your beautiful new beginning.

VISIT WEBSITE

Crate&Barrel



There is a monthly assessment for the 18th Floor and maids rooms of $8,011.27 (Through September 2027) and a monthly license fee for exclusive use of the 18th Floor elevator lobby of $2,341.67

HIDE FULL DESCRIPTION

## Amenities

**HIGHLIGHTS**

Cats and Dogs Allowed

Elevator

Full-time Doorman

**CO-OP RULES**

Pied-a-Terre Allowed

**BUILDING AMENITIES**

Gym

verizon Fios Available

Laundry in Building

Live-in Super

**LISTING AMENITIES**

Central Air

Hardwood Floors

## About the Building

Sherry Netherland 781 Fifth Avenue New York, NY 10022

Co-op in Lenox Hill

169 Units 38 Stories 1928 Built

Sales listings: 15 active, 2 in contract and 192 previous

Rentals listings: 33 previous

Documents and Permits: 129 documents

MORE ABOUT THE BUILDING

## Price History

| | | |
|---|---|---|
| 02/15/2022 | Listed by Sotheby's International Realty | $45,000,000 |
| 12/07/2021 | Delisted by Brown Harris Stevens | $55,000,000 |
| 03/10/2020 | Previously Listed by Brown Harris Stevens | $55,000,000 |
| 04/26/2019 | Delisted by Douglas Elliman | $67,000,000 |

# StreetEasy

Sign In / Register

Advertise

RENT  BUY  SELL  BUILDINGS  RESOURCES  BLOG

781 Fifth Avenue #18 • $45,000,000   15 rooms   6 beds   7 baths, 2 half baths

**SCHEDULE A SHOWING**    **ASK A QUESTION**

| Date | Listing | Price |
|---|---|---|
| 11/13/2018 | Previously Listed by Douglas Elliman | $67,000,000 |
| 09/22/2018 | Brown Harris Stevens Listing is no longe… | $68,000,000 |
| 05/17/2018 | Previously Listed by Brown Harris Stevens | $68,000,000 |
| 09/15/2017 | Brown Harris Stevens Listing is no longe… | $78,000,000 |
| 06/21/2017 | Previously Listed by Brown Harris Stevens | $78,000,000 |
| 11/06/2015 | Brown Harris Stevens Listing is no longe… | $86,000,000 |
| 10/22/2015 | Previously Listed by Brown Harris Stevens | $86,000,000 |
| 03/09/2015 | Sotheby's International Realty Listing is … | $85,000,000 |
| 10/16/2014 | Previously Listed by Sotheby's Internati… | $85,000,000 |
| 07/03/2014 | Brown Harris Stevens Listing is no longe… | $95,000,000 |
| 07/01/2014 | Douglas Elliman Listing is no longer avai… | $95,000,000 |
| 09/24/2012 | Previously Listed by Douglas Elliman | $95,000,000 |
| 09/22/2012 | Previously Listed by Brown Harris Stevens | $95,000,000 |

**SEE LESS**

**WANT TO ANALYZE THIS PROPERTY WITH OUR COMPS REPORT GENERATOR?**

## Similar Sales



**SALE IN LENOX HILL**
795 Fifth Avenue #30
**$37,000,000**
3 Beds | 3+ Baths | - - - ft²
Listing by Brown Harris Stevens (445 Park Avenue 11th Fl, New York, NY 10022)



**SALE IN TRIBECA**
111 Murray Street #PH2
**$40,000,000**
5 Beds | 6.5 Baths | 7,488 ft²
Listing by Douglas Elliman (575 Madison Avenue, New York, NY 10022)



**SALE IN WEST VILLAGE**
165 Charles Street TRIPLEX
**$53,000,000**
6 Beds | 6+ Baths | 9,607 ft²
Listing by Brown Harris Stevens (445 Park Avenue 11th Fl, New York, NY 10022)

StreetEasy                                                                                                                    Advertise      Sign In / Register
RENT   BUY   SELL   BUILDINGS   RESOURCES   BLOG

781 Fifth Avenue #18 • $45,000,000   15 rooms   6 beds   7 baths, 2 half baths   **SCHEDULE A SHOWING**   ASK A QUESTION

## Nearby

**TRANSPORTATION**

| | | |
|---|---|---|
| N R W at 5th Av | | under 500 feet |
| F at 57th St | | 0.23 miles |
| N R 4 5 6 W at Lexington Av-59 St | | 0.25 miles |
| F Q at Lexington Av | | 0.31 miles |
| E M at 5th Av | | 0.31 miles |

View subway lines on Google Maps ▸



VIEW ON GOOGLE

**SCHOOLS**

**District 02** - Schools zoned for this address:
East Side Elementary School, PS 267
(0K,01,02,03,04,05,SE)

Disclaimer: School attendance zone boundaries are not guaranteed to be accurate – they are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

**COLLEGES**

| | |
|---|---|
| New York Graduate School of Psychoanalysis | 0.43 miles |
| Hunter College (CUNY) | 0.48 miles |
| Sotheby's Institute of Art | 0.5 miles |
| Christie's Education | 0.58 miles |
| Mandl College of Allied Health | 0.59 miles |

**PARKS**

| | |
|---|---|
| Central Park | 0.03 miles |
| Grand Army Plaza | 0.06 miles |
| Tramway Plaza | 0.48 miles |
| 14 Honey Locusts Park | 0.56 miles |
| St. Catherine's Park | 0.72 miles |

**MUSEUMS**

| | |
|---|---|
| Dahesh Museum | 0.15 miles |
| Sony Wonder Technology Lab | 0.2 miles |
| Museum of American Illustration | 0.29 miles |
| Museum of Modern Art (MoMA) | 0.32 miles |
| American Folk Art Museum | 0.35 miles |

## Latest Discussions





StreetEasy Advertise Sign In / Register

RENT BUY SELL BUILDINGS RESOURCES BLOG

e.g. address, building, agent

781 Fifth Avenue #18 • $45,000,000 15 rooms | 6 beds | 7 baths, 2 half baths

SCHEDULE A SHOWING ASK A QUESTION

BE THE FIRST TO CREATE A DISCUSSION ABOUT THIS LISTING

## Listed By

Sothebys International Realty, Corporate Broker, 650 Madison Avenue, New York NY 10022.

REPORT A PROBLEM

### Lenox Hill Sales

- Studios in Lenox Hill
- 1 Bedrooms in Lenox Hill
- 2 Bedrooms in Lenox Hill
- 3 Bedrooms in Lenox Hill

### Nearby Lenox Hill

- Central Park South Real Estate for sale
- Midtown East Real Estate for sale
- Sutton Place Real Estate for sale
- Upper East Side Real Estate for sale

### More

- Condos for sale
- Co-ops for sale
- Houses for sale
- Pet friendly for sale

BLOG
WE'RE HIRING!

SUBMIT YOUR LISTINGS
WORK WITH US
NYC RENTAL NETWORK
PRESS

BROWSE ALL HOMES
NEAR ME

+ SHOW NYC NEIGHBORHOODS

Help
Terms of Use & Privacy Policy
Ad Choice

Download on the App Store
GET IT ON Google play

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage license in multiple states. See a list of these real estate licenses.

ZILLOW • TRULIA • HOTPADS • OUT EAST

Zillow Inc. Sites © 2006-2022 Zillow • Made In NYC • Powered by Bikes, Coffee and Doughnuts.

StreetEasy Advertise Sign In / Register

RENT BUY SELL BUILDINGS RESOURCES BLOG

e.g. address, building, agent

781 Fifth Avenue #18 • $45,000,000 | 15 rooms | 6 beds | 7 baths, 2 half baths

SCHEDULE A SHOWING | ASK A QUESTION

Studios in Lenox Hill | Central Park South Real Estate for sale | Condos for sale

1 Bedrooms in Lenox Hill | Midtown East Real Estate for sale | Co-ops for sale

2 Bedrooms in Lenox Hill | Sutton Place Real Estate for sale | Houses for sale

3 Bedrooms in Lenox Hill | Upper East Side Real Estate for sale | Pet friendly for sale

BLOG
WE'RE HIRING!

SUBMIT YOUR LISTINGS
WORK WITH US
NYC RENTAL NETWORK
PRESS

BROWSE ALL HOMES
NEAR ME

+ SHOW NYC NEIGHBORHOODS

Help
Terms of Use & Privacy Policy
Ad Choice

Download on the App Store
GET IT ON Google play

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage license in multiple states. See a list of these real estate licenses.

ZILLOW • TRULIA • HOTPADS • OUT EAST

Zillow Inc. Sites © 2006-2022 Zillow • Made In NYC • Powered by Bikes, Coffee and Doughnuts.