# EXHIBIT 3

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM INDEX NO. 652077/2017
NYSCEF DOC. NO. 785                                          RECEIVED NYSCEF: 05/07/2021

20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -
Excerpts October 3   2018 Deposition of Miles Kwok   Pg 2 of 17

*PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P. vs.*

*KWOK HO WAN*

---

*MILES KWOK*

*October 3, 2018*

---



# ELLEN GRAUER
## COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor  New York, New York 10022
P: 212-750-6434   F: 212-750-1097
www.ellengrauer.com

*Original File 247294.TXT*
*Min-U-Script® with Word Index*

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM          INDEX NO. 652077/2017
NYSCEF DOC. NO. 785          RECEIVED NYSCEF: 05/07/2021

20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -
Excerpts October 3  2018 Deposition of Miles Kwok   Pg 3 of 17

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK

 2   COUNTY OF NEW YORK
     ------------------------------------------------x
 3   PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

 4                       Plaintiff,

 5      -against-

 6   KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN
     GUI, a/k/a GUO WENGUI, a/k/a GUO WEN-GUI,
 7   a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK,
     a/k/a HAOYUN GUY,
 8
                         Defendant.
 9
     Index No.: 652077/2017
10   ------------------------------------------------x

11

12                   7 Times Square
                     New York, New York
13
                     October 3, 2018
14                   9:39 a.m.

15

16           Videotaped Examination Before Trial

17   of the MILES KWOK, before Kristi Cruz, a Notary

18   Public of the State of New York.

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24            New York, New York 10022
                    212-750-6434
25                  REF:  247294
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
INDEX NO. 652077/2017

NYSCEF DOC. NO. 785
20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -
RECEIVED NYSCEF: 05/07/2021
Excerpts October 3   2018 Deposition of Miles Kwok   Pg 4 of 17

2

```
 1   A P P E A R A N C E S:

 2

 3   O'MELVENY & MYERS LLP

 4   Attorneys for Plaintiff

 5        Times Square Tower

 6        7 Times Square

 7        New York, New York 10036

 8   BY:  EDWARD MOSS, ESQ.

 9        STUART SARNOFF, ESQ.

10        SARA N. PAHLAVAN, ESQ.

11        212.326.2000

12        emoss@omm.com

13        ssarnoff@omm.com

14        spahlavan@omm.com

15

16

17   HODGSON RUSS LLP

18   Attorneys for Defendant

19        605 Third Avenue, Suite 2300

20        New York, New York 10158

21   BY:  MARK A. HARMON, ESQ.

22        JILLIAN MARIE SEARLES, ESQ.

23        212.751.4300

24        mharmon@hodgsonruss.com

25        jsearles@hodgsonruss.com
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
INDEX NO. 652077/2017

NYSCEF DOC. NO. 785

20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -

RECEIVED NYSCEF: 05/07/2021

Excerpts October 3   2018 Deposition of Miles Kwok   Pg 5 of 17

3

```
 1   A P P E A R A N C E S:   (Cont'd)

 2

 3   ALSO PRESENT:

 4        ELIZABETH YAOYING JIANG, Mandarin Interpreter

 5        DAN MACOM, Videographer

 6        KARIN MAISTRELLO, Golden Spring

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 785      20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3   RECEIVED NYSCEF: 05/07/2021
                         Excerpts October 3   2018 Deposition of Miles Kwok   Pg 6 of 17

4

```
1   ------------------ I N D E X -------------------

2   WITNESS                 EXAMINATION BY        PAGE

3   MILES KWOK              MR. MOSS                 8

4

5

6   DIRECTIONS:      PAGE   17, 18, 19, 58, 59, 61,

7                           62, 67, 70, 71, 72, 73,

8                           78, 101, 102, 117, 118,

9                           126, 128, 129

10

11

12  --------------- DOCUMENT REQUESTS ---------------

13  PAGE:     129   Document evidencing agreement

14                  with Zhang Wei relating to the

15                  hotel

16

17

18  --------------- E X H I B I T S ----------------

19  KWOK            DESCRIPTION             FOR I.D.

20  Exhibit 1       Genever Holdings LLC        33

21                  Corporate Documents

22  Exhibit 2       Printout from YouTube       59

23  Exhibit 3       Federal Complaint           69

24  Exhibit 4       Letter with attached        73

25                  financial information
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM    INDEX NO. 652077/2017
NYSCEF DOC. NO. 785    20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3 - RECEIVED NYSCEF: 05/07/2021
Excerpts October 3   2018 Deposition of Miles Kwok    Pg 7 of 17

5

```
 1    ------------ E X H I B I T S (Cont'd)------------

 2    KWOK               DESCRIPTION                FOR I.D.

 3    Exhibit 5          UBS Hong Kong statement         82

 4                       for Bravo Luck Limited

 5                       entitled Debit Advice

 6    Exhibit 6          Realtor.com printout            88

 7

 8

 9

10                (EXHIBITS TO BE PRODUCED)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM INDEX NO. 652077/2017
NYSCEF DOC. NO. 785 RECEIVED NYSCEF: 05/07/2021
20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -
Excerpts October 3   2018 Deposition of Miles Kwok   Pg 8 of 17

6

```
 1              S T I P U L A T I O N S

 2

 3              IT IS HEREBY STIPULATED AND AGREED

 4         by and between the attorneys for the

 5         respective parties herein, that filing and

 6         sealing be and the same are hereby waived.

 7              IT IS FURTHER STIPULATED AND

 8         AGREED that all objections, except as to

 9         the form of the question, shall be

10         reserved to the time of the trial.

11              IT IS FURTHER STIPULATED AND

12         AGREED that the within deposition may be

13         sworn to and signed before any officer

14         authorized to administer an oath, with

15         the same force and effect as if signed

16         and sworn to before the Court.

17              IT IS FURTHER STIPULATED AND

18         AGREED that a copy of the within

19         deposition shall be furnished to counsel

20         for the Witness.

21

22

23                   - oOo -

24

25
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM    INDEX NO. 652077/2017

NYSCEF DOC. NO. 785    20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3    RECEIVED NYSCEF: 05/07/2021

Excerpts October 3    2018 Deposition of Miles Kwok    Pg 9 of 17

59

```
 1                          KWOK

 2      video?

 3   DI            MR. HARMON:  Same objection.  Same

 4           direction.

 5           A.    Refuse to answer.

 6                 MR. MOSS:  I'm going to mark as --

 7           what exhibit are we?

 8                 Actually, could we just go off the

 9           record for a second?

10                 THE VIDEOGRAPHER:  We're now off the

11           record, the time is 11:43 a.m.

12                 (Discussion held off the record.)

13                 THE VIDEOGRAPHER:  We're now back on

14           the record.  The time is 11:44 a.m.

15                 (Kwok Exhibit 2, Printout from

16           YouTube, marked for identification, as of

17           this date.)

18   BY MR. MOSS:

19           Q.    Mr. Kwok, you've been handed

20      Exhibit 2, which is a printout from YouTube

21      and it's entitled "Guo Wengui (Kwok Miles) is

22      planning to sell his private jet and yacht."

23      I'd just like to put on the record that

24      Pacific Alliance cited to this YouTube video

25      in its attachment motion, and that in
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
NYSCEF DOC. NO. 785

INDEX NO. 652077/2017
RECEIVED NYSCEF: 05/07/2021

20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3 -
Excerpts October 3   2018 Deposition of Miles Kwok   Pg 10 of 17

60

| | KWOK |
|---|---|
| 1 | |

```
 1                          KWOK
 2      opposition to its attachment motion Mr. Kwok
 3      filed a brief dated May 16, 2018, and relating
 4      to this issue on page 15, the brief reads as
 5      follows:
 6              "Yet Frances," who is PAX's
 7      investigator, "offers no proof beyond his own
 8      assertion that the voices are those of Kwok
 9      and his associates or that Kwok or anyone
10      associated with him uploaded the audio
11      recording in question, and there is
12      substantial reason to question both the
13      authenticity of the audio and the motives
14      behind the individual or entity who uploaded
15      it and represented that it was, in fact, Kwok
16      making the statements in question."
17              Now I'm going play the audio.
18              (Whereupon, an audio/video is
19          played.)
20              THE WITNESS:  I refuse to listen.
21      I'm not going to listen.
22          Q.   Sorry, Mr. Kwok, were you covering
23      your ears?
24          A.    This is all communist.  Everything
25      here is all communist.  Unless you prove this
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
NYSCEF DOC. NO. 785    20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3    RECEIVED NYSCEF: 05/07/2021

INDEX NO. 652077/2017

Excerpts October 3   2018 Deposition of Miles Kwok    Pg 11 of 17

61

```
 1                        KWOK

 2    is not communist, then I will listen.  They

 3    have recorded over a million of tax audios,

 4    videos that are fake.  Unless you could prove

 5    this is real, otherwise I will not listen to

 6    it.  What relationship is this to me?  Unless

 7    you could prove this is what I have said, that

 8    this is my words, my audio, my video, then I

 9    will listen to it.

10         Q.    You refuse to listen to the video?

11  DI          MR. HARMON:  I object on the same

12          basis and direct the witness not to answer

13          the    question.

14         A.    I have a sensation of committing

15    suicide if you're going play that.  This is

16    communist.  Very simple.  There is like a

17    number of place that the communist that have

18    been proven by the FBI to be fake.  So you

19    want me to commit suicide?  Are you here to

20    kill me?  I here seriously declare for all the

21    videos that you would show as outside the

22    parameters that's causing me mental distress,

23    I will reserve my right to sue.  I like my

24    attorney to note I reserve my right of the

25    personal attacks by the other party against
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
NYSCEF DOC. NO. 785
INDEX NO. 652077/2017
RECEIVED NYSCEF: 05/07/2021

20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3 -
Excerpts October 3  2018 Deposition of Miles Kwok    Pg 12 of 17

62

```
 1                         KWOK
 2      me, and I like to ask for the authenticity of
 3      this documents with a person's authenticity.
 4      I like to request an investigation of it.  I'm
 5      done.
 6           Q.    So, Mr. Kwok, you will not answer
 7      any questions about the video?
 8  DI           MR. HARMON:  Same objection.  Same
 9           direction.  Beyond the scope of what I
10           believe appropriate to ask in discovery.
11           A.    I believe this is humiliation, these
12      are threats and will need to pay
13      responsibility for these actions.
14                MR. MOSS:  Please let the record
15           reflect that when Mr. Kwok asked me to
16           stop playing the video, I stopped playing
17           the video.  I will not play it anymore.
18                I note that Mr. Harmon has objected
19           to this line of questioning and instructed
20           Mr. Kwok not to answer any questions about
21           this video.
22                I have that right, right,
23      Mr. Harmon?
24                MR. HARMON:  I'm sorry?
25                MR. MOSS:  I got it right?  You're
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 785    20-12411-jlg   Doc 177-4   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 3   RECEIVED NYSCEF: 05/07/2021

```
 1                      KWOK

 2         instructing --

 3              MR. HARMON:  I thought you said you

 4         I have that right, as opposed to it's my

 5         right to something.

 6              MR. MOSS:  Fair enough.  I'm

 7         correct, you're instructing the witness --

 8              MR. HARMON:  I'm instructing the

 9         witness not to answer the questions for

10         the reasons I've already stated on the

11         record.

12         Q.    What is Golden Spring New York Ltd.?

13         A.    It is Hong Kong Golden Spring, a

14   company that they have expanded in New York.

15         Q.    Who is "they"?

16         A.    Hong Kong Golden Spring.

17         Q.    Who owns Golden Spring New York?

18         A.    Hong Kong Golden Spring owns.

19         Q.    Who owns Hong Kong Golden Spring?

20         A.    Guo Qiang.

21              THE INTERPRETER:  G-U-O, Q-I-A-N-G,

22         phonetic spelling.

23         Q.    Is Guo Qiang a family member of

24   yours?

25         A.    Yes.
```

20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3 -
Excerpts October 3    2018 Deposition of Miles Kwok    Pg 14 of 17

64

```
 1                        KWOK

 2        Q.    What is the relation?

 3        A.    My son.

 4        Q.    Do you have any ownership interest

 5   in Golden Spring Hong Kong?

 6        A.    No.

 7        Q.    Is Guo Qiang the same son as Mileson

 8   or is it a different son?

 9        A.    It's the same person.

10        Q.    Do you have any ownership interest

11   in Golden Spring New York?

12        A.    No.

13        Q.    So Golden Spring is owned by your

14   son?

15        A.    My son also represents the family in

16   owning it.

17        Q.    Does the son represent you in owning

18   it?

19        A.    No.

20        Q.    Your son represents other family

21   members in owning it?

22        A.    Yes.

23        Q.    Does your son represent Zhang Wei in

24   owning Golden Spring?

25        A.    Yes.
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
INDEX NO. 652077/2017
NYSCEF DOC. NO. 785
RECEIVED NYSCEF: 05/07/2021

```
1                          KWOK

2          Q.    Is your son the sole shareholder of

3     Golden Spring?

4                MR. HARMON:  Object to the form of

5          the question.

6          A.    I'm not really sure.

7          Q.    Do you know of any other

8     shareholders of Golden Spring?

9                MR. HARMON:  Object to the form of

10         the question.

11         A.    I'm not sure.  I don't know.

12         Q.    Does Golden Spring have any

13    directors?

14               MR. HARMON:  Object to the form of

15         the question.

16         A.    I'm not sure.

17               MR. MOSS:  Mark, what's wrong, you

18         don't like that I'm not using one of the

19         entities?

20               MR. HARMON:  I don't know which

21         entity --

22               MR. MOSS:  Hong Kong or New York?

23               MR. HARMON:  I don't know which one

24         you're talking about, or both.

25         Q.    Do any of the Golden Spring entities
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
NYSCEF DOC. NO. 785
INDEX NO. 652077/2017
RECEIVED NYSCEF: 05/07/2021

```
 1                    KWOK

 2   have employees?

 3        A.    Yes, there are employees.

 4        Q.    Are there employees in the New York

 5   Golden Spring?

 6        A.    Yes.

 7        Q.    What business is Golden Spring in?

 8        A.    Invest in real estate, media.

 9        Q.    What role, if any, do you have for

10   Golden Spring New York?

11        A.    I'm consultant.

12        Q.    What do you do as consultant?

13        A.    Their haven't, give advice.

14        Q.    Does Golden Spring New York have any

15   relationship with Genever Holdings

16   Corporation?

17             MR. HARMON:  Object to the form of

18        the question.  You can answer.

19        A.    No.

20        Q.    Does Golden Spring New York have any

21   relationship with Genever Holdings LLC?

22             MR. HARMON:  Object to the form of

23        the question.

24        A.    No.

25        Q.    Does Golden Spring Hong Kong have a
```

FILED: NEW YORK COUNTY CLERK 05/07/2021 07:59 PM
INDEX NO. 652077/2017

NYSCEF DOC. NO. 785    20-12411-jlg    Doc 177-4    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 3
RECEIVED NYSCEF: 05/07/2021

Excerpts October 3    2018 Deposition of Miles Kwok    Pg 17 of 17

67

```
 1                    KWOK

 2    relationship with either of the Genever

 3    companies?

 4         A.    No.

 5         Q.    Does Shiny Times New York maintain

 6    its offices at 800 Fifth Avenue?

 7         A.    I do not know.

 8         Q.    Do you know whether or not Shiny

 9    Times has a lease for offices in New York City

10    with a company called Urbana Properties?

11         A.    I do not know.

12         Q.    Do you know whether or not Golden

13    Spring was ever late on any lease payments for

14    its offices?

15         A.    I do not know.

16         Q.    Does Yvette have any role with

17    Golden Spring?

18         A.    CEO.

19         Q.    Any other role?

20         A.    I'm not really sure.

21         Q.    Is she the president?

22         A.    Yes, I think so.

23         Q.    Have certain of your assets been

24    seized by the Chinese government?

25 DI           MR. HARMON:  Again, I think that
```