# EXHIBIT 5

FILED: NEW YORK COUNTY CLERK 05/16/2018 06:44 PM                INDEX NO. 652077/2017
NYSCEF DOC. NO. 182                                                                RECEIVED NYSCEF: 05/16/2018

20-12411-jlg   Doc 177-6   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 5 -
             May 15   2018 Affidavit of Yanping Wang   and Exhibit A   Pg 2 of 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PACIFIC ALLIANCE ASIA OPPORTUNITY
FUND L.P.,

                   *Plaintiff*,

-against-

KWOK HO WAN *a/k/a* KWOK HO *a/k/a* GWO
WEN GUI *a/k/a* GUO WENGUI *a/k/a* GUO
WEN-GUI *a/k/a* WAN GUE HAOYUN *a/k/a*
MILES KWOK *a/k/a* HAOYUN GUO,

                   *Defendant*.

Index No. 652077/2017

Hon. Barry R. Ostrager
IAS Part 61

Motion Sequence No. 003

**AFFIDAVIT OF
YAN PING WANG**

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

YAN PING WANG, being duly sworn, deposes and says that:

1.     I am the President of Golden Spring (New York) Ltd., and in that capacity serve as an administrator for the interests of the defendant, sued herein as Kwok Ho Wan, *a/k/a* Kwok Ho, *a/k/a* Gwo Wen Gui, *a/k/a* Guo Wengui, *a/k/a* Guo Wen-Gui, *a/k/a* Wan Gue Haoyun, *a/k/a* Miles Kwok, *a/k/a* Haoyun Guo ("Mr. Kwok"), and his family. I submit this affidavit in opposition to the application of plaintiff Pacific Alliance Asia Opportunity Fund L.P. ("PAX") seeking an attachment of real property located on the eighteenth floor of the Sherri Netherland Hotel, 781 Fifth Avenue, New York County, City and State of New York ("the Apartment").

2.     Mr. Kwok's ownership interest in the Apartment, through a limited liability company, is not in real property. Rather, it consists of an ownership interest in certain shares of The Sherry-Netherland, Inc., a cooperative housing association and owner of the

FILED: NEW YORK COUNTY CLERK 05/16/2018 06:44 PM
NYSCEF DOC. NO. 182
INDEX NO. 652077/2017
RECEIVED NYSCEF: 05/16/2018
20-12411-jlg    Doc 177-6    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 5 -
May 15    2018 Affidavit of Yanping Wang    and Exhibit A    Pg 3 of 5

Sherry-Netherland Hotel, and the assignment of a proprietary lease agreement for Unit 18 (the "Proprietary Lease Agreement"). The funds used to purchase the Apartment came from family and third-party funding unrelated to the loan at issue in this action.

3. The shares of The Sherry-Netherland, Inc., and therefore the Apartment itself, are not owned by Mr. Kwok individually. Genever Holdings LLC, a domestic limited liability company ("Genever USA") is both the owner of the shares in The Sherry-Netherland, Inc. and the holder of the Proprietary Lease Agreement.

4. Genever USA is owned by Genever Holdings Corporation, a corporation organized and existing under the laws of the British Virgin Islands ("Genever BVI"). Mr. Kwok is the sole shareholder of Genever BVI. Annexed hereto as Exhibit A is a true and correct copy of the register of members of Genever BVI confirming that Mr. Kwok is its sole shareholder.

5. Pursuant to a pledge and security agreement entered into in or about May 2015, all of the shares of Genever BVI have been pledged as collateral to a third party Roscalitar 2, an exempted company incorporated in the Cayman Islands. Roscalitar 2 is not owned by Mr. Kwok. Annexed hereto as Exhibit B is a true and correct copy of a certificate of registration of charge confirming that the assets of Genever BVI, which by virtue of its ownership of Genever USA include the Apartment, were pledged to Roscalitar 2 in or about May 2015.

6. Annexed hereto as Exhibit C are three property acceptance confirmation notes for the three (3) apartments which were the subject of the settlement deeds entered by the parties. These documents, which demonstrate that possession of the apartments was delivered to

and accepted by the PAX entities on or about November 14, 2013, were provided by Savills, the property management company.

_____
YAN PING WANG

Sworn to before me this
15th day of May, 2018

_____
Notary Public

*Amy K. Hawk*
*Notary Public, State of New York*
*No. 01HA6192626*
*Qualified in Queens County*
*Commission Expires Sept. 2, 20 20*

FILED: NEW YORK COUNTY CLERK 05/16/2018 06:44 PM  INDEX NO. 652077/2017
NYSCEF DOC. NO. 183                                       RECEIVED NYSCEF: 05/16/2018

Genever Holdings Corporation

Registered No. 1862840

18-Feb-2015
Page 1
faull

### Register of Members as of 18-Feb-2015

| Currency Code | Share Class | Share Class Description | Authorised | Par Value | Issued Shares | Share Premium |
|---|---|---|---|---|---|---|
| USD | ORD | Ordinary Shares | 50,000 | 0.001 | 1,000 | 0 |

Share Holder . . . . . . . Mr Ho Wan Kwok
49th Floor
Bank of China Tower
No.1 Garden Road
CENTRAL
Hong Kong

Date Appointed. . . . . . 13-Feb-2015    Date Ceased to be a Member . . . . . .

| Posting Date | Certificate No. | Shares | Amount | Running Balance | Share Premium | Description |
|---|---|---|---|---|---|---|
| 13-Feb-2015 | 1 | 1,000 | 1.00 | 1.00 | 0.00 | Issue of a Fully Paid 0.001 USD ORD Share. |
| Total for Share Holder. . | | 1,000 | | 1.00 | 0.00 | |