# EXHIBIT 6

INDEX NO. 652077/2017
NYSCEF DOC. NO. 904
RECEIVED NYSCEF: 09/22/2021

20-12411-jlg    Doc 177-7    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 6 -
September 22   2021 Order of Justice Ostrager in Pacific Alliance Asi    Pg 2 of 3

# SUPREME COURT OF THE STATE OF NEW YORK NEW YORK COUNTY

| PRESENT: | HON. BARRY R. OSTRAGER | PART | IAS MOTION 61EFM |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------------------X
PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

                                Plaintiff,

                        - v -

KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI, a/k/a GUO WENGUI, a/k/a GUO WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUO, GENEVER HOLDINGS LLC, and GENEVER HOLDINGS CORPORATION,

                                Defendants.
-----------------------------------------------------------------------------X

| INDEX NO. | 652077/2017 |
|---|---|
| MOTION DATE | |
| MOTION SEQ. NO. | 018 |

**DECISION + ORDER ON MOTION**

HON. BARRY R. OSTRAGER

      Before the Court is Motion 018 by PAX for a post-judgment turnover pursuant to CPLR 5255 of Kwok's shares in Genever Holdings Corporation ("Genever BVI") and other relief. In accordance with the transcript of proceedings of September 22, 2021, the motion is granted to the extent of directing Kwok to take the steps necessary to effect the turnover his shares in Genever BVI to PAX. This order is expressly subject to the approval of Justice Adrian Jack who issued a stay in the British Virgin Islands ("BVI") in the related BVI litigation. The Court declines to appoint a receiver at this time.

      Accordingly, it is hereby,

      ORDERED that Kwok Ho Wan take whatever steps are necessary in the British Virgin Islands to turnover all share certificates with respect to his 100% ownership interest in Genever Holdings Corporation ("Genever BVI"); and it is further

      ORDERED that this decision and order is expressly contingent on the approval of Justice Jack in the related proceeding in the British Virgin Islands. Any actions affecting Genever

INDEX NO. 652077/2017
NYSCEF DOC. NO. 904
RECEIVED NYSCEF: 09/22/2021

20-12411-jlg    Doc 177-7    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 6 -
September 22    2021 Order of Justice Ostrager in Pacific Alliance Asi    Pg 3 of 3

Holdings LLC, a wholly owned subsidiary of Genever BVI, are subject to the jurisdiction of Justice Garrity in the Bankruptcy proceeding in the Southern District of New York involving Genever Holdings LLC, in which PAX is participating.

A status conference is scheduled for November 16, 2021 at 10:00 am.

Dated: September 22, 2021

*[signature]*
BARRY R. OSTRAGER, J.S.C.

| CHECK ONE: | | CASE DISPOSED | | | X | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | GRANTED | | DENIED | X | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | | FIDUCIARY APPOINTMENT | | REFERENCE |