# EXHIBIT 7

**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

March 3, 2022

**Stuart M. Sarnoff**
D: +1 212 326 2293
ssarnoff@omm.com

**VIA NYSCEF**

Hon. Barry Ostrager
Justice of the Supreme Court
Supreme Court of the State of New York
County of New York
60 Centre Street, Room 629
New York, NY 10007

**Re:**  *Pacific Alliance Asia Opportunity Fund L.P. v. Kwok Ho Wan, et al. (Index No. 652077/2017)*

Dear Justice Ostrager:

Pacific Alliance Asia Opportunity Fund L.P. ("PAX") files this letter in response to the Court's Notice of February 18, 2022 (Doc. 1191). In light of Mr. Kwok's filing for bankruptcy on February 15, 2022, in the United States Bankruptcy Court for the District of Connecticut,[1] PAX hereby withdraws its pending Motion for Order of Civil Contempt as to Defendant Miles Kwok for His Failure to Comply with the Court's September 22, 2021 Turnover Order (Mot. Seq. No. 26, *see* Doc. 1078), without prejudice to renewing it before this or another court at an appropriate time.

Respectfully submitted,

*/s/ Stuart Sarnoff*
Stuart Sarnoff
for O'MELVENY & MYERS LLP

cc:    All counsel of record

---

[1] Voluntary Petition (Doc. 1), *In re: Ho Wan Kwok*, No. 22-50073 (Bankr. D. Conn. Feb. 15, 2022).

Austin • Century City • Dallas • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo