# EXHIBIT 10



# Stevenson, Wong & Co.
## 史蒂文生黃律師事務所

In association with | AllBright Law Offices | 錦天城律師事務所

Partners:
Willy Y.P. Cheng**
Hank H.P. Lo*
Catherine K.G. Por**
Eric C.H. Lui*
Neville J.J. Watkins**
Wendy W.S. Lam*
Lai S. Lam*
Cornelia W.C. Chu*
Janice L.H. Chin
Heidi H.Y. Chui*
Erica Y.Y. Cheng

Senior Consultant:
Angus Forsyth**

Consultant:
Sherlynn G. Chan

\* Notary Public of Hong Kong
香港公証律師
○ China-Appointed Attesting Officer
中國委托公証人
♦ Civil Celebrant of Marriages
婚姻監禮人

Our Ref : EYC/HLO(P)/75450/15
Your Ref :
Reply Fax :
Date : 4 March 2015

**URGENT**
**BY COURIER**

**STRICTLY PRIVATE AND CONFIDENTIAL**

Board of Directors of The Sherry-Netherland
The Sherry-Netherland
781 Fifth Avenue
New York, NY 10022

Dear Board members of The Sherry Netherland,

**Re:** **Application of Mr. Kwok Ho Wan to become a shareholder of The Sherry- Netherland, Inc,**
**Bravo Luck Limited (the "Company")**

We refer to the above matter and the application of Mr. Kwok Ho Wan (also known as Miles Kwok) to become a resident shareholder of your cooperative.

We have examined the following documents of Bravo Luck Limited:

1. Certificate of incorporation of the Company;

2. Register of members of the Company;

3. Register of directors of the Company;

4. Certificate of incumbency of the Company dated 27 January 2015;

5. Memorandum and articles of association of the Company; and

6. An email confirmation from UBS AG confirming the name of the authorised representatives of the account number 371236 maintained with UBS AG by the Company as of 3 March 2015.

On the basis of, and subject to, the corporate documents of the Company as listed above, the assumptions set out in the Appendix to this letter which we have taken no steps to verify

香港中環皇后大道中28號
中匯大廈4樓、5樓及1602室
4/F, 5/F & 1602, Central Tower,
28 Queen's Road Central, Hong Kong

電話 Tel: +852 2526 6311
傳真 Fax: +852 2845 0638
電郵 Email: info@sw-hk.com
www.sw-hk.com

香港 上海 北京 成都 重慶 杭州 南京 深圳 蘇州 太原 廣州
Hong Kong Shanghai Beijing Chengdu Chongqing Hangzhou
Nanjing Shenzhen Suzhou Taiyuan Guangzhou
Member of Interlaw since 1982

Page

SN 0073

independently, and any matters not disclosed to us, we confirm that:

A.  The Company is legally and beneficially owned as to 50% by Mr. Kwok Ho Wan and 50% by Mr. Guo Qiang respectively; and

B.  As of the date hereof, the account number 371236 maintained with UBS AG by the Company is operated by either Mr. Kwok or Mr. Guo signing solely and the fund maintained in the said account is able to be accessed by either of them signing solely.

Please note that this letter is addressed to you in connection with the application of Mr. Kwok to become a resident shareholder of your cooperative and is to be strictly construed and is strictly limited to the matters stated in it and does not apply by implication to other matters.

Should you have any query, please feel free to contact our Erica Cheng at +852 2533 2615.

Yours faithfully

*[signature]*

STEVENSON, WONG & CO.

Page 2

SN 0074

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
20-12411-jlg    Doc 177-11    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 10 -
Letter from Stevenson    Wong & Co. to The Sherry-Netherland    dated M    Pg 4 of 11
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## THE APPENDIX

In rendering this letter, we have assumed (without any further enquiry, independent investigation or verification of any kind):

(a)  all documents mentioned herein (whether as originals or copies; the "**Documents**") are authentic, accurate and complete and that all signatures, duty stamps, seals and markings on them are genuine;

(b)  that no amendments (manuscript or otherwise) have been or will be made to the Documents in the form examined by us;

(c)  all formalities and requirements of the laws of any relevant jurisdiction (other than Hong Kong), and of any regulatory authority therein, applicable to the execution, performance, delivery and enforceability of the Documents have been or will be duly complied with;

(d)  there is no bad faith, or intention to use fraud, undue influence, coercion or duress on the part of any party to any of the Documents or their respective directors, employees or agents;

(e)  that the confirmation set out in this letter is confirmed in accordance with the perspectives of Hong Kong law only. We will not and are unable to give confirmation or opinion on the law other than Hong Kong law; and

(f)  no law (other than Hong Kong law) affects any of the conclusions stated in this opinion letter.

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

20-12411-jlg    Doc 177-11    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 10 -
Letter from Stevenson    Wong & Co. to The Sherry-Netherland    dated M    Pg 5 of 11

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

❊ UBS

UBS AG
Hong Kong Branch
52/F Two International Finance Centre
8 Finance Street
Central, Hong Kong
Tel: +852-2971 8888
Fax: +852-2971 8001

www.ubs.com

Produced on 04 March 2015

# Special report as of 03 March 2015

**Mailing address**

BRAVO LUCK LIMITED
中国北京市朝阳区
北四环中路27号
盘古大观A座37层
邮编100101

**Client information**

Portfolio number           371236
Valuation currency         USD

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 177-11    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 10 -
Letter from Stevenson    Wong & Co. to The Sherry-Netherland    dated M    Pg 6 of 11

# Table of contents

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

**Asset analysis**
Asset allocation ........................................................................... 1
Position overview ........................................................................ 2

**Detailed positions**
Liquidity (incl. FX Products) ....................................................... 3

**Additional information**
Important information ................................................................. 4

SN 0077

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
20-12411-jlg   Doc 177-11   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 10 -
Letter from Stevenson   Wong & Co. to The Sherry-Netherland   dated M   Pg 7 of 11
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## Asset allocation

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

**By asset class and currency (beginning balance as at 28 February 2015: 491,374,131)**  Valued in USD

| Currency | Liquidity (incl. FX products) | Bonds | Equities | Alternative Investments | Real Estate | Precious Metal & Commodities | Others | Total |
|---|---|---|---|---|---|---|---|---|
| USD | 491,379,045 | - | - | - | - | - | - | 491,379,045 |
|  | 100.00% |  |  |  |  |  |  | 100.00% |
| **Total** | **491,379,045** | - | - | - | - | - | - | **491,379,045** |
|  | 100.00% |  |  |  |  |  |  | 100.00% |



Special report
Asset analysis

Page 1 of 5

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM  INDEX NO. 652077/2017
NYSCEF DOC. NO. 254                                RECEIVED NYSCEF: 11/28/2018

20-12411-jlg  Doc 177-11  Filed 03/15/22  Entered 03/15/22 18:12:10  Exhibit 10 -
Letter from Stevenson   Wong & Co. to The Sherry-Netherland   dated M   Pg 8 of 11

## Position overview

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### By investment category

Valued in USD

| Investment Category | Market Value | Accrued interest | Total | % of gross assets |
|---|---|---|---|---|
| **Liquidity (incl. FX Products)** | 491,374,130.92 | 4,913.74 | 491,379,044.66 | 100.00 |
| Accounts and Investments on Call | 491,374,130.92 | 4,913.74 | 491,379,044.66 | 100.00 |
| Money Market and Short Term Investments | - | - | - | - |
| Foreign Exchange Derivatives | - | - | - | - |
| **Bonds** | | | | |
| Bonds and Similar Investments | - | - | - | - |
| Interest Rate Derivatives | - | - | - | - |
| **Equities** | | | | |
| Equities and Similar Investments | - | - | - | - |
| **Alternative Investments** | | | | |
| Alternative Investments | - | - | - | - |
| **Real Estate** | | | | |
| Real Estate and Similar Investments | - | - | - | - |
| **Precious Metals & Commodities** | | | | |
| Precious Metals & Commodities | - | - | - | - |
| Precious Metals & Commodities Derivatives | - | - | - | - |
| **Others** | | | | |
| Asset Allocation Funds | - | - | - | - |
| Others | - | - | - | - |
| **Total** | **491,374,130.92** | **4,913.74** | **491,379,044.66** | **100.00** |

### Gross assets by asset class

Liquidity (incl. FX Products) — 491,379,044.66 — 100.00%

### Gross assets by asset currency

USD — 491,379,044.66 — 100.00%

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

20-12411-jlg    Doc 177-11    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 10 -
Letter from Stevenson    Wong & Co. to The Sherry-Netherland    dated M    Pg 9 of 11

# Detailed positions

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### By investment category

| Currency | Amount<br>Accrued interest | | Interest rate | Market value<br>Accrued interest<br>in USD | % of gross<br>assets |
|---|---|---|---|---|---|
| **Liquidity (incl. FX Products) - Accounts and Investments on Call** | | | | | |
| **Call Deposits** | | | | | |
| USD | 491,374,130.92 | | 0.1200% | 491,374,130.92 | 100.00 |
|  | 4,913.74 | | | 4,913.74 | 0.00 |
| **Subtotal** | | | | 491,374,130.92 | 100.00 |
|  | | | | 4,913.74 | 0.00 |
| **Total Liquidity (incl. FX Products)** | | | | 491,374,130.92 | 100.00 |
|  | | | | 4,913.74 | 0.00 |



FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254
20-12411-jlg    Doc 177-11    Filed 03/15/22    Entered 03/15/22 18:12:10    Exhibit 10 -
Letter from Stevenson    Wong & Co. to The Sherry-Netherland    dated M    Pg 10 of 11
INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

# Important information

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### Abbreviations

ND   Non Deliverable

NDF   Non Deliverable Forward

### Asset allocation

**Liquidity (incl. FX Products):**
*Accounts and Investments on Call:* Cash - Account Balances, Call Deposits.

*Money Market and Short Term Investments:* Time Deposits, Fiduciary Deposits, Short Term Investments.

*Foreign Exchange Derivatives:* Foreign Exchange Contracts, Foreign Exchange Derivatives - Standard Currency Options and Exotic Options, Structured Products with Foreign Exchange Character, Derivatives with Foreign Exchange Character.

**Bonds:**
*Bonds and Similar Investments:* Straight Bonds, Convertible Bonds, Others, Structured Products with Bond Character (incl. all Capital Protected Instruments), Derivatives with Bond Character.

*Interest Rate Derivatives:* Interest Rate Derivatives.

**Equities:**
*Equities and Similar Investments:* Equities, Others, Structured Products with Equity Character, Derivatives with Equity Character.

**Alternative Investments:**
*Alternative Investments:* Hedge Funds, Private Equity. Structured Products with Alternative Investment Character, Derivatives with Alternative Investment Character, Others.

**Real Estate:**
*Real Estate and Similar Investments:* Real Estate Funds, Structured Products with Real Estate Character.

**Precious Metals & Commodities:**
*Precious Metals & Commodities:* Precious Metals and Commodities, Others.

*Precious Metals and Commodities Derivatives:* Bullion Contracts, Bullion Derivatives - Standard Options and Exotic Options, Structured Products with Precious Metal and Commodity Character, Derivatives with Precious Metal and Commodity Character.

**Others:**
*Asset Allocation Funds, Others:* Structured Products with Other Character, Others.

**Pro Memoria:**
*Pro Memoria:* Contingent Assets and Liabilities, Mortgaged Properties.

**Liabilities:**
*Liabilities:* Time Loans.



Special report
Additional information

Page 4 of 5

FILED: NEW YORK COUNTY CLERK 11/28/2018 12:22 PM
NYSCEF DOC. NO. 254

20-12411-jlg   Doc 177-11   Filed 03/15/22   Entered 03/15/22 18:12:10   Exhibit 10 -
Letter from Stevenson   Wong & Co. to The Sherry-Netherland   dated M   Pg 11 of 11

INDEX NO. 652077/2017
RECEIVED NYSCEF: 11/28/2018

## Important information

**BRAVO LUCK LIMITED**
Portfolio 371236
Special report as of 03 March 2015
UBS AG, produced on 04 March 2015

### Disclaimer

This special report is prepared for your convenience and may not fully and accurately reflect all transactions which have been carried out in your account during the relevant period. Accordingly, you should only rely on your regular statement of account and not this special report. In case of any discrepancies between this special report and your regular statement of account, your regular statement of account shall prevail.

Investments are valued using Telekurs or other available price sources and lack of a valuation indicates that no price was available at the time this special report was prepared. Valuations, prices and rates are to be regarded as approximate and indicative only, and may not be the price at which assets are available to be bought or sold in the relevant market, nor correspond to official rates and values, nor necessarily reflect your true exposure.

Trades entered into on the last two working days of the period referred to in this Special report may not be reflected in this Special report due to different time zones and/or settlement procedures. Such trades will be reflected in your regular statement of account for the following period. The trade dates and your obligations in respect of such trades will remain unchanged.

This is not an accounting document and should not be used for tax or auditing purposes.



Special report
Additional information

Page 5 of 5