# EXHIBIT 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PACIFIC ALLIANCE ASIA OPPORTUNITY FUND L.P.,

                      Plaintiff,

v.

KWOK HO WAN, a/k/a KWOK HO, a/k/a GWO WEN GUI, a/k/a GUO WENGUI, a/k/a GUO WEN-GUI, a/k/a WAN GUE HAOYUN, a/k/a MILES KWOK, a/k/a HAOYUN GUO,

                      Defendant(s).

Index No. 652077/2017
Hon. Barry R Ostrager

**AFFIDAVIT OF YANPING WANG**

STATE OF NEW YORK    )
                                ) SS:
COUNTY OF NEW YORK  )

I, Yanping Wang, being duly sworn hereby depose and say:

1. This affidavit is based upon my own personal knowledge and is provided in opposition to the motion of plaintiff Pacific Alliance Asia Opportunity Fund L.P. ("PAX") by order to show cause to: (1) compel nonparty Golden Spring (New York) Ltd. ("GSNY") to comply with PAX's Article 52 Subpoena; and (2) modify the Court's October 15, 2020 Order.

2. I am presently employed as President of GSNY and serve as a Director of the company.

3. GSNY is a wholly owned subsidiary of China Golden Spring (Hong Kong) Ltd., a company chartered in Hong Kong.

{00123828 1 }

4. GSNY serves as the family office for the Guo family.

5. Attached hereto as Exhibit A is a true and correct historical list of GSNY's Directors and Officers.

6. Attached hereto as Exhibit B are true and correct copies of GSNY's Delaware Certificate of Incorporation and Certificate of Revival.

7. Attached hereto as Exhibit C is a true and correct copy of GSNY's registration to conduct business in the State of New York.

8. Attached hereto as Exhibit D is a true and correct copy of GSNY's corporate by-laws.

9. Attached hereto as Exhibit E are true and correct copies of corporate resolutions adopted by GSNY.

10. Attached hereto as Exhibit F are true and correct copies of GSNY's Delaware Annual Franchise Tax Reports.

11. Attached hereto as Exhibit G are true and correct copies of GSNY's Biennial Statements submitted to the New York State Department of State.

12. At present, GSNY employs 16 direct employees and seven independent contractors. These individuals staff GSNY's administrative, finance, legal, and security departments.

Dated: May 19, 2021

Yanping Wang

Sworn to me this
__19__ day of May, 2021

_____
Notary Public

JAZMIN PARRA
Notary Public, State of New York
No. 01PA6087956
Qualified in Queens County
Commission Expires March 3, 20 23

3