# EXHIBIT 16

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ho Wan | | Kwok |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Connecticut

Case number: 22-50073
(if known)

☑ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**

Pacific Alliance Asia Opportunity
Creditor's Name
7 Times Square
Number          Street
C/O O'Melveney & Myers, LLP

New York          NY     10065
City          State     ZIP Code
Stuart Sarnoff, Esq
Contact
ssarnoff@omm.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):     $_____
          Value of security:     − $_____
          Unsecured claim     $_____

$ _____ (approx) 254,000,000.00

**2**

Golden Spring New York
Creditor's Name
162 E. 64th Street
Number          Street

New York          NY     10605
City          State     ZIP Code
Max Krasner
Contact
mkrasner@gsnyus.com
Contact phone

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):     $_____
          Value of security:     − $_____
          Unsecured claim     $_____

$ (approx) 21,000,000.00

Debtor 1 _____    Case number (if known) 22-50073
          First Name        Middle Name        Last Name

|  | | Unsecured claim |
|---|---|---|

**3** | Rui Ma
Creditor's Name

900 Third Avenue, 18th Floor
Number          Street
c/o Arkin Solbakken, LLP

New York            NY    10022
City                State  ZIP Code

Robert C. Angelillo
Contact

rangelillo@arkin-law.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  − $_____
         Unsecured claim      $_____

$ 20,000,000

**4** | Cheng Jian Wu Jian She
Creditor's Name

136-20 38th Avenue, Suite 3D&3F
Number          Street
c/o Kevin Kerveng Tung, P.C.

Flushing            NY    11354
City                State  ZIP Code

Kevin Tung, Esq
Contact

ktung@kktlawfirm.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  − $_____
         Unsecured claim      $_____

$ 14,898,483.90

**5** | Ning Ye
Creditor's Name

135-11 38th Avenue, Suite 1A
Number          Street
c/o Law Office of Ning Ye, Esq.

Flushing            NY    11354
City                State  ZIP Code

Ning Ye, Esq
Contact

yeningusa@gmail.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  − $_____
         Unsecured claim      $_____

$ 12,000,000

**6** | Guo Baosheng
Creditor's Name

135-11 38th Avenue, Suite 1A
Number          Street
c/o Law Office of Ning Ye, Esq.

Flushing            NY    11354
City                State  ZIP Code

Ning Ye, Esq
Contact

yeningusa@gmail.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  − $_____
         Unsecured claim      $_____

$ 12,000,000

**7** | Yan Lan and Wu Zheng
Creditor's Name

900 Third Avenue, 18th Floor
Number          Street
C/O Arkin Solbakken, LLP

New York            NY    10022
City                State  ZIP Code

Robert C. Angelillo, Esq.
Contact

rangelillo@arkin-law.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:  − $_____
         Unsecured claim      $_____

$ 10,000,000

| Debtor 1 | _____ | Case number *(if known)* 22-50073 |
| | First Name    Middle Name    Last Name | |

|  | | Unsecured claim |
| --- | --- | --- |

**8** Hong Qi Qu
Creditor's Name

136-20 38th Avenue, Suite 3D & 3F
Number    Street

c/o Kevin Kerveng Tung, P.C.

Flushing          NY   11354
City              State      ZIP Code

Kevin Tung, Esq.
Contact

ktung@kktlawfirm.com
Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $_____
        Value of security:              –  $_____
        Unsecured claim                    $_____

$ 9,809,422.71

---

**9** Nan Tong Si Jian
Creditor's Name

136-20 38th Avenue, Suite 3D & 3F
Number    Street

C/O Kevin Kerveng Tung, P.C.

Flushing          NY   11354
City              State      ZIP Code

Kevin Tung, Esq.
Contact

ktung@kktlawfirm.com
Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $_____
        Value of security:              –  $_____
        Unsecured claim                    $_____

$   5,568,522.66

---

**10** Jian Gong
Creditor's Name

136-20 38th Avenue, Suite 3D
Number    Street

C/O Kevin Kerveng Tung, P.C.

Flushing          NY   11354
City              State      ZIP Code

Kevin Tung, Esq.
Contact

ktung@kktlawfirm.com
Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $ /s/ Ho Wan Kwok
        Value of security:              –  $_____
        Unsecured claim                    $_____

$   5,380,262.32

---

**11** Yan Zhao
Creditor's Name

135-11 38th Avenue, Suite 1A
Number    Street

C/O Law Office of Ning Ye, Esq.

Flushing          NY   11354
City              State      ZIP Code

Ning Ye
Contact

yeningusa@gmail.com
Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $_____
        Value of security:              –  $_____
        Unsecured claim                    $_____

$   3,000,000

---

**12** Yua Hua Zhuang Shi
Creditor's Name

136-20 38th Avenue, Suite 3D & 3F
Number    Street

C/O Kevin Kerveng Tung, P.C.

Flushing          NY   11354
City              State      ZIP Code

Kevin Tung, Esq.
Contact

ktung@kktlawfirm.com
Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)    $_____
        Value of security:              –  $_____
        Unsecured claim                    $_____

$   1,571,530.36

Debtor 1 _____    Case number *(if known)* 22-50073
First Name    Middle Name    Last Name

| | | Unsecured claim |
|---|---|---|

**13** Liehong Zhuang/Xiao Yan Zhu
Creditor's Name

224 West 35th Street, 12th Floor
Number    Street

C/O Trexler & Zhang, LLP

New York    NY   10001
City    State    ZIP Code

Jonathan T, Trexler, Esq
Contact

jtrexler@trexlerlaw.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$ 1,005,000

---

**14** Weican Meng/Boxun, Inc.
Creditor's Name

900 Third Avenue, 18th Floor
Number    Street

C/O Arkin Solbakken, LLP

New York    NY   10022
City    State    ZIP Code

Robert C. Angelillo, Esq.
Contact

rangelillo@arkin-law.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$ 1,000,000

---

**15** Samuel Nunberg
Creditor's Name

363 Seventh Ave, 5th Floor
Number    Street

C/O Nesenoff & Miltenberg, LLP

New York    NY   10001
City    State    ZIP Code

Andrew T. Miltenberg, Esq.
Contact

amiltenberg@nmllplaw.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$ 1,000,000

---

**16** Lamp Capital, LLC
Creditor's Name

667 Madison Avenue
Number    Street

New York    NY   10065
City    State    ZIP Code

Bernardo Enriquez
Contact

bernardo@lampcapital.org.
Contact phone

What is the nature of the claim? Litigation Funding

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$ 1,000,000

---

**17** Jun Chen aka Jonathan Ho
Creditor's Name

4125 Kissena Blvd, Suite 112
Number    Street

C/O Wayne Wei Zhu, Esq

Flushing    NY   11355
City    State    ZIP Code

Wayne Wei Zhu
Contact

zhulawoffice@gmail.com
Contact phone

What is the nature of the claim? Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
Value of security:   – $_____
Unsecured claim   $_____

$ 1,000,000

---

Debtor 1 _____    Case number (if known) 22-50073
         First Name          Middle Name          Last Name

| | Unsecured claim |
|---|---|

**18**

Yue Hua Zhu Shi
Creditor's Name
136-20 38th Avenue, Suite 3D
Number          Street
C/O Kevin Kerveng Tung, P.C.

Flushing          NY    11354
City          State    ZIP Code

Kevin Tung, Esq.
Contact
KTUNG@KKTLAWFIRM.COM

Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    – $_____
        Unsecured claim    $_____

$    981,501.72

---

**19**

Xiong Xian Wei Ye
Creditor's Name
136-20 38th Avenue, Suite 3D &3F
Number          Street
C/O Kevin Tung, Esq.

Flushing          NY    11354
City          State    ZIP Code

Kevin Tung, Esq.
Contact
ktung@kktlawfirm.com

Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    – $_____
        Unsecured claim    $_____

$    792,443.40

---

**20**

Huizen Wang
Creditor's Name
c/o Girodano Halleran Ciesla PC
Number          Street
1250 Broadway 36th Floor

New York          NY    10010
City          State    ZIP Code

Christopher Marino
Contact
cmarino@ghclaw.com

Contact phone

What is the nature of the claim?  Litigation

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    – $_____
        Unsecured claim    $_____

$    432,616.64

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✘ /s/ Ho Wan Kwok _____    ✘ _____
Signature of Debtor 1    Signature of Debtor 2

Date 02/23/2022 _____    Date _____
     MM / DD / YYYY    MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5