# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH○
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
○   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KNash@GWFGLaw.com

March 17, 2022

Via ECF Filing

Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

> Re:   Genever Holdings LLC - Case No. 20-12411-JLG
> Request for Adjournment of March 22, 2022 Status /Disclosure Statement Hearing

Dear Judge Garrity:

Please accept this letter updating the status report submitted earlier this week. Since that letter, I believe I have had productive discussions with counsel for PAX and Bravo Luck. These discussions will continue, and in the meantime, counsel for PAX and Bravo Luck have authorized me to request a short adjournment of the scheduled March 22 hearing to the next available date convenient to the Court.

Respectfully yours,

/s/ Kevin J. Nash

cc:   Richard Morrissey, Esq. (Via ECF and email)
Douglas Spelfogel, Esq. (Via ECF and email)
Francis Lawall, Esq. (Via ECF and email)
Gabriel Sasson, Esq. (Via ECF and email)
Hon. Melanie Cyganowski (Ret.) (Via ECF and email)