UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| In re: | : | Chapter 11 |
|---|---|---|
| GENEVER HOLDINGS LLC, | : | Case No. 20-12411-jlg |
| Debtor. | : | |

---------------------------------------------------------X

### ORDER OF ADMISSION OF PETER FRIEDMAN TO PRACTICE, *PRO HAC VICE*

Upon the motion, dated March 14, 2022, of Peter Friedman, a member in good standing of the Bar of Washington, D.C., and admitted to practice before the United States Supreme Court, the United States Court of Appeals for the First Circuit, Third Circuit, Seventh Circuit, and Tenth Circuit and the United States District Court for the District of Columbia, for admission *pro hac vice* to represent Pacific Alliance Asia Opportunity Fund L.P., as its counsel; it is hereby

ORDERED, that Peter Friedman, Esq. is admitted to practice, *pro hac vice,* in the above-referenced adversary proceeding, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: March 22, 2022
New York, New York

/s/ *James L. Garrity, Jr.*
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE