

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date  2/28/22          Page     1  
Primary Account        XXXXXXX9910

**10177647**

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

Account Title:         GENEVER HOLDINGS LLC  
                       DEBTOR IN POSSESSION  
                       CASE# 20-12411-jlg

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | XXXXXXX9910 | Statement Dates   2/01/22 thru 2/28/22 | |
| Previous Balance | 90,037.48 | Days in the statement period | 28 |
|     Deposits/Credits | .00 | Avg Daily Ledger | 90,037.48 |
|     Checks/Debits | .00 | Avg Daily Collected | 90,037.48 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 90,037.48 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 2/01 | 90,037.48 |

*** END OF STATEMENT ***

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                 1