# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD✯

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
✯   ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com

April 6, 2022

*Via ECF Filing*
Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

     Re:    <u>Genever Holdings LLC - Case No. 20-12411-JLG</u>
              Status letter – April 12, 2022 Status conference/Disclosure Statement Hearing

Dear Judge Garrity:

Please accept this status letter and request for a further adjournment of next week's status conference and hearing on the approval of the Debtor's disclosure statement. I apologize for filing this letter one day late, but I wanted to be certain of the facts.

We are working with Bravo Luck and PAX in an attempt to reach an agreement on revisions to the disclosure statement relating to the separate classification of the claims of Bravo Luck, PAX and the other unsecured creditors in Classes 2, 3 and 4. I believe that with a further adjournment for a few more weeks we may be able to move forward with a consensual disclosure statement. Counsel for PAX and Bravo Luck have indicated their consent to this request.

                        Respectfully yours,

                        /s/ J. Ted Donovan

cc:    Richard Morrissey, Esq. (Via ECF and email)
        Douglas Spelfogel, Esq. (Via ECF and email)
        Francis Lawall, Esq. (Via ECF and email)
        Gabriel Sasson, Esq. (Via ECF and email)
        Hon. Melanie Cyganowski (Ret.) (Via ECF and email)

**\*\*Memorandum Endorsed Order**

The written request for adjournment herein is granted. The hearing scheduled for **April 12, 2022** is hereby adjourned to **May 24, 2022 at 10:00 a.m. (ET)**. The parties shall file a status letter with the Court no later than **12:00 p.m. (ET) on May 17, 2022** and mail two single-sided copies to to Chambers.

Dated: April 7, 2022
     New York, NY

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge