**MAYER BROWN LLP**
Douglas Spelfogel
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: dspelfogel@mayerbrown.com

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GENEVER HOLDINGS LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF SERVICE LIST AND MASTER SERVICE LIST

PLEASE TAKE NOTICE pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for Southern District of New York, that Douglas Spelfogel, Esq., of Mayer Brown LLP, hereby withdraws his appearance as co-counsel for Pacific Alliance Asia Opportunity Fund L.P., **effective as of May 2, 2022**, in the above-referenced chapter 11 case and requests to be removed from the Court's ECF mailing list and Master Service List (and any other service list in this case).

747627352

.

Dated: May 4, 2022
      New York, New York

Respectfully submitted,

**MAYER BROWN LLP**

By:    /s/*Douglas Spelfogel*
     Douglas Spelfogel
     1221 Avenue of the Americas
     New York, New York 10020
     Telephone: (212) 506-2500
     Facsimile: (212) 262-1910
     Email: dspelfogel@mayerbrown.com

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

**CERTIFICATE OF SERVICE**

I, Douglas Spelfogel, hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Counsel and Request for Removal from ECF Service List and Master Service List was filed electronically with the Court on May 4, 2022.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's CM/ECF system.

747627352