**MAYER BROWN LLP**
Derek L. Wright
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-7393
Facsimile: (312) 701-7711
E-mail: dwright@mayerbrown.com

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GENEVER HOLDINGS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG) |

### NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF SERVICE LIST AND MASTER SERVICE LIST

PLEASE TAKE NOTICE pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for Southern District of New York, that Derek L. Wright, Esq., of Mayer Brown LLP, hereby withdraws his appearance as co-counsel for Pacific Alliance Asia Opportunity Fund L.P., **effective as of May 2, 2022**, in the above-referenced chapter 11 case and requests to be removed from the Court's ECF mailing list and Master Service List (and any other service list in this case).

747628086

.

Dated: May 4, 2022
      New York, New York

Respectfully submitted,

**MAYER BROWN LLP**

By:    /s/*Derek L. Wright*
     Derek L. Wright
     71 South Wacker Drive
     Chicago, IL 60606
     Telephone: (312) 701-7393
     Facsimile: (312) 701-7711
     E-mail: dwright@mayerbrown.com

*Attorneys for Pacific Alliance Asia Opportunity Fund L.P.*

**CERTIFICATE OF SERVICE**

  I, Derek L. Wright, hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Counsel and Request for Removal from ECF Service List and Master Service List was filed electronically with the Court on May 4, 2022. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

747628086