Alissa M. Nann
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Telephone: 212-682-7474
Facsimile: 212-687-2329

*Former Co-Counsel to Pacific Alliance Asia Opportunity Fund L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> GENEVER HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-12411 (JLG) |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for Southern District of New York, Alissa M. Nann of the law firm of Foley & Lardner LLP, hereby withdraws as co-counsel for Pacific Alliance Asia Opportunity Fund L.P. ("Pacific"), in the above-referenced chapter 11 case and requests to be removed from the Court's ECF mailing list and all service lists in connection with this matter.

| | |
|---|---|
| Dated: May 5, 2022 <br> New York, New York | FOLEY & LARDNER LLP <br><br> */s/ Alissa M. Nann* <br> Alissa M. Nann, Esq. <br> 90 Park Avenue <br> New York, NY 10016 <br> Telephone: (212) 682-7474 <br> Facsimile: (212) 687-2329 <br> E-mail: anann@foley.com <br><br> ***Former Co-Counsel to Pacific Alliance Asia Opportunity Fund L.P.*** |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 5, 2022, I caused a true and correct copy of the foregoing to be electronically transmitted to all parties via ECF notification.

                                                   */s/ Alissa M. Nann*

4872-9224-9112.1