# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD ☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
Kjnash@GWFGLaw.com

1501 BROADWAY
22ⁿᴰ FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

May 17, 2022

*Via ECF Filing*

Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

    Re:    <u>Genever Holdings LLC - Case No. 20-12411-JLG</u>
             Status letter – May 24, 2022 Status conference/Disclosure Statement Hearing

Dear Judge Garrity:

Please accept this status letter relating to pending matters in the Chapter 11 case. I am in the process of reformulating the proposed plan of reorganization for all counsel's review to address the objections based on, *inter alia*, the inclusion of new provisions for same type of *pro rata* treatment to all allowed claims irrespective of the different classes. I hope to have a new draft for counsel's consideration by week's end, and recognize that the concept is still under review.

I also note that the intervening Chapter 11 filing by Miles Kwok has not changed the focus or direction of this case. It is also my understanding, however, that, among other things, there is a motion to dismiss his Chapter 11 which is scheduled to be heard on May 25, and May 26, 2022 in Connecticut.

The Sales Officer's efforts to market the Residence continue. In fact, Sotheby's has arranged a broker's preview today with the Sales Officer with the goal of generating more interest in the unit.

      Administratively, the Debtor is current with its operating reports, and the parties have consented to adjournment of all matters scheduled for next week to a convenient date to the Court prior to June 24, 2022, if possible.

Respectfully yours,

/s/ Kevin J. Nash

Kevin J. Nash

cc:    Richard Morrissey, Esq. (Via ECF and email)
       Francis Lawall, Esq. (Via ECF and email)
       Hon. Melanie Cyganowski (Ret.) (Via ECF and email)
       Peter Friedman, Esq. (Via ECF and email)
       Aaron Mitchel, Esq. (Via ECF and email)