# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KJNash@GWFGLaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◦   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

June 17, 2022

*Via ECF Filing*

Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

      Re:    <u>Genever Holdings LLC - Case No. 20-12411-JLG</u>
               Status letter – May 24, 2022 Status conference/Disclosure Statement Hearing

Dear Judge Garrity:

      Please accept this letter updating the Court on developing events. On June 15, 2022, the Connecticut Bankruptcy Court entered the enclosed Order directing the appointment of a Chapter 11 Operating Trustee, who has not yet been named. We anticipate that the Operating Trustee will need time to weigh in on the proposed amendments to the Plan, which is further reason for the requested adjournment of Tuesday's conference.

      I understand that the Sales Officer and Broker continue to market the Residence. There is a showing scheduled for Monday, June 27, 2022 with a significant overseas buyer.

                                      Respectfully yours,

                                      /s/ Kevin J. Nash

Enclosure

cc: Richard Morrissey, Esq. (Via ECF and email)
Francis Lawall, Esq. (Via ECF and email)
Hon. Melanie Cyganowski (Ret.) (Via ECF and email)
Peter Friedman, Esq. (Via ECF and email)
Aaron Mitchel, Esq. (Via ECF and email)