# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

Kevin J. Nash, Esq.
Direct: 212-301-6944
Facsimile: 212-221-6532
KJNash@GWFGLaw.com

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◊   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

June 14, 2022

*Via ECF Filing*

Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

    Re:    <u>Genever Holdings LLC - Case No. 20-12411-JLG</u>
             Status letter – May 24, 2022 Status conference/Disclosure Statement Hearing

Dear Judge Garrity:

    Please accept this status letter relating to pending matters in the Chapter 11 case. I have circulated to counsel for Bravo Luck, PAX and Judge Cyganowski a proposed amended plan which I prepared to address the objections previously asserted by PAX in an effort to gain consensus among the settling parties. I anticipate that I will be fielding comments over the next few days, and expect that I will continue to revise the document before it is ready for filing. Therefore I respectfully request that the status conference scheduled for June 21, 2022 be adjourned to give additional time to attempt to develop a consensual plan. I have the consent for counsel for Bravo Luck and PAX to the requested adjournment.

    I also note that Miles Kwok's Chapter 11 case remains pending in Connecticut, although a ruling on several motions is expected, including the request to dismiss the case.

    The Sales Officer's efforts to market the Residence continue, and I will update the Court under separate letter. Administratively, the Debtor is current with its operating reports.

                                     Respectfully yours,

                                     /s/ Kevin J. Nash

cc:   Richard Morrissey, Esq. (Via ECF and email)
      Francis Lawall, Esq. (Via ECF and email)
      Hon. Melanie Cyganowski (Ret.) (Via ECF and email)
      Peter Friedman, Esq. (Via ECF and email)
      Aaron Mitchel, Esq. (Via ECF and email)

### **Memorandum Endorsed Order**

The written request for adjournment herein is granted. All matters scheduled for **July 21, 2022** are hereby adjourned to **August 16, 2022 at 10:00 a.m. (ET)**. The parties shall file a status letter with the Court no later than **12:00 p.m. (ET) on August 9, 2022** and mail two single-sided copies to Chambers.

Dated: June 17, 2022
       New York, NY

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge