# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI*
STEPHEN BORDANARO
ANTHONY J. SCHLUR
DANIEL J. SLATZ
MICHELLE A. McLEOD☆

J. TED DONOVAN
DORAN I. GOLUBTCHIK
SERGIO J. TUERO*
JAY E. SIMENS
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN
BRIAN A. KOHN
BRIAN W. KEMPER
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
GIDON SHAMIR
JARED STEINBERG♦

1501 BROADWAY
22ND FLOOR
NEW YORK, N. Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
☆  ALSO MEMBER OF FLORIDA AND WASHINGTON DC BAR
◦   ALSO MEMBER OF CONNECTICUT BAR
♦   ADMITTED IN OHIO AND PENNSYLVANIA ONLY

J. Ted Donovan, Esq.
Direct: 212-301-6943
Facsimile: 212-221-6532
TDonovan@GWFGLaw.com

August 9, 2022

*Via ECF Filing*

Hon. James L. Garrity, Jr.
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

   Re:  Genever Holdings LLC - Case No. 20-12411-JLG
       Status letter – August 16, 2022 Status conference/Disclosure Statement Hearing

Dear Judge Garrity:

  Please accept this status letter relating to pending matters in the Chapter 11 case. The Sales Officer's efforts to market the Residence continue, and we recently submitted a proposed Stipulation and Order extending the sale schedule, signed by all counsel.

  The plan has been revised and circulated to all counsel for review, including Luc Despins, the Chapter 11 Trustee of Miles Kwok in his personal bankruptcy case. Mr. Despins recently filed a letter [ECF No. 194] advising of the status of Mr. Kwok's case, and requesting an adjournment of the August 16, 2022 as he is unavailable on that date. In light of the continuing efforts to obtain consent to the revised plan and sell the Residence, the Debtor joins in Mr. Despins' request.

Administratively, the Debtor is current with its operating reports, and had made itself current with U.S. Trustee fees through the first quarter of 2022.

                                                        Respectfully yours,

                                                        /s/ J. Ted Donovan

cc:    Richard Morrissey, Esq. (Via ECF and email)
        Francis Lawall, Esq. (Via ECF and email)
        Hon. Melanie Cyganowski (Ret.) (Via ECF and email)
        Peter Friedman, Esq. (Via ECF and email)
        Aaron Mitchel, Esq. (Via ECF and email)
        Luc Despins, Esq. (Via ECF and email)