STROOCK & STROOCK & LAVAN LLP
Sherry Millman
Curtis C. Mechling
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for The Sherry-Netherland, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
*In re:*                                                     :
                                                             :     **Chapter 11**
                                                             :
Genever Holdings LLC,                                        :     **Case No. 20-12411 (JLG)**
                                                             :
          Debtor.                                            :
                                                             :
------------------------------------------------------------ x

*AMENDED* **NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby enter this amended appearance on behalf of The Sherry-Netherland, Inc., pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, and request that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

> Sherry Millman
> Curtis C. Mechling
> STROOCK & STROOCK & LAVAN LLP
> 180 Maiden Lane
> New York, New York 10038
> Telephone: (212) 806-5400
> Facsimile:  (212) 806-6006
> Email:     smillman@stroock.com
>            cmechling@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without

limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this amended notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: August 16, 2020
      New York, New York

                              STROOCK & STROOCK & LAVAN LLP

                              /s/ Sherry Millman
                              Sherry Millman
                              Curtis C. Mechling
                              180 Maiden Lane
                              New York, New York  10038
                              Telephone: (212) 806-5400
                              Facsimile: (212) 806-6006

                              *Counsel for The Sherry-Netherland, Inc.*