| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>--------------------------------------------------------x<br>In re:<br><br>GENEVER HOLDINGS LLC,<br><br>Debtor.<br>--------------------------------------------------------x | Presentment Date and Time:<br>October 3, 2022 at 12:00 noon<br><br>Chapter 11<br><br>Case No. 20–12411 (JLG) |

## NOTICE OF PRESENTMENT OF SCHEDULING ORDER

**PLEASE TAKE NOTICE** that the proposed Scheduling Order, which is annexed hereto as **Exhibit 1** (the "Scheduling Order"), will be presented for signature to the Honorable Judge James L. Garrity, Jr., United States Bankruptcy Judge for the Southern District of New York (the "Court"), Room 723, One Bowling Green, New York, New York, 10004 on **October 3, 2022 at 12:00 noon** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that counsel to Bravo Luck Limited, counsel to the Sherry-Netherland, Inc., counsel to Pacific Alliance Asia Opportunity Fund L.P., and counsel to the United States Trustee have each confirmed that they do not object to the briefing schedule set forth in the Scheduling Order.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Scheduling Order shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with this Court by registered users of this Court's electronic filing system and in accordance with the General Order M-399 (which is available on this Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by on **October 3, 2022 at 12:00 noon** (prevailing Eastern Time) (the "Objection Deadline"), by: (i) the Chambers of the Honorable Judge James L. Garrity, Jr., United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004; (ii) the Debtor, Genever Holdings LLC, Attn: Luc A. Despins, chapter 11 trustee appointed in the chapter 11 case of Ho Wan Kwok, 200 Park Ave., New York, New York 10166; (iii) the Office of the United States Trustee for Region 2, Attn: Brian Masumoto; (iv) Kevin J. Nash, Goldberg Weprin Finkel Goldstein LLP 1501 Broadway, 22nd Floor New York, NY 10022-5520, counsel to the Debtor, (v) Francis J. Lawall, Troutman Pepper Hamilton Sanders LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799, counsel to Bravo Luck Limited, and (vi) any parties that have appeared and requested notice pursuant to the Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are received by the Objection Deadline, the Court may enter the Scheduling Order without further notice.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed by the Objection Deadline, the Court will notify the Debtor and the objecting parties of the date and time of the hearing with respect to the Scheduling Order and the Debtor's obligation to notify all other parties entitled to receive notice.  The Debtor and any objecting parties are required to attend the hearing in accordance with General Order M-543 (which can be found at http://www.nysb.uscourts.gov), and failure to attend may result in relief being granted or denied upon default.

Dated:   September 28, 2022
         New York, New York

                                                        Goldberg Weprin Finkel Goldstein LLP
*Counsel to the Debtor*
1501 Broadway, 22nd Floor
New York, NY 10022-5520
212-301-6944
KNash@qwfglaw.com

By: /s/ Kevin J. Nash, Esq.

2

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Genever Holdings LLC,<br><br>Debtor | Chapter 11<br><br>Case No.: 20-11254 (JLG) |

## SCHEDULING ORDER

WHEREAS, the Court is informed that the Debtor and Mr. Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, intend to file a motion seeking a transfer of the above-captioned chapter 11 case to the United States Bankruptcy Court for the District of Connecticut (the "Transfer Motion"); and

WHEREAS, the Court has scheduled a hearing on the Transfer Motion for October 25, 2022 at 2:00 p.m. (Prevailing Eastern Time),

IT IS HEREBY ORDERED THAT:

1. The Debtor shall file and serve the Transfer Motion on or before 4:00 p.m. (Eastern Prevailing Time) on September 30, 2022.

2. Objections to the Transfer Motion shall be filed and served on or before 4:00 p.m. (Eastern Prevailing Time) on October 14, 2022.

3. Replies in support of the Transfer Motion shall be filed and served on or before 4:00 p.m. (Eastern Prevailing Time) on October 18, 2022.

Dated: October __, 2022
      New York, New York

                                                                                                 
THE HONORABLE JAMES L. GARRITY
UNITED STATES BANKRUPTCY JUDGE