# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                                                            :

In re:                                                          :        Chapter 11

GENEVER HOLDINGS LLC,                :        Case No. 20-12411 (JLG)

                      Debtor.          :

-------------------------------------------------------x

**ORDER TRANSFERRING VENUE OF CHAPTER 11 CASE OF GENEVER
HOLDINGS LLC TO BANKRUPTCY COURT FOR DISTRICT OF CONNECTICUT**

Upon the Motion[1] of the Movants for entry of an order pursuant to Section 1412 of title 28 of the United States Code and Rule 1014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") transferring venue of the chapter 11 bankruptcy proceeding of the Debtor to the United States Bankruptcy Court for the District of Connecticut (the "Connecticut Bankruptcy Court"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having held a hearing on the Motion; and upon all of the proceedings had before the Court; and it appearing that it is in the interest of justice, for the convenience of the parties, and in the best interest of the Debtor, its estate and creditors, to transfer this case to the Connecticut Bankruptcy Court; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

    2.    Venue of the above-captioned chapter 11 case is hereby transferred to the Connecticut Bankruptcy Court, pursuant to 28 U.S.C. § 1412 and Bankruptcy Rule 1014 in the interest of justice or for the convenience of the parties.

    3.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order until such time as this case is docketed in the Connecticut Bankruptcy Court.

Dated: _____, 2022  
New York, New York

    _____  
    THE HONORABLE JAMES L. GARRITY  
    UNITED STATES BANKRUPTCY JUDGE