| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------------x<br>In re:<br><br>Genever Holdings LLC,<br><br>                              Debtor.<br>---------------------------------------------------------------x | Hearing Date and Time:<br>October 25, 2022 at 2:00 p.m.<br><br>Chapter 11<br><br>Case No. 20-12411 (JLG) |

## NOTICE OF HEARING TO CONSIDER
## JOINT MOTION OF (A) GENEVER HOLDINGS LLC AND (B) LUC A. DESPINS AS CHAPTER 11 TRUSTEE FOR ESTATE OF HO WAN KWOK TO TRANSFER, PURSUANT TO 28 U.S.C. §§ 1408 AND 1412 AND BANKRUPTCY RULE 1014(a), VENUE OF CHAPTER 11 CASE OF GENEVER HOLDINGS LLC TO BANKRUPTCY COURT FOR DISTRICT OF CONNECTICUT

**PLEASE TAKE NOTICE** that upon the annexed motion of Genever Holdings LLC (the "Debtor") and Luc A. Despins (the "Trustee" and together with the Debtor, the "Movants"), in his capacity as trustee for the estate of Ho Wan Kwok in the chapter 11 case *In re Ho Wan Kwok*, No. 22-50073 (JAM) (Bankr. D. Conn.), a hearing will be held before the Honorable James L. Garrity of the United States Bankruptcy Court for the Southern District of New York, via Court Solutions on October 25, 2022 at 2:00 p.m. to consider the motion of the Movants pursuant to 28 U.S.C. §§ 1408 and 1412 and Rule 1014(a) of the Federal Rules of Bankruptcy Procedure for entry of an order transferring the above-captioned chapter 11 case to the United States Bankruptcy Court for the District of Connecticut.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing shall be conducted via Court Solutions. Any party wishing to participate in and/or listen to the hearing can register through Court Solutions at www.court-solutions.com, in accordance with General Order M-543.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, shall be filed in writing through the Clerk's ECF system, with two copies delivered to the Hon. James L. Garrity Jr. at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601,

One Bowling Green, New York, New York 10004, and a copy served upon (i) the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, knash@gwfglaw.com, and (ii) the Trustee, Luc A. Despins, Esq., Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, lucdespins@paulhastings.com, on or before October 18, 2022.

Dated: New York, NY
September 30, 2022

                                           Goldberg Weprin Finkel Goldstein LLP
                                           Attorneys for the Debtor
                                           1501 Broadway, 22nd Floor
                                           New York, New York 10036
                                           (212) 221-5700

                                           By:    /s/ J. Ted Donovan, Esq.