# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Date:   **September 27, 2022**

------------------------------------------------------------------x

In re:                                                        Chapter 11

    Genever Holdings LLC,

                                  Case No. 20-12411-JLG

Debtor.


------------------------------------------------------------------x

Present:            Hon. James L. Garrity, Jr., United States Bankruptcy Judge

Appearances:        Kevin Nash, Esq., Counsel for the Debtor
                    Luc Despins, Esq., Chapter 11 Trustee in the Ho Wan Kwok Chapter 11
                    Proceeding
                    Richard C. Morrissey, Esq., Office of the U.S. Trustee
                    Sherry Millman, Esq., Counsel for The Sherry-Netherland, Inc.
                    Francis Lawall, Esq., Counsel for Bravo Luck Limited
                    Stuart Sarnoff, Esq., Counsel for Pacific Alliance Asia Opportunity Fund

Proceedings:        Case Conference; Motion to Approve Disclosure Statement.

Order:              The above-referenced proceedings are hereby adjourned to **October 25, 2022, at 2:00 p.m. (ET)**.

                    The debtor is instructed to file with the Court (and deliver two single-sided copies to Chambers) a status letter on or before **October 18, 2022,** at **12:00 p.m. (ET)**.


BY THE COURT:

October 5, 2022
New York, New York

                                          /s/ *James L. Garrity, Jr.*
                                          Honorable James L. Garrity, Jr.
                                          United States Bankruptcy Judge