TROUTMAN PEPPER
HAMILTON SANDERS LLP
Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
francis.lawall@troutman.com
*Counsel for Bravo Luck Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genever Holdings LLC, | Case No. 20-12411 (JLG) |
| Debtor. | |

## CERTIFICATE OF SERVICE

      I, Francis J. Lawall, hereby certify that on October 14, 2022, I caused to be served the foregoing *Objection of Bravo Luck Limited to Joint Motion of (A) Genever Holdings LLC and (B) Luc A. Despins as Chapter 11 Trustee for Estate of Ho Wan Kwok to Transfer, Pursuant to 28 U.S.C. §§ 1408 and 1412 and Bankruptcy Rule 1014(A), Venue of Chapter 11 Case of Genever Holdings LLC to Bankruptcy Court for District of Connecticut* via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) upon the parties listed on the attached service list in the manner indicated.

Dated: October 14, 2022
      Philadelphia, PA

                                      **TROUTMAN PEPPER
HAMILTON SANDERS LLP**

                                      By: */s/ Francis J. Lawall*
                                      Francis J. Lawall (PA Bar No. 43932)
                                      3000 Two Logan Square
                                      Eighteenth and Arch Streets
                                      Philadelphia, PA  19103-2799
                                      Telephone: (215) 981-4000
                                      Facsimile:  (215) 981-4750
                                      E-mail: francis.lawall@troutman.com
                                      *Counsel for Bravo Luck Limited*

#131341845 v1

*First Class Mail and Email*
J. Ted Donovan
Kevin J. Nash
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway
22nd Floor
New York, NY 10036
TDonovan@GWFGlaw.com
KNash@gwfglaw.com
*Counsel for Debtor*

*First Class Mail and Email*
Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
richard.morrissey@usdoj.gov

*Email*
Edward Moss, Stuart Sarnoff,
Daniel Shamah, Peter Friedman and
Diana Perez
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
emoss@omm.com; ssarnoff@omm.com;
[dshamah@omm.com](dshamah@omm.com); pfriedman@omm.com
dperez@omm.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*
Douglas E. Spelfogel
Alissa Nann
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
dspelfogel@foley.com
anann@foley.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*
Derek L. Wright
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
dwright@mayerbrown.com
*Counsel for Pacific Alliance Asia Opportunity Fund L.P.*

*Email*
Gabriel Sasson
Sherry Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
gsasson@stroock.com
smillman@stroock.com
*Counsel for The Sherry-Netherland, Inc.*

*First Class Mail and Email*
Luc A. Despins
G. Alexander Bongartz
Avram E. Luft
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
[lucdespins@paulhastings.com](lucdespins@paulhastings.com)
alexbongartz@paulhastings.com
aviluft@paulhastings.com
*Counsel for Chapter 11 Trustee for Estate of Ho Wan Kwok*

#131341845 v1