TROUTMAN PEPPER
HAMILTON SANDERS LLP
Francis J. Lawall
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
francis.lawall@troutman.com
*Counsel for Bravo Luck Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genever Holdings LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 20-12411 (JLG)<br><br>**Re: ECF No. 215** |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Francis J. Lawall, hereby certify that on October 14, 2022, I caused to be served the *Objection of Bravo Luck Limited to Joint Motion of (A) Genever Holdings LLC and (B) Luc A. Despins as Chapter 11 Trustee for Estate of Ho Wan Kwok to Transfer, Pursuant to 28 U.S.C. §§ 1408 and 1412 and Bankruptcy Rule 1014(A), Venue of Chapter 11 Case of Genever Holdings LLC to Bankruptcy Court for District of Connecticut* (Docket No. 215) on the following parties via e-mail:

| | |
|---|---|
| Gabriel Sasson<br>Paul Hastings LLP<br>220 Park Avenue<br>New York, NY 10166<br>E-mail: gabesasson@paulhastings.com | Edward Moss<br>Cahill Gordon & Reindel LLP<br>32 Old Slip<br>New York, NY 10005<br>E-mail: emoss@cahill.com |

#131816442 v2

Dated: October 14, 2022
      Philadelphia, PA

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**

By: */s/ Francis J. Lawall*
Francis J. Lawall (PA Bar No. 43932)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: francis.lawall@troutman.com
*Counsel for Bravo Luck Limited*

#131816442 v2