

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date  7/29/22　　Page　1  
Primary Account　9910

**11386959**

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

Account Title:　　GENEVER HOLDINGS LLC  
　　　　　　　　　DEBTOR IN POSSESSION  
　　　　　　　　　CASE# 20-12411-jlg

Commercial Checking  
Account Number　　　　　　　　9910　　Number of Enclosures　　　　　　　0  
Previous Balance　　　　　83,788.10　　Statement Dates　7/01/22 thru 7/31/22  
　　Deposits/Credits　　　　　　.00　　Days in the statement period　　　31  
　　Checks/Debits　　　　　　　　.00　　Avg Daily Ledger　　　　　83,788.10  
Maintenance Fee　　　　　　　　.00　　Avg Daily Collected　　　　83,788.10  
Interest Paid　　　　　　　　　.00  
Ending Balance　　　　　　83,788.10

## DAILY BALANCE INFORMATION

**Date**　　　　**Balance**  
7/01　　　　83,788.10

*** END OF STATEMENT ***

MEMBER FDIC　　NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION　　1