
**axos** BANK

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date  8/31/22       Page  1  
Primary Account    ●●●●●●●●9910

**11784907**

GENEVER HOLDINGS LLC  
DEBTOR IN POSSESSION  
CASE# 20-12411-jlg  
781 5TH AVENUE APT 1801  
NEW YORK NY 10022

Account Title:    GENEVER HOLDINGS LLC  
                  DEBTOR IN POSSESSION  
                  CASE# 20-12411-jlg

| | | |
|---|---:|---|
| Commercial Checking | | Number of Enclosures                1 |
| Account Number | ●●●●●●●●9910 | Statement Dates   8/01/22 thru  8/31/22 |
| Previous Balance | 83,788.10 | Days in the statement period       31 |
|     Deposits/Credits | .00 | Avg Daily Ledger          82,351.42 |
|   1 Checks/Debits | 2,226.84 | Avg Daily Collected       82,351.42 |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 81,561.26 | |

### Checks in Serial Number Order

| Date | Check No | Amount |
|---|---|---|
| 8/12 | 1002 | 2,226.84 |

*Indicates Skip in Check Number Sequence

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 8/01 | 83,788.10 | 8/12 | 81,561.26 |

*** END OF STATEMENT ***

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    1







Check 1002 Amount $2,226.84 Date 8/12/2022