UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Genever Holdings LLC,<br><br>　　　　　　Debtor | Chapter 11<br><br>Case No.: 20-12411 (JLG) |

## SCHEDULING ORDER

WHEREAS, the Court is informed that the Debtor and Mr. Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok, intend to file a motion seeking a transfer of the above-captioned chapter 11 case to the United States Bankruptcy Court for the District of Connecticut (the "Transfer Motion"); and

WHEREAS, the Court has scheduled a hearing on the Transfer Motion for October 25, 2022 at 2:00 p.m. (Prevailing Eastern Time),

IT IS HEREBY ORDERED THAT:

1.　　The Debtor shall file and serve the Transfer Motion on or before 4:00 p.m. (Eastern Prevailing Time) on September 30, 2022.

2.　　Objections to the Transfer Motion shall be filed and served on or before 4:00 p.m. (Eastern Prevailing Time) on October 14, 2022.

3.　　Replies in support of the Transfer Motion shall be filed and served on or before 4:00 p.m. (Eastern Prevailing Time) on October 18, 2022.

**4.　　Upon filing the parties shall promptly provide two-single sided copies of all documents, including exhibits, to chambers. [JLG]**

1

2

Dated:  October 21, 2022
       New York, New York

                                  /s/ *James L. Garrity, Jr.*
                              THE HONORABLE JAMES L. GARRITY, JR.
                              UNITED STATES BANKRUPTCY JUDGE

2