UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Genever Holdings LLC,<br><br>                    Debtor | Chapter 11<br><br>Case No.: 20-11254 (JLG) |

**ATTACHMENT TO MONTHLY OPERATING REPORT
FOR THE PERIOD SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

      This attachment is incorporated into and made a part of the Monthly Operating Report ("MOR") of Genever Holdings LLC (the "Debtor").

**General Disclaimers**

1. The MOR has been prepared by counsel to the Debtor and reviewed and signed by Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok Case No. 22-50073 (JAM) (Bankr. D. Conn) (the "Kwok Case").

2. The Trustee commenced to exercise corporate governance rights over the Debtor on or around September 14, 2022, following the transfer to the Trustee of the shares of Genever Holdings Corporation, the sole member of the Debtor, pursuant to the *Order, Pursuant to Bankruptcy Code Sections 363, 521, 541, 1108, and 105, (A) Confirming that Chapter 11 Trustee Holds All of Debtor's Economic and Corporate Governance Rights in Debtor-Controlled Entities, (B) Authorizing Chapter 11 Trustee to Act in Any Foreign Country on Behalf of Estate, and (C) Granting Related Relief,* entered in the Kwok Case [Kwok Case Docket No. 761].

3. Unless stated otherwise herein, all information reported on the MOR reflects the information contained in the Debtor's public filings and/or information reported to the Trustee by the Debtor's counsel and has not been independently verified by the Trustee.

**Specific Responses**

    Part 1 Responses

4. Information with respect to the Debtor's cash balance at the beginning of the month is derived from the Debtor's bank statement (attached to the MOR).

5. Information with respect to the disbursements made by a third party for the benefit of the estate is derived from the information reported to the Trustee by the Debtor's counsel

1

regarding the funds deducted by the Sherry Netherland, Inc. (the "Sherry Netherland"), from the Debtor's security deposit account controlled by the Sherry Netherland. The Trustee has not independently verified this information.

Part 2 Responses

6. Information with respect to the Debtor's total current assets is derived from the information reported to the Trustee by the Debtor's counsel regarding the amounts remaining of the Debtor's security deposit at the end of the month. The Trustee has not independently verified this information.

7. Information with respect to the Debtor's total assets is derived from the information reported to the Trustee by the Debtor's counsel regarding the purchase price of the apartment at the Sherry Netherland owned by the Debtor, to which is added the amount of total current assets. The Trustee has not independently verified this information.

8. Information with respect to the Debtor's secured and unsecured debt is derived from the claims reported on the Debtor's schedules of assets and liabilities and does not purport to reflect the allowed amounts of any claims against the Debtor. The Trustee has not independently verified this information.

Part 4 Responses

9. Information with respect to other expenses is derived from the amount of security deposit funds deducted by the Sherry Netherland and similarly reported as disbursements made by a third party for the benefit of the estate, as discussed above. The Trustee has not independently verified this information.