**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20–12411–jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–3338202 | CHAPTER: 11 |

---

# NOTICE TO CREDITORS AND INTERESTED PARTIES
# CHANGE OF VENUE OF BANKRUPTCY CASE

Pursuant to a court order by the Honorable James L. Garrity Jr., entered on November 3, 2022, the above captioned bankruptcy case has been transferred to:

> United States Bankruptcy Court
> Connecticut
> Abraham Ribicoff Federal Building
> 450 Main Street
> 7th Floor
> Hartford CT 06103
>
> Under Case No.: 22–50592

All documents, pleadings and proofs of claim must be filed at the new address, using the new case number.

Dated: November 9, 2022                             Vito Genna
                                                    Clerk of the Court