# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: admin | Date Created: 11/9/2022 |
| Case: 20–12411–jlg | Form ID: 141 | Total: 52 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The Sherry–Netherland, Inc.
cr          Pacific Alliance Asia Opportunity Fund L.P.
intp        Bravo Luck Limited
unk         Chapter 11 Trustee in Chapter 11 Case of Mr. Ho Wan Kwok
unk         Chapter 11 Trustee for the Estate of Ho Wan Kwok

TOTAL: 5

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPRegion02.NYECF@USDOJ.GOV
aty          Alissa M. Nann          anann@foley.com
aty          Daniel Shamah          dshamah@omm.com
aty          Derek L. Wright          dwright@mayerbrown.com
aty          Diana Perez          dperez@omm.com
aty          Douglas E. Spelfogel          dspelfogel@mayerbrown.com
aty          Edward Moss          EMoss@cahill.com
aty          Francis J. Lawall          francis.lawall@troutman.com
aty          Gabriel Sasson          gabesasson@paulhastings.com
aty          J. Ted Donovan          TDonovan@GWFGlaw.com
aty          Kevin J. Nash          kjnash@gwfglaw.com
aty          Luc A. Despins          lucdespins@paulhastings.com
aty          Peter M. Friedman          pfriedman@omm.com
aty          Richard C. Morrissey          richard.morrissey@usdoj.gov
aty          Sherry Millman          smillman@stroock.com
aty          Stuart Sarnoff          ssarnoff@omm.com

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Genever Holdings LLC          781 Fifth Avenue          Apt. 1801          New York, NY 10022–5520
smg          New York State Tax Commission          Bankruptcy/Special Procedures Section          P.O. Box 5300          Albany, NY 12205–0300
smg          United States Attorney's Office          Southern District of New York          Attention: Tax & Bankruptcy Unit          86 Chambers Street, Third Floor          New York, NY 10007
smg          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101–7346
smg          N.Y. State Unemployment Insurance Fund          P.O. Box 551          Albany, NY 12201–0551
smg          New York City Dept. Of Finance          Office of Legal Affairs          375 Pearl Street, 30th Floor          New York, NY 10038
7772040          Adam Leitman Bailey P.C.          1 Battery Park Plz Fl 18          New York, NY 10004–1646
7772041          Bravo Luck Limited          P.O. Box 957          Off Shore Incorporation Centre          Road Town, Tortola          British Virgin Islands
7820545          Bravo Luck Limited          c/o Troutman Pepper          3000 Two Logan Square, 18th and Arch Sts          Philadelphia, PA 19103
7858423          Derek L. Wright          MAYER BROWN LLP          71 South Wacker Drive          Chicago, IL 60606
7858421          Douglas E. Spelfogel          MAYER BROWN LLP          1221 Avenue of the Americas          New York, New York 10020
7793717          Foley & Lardner LLP          90 Park Avenue          New York, NY 10016
7820543          Golden Spring New York Ltd          c/o Berkeley Rowe          Marble Arch Park House, 116 Park St          Mayfair, London UK W1K 6SS
7772042          Internal Revenue Service          Centralized Insolvency Operations          PO Box 7346          Philadelphia, PA 19101–7346
7772043          Lawall & Mitchell LLC          162 E 64th St          New York, NY 10065–7478
7972789          Luc A. Despins, Esq.          Ch 11 Trustee of Estate of Ho Wan Kwok          c/o PAUL HASTINGS LLP          200 Park Avenue          New York, New York 10166
7772045          NYC Dep't of Finance          Legal Affairs          345 Adams St Fl 3          Brooklyn, NY 11201–3719
7772046          NYC Dept of Law          Attn: Bernadette Brennan, Esq.          100 Church St Rm 5–233          New York, NY 10007–2601
7772047          NYS Dep't of Taxation          Bankruptcy/Special Procedure          PO Box 5300          Albany, NY 12205–0300
7772044          New York State Attorney General          120 Broadway          New York, NY 10271–0002
7793716          O'Melveny & Myers LLP          Daniel Shamah          7 Times Square          New York, NY 10036
7772048          Pacific Alliance Asia          Opportunity Fund LP          c/o O'Melveny & Myers          7 Times Sq          New York, NY 10036–6524
7820973          Pacific Alliance Asia Opportunity Fund L.P.          c/o Foley & Lardner LLP, Attn: Douglas S          90 Park Avenue          New York, NY 10016
7792608          Pacifica Alliance Asia Opportunity Fund L.P          c/o D. Spelfogel, R. Bernard and A. Nann          Foley & Lardner LLP          90 Park Avenue          New York, NY 10016
7820544          Qiang Guo          c/o Berkeley Rowe          Marble Arch Park House, 116 Park St          Mayfair, London UK W1K 6SS

7772049   Qiang Guo      c/o Bravo Luck Limited      P.O. Box 957      Off Shore Incorporation Centre      Road
          Town, Tortola      British Virgin Islands
7772050   Romer Debbas LLP      275 Madison Ave Ste 801      New York, NY 10016–1153
7964573   STROOCK & STROOCK & LAVAN LLP      Sherry Millman      Curtis C. Mechling      180 Maiden
          Lane      New York, New York 10038
7772051   The Sherry Netherland      781 5th Ave      New York, NY 10022–1092
7772669   The Sherry–Netherland, Inc.      c/o Stroock & Stroock & Lavan LLP      Attn Gabriel E. Sasson, Esq.      180
          Maiden Lane      New York, NY 10038
7819280   The Sherry–Netherland, Inc.      c/o Stroock & Stroock & Lavan LLP      Attn: Gabriel E. Sasson, Esq.      180
          Maiden Lane      New York, NY 10038–4982

                                                                                         TOTAL: 31