**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

| | |
|---|---|
| IN RE: Genever Holdings LLC | CASE NO.: 20−12411−jlg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47−3338202 | CHAPTER: 11 |

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## CHANGE OF VENUE OF BANKRUPTCY CASE

Pursuant to a court order by the Honorable James L. Garrity Jr., entered on November 3, 2022, the above captioned bankruptcy case has been transferred to:

United States Bankruptcy Court
Connecticut
Abraham Ribicoff Federal Building
450 Main Street
7th Floor
Hartford CT 06103

Under Case No.: 22−50592

All documents, pleadings and proofs of claim must be filed at the new address, using the new case number.

Dated: November 9, 2022

Vito Genna
Clerk of the Court

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-12411-jlg |
| Genever Holdings LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 09, 2022 | Form ID: 141 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Genever Holdings LLC, 781 Fifth Avenue, Apt. 1801, New York, NY 10022-5520 |
| 7772040 | | Adam Leitman Bailey P.C., 1 Battery Park Plz Fl 18, New York, NY 10004-1646 |
| 7820545 | | Bravo Luck Limited, c/o Troutman Pepper, 3000 Two Logan Square, 18th and Arch Sts, Philadelphia, PA 19103 |
| 7772041 | | Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola, British Virgin Islands |
| 7858423 | + | Derek L. Wright, MAYER BROWN LLP, 71 South Wacker Drive, Chicago, IL 60606-4668 |
| 7858421 | + | Douglas E. Spelfogel, MAYER BROWN LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7793717 | + | Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7820543 | | Golden Spring New York Ltd, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772043 | | Lawall & Mitchell LLC, 162 E 64th St, New York, NY 10065-7478 |
| 7772044 | ++ | NEW YORK STATE ATTORNEY GENERAL, 28 LIBERTY STREET, NY NY 10005-1400 address filed with court:, New York State Attorney General, 120 Broadway, New York, NY 10271-0002 |
| 7772046 | | NYC Dept of Law, Attn: Bernadette Brennan, Esq., 100 Church St Rm 5-233, New York, NY 10007-2601 |
| 7820973 | + | Pacific Alliance Asia Opportunity Fund L.P., c/o Foley & Lardner LLP, Attn: Douglas S, 90 Park Avenue, New York, NY 10016-1301 |
| 7792608 | + | Pacifica Alliance Asia Opportunity Fund L.P, c/o D. Spelfogel, R. Bernard and A. Nann, Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016-1301 |
| 7820544 | | Qiang Guo, c/o Berkeley Rowe, Marble Arch Park House, 116 Park St, Mayfair, London UK W1K 6SS |
| 7772049 | | Qiang Guo, c/o Bravo Luck Limited, P.O. Box 957, Off Shore Incorporation Centre, Road Town, Tortola British Virgin Islands |
| 7772050 | + | Romer Debbas LLP, 275 Madison Ave Ste 801, New York, NY 10016-1101 |
| 7964573 | + | STROOCK & STROOCK & LAVAN LLP, Sherry Millman, Curtis C. Mechling, 180 Maiden Lane, New York, New York 10038-4925 |
| 7772051 | + | The Sherry Netherland, 781 5th Ave, New York, NY 10022-1046 |
| 7772669 | + | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2022 19:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Nov 09 2022 19:02:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Nov 09 2022 19:02:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 09 2022 19:02:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Nov 09 2022 19:02:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7972789 | + | Email/Text: harveystrickon@paulhastings.com | Nov 09 2022 19:02:00 | Luc A. Despins, Esq., Ch 11 Trustee of Estate of Ho Wan Kwok, c/o PAUL HASTINGS LLP, 200 Park Avenue, New York, New York 10166-0005 |

20-12411-jlg    Doc 227    Filed 11/11/22    Entered 11/12/22 00:44:52    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: 141 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 7772045 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | | |
| | | | Nov 09 2022 19:02:00 | NYC Dep't of Finance, Legal Affairs, 345 Adams St Fl 3, Brooklyn, NY 11201-3739 |
| 7772047 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Nov 09 2022 19:02:00 | NYS Dep't of Taxation, Bankruptcy/Special Procedure, PO Box 5300, Albany, NY 12205-0300 |
| 7793716 | + | Email/Text: mkremer@omm.com | | |
| | | | Nov 09 2022 19:02:00 | O'Melveny & Myers LLP, Daniel Shamah, 7 Times Square, New York, NY 10036-6524 |
| 7772048 | | Email/Text: mkremer@omm.com | | |
| | | | Nov 09 2022 19:02:00 | Pacific Alliance Asia, Opportunity Fund LP, c/o O'Melveny & Myers, 7 Times Sq, New York, NY 10036-6524 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bravo Luck Limited |
| unk | | Chapter 11 Trustee for the Estate of Ho Wan Kwok |
| unk | | Chapter 11 Trustee in Chapter 11 Case of Mr. Ho Wa |
| cr | | Pacific Alliance Asia Opportunity Fund L.P. |
| cr | | The Sherry-Netherland, Inc. |
| 7772042 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 7819280 | * | The Sherry-Netherland, Inc., c/o Stroock & Stroock & Lavan LLP, Attn: Gabriel E. Sasson, Esq., 180 Maiden Lane, New York, NY 10038-4982 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alissa M. Nann | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. anann@foley.com alissa-nann-1605@ecf.pacerpro.com |
| Daniel Shamah | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dshamah@omm.com daniel-shamah-9039@ecf.pacerpro.com |
| Derek L. Wright | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dwright@mayerbrown.com nycdocket@mayerbrown.com;3663606420@filings.docketbird.com |
| Diana Perez | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dperez@omm.com iblumberg@omm.com;diana-perez-7352@ecf.pacerpro.com |
| Douglas E. Spelfogel | on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. dspelfogel@mayerbrown.com |

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: 141 | Total Noticed: 29 |

nycdocket@mayerbrown.com;9237725420@filings.docketbird.com

Edward Moss

on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. EMoss@cahill.com edward-moss-3905@ecf.pacerpro.com

Francis J. Lawall

on behalf of Interested Party Bravo Luck Limited francis.lawall@troutman.com
henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Gabriel Sasson

on behalf of Creditor The Sherry-Netherland Inc. gabesasson@paulhastings.com,
matlaskowski@paulhastings.com;davidmohamed@paulhastings.com;michaelmagzamen@paulhastings.com

J. Ted Donovan

on behalf of Plaintiff Genever Holdings LLC TDonovan@GWFGlaw.com

J. Ted Donovan

on behalf of Debtor Genever Holdings LLC TDonovan@GWFGlaw.com

Kevin J. Nash

on behalf of Debtor Genever Holdings LLC kjnash@gwfglaw.com kjnash@gwfglaw.com

Luc A. Despins

on behalf of Unknown Chapter 11 Trustee in Chapter 11 Case of Mr. Ho Wan Kwok lucdespins@paulhastings.com
fairpoint@bmcgroup.com

Peter M. Friedman

on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. pfriedman@omm.com
peter-friedman-2863@ecf.pacerpro.com

Sherry Millman

on behalf of Creditor The Sherry-Netherland Inc. smillman@stroock.com, wlancaster@stroock.com

Stuart Sarnoff

on behalf of Creditor Pacific Alliance Asia Opportunity Fund L.P. ssarnoff@omm.com stuart-sarnoff-1059@ecf.pacerpro.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 16